Filand

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Byron L. Blagburn
166 Greene Hall
Auburn University, AL 36849

3:05cv459 (cmp/summs 20 dp)

2. Article Number
(Transfer from service label)   7005 0390 0001 0089 6590

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

Filand

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Charles Hendrix
166 Greene Hall
Auburn University, AL 36849

3:05cv459 (Cmp + sms. 20 dp)

2. Article Number
(Transfer from service label)   7005 0390 0001 0089 6569

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Eilano

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Joseph Janicki
106 Greene Hall
Auburn University, AL 36849

3:05cv459 (cmp + smo 20 dys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W. Puckett
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)  7005 0390 0001 0089 6552

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Eilano

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Stephen McFarland
208 Samford Hall
Auburn University, AL 36849

3:05cv459 cmp/summs 20dys

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W. Puckett
☐ Agent
☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)  7004 1160 0003 5785 8845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Eilano

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Ed Richardson
109 Samford Hall
Auburn University, AL 36849

3:05cv459 (Cmp/summs 20 Opp)

2. Article Number (Transfer from service label)
7005 0390 0001 0089 6576

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Puckett
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540