IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER B. EILAND, DVM, MS**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DR. BYRON L. BLAGBURN, individually** ) | |
| **and in his official capacity, DR. CHARLES** ) | |
| **HENDRIX, individually and in his official** ) | Civil Action No. |
| **capacity, DR. JOSEPH JANICKI,** ) | 2005-CV-459-VPM |
| **individually and in his official capacity, DR.** ) | |
| **STEPHEN McFARLAND, individually and** ) | |
| **in his official capacity, DR. ED** ) | |
| **RICHARDSON, in his official capacity as** ) | |
| **President of Auburn University, and DR.** ) | |
| **LAUREN WOLFE, individually and in his** | |
| **official capacity,** | |
| | |
| **Defendants.** | |

## NOTICE APPEARANCE

Come now the undersigned and give notice of their appearance as counsel of record for defendants Dr. Byron Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen McFarland, Dr. Ed Richardson, and Dr. Lauren Wolfe, and request that all pleadings, motions, orders, and other papers be served on defendants through counsel as follows:

>David R. Boyd (BOY005)
>Balch and Bingham LLP
>Post Office Box 306
>Birmingham, Alabama 35201
>205-251-8100 (Telephone)
>205-226-8798 (Facsimile)
>
>Lee F. Armstrong
>General Counsel for Auburn University
>101 Samford Hall
>Auburn, Alabama 36849
>(334) 844-5176 (Telephone)
>(334) 844-4575 (Facsimile)

157907.1

Respectfully submitted on June 13, 2005.

/s/ David R. Boyd
One of the Attorneys for Defendants

**OF COUNSEL:**

David R. Boyd (BOY005)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Lee F. Armstrong
General Counsel
Auburn University
101 Samford Hall
Auburn, Alabama 36849

## CERTIFICATE OF SERVICE

I certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Alvin T. Prestwood
Tara S. Knee
William L. Rodgers
PRESTWOOD & ASSOCIATES, P.C.
350 Adams Avenue – P.O. Box 1910
Montgomery, AL 36102-4660

/s/ David R. Boyd
Of Counsel