IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER B. EILAND, DVM, MS**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DR. BYRON L. BLAGBURN, individually and in his official capacity, DR. CHARLES HENDRIX, individually and in his official capacity, DR. JOSEPH JANICKI, individually and in his official capacity, DR. STEPHEN McFARLAND, individually and in his official capacity, DR. ED RICHARDSON, in his official capacity as President of Auburn University, and DR. LAUREN WOLFE, individually and in his official capacity,** | ) ) ) ) ) ) ) ) ) ) )   Civil Action No.<br>2005-CV-459-VPM |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice of his appearance as counsel of record for defendants Dr. Byron Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen McFarland, Dr. Ed Richardson, and Dr. Lauren Wolfe, and requests that all pleadings, motions, orders, and other papers be served on defendants through counsel as follows:

> G. Lane Knight (KNI028)
> Balch and Bingham LLP
> Post Office Box 78
> Montgomery, Alabama 36101
> 334-834-6500 (Telephone)
> 334-269-3115 (Facsimile)

Respectfully submitted on July 11, 2005.

> /s/ G. Lane Knight
> One of the Attorneys for Defendants

158754.1

**OF COUNSEL:**

G. Lane Knight (KNI028)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

David R. Boyd (BOY005)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Lee F. Armstrong
General Counsel
Auburn University
101 Samford Hall
Auburn, Alabama  36849

**CERTIFICATE OF SERVICE**

     I certify that on July 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Alvin T. Prestwood
Tara S. Knee
William L. Rodgers
PRESTWOOD & ASSOCIATES, P.C.
350 Adams Avenue – P.O. Box 1910
Montgomery, AL  36102-4660

                                        /s/ G. Lane Knight
                                        Of Counsel