IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, DVM, MS, § | |
| Plaintiff, § | |
| v. § | Civil Action No.: 2005-CV-459-VPM |
| DR. BYRON L. BLAGBURN, et al. § | |
| Defendants. § | |

## MOTION TO WITHDRAW

Comes now William L. Rodgers, Jr., and requests that this Honorable Court grant his motion to withdraw in the above styled case and as grounds states as follows:

This attorney is no longer associated with the firm of Prestwood and Associates, P.C. and the case will be handled by, Alvin T. Prestwood and Linda S. Wellman, the remaining attorneys with the firm.

Respectfully submitted this 2nd of August, 2005.

                                                          /s/ William L. Rodgers, Jr.
                                                          William L. Rodgers, Jr. (ROD016)

OF COUNSEL:
**PRESTWOOD & ASSOCIATES, P.C.**
300 South Hull Street (36104)
P.O. Box 1910
Montgomery, Alabama 36102-1910
(334)264-6401
(334)834-4954 facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following the 2nd of August, 2005:

David R. Boyd, Esquire
Balch & Bingham
Post Office Box 306
Birmingham, Alabama 35201-0306

Lee F. Armstrong, Esquire
General Counsel
Auburn University
101 Samford Hall
Auburn, Alabama 36849

                                            /s/ William L. Rodgers, Jr.
                                            Of Counsel