IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV459-F |
| | ) |
| DR. BYRON L. BLAGBURN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw, filed by William L. Rodgers, Jr., Esq. on 2 August 2005 (Doc. # 11), is GRANTED.

DONE this 2nd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE