IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER B. EILAND, DVM. MS,    )
                                   )
        Plaintiff,                 )
v.                                 )        CASE NO. 3:05-cv-459-F
                                   )
BYRON L. BLAGBURN, *et al.,*       )
                                   )
        Defendants.                )

# **O R D E R**

Upon consideration of the Joint Motion to Amend/Correct Scheduling Order (Doc.

#14) filed on August 9, 2005, it is hereby

ORDERED that the motion is GRANTED.   Section 7 of the Uniform Scheduling

Order shall read as follows:

        **SECTION 7.**  All discovery shall be completed **on or before October
16, 2006**, except that, as to any witnesses whose names are not revealed until
the last day allowed under SECTION 9, the opposing party shall have the time
extended in this paragraph to allow for deposing such witnesses.

DONE this 10th day of August, 2005.

                            _____
                                    /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE