IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, DVM. MS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-459-F |
| ) | |
| BYRON L. BLAGBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The Court has been made aware that one of Plaintiff's attorneys in this case, Alvin T. Prestwood, is now deceased.  Also, the Court notices that the only remaining attorney representing the Plaintiff, Tara S. Knee, is no longer associated with the Prestwood & Associates law firm.  As such, it is hereby

ORDERED that Alvin T. Prestwood is TERMINATED and that Tara S. Knee shall notify the Court by December 2, 2005 if she wishes to continue representing the Plaintiff in this matter.  In addition to electronic notice, the Clerk of Court is DIRECTED to send a copy of this order through certified mail to Tara S. Knee at the address listed with the Court and to the Trustee of the Prestwood firm, Richard Meadows, care of the Alabama State Bar, 415 Dexter Ave., Montgomery, Alabama 36104.

DONE this 17th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE