IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTOPHER EILAND,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 3:05-CV-459-F |
| | ) |
| **DR. BYRON BLAGBURN,** | ) |
| *et al,* | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

Comes now Tara S. Knee and submits this her motion to withdraw from the above styled case. Counsel resigned from Prestwood and Associates, LLC on or about July 19, 2005 and has since been employed by the Alabama Department of Corrections.

Counsel requests that her motion to withdraw be granted.

 

Respectfully submitted,

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:

Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX:(334)353-3891

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22 day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

    Lee F. Armstrong
    David R. Boyd
    Griffin Lane Knight

                                                   s/Tara S. Knee
                                                   Tara S. Knee
                                                   Assistant Attorney General
                                                 Assistant  General Counsel