| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carol Wright*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Carol M. Wright*   C. Date of Delivery: 11/21/00<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Trustee of the Prestwood Firm,<br>c/o Alabama State Bar<br>415 Dexter Avenue<br>Montgomery, AL 36104<br><br>05CV459 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 0316 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540