IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, DVM. MS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-459-F |
| ) | |
| BYRON L. BLAGBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #17) filed on November 23, 2005, by Plaintiff's attorney Tara S. Knee, it is hereby

ORDERED that the motion is GRANTED. Consequently, the Plaintiff is now without counsel in this action. Thus, the scheduling order in this cause is VACATED, and this case is hereby REFERRED to Magistrate Judge McPherson for action or recommendation on all pretrial matters.

DONE this 28th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE