RECEIVED
2005 DEC -9 A 9: 59
[ILLEGIBLE] DISTRICT AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. EILAND, DVM, MS, | § | |
| | § | |
| Plaintiff, | § | CASE NO.: 2005-CV-459-VPM |
| | § | |
| v. | § | |
| | § | |
| DR. BYRON L. BLAGBURN, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW, Kathryn Dickey herein, filing Notice of Appearance as counsel for Plaintiff, Christopher B. Eiland, DVM, MS, in the above style manner. Copies of all correspondence, motions, filings, notices, etc. should be served upon the undersigned.

Respectfully submitted on this the 9th day of December 2005.

_____
Kathryn Dickey (ASB8797-D57K)
Attorney for Plaintiff

OF COUNSEL:

KATHRYN DICKEY
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696  fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the 9th day of December 2005.

Honorable David R. Boyd
Balch & Bingham
Post Office Box 306
Birmingham, AL 35201-0306

Honorable Lee F. Armstrong
General Counsel
Auburn University
101 Samford Hall
Auburn, AL 36849

_____
OF COUNSEL