IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, DVM. MS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-459-F |
| ) | |
| BYRON L. BLAGBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

As a result of the Plaintiff's acquisition of counsel in this matter (Doc. #21), the Court's Order of November 28, 2005 (Doc. #19) referring this matter to Magistrate Judge McPherson for action or recommendation on all pretrial matters is hereby VACATED. It is further ORDERED that the Court's Scheduling Order of August 3, 2005 (Doc. #13), as modified by the Court's Order (Doc. #15) of August 10, 2005, is hereby REINSTATED.

DONE this 15th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE