**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                   TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Christopher B. Eiland v. Dr. Byron Blagburn, et al.
      Civil Action No. #3:05-cv-00459-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #3:05-cv-00459-WKW.  This new case number should be used on all future correspondence and pleadings in this action.