IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Christopher B. Eiland, DVM, MS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2005-CV-459** |
| **Dr. Byron Blagburn, et al. ,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Dr. Byron Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen McFarland, Dr. Ed Richardson and Dr. Lauren Wolfe (collectively, the "Defendants"), move the Court, under the authority of *Fed. R. Civ. P.* 56, to enter a summary judgment in their favor against all claims made by plaintiff, Christopher B. Eiland, and to dismiss this case with prejudice. In this case, there is no genuine issue as to any material fact, and Defendants are entitled to judgment as a matter of law.

In support of this motion, Defendants rely on the following:

a.  all pleadings, motions and other papers filed in this case;

b.  the documents filed with the notice of evidentiary submission; and

c.  the supporting brief that is being filed with this motion.

Respectfully submitted this the 1st day of August, 2006.

/s/ G. Lane Knight
One of the Attorneys for Defendants

170423.1

**OF COUNSEL:**

David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Balch & Bingham LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Kathryn Dickey, Esquire
322 Alabama Street
Montgomery, Alabama 36104

                                              /s/ G. Lane Knight
                                              Of Counsel