# EXHIBIT A

# AUBURN UNIVERSITY

AUBURN UNIVERSITY, ALABAMA 36849-5519



*Division of Parasitology*
*Department of Pathobiology*
*College of Veterinary Medicine*

*Telephone:*  334/844-2700
*FAX:*  334/844-2652
*e-mail:*  blagbbl@auburn.edu

December 8, 2003

## Memorandum

To:        Dr. Joseph S. Janicki, Associate Dean for Research and Graduate Studies, College of Veterinary Medicine

Through:   Dr. Lauren G. Wolfe, Head, Department of Pathobiology, College of Veterinary Medicine

From:      Byron L. Blagburn, Professor, Department of Pathobiology, College of Veterinary Medicine

Subject:   Dr. Christopher Eiland

Effective at the end of Fall Semester, 2003, I will no longer serve as Dr. Christopher Eiland's PhD advisor.

**00003**
**Eiland**