# EXHIBIT B

Case 3:05-cv-00459-WKW-WC   Document 25-3   Filed 08/01/2006   Page 1 of 17

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name:    Christopher B Eiland
ID:      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
DATE:    08-25-05
PAGE:    1 of 4

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED.

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
            Official Academic Record

Auburn converted to the semester system from quarters as of
Fall Term 2000.  Prior terms are on a quarter system and
are reported as quarter hours.  Cumulative totals for the
student for FALL 2000 AND AFTER are reported as semester
hours.  One quarter hour equals 0.67 semester hours.

    Current Academic Program:
      College of Agriculture
        Bachelor of Science
          Major:  Animal and Dairy Science

    Degrees Awarded:
      Bachelor of Science                      Jun 13, 1997
        College of Agriculture
          Major:  Animal and Dairy Science
          Minor:  Pre-Veterinary

    Transfer Credit:
      GADSDEN STATE COMM COLLEGE (SEM) Jun 1993 - Aug 1993
         ART APPRECIATION                    5.00
         ENGLISH COMPOSITION I               5.00
      School Total:                         10.00

-----------------------Fall 1993-----------------------

    Admitted Program:
      College of Sciences & Math.
        Bachelor Program-Undergraduate
          Major:  Undeclared-Sciences & Math
          Minor:  Pre-Veterinary
-------------------------------------------------------
BIOL-0101 PRIN OF BIOLOGY             C    5.00  10.00
CHEM-0101 INTRO CHEMISTRY 1           C    2.00   4.00
MATH-0160 PRE-CALC WITH TRIG          B    5.00  15.00
UNIV-0100 THE AUBURN EXPERNC          A    2.00   8.00

    Good Standing

              AHRS   EHRS   QHRS   QPTS   GPA
    Current   14.00  14.00  14.00  37.00  2.64
    Cumulative 24.00 24.00  14.00  37.00  2.64
-------No Further Entries This Column-------
```

```
----------------------Winter 1994---------------------

    Program Changed To:
      Major:  Undeclared-Sciences & Math
-------------------------------------------------------
BIOL-0102 PLANT BIOLOGY               C    5.00  10.00
CHEM-L103 GEN CHEM LAB                B    1.00   3.00
CHEM-0102 INTRO CHEMISTRY 2           D    2.00   2.00
MATH-0161 ANALYTIC GEOM&CALC          C    5.00  10.00

    Good Standing

              AHRS   EHRS   QHRS   QPTS   GPA
    Current   13.00  13.00  13.00  25.00  1.92
    Cumulative 37.00 37.00  27.00  62.00  2.30

----------------------Spring 1994---------------------
BIOL-0103 ANIMAL BIOLOGY              F   (5.00)
CHEM-L104 GEN CHEM LAB                A    1.00   4.00
CHEM-0104 FUNDS OF CHEM 2             F   (4.00)
HIST-0103 WORLD HISTORY 3             D    3.00   3.00
UNIV-0103 SOCSCI:INDIVDL&SOC          A    3.00  12.00

    Academic Warning

              AHRS   EHRS   QHRS   QPTS   GPA
    Current   16.00   7.00  16.00  19.00  1.19
    Cumulative 53.00 44.00  43.00  81.00  1.88

    Transfer Credit Applied to Fall 1994
      GADSDEN STATE COMM COLLEGE (SEM) Jun 1994 - Aug 1994
         COLLEGE CHEM III                    5.00
         ENG252                              5.00
         HIST-WESTERN CIV I                  5.00
      School Total:                         15.00
-----------No Further Entries This Page---------------
```

00094
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |
| * | NOT USED IN COMPUTATION OF GPA |
| ** | MAY APPEAR ON RECORD PRIOR TO FALL 1998 |

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**NOTE:** This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
- 1xxx - Undergraduate courses primarily for freshmen.
- 2xxx - Undergraduate courses primarily for sophomores.
- 3xxx - Undergraduate courses primarily for juniors.
- 4xxx - Undergraduate courses primarily for seniors.
- 5xxx - Professional school and advanced undergraduate courses.***
- 6xxx - Graduate courses. Not available to undergraduates.***
- 7xxx - Graduate courses. Not available to undergraduates.
- 8xxx - Graduate courses. Not available to undergraduates.

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.

00095
Eiland

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

04129204                                            SCRIP-SAFE ® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name: Christopher B Eiland
ID: 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
DATE: 08-25-05
PAGE: 2 of 4

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED.

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

---

### Fall 1994

Program Changed To:
  Bachelor of Science
    Major: Microbiology
    Minor: Pre-Veterinary

| Course | Title | Grade | Hours | Points |
|---|---|---|---|---|
| ANSC-0110 | ORIENTATION TO ADS | S | 1.00 | |
| CHEM-0104 | FUNDS OF CHEM 2 | C | 4.00 | 8.00 |
| PHED-0125 | BASKETBALL | A | 2.00 | 8.00 |
| PHYS-L205 | INTRO PHYS 1 LAB | B | 1.00 | 3.00 |
| PHYS-0205 | INTRO PHYSICS 1 | D | 4.00 | 4.00 |
| UNIV-0102 | SOC SCI: POL ECON | B | 3.00 | 9.00 |

Academic Warning

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 15.00 | 15.00 | 14.00 | 32.00 | 2.28 |
| Cumulative | 83.00 | 74.00 | 57.00 | 113.00 | 1.98 |

### Winter 1995

Program Changed To:
  Major: Microbiology

| Course | Title | Grade | Hours | Points |
|---|---|---|---|---|
| ANSC-0210 | COMPANION ANIM MGT | A | 2.00 | 8.00 |
| COMM-0100 | PROFESSNL COMMUNCT | A | 3.00 | 12.00 |
| PHYS-L206 | INTRO PHYS 2 LAB | B | 1.00 | 3.00 |
| PHYS-0205 | INTRO PHYSICS 1 | A | 4.00 | 16.00 |
| PHYS-0206 | INTRO PHYSICS 2 | C | 4.00 | 8.00 |
| RELG-0201 | INTRO RELIGION | A | 3.00 | 12.00 |

Good Standing

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 17.00 | 17.00 | 17.00 | 59.00 | 3.47 |
| Cumulative | 100.00 | 91.00 | 74.00 | 172.00 | 2.32 |

---No Further Entries This Column---

### Spring 1995

| Course | Title | Grade | Hours | Points |
|---|---|---|---|---|
| CHEM-L207 | ORG CHEMISTRY LAB | B | 1.00 | 3.00 |
| CHEM-0207 | ORGANIC CHEMISTRY | B | 4.00 | 12.00 |
| HIST-0103 | WORLD HISTORY 3 | A | 3.00 | 12.00 |
| PHED-0158 | BOWLING | A | 2.00 | 8.00 |
| PHYS-L207 | INTRO PHYS 3 LAB | B | 1.00 | 3.00 |
| PHYS-0207 | INTRO PHYSICS 3 | B | 3.00 | 9.00 |

Good Standing

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 14.00 | 14.00 | 14.00 | 47.00 | 3.36 |
| Cumulative | 114.00 | 105.00 | 88.00 | 219.00 | 2.49 |

Transfer Credit Applied to Fall 1995
  GADSDEN STATE COMM COLLEGE (SEM) Jun 1995 - Aug 1995
    AMERICAN LIT I     5.00

### Fall 1995

| Course | Title | Grade | Hours | Points |
|---|---|---|---|---|
| ANSC-0200 | INTRO ANIM DH SCI | B | 5.00 | 15.00 |
| CHEM-L208 | ORG CHEMISTRY LAB | A | 2.00 | 8.00 |
| CHEM-0208 | ORGANIC CHEMISTRY | C | 3.00 | 6.00 |
| HORT-0204 | ORGANIC GARDENING | A | 3.00 | 12.00 |
| NUFS-0200 | NUTRITION & HEALTH | W | 0.00 | |

Good Standing

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 13.00 | 13.00 | 13.00 | 41.00 | 3.15 |
| Cumulative | 132.00 | 123.00 | 101.00 | 260.00 | 2.57 |

### Winter 1996

Transferred To:
  College of Agriculture
    Bachelor of Science
      Major: Animal and Dairy Science
      Minor: Pre-Veterinary

| Course | Title | Grade | Hours | Points |
|---|---|---|---|---|
| ANSC-0321 | ANIML BIOCHEM&NUTR | A | 5.00 | 20.00 |
| CHEM-0102 | INTRO CHEMISTRY 2 | A | 2.00 | 8.00 |
| PHIL-0102 | INTRO TO ETHICS | B | 5.00 | 15.00 |
| UNIV-0101 | SOCSCI:SOC,CLT&ENV | B | 3.00 | 9.00 |

Good Standing

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 15.00 | 15.00 | 15.00 | 52.00 | 3.47 |
| Cumulative | 147.00 | 138.00 | 116.00 | 312.00 | 2.69 |

00096
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |
| * | NOT USED IN COMPUTATION OF GPA |
| ** | MAY APPEAR ON RECORD PRIOR TO FALL 1998 |

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**NOTE**: This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
- 1xxx - Undergraduate courses primarily for freshmen.
- 2xxx - Undergraduate courses primarily for sophomores.
- 3xxx - Undergraduate courses primarily for juniors.
- 4xxx - Undergraduate courses primarily for seniors.
- 5xxx - Professional school and advanced undergraduate courses.***
- 6xxx - Graduate courses. Not available to undergraduates.***
- 7xxx - Graduate courses. Not available to undergraduates.
- 8xxx - Graduate courses. Not available to undergraduates.

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

00097
Eiland

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

04129204                              SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name: Christopher B Eiland
ID: 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
DATE: 08-25-05
PAGE: 3 of 4

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

CONFIDENTIAL: THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT.

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
---------Spring 1996---------
Program Changed To:
   Major: Animal and Dairy Science

ANSC-0322 FEEDS & FEEDING         A    4.00   16.00
BIOL-0103 ANIMAL BIOLOGY          B    5.00   15.00
ZOOL-0300 GENETICS                B    5.00   15.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current       14.00   14.00   14.00   46.00   3.29
Cumulative   161.00  152.00  130.00  358.00   2.75

---------Summer 1996---------
ZOOL-0251 PHYSIOLOGY              A    5.00   20.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current        5.00    5.00    5.00   20.00   4.00
Cumulative   166.00  157.00  135.00  378.00   2.80

---------Fall 1996---------
AGEC-0210 MICROCMPTR APPL AG      A    3.00   12.00
ANSC-0206 INTRO TO HORSE MGT      C    3.00    6.00
ANSC-0361 REPRODUCTV PHYSIOL      B    5.00   15.00
MBIO-0300 GEN MICROBIOLOGY        B    5.00   15.00
ZOOL-0310 CELL BIOLOGY            C    4.00    8.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current       20.00   20.00   20.00   56.00   2.80
Cumulative   186.00  177.00  155.00  434.00   2.80
------No Further Entries This Column------

---------Winter 1997---------
ANSC-0271 VAL ANALY MEAT ANI      A    4.00   16.00
ANSC-0350 ANIMAL BREEDING         A    4.00   16.00
ANSC-0370 MEAT SCIENCE            A    4.00   16.00
ANSC-0380 UNDERGRADUATE SEM       S    1.00
ANSC-0401 BEEF PRODUCTION         A    4.00   16.00

Good Standing
Dean's List
               AHRS    EHRS    QHRS    QPTS    GPA
Current       17.00   17.00   16.00   64.00   4.00
Cumulative   203.00  194.00  171.00  498.00   2.91

---------Spring 1997---------
AGEC-0202 AGRICULTURL ECON 1      A    5.00   20.00
ANSC-0362 ARTIFICL INSEMINTN      A    2.00    8.00
ANSC-0490 SPECIAL PROBLEMS        A    2.00    8.00
ANSC-0508 ADV BEEF PRODUCTN       A    5.00   20.00
ENGL-0400 ADVANCED COMPOSITN      B    5.00   15.00
MBIO-0542 GENERAL VIROLOGY        C    3.00    6.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current       22.00   22.00   22.00   77.00   3.50
Cumulative   225.00  216.00  193.00  575.00   2.98

---------Summer 1997---------
ZOOL-0301 COMPARATIVE ANAT        A    5.00   20.00
ZOOL-0524 ANIMAL PHYSIOLOGY       A    5.00   20.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current       10.00   10.00   10.00   40.00   4.00
Cumulative   235.00  226.00  203.00  615.00   3.03

---------Fall 1997---------
CHEM-0518 BIOCHEMISTRY            A    4.00   16.00
MBIO-0405 INTRO MOLECULR GEN      A    4.00   16.00
VOED-0352 MED TERM HLTH REL       A    5.00   20.00

Good Standing
               AHRS    EHRS    QHRS    QPTS    GPA
Current       13.00   13.00   13.00   52.00   4.00
Cumulative   248.00  239.00  216.00  667.00   3.09
------No Further Entries This Page------
```

00098
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

### KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |
| * | NOT USED IN COMPUTATION OF GPA |
| ** | MAY APPEAR ON RECORD PRIOR TO FALL 1998 |

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**NOTE:** This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**

- 1xxx -   Undergraduate courses primarily for freshmen.
- 2xxx -   Undergraduate courses primarily for sophomores.
- 3xxx -   Undergraduate courses primarily for juniors.
- 4xxx -   Undergraduate courses primarily for seniors.
- 5xxx -   Professional school and advanced undergraduate courses.***
- 6xxx -   Graduate courses. Not available to undergraduates.***
- 7xxx -   Graduate courses. Not available to undergraduates.
- 8xxx -   Graduate courses. Not available to undergraduates.

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

**00099**
**Eiland**

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. **ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!**

04129204                                              SCRIP-SAFE ® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name:   Christopher B Eiland
ID:     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
DATE:   08-25-05
PAGE:   4 of 4

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

CONFIDENTIAL: THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT.

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
----------------Winter 1998----------------
VMPB-0510 ADV REPRODUCT TECH      A    3.00   12.00
ZOOL-0509 HISTOLOGY               B    5.00   15.00
ZOOL-0511 GEN PARASITOLOGY        A    5.00   20.00

 Good Standing

             AHRS    EHRS    QHRS    QPTS    GPA
 Current    13.00   13.00   13.00   47.00   3.62
 Cumulative 261.00  252.00  229.00  714.00  3.12

----------------Spring 1998----------------
ACCT-0215 FND GRL COST ACCT       A    5.00   20.00
ANSC-0490 SPECIAL PROBLEMS        A    2.00    8.00
ANSC-0520 ADV ANIMAL NUTR         A    5.00   20.00

             AHRS    EHRS    QHRS    QPTS    GPA
 Current    12.00   12.00   12.00   48.00   4.00
 Cumulative 273.00  264.00  241.00  762.00  3.16

----------------Summer 1998----------------
CHEM-L518 BIOCHEMISTRY LAB        A    1.00    4.00
CHEM-0207 ORGANIC CHEMISTRY       A    4.00   16.00
CHEM-0208 ORGANIC CHEMISTRY       A    3.00   12.00
PHYS-0206 INTRO PHYSICS 2         A    4.00   16.00

             AHRS    EHRS    QHRS    QPTS    GPA
 Current    12.00   12.00   12.00   48.00   4.00
 Cumulative 285.00  276.00  253.00  810.00  3.20

          Quarter To Semester Conversion

             AHRS    EHRS    QHRS    QPTS    GPA
 Quarter    285.00  276.00  253.00  810.00  3.20
 Semester   190.01  184.01  168.63  539.87  3.20
 Transfer   Quarter  30.00  Semester 20.04

----------End of Academic Record----------
```

00100
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |

\*     NOT USED IN COMPUTATION OF GPA
\*\*   MAY APPEAR ON RECORD PRIOR TO FALL 1998

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**NOTE**: This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**

| | |
|---|---|
| 1xxx - | Undergraduate courses primarily for freshmen. |
| 2xxx - | Undergraduate courses primarily for sophomores. |
| 3xxx - | Undergraduate courses primarily for juniors. |
| 4xxx - | Undergraduate courses primarily for seniors. |
| 5xxx - | Professional school and advanced undergraduate courses.*** |
| 6xxx - | Graduate courses. Not available to undergraduates.*** |
| 7xxx - | Graduate courses. Not available to undergraduates. |
| 8xxx - | Graduate courses. Not available to undergraduates. |

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

---

**TO TEST FOR AUTHENTICITY**: Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY•AUBURN UNIVERSITY•AUBURN UNIVERSITY•AUBURN UNIVERSITY•AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS**: When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. **ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!**

04129204                                                                SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name:   Christopher B Eiland
ID:     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
DATE:   08-25-05
PAGE:   1 of 2

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT.

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

---

Official Academic Record

Auburn converted to the semester system from quarters as of Fall Term 2000. Prior terms are on a quarter system and are reported as quarter hours. Cumulative totals for the student for FALL 2000 AND AFTER are reported as semester hours. One quarter hour equals 0.67 semester hours.

Current Academic Program:
  College of Veterinary Med.
    Doctor of Philosophy
      Major:  Biomedical Sci (Vet Med)

Degrees Awarded:
  Master of Science                    Aug  4, 2003
    College of Veterinary Med.
      Major:  Biomedical Sci (Vet Med)
      Cum GPA: 3.704
  Bachelor of Science                  Jun 13, 1997
    College of Agriculture
      Major:  Animal and Dairy Science
      Minor:  Pre-Veterinary

---------- Fall 1998 ----------

Admitted Program:
  College of Veterinary Med.
    Master of Science
      Major:  Biomedical Sci (Vet Med)

VMPB-0612 METH IMMUNOLOGY        A    5.00   20.00
VMPB-0620 PROKARYTC MLCR GEN     B    5.00   15.00
VMPB-0698 RESEARCH PROBLEMS      S    3.00

            AHRS    EHRS    QHRS    QPTS    GPA
Current    13.00   13.00   10.00   35.00   3.50
Cumulative 13.00   13.00   10.00   35.00   3.50

---------- Winter 1999 ----------

MBIO-0543 IMMUNOLOGY             A    4.00   16.00
VMPB-0418 INTRO GREAT PLAQUE     A    1.00    4.00*
VMPB-0621 EUKARYTC MOLCR GEN     A    5.00   20.00

            AHRS    EHRS    QHRS    QPTS    GPA
Current     9.00    9.00    9.00   36.00   4.00
Cumulative 22.00   22.00   19.00   71.00   3.74
-----No Further Entries This Column-----

---------- Spring 1999 ----------
VMPB-0615 ADVANCED IMMUNOLOGY    B    3.00    9.00
VMPB-0678 PATHOLOGY OF PARASITIC DISEASES
                                 A    5.00   20.00
VMPB-0698 RESEARCH PROBLEMS      S    3.00

            AHRS    EHRS    QHRS    QPTS    GPA
Current    11.00   11.00    8.00   29.00   3.62
Cumulative 33.00   33.00   27.00  100.00   3.70

---------- Summer 1999 ----------
VMPB-0699 RESEARCH AND THESIS    TD   1.00
            Thesis/Dissertation

            AHRS    EHRS    QHRS    QPTS    GPA
Current     1.00    1.00    0.00    0.00   0.00
Cumulative 34.00   34.00   27.00  100.00   3.70

Quarter To Semester Conversion

            AHRS    EHRS    QHRS    QPTS    GPA
Quarter    34.00   34.00   27.00  100.00   3.70
Semester   22.66   22.66   17.99   66.63   3.70

---------- Summer 2001 ----------
GRAD-7900 THESIS COMPLETION      NN   0.00
VBMS-7990 RESEARCH & THESIS IN BIOMED SCI
                                 TD   1.00
            Thesis/Dissertation

            AHRS    EHRS    QHRS    QPTS    GPA
Current     1.00    1.00    0.00    0.00   0.00
Cumulative 23.66   23.66   17.99   66.63   3.70
-----No Further Entries This Page-----

00101
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |

\* NOT USED IN COMPUTATION OF GPA
\** MAY APPEAR ON RECORD PRIOR TO FALL 1998

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**NOTE:** This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
1xxx - Undergraduate courses primarily for freshmen.
2xxx - Undergraduate courses primarily for sophomores.
3xxx - Undergraduate courses primarily for juniors.
4xxx - Undergraduate courses primarily for seniors.
5xxx - Professional school and advanced undergraduate courses.***
6xxx - Graduate courses. Not available to undergraduates.***
7xxx - Graduate courses. Not available to undergraduates.
8xxx - Graduate courses. Not available to undergraduates.
***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

00102
Eiland

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

04129204                                    SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name:   Christopher B Eiland
ID:     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
DATE:   08-25-05
PAGE:   2 of 2

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

CONFIDENTIAL: THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT.

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
-------------Summer 2003-------------------------

  Program Changed To:
    College of Veterinary Med.
    Master of Science
      Major: Biomedical Sci (Vet Med)
    College of Veterinary Med.
    Doctor of Philosophy
      Major: Biomedical Sci (Vet Med)

VBMS-7990 RESEARCH & THESIS IN BIOMED SCI
                                 TD    1.00
         Thesis/Dissertation

              AHRS    EHRS    QHRS    QPTS    GPA
   Current    1.00    1.00    0.00    0.00    0.00
   Cumulative 24.66   24.66   17.99   66.63   3.70

  Requirements completed for Master of Science

-------------Fall 2003-----------------------

  Program Changed To:
    College of Veterinary Med.
    Doctor of Philosophy
      Major: Biomedical Sci (Vet Med)

STAT-7000 EXPERIMENTAL STATISTICS I: NATURAL SCIENCES
                                 F    (4.00)
         Failed to complete course
VBMS-7070 ENDOCRINOLOGY          B     4.00   12.00
VBMS-8990 RESEARCH AND DISSERTATION TD 7.00
         Thesis/Dissertation

  Good Standing

              AHRS    EHRS    QHRS    QPTS    GPA
   Current    15.00   11.00   8.00    12.00   1.50
   Cumulative 39.66   35.66   25.99   78.63   3.03
-----------End of Academic Record----------
```

00103
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |

* NOT USED IN COMPUTATION OF GPA
** MAY APPEAR ON RECORD PRIOR TO FALL 1998

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**00104**
**Eiland**

**NOTE:** This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**

| | |
|---|---|
| 1xxx - | Undergraduate courses primarily for freshmen. |
| 2xxx - | Undergraduate courses primarily for sophomores. |
| 3xxx - | Undergraduate courses primarily for juniors. |
| 4xxx - | Undergraduate courses primarily for seniors. |
| 5xxx - | Professional school and advanced undergraduate courses.*** |
| 6xxx - | Graduate courses. Not available to undergraduates.*** |
| 7xxx - | Graduate courses. Not available to undergraduates. |
| 8xxx - | Graduate courses. Not available to undergraduates. |

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. **ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!**

04129204                                                                                    SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

Name:   Christopher B Eiland
ID:     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
DATE:   08-25-05
PAGE:   1 of 3

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
            Official Academic Record

Degrees Awarded:
  Master of Science                      Aug  4, 2003
    College of Veterinary Med.
    Major:  Biomedical Sci (Vet Med)
    Cum GPA: 3.704
  Doctor of Veterinary Medicine          May 10, 2003
    College of Veterinary Med.
    Major:  Veterinary Medicine
    Cum GPA: 3.068
  Bachelor of Science                    Jun 13, 1997
    College of Agriculture
    Major:  Animal and Dairy Science
    Minor:  Pre-Veterinary

-----------------Fall 1999-----------------

  Admitted Program:
    College of Veterinary Med.
    Doctor of Veterinary Medicine
    Major:  Veterinary Medicine


VMED-Q500 PROBLEM SOLVING I              S    1.00
VMED-Q502 VETERINARY ETHICS              S    1.00
VMED-Q511 PHYSIOLOGY I                   B    8.00  24.00
VMED-Q520 VETERINARY PARASITOLOGY I      A    4.00  16.00
VMED-Q523 MICROSCOPIC ANATOMY I          A    5.00  20.00
VMED-Q530 VETERINARY ETHOLOGY            A    1.00   4.00

              AHRS    EHRS    QHRS    QPTS    GPA
Current      20.00   20.00   18.00   64.00   3.56
Cumulative   20.00   20.00   18.00   64.00   3.56

-----------------Winter 2000-----------------

VMED-Q512 PHYSIOLOGY II                  B    6.00  18.00
VMED-Q513 ANATOMY I                      B    6.00  18.00
VMED-Q515 PHYSICS OF DIAGNOSTIC IMAGING  C    1.00   2.00
VMED-Q521 VETERINARY PARASITOLOGY II     A    4.00  16.00
VMED-Q522 CELL PHYSIOLOGY & MOLE GENETICS
                                         B    3.00   9.00

              AHRS    EHRS    QHRS    QPTS    GPA
Current      20.00   20.00   20.00   63.00   3.15
Cumulative   40.00   40.00   38.00  127.00   3.34
---------No Further Entries This Column---------


-----------------Spring 2000-----------------
VMED-Q501 PROBLEM SOLVING II             S    1.00
VMED-Q514 ANATOMY II                     B    5.00  15.00
VMED-Q516 PRINCIPLES OF DIAG. IMAGING    A    2.00   8.00
VMED-Q524 MICROSCOPIC ANATOMY II         B    3.00   9.00
VMED-Q525 VETERINARY NEUROSCIENCES       C    7.00  14.00
VMED-Q531 PHYSICAL DIAGNOSIS             B    2.00   6.00

              AHRS    EHRS    QHRS    QPTS    GPA
Current      20.00   20.00   19.00   52.00   2.74
Cumulative   60.00   60.00   57.00  179.00   3.14

-----------------Summer 2000-----------------
VMPB-0699 RESEARCH AND THESIS            TD   3.00
          Thesis/Dissertation

              AHRS    EHRS    QHRS    QPTS    GPA
Current       3.00    3.00    0.00    0.00   0.00
Cumulative   63.00   63.00   57.00  179.00   3.14


                  Quarter To Semester Conversion

              AHRS    EHRS    QHRS    QPTS    GPA
Quarter      63.00   63.00   57.00  179.00   3.14
Semester     42.01   42.01   38.00  119.33   3.14


-----------------Fall 2000-----------------
VMED-5032 PROB SOLVING IN VET MEDICINE III
                                         S    1.00
VMED-5220 PRINCIPLES OF VET PATHOLOGY    B    3.00   9.00
VMED-5230 VETERINARY CLINICAL PATHOLOGY
                                         B    3.00   9.00
VMED-5240 PRINCIPLES OF VET IMMUNOLOGY   A    3.00  12.00
VMED-5250 PRINC OF VET INFECTIOUS DISEASE
                                         A    4.00  16.00
VMED-5260 VETERINARY PHARMACOLOGY        B    3.00   9.00
VMED-5510 INTEGUMENTARY SYSTEM           B    4.00  12.00
VMED-5840 WILDLIFE DISEASES              S    2.00

              AHRS    EHRS    QHRS    QPTS    GPA
Current      23.00   23.00   20.00   67.00   3.35
Cumulative   65.01   65.01   58.00  186.33   3.21
---------No Further Entries This Page---------
```

00105
Eiland

# AUBURN UNIVERSITY

**OFFICE OF ADMISSIONS AND RECORDS**
**100 MARTIN HALL**
**AUBURN UNIVERSITY, ALABAMA 36849-5146**

**KEY TO TRANSCRIPT**

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |
| * | NOT USED IN COMPUTATION OF GPA |
| ** | MAY APPEAR ON RECORD PRIOR TO FALL 1998 |

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

00106
Eiland

**NOTE**: This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
1xxx - Undergraduate courses primarily for freshmen.
2xxx - Undergraduate courses primarily for sophomores.
3xxx - Undergraduate courses primarily for juniors.
4xxx - Undergraduate courses primarily for seniors.
5xxx - Professional school and advanced undergraduate courses.***
6xxx - Graduate courses. Not available to undergraduates.***
7xxx - Graduate courses. Not available to undergraduates.
8xxx - Graduate courses. Not available to undergraduates.
***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

---

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

04129204                    SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040

# AUBURN UNIVERSITY
## Auburn University, Alabama

**Name:** Christopher B Eiland
**ID:** 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
**DATE:** 08-25-05
**PAGE:** 2 of 3

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

## OFFICIAL TRANSCRIPT

C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
------------------------Spring 2001----------------------    ------------------------Spring 2002----------------------
VMED-5020 VETERINARY MEDICINE & THE LAW                      VMED-5320 CLINICAL VETERINARY NUTRITION
                                    S    1.00                                                            B    2.00    6.00
VMED-5030 VETERINARY PUBLIC HEALTH   B    4.00   12.00       VMED-5340 EMER MED/CRIT CARE & ONCOLOG      C    3.00    6.00
VMED-5042 PROBLEM SOLVING IN VET MED IV                      VMED-5350 VETERINARY TOXICOLOGY             A    3.00   12.00
                                    S    1.00                VMED-5360 PRODUCTION/PREVENTATIVE MEDICINE
VMED-5310 INTRODUCTION TO SURGERY    C    1.00    2.00                                                   B    3.00    9.00
VMED-5520 CARDIOVASCULAR SYSTEM      B    2.00    6.00       VMED-5601 VETERINARY CLINICAL ROTATIONS
VMED-5530 RESPIRATORY SYSTEM/ANESTHESIA                                                                  B    3.00    9.00
                                    B    6.00   18.00       VMED-5601 VETERINARY CLINICAL ROTATIONS
VMED-5540 ALIMENTARY SYSTEM          B    5.00   15.00                                                   B    3.00    9.00
VMED-5770 ADVANCED VETERINARY DERMATOLOGY
                                    S    1.00

              AHRS    EHRS    QHRS    QPTS    GPA                         AHRS    EHRS    QHRS    QPTS    GPA
   Current   21.00   21.00   18.00   53.00   2.94              Current   17.00   17.00   17.00   51.00   3.00
  Cumulative 86.01   86.01   76.00  239.33   3.15            Cumulative 125.01  125.01  113.00  345.33   3.06

------------------------Fall 2001------------------------    ------------------------Summer 2002----------------------
                                                             VMED-5601 VETERINARY CLINICAL ROTATIONS
VMED-5052 PROB SOLVING IN VETERINARY MED V                                                               B    3.00    9.00
                                    S    1.00               VMED-5601 VETERINARY CLINICAL ROTATIONS
VMED-5311 SURGICAL PRACTICUM         B    2.00    6.00                                                   B    3.00    9.00
VMED-5330 MULTISPECIES MEDICINE      B    3.00    9.00       VMED-5601 VETERINARY CLINICAL ROTATIONS
VMED-5550 URINARY SYSTEM             B    2.00    6.00                                                   B    3.00    9.00
VMED-5560 ENDOCRINE SYSTEM/SPECIAL SENSES
                                    B    2.00    6.00                     AHRS    EHRS    QHRS    QPTS    GPA
VMED-5570 REPRODUCTIVE SYSTEM        B    5.00   15.00         Current    9.00    9.00    9.00   27.00   3.00
VMED-5580 NERVOUS SYSTEM             C    2.00    4.00      Cumulative  134.01  134.01  122.00  372.33   3.05
VMED-5590 MUSCULOSKELETAL SYSTEM     C    3.00    6.00
VMED-5870 AQUARIUM FISH MEDICINE     S    1.00              ------------------------Fall 2002----------------------
VMED-5900 SPECIAL SENSES             B    1.00    3.00       VMED-5601 VETERINARY CLINICAL ROTATIONS
                                                                                                         B    3.00    9.00
                                                             VMED-5601 VETERINARY CLINICAL ROTATIONS
              AHRS    EHRS    QHRS    QPTS    GPA                                                        A    3.00   12.00
   Current   22.00   22.00   20.00   55.00   2.75           VMED-5601 VETERINARY CLINICAL ROTATIONS
  Cumulative 108.01 108.01   96.00  294.33   3.07                                                        B    3.00    9.00
----------No Further Entries This Column------------        VMED-5601 VETERINARY CLINICAL ROTATIONS
                                                                                                         B    3.00    9.00

                                                                          AHRS    EHRS    QHRS    QPTS    GPA
                                                               Current   12.00   12.00   12.00   39.00   3.25
                                                            Cumulative  146.01  146.01  134.00  411.33   3.07
                                                            ----------No Further Entries This Page----------
```

00107
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |

\*      NOT USED IN COMPUTATION OF GPA
\*\*    MAY APPEAR ON RECORD PRIOR TO FALL 1998

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a student's Auburn University GPA.

**00108**
**Eiland**

**NOTE:** This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
1xxx -   Undergraduate courses primarily for freshmen.
2xxx -   Undergraduate courses primarily for sophomores.
3xxx -   Undergraduate courses primarily for juniors.
4xxx -   Undergraduate courses primarily for seniors.
5xxx -   Professional school and advanced undergraduate courses.***
6xxx -   Graduate courses. Not available to undergraduates.***
7xxx -   Graduate courses. Not available to undergraduates.
8xxx -   Graduate courses. Not available to undergraduates.
\*\*\*Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from the earned hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

---

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

04129204                                                       SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040