# AUBURN UNIVERSITY
## Auburn University, Alabama

Name: Christopher B Eiland
ID: 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
DATE: 08-25-05
PAGE: 3 of 3

KEY TO TRANSCRIPT IS PRINTED ON THE REVERSE SIDE.

**CONFIDENTIAL:** THIRD PARTY ACCESS PROHIBITED WITHOUT WRITTEN CONSENT FROM STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

**OFFICIAL TRANSCRIPT**



C. Doyle Bickers
Director of Admissions and Records

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied, a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

```
-------------Spring 2003-------------------
VMED-5601 VETERINARY CLINICAL ROTATIONS
                                    B    3.00    9.00
VMED-5611 VET CLINICAL ROTATIONS-ELECTIVES
                                    S    3.00
VMED-5611 VET CLINICAL ROTATIONS-ELECTIVES
                                    S    3.00
VMED-5801 PRECEPTORSHIP             S    3.00
VMED-5950 CLINICOPATHOLOGIC CONFERENCE S  0.00

           AHRS    EHRS    QHRS    QPTS    GPA
Current    12.00   12.00   3.00    9.00    3.00
Cumulative 158.01  158.01  137.00  420.33  3.07

Requirements completed for Doctor of Veterinary
Medicine
---------------End of Academic Record----------------
```

00109
Eiland

# AUBURN UNIVERSITY

## OFFICE OF ADMISSIONS AND RECORDS
## 100 MARTIN HALL
## AUBURN UNIVERSITY, ALABAMA 36849-5146

## KEY TO TRANSCRIPT

**CERTIFICATION OF OFFICIAL TRANSCRIPTS** - An official transcript is printed on secure paper, does not require a raised seal, and is valid only when it bears the signature of the director in white letters. Copies issued directly to students will have "Issued to Student" printed on the transcript. Auburn University is accredited by the Southern Association of Colleges and Schools.

**GRADING SYSTEM** - Effective Fall 1979, the University converted to a 4.0 grading scale.

| GRADE | DEFINITION AND QUALITY POINTS |
|---|---|
| A | SUPERIOR, 4.0 |
| AU | AUDIT, 0.0* |
| B | GOOD, 3.0 |
| C | ACCEPTABLE, 2.0 |
| D | PASSING, 1.0 |
| D* | GAP INVOKED, 0.0* |
| F | FAILURE, 0.0 |
| F* | GAP INVOKED, 0.0* |
| FA | FAILURE FOR ABSENCES, 0.0 |
| FA* | GAP INVOKED, 0.0* |
| IN | INCOMPLETE, 0.0 |
| IN* | GAP INVOKED, 0.0** |
| NG | NON-GRADED COURSE, 0.0 * |
| NN | NON-GRADED COURSES, 0.0* |
| NR | NO GRADE REPORTED, 0.0 |
| S | SATISFACTORY, 0.0 * |
| U | UNSATISFACTORY, 0.0 * |
| U* | GAP INVOKED, 0.0* |
| W | WITHDRAW PASSING, 0.0 * |
| WF | WITHDRAW FAILING, 0.0 |
| X | ABSENT EXAM PASSING, 0.0** |
| X* | GAP INVOKED, 0.0* |
| XF | ABSENT EXAM FAILING, 0.0** |
| XF* | GAP INVOKED, 0.0* |
| * | NOT USED IN COMPUTATION OF GPA |
| ** | MAY APPEAR ON RECORD PRIOR TO FALL 1998 |

**GOOD STANDING** - Unless otherwise noted, student is in good academic standing.

**GRADE POINT AVERAGE** - The grade point average reflected on the Auburn University transcript includes only work taken at Auburn and not at other institutions. (See Grade Adjustment Policy) Transfer hours are counted for degree programs but are not computed in a ... university GPA.

**NOTE**: This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**CREDIT LEVEL AND COURSE NUMBERING SYSTEM**
- 1xxx - Undergraduate courses primarily for freshmen.
- 2xxx - Undergraduate courses primarily for sophomores.
- 3xxx - Undergraduate courses primarily for juniors.
- 4xxx - Undergraduate courses primarily for seniors.
- 5xxx - Professional school and advanced undergraduate courses.***
- 6xxx - Graduate courses. Not available to undergraduates.***
- 7xxx - Graduate courses. Not available to undergraduates.
- 8xxx - Graduate courses. Not available to undergraduates.

***Prior to Fall 2004, 5000 level courses were Professional courses only and 6000 level courses were Graduate courses also open to advanced Undergraduates.

**CALENDAR SYSTEM** - Prior to Fall 2000 course work completed at Auburn University was on the quarter system. The University's academic year was divided into four quarters: Fall, Winter, Spring and Summer. Fall 2000, Auburn University converted to the semester system. Prior terms are on a quarter system; however, the transcript reflects the quarter to semester conversion. One hour under the quarter system is equivalent to 0.67 hours under the semester system.

**GRADE ADJUSTMENT POLICY (GAP)** - Effective Fall 2000, all currently enrolled, regularly admitted undergraduate students may delete a maximum of three (3) course grades of D or F (including FA or U) associated with their undergraduate degree program from the computation of their cumulative GPA. Grades or credits considered as transfer credits, courses earned in a previously awarded baccalaureate degree, or grades that have been assigned as a result of academic misconduct are excluded from this policy. This policy does not offer exemption from academic requirements for Auburn University degrees, adjustment only applies to grades in individual courses. All courses for which a grade is awarded at Auburn University will remain on the transcript. Courses for which a grade has been deleted from the cumulative GPA will have the grade recorded and a notation on the transcript that the grade has been excluded from ... hours and the cumulative GPA. Deletion of grades is only available to currently enrolled, regularly admitted undergraduate students and is not available to former students. **A notation of "Grade Adjustment Policy Invoked" will be noted after the Career Statistics at the top of the transcript. A notation of "Course Excluded from Earned Hours and GPA" will be noted at the end of the term for which each grade adjustment is effective.**

00110
Eiland

**TO TEST FOR AUTHENTICITY:** Translucent icons of a globe *MUST* appear when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN UNIVERSITY • AUBURN

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (334) 844-4770. **ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!**

04129204                                    SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040