# EXHIBIT C

# Auburn University

Auburn University, Alabama 36849-5108

Office of the Provost
and Vice President for Academic Affairs
208 Samford Hall

Telephone: (334) 844-5771
Fax: (334) 844-5778

August 17, 2004

Dr. Chris Eiland
8531 Wexford Trace
Montgomery, AL 36117

Dear Dr. Eiland:

I have received your letter of July 27, 2004, concerning your grievance against the College of Veterinary Medicine. Auburn University has a Student Academic Grievance Policy with specific requirements and procedures for dealing with grievances.

First, resolution should be achieved at the lowest level. In order, this would be the faculty member, then department head, then academic dean, and finally the Student Academic Grievance Committee.

Second, procedures require that the grievance be filed within the first few days of the semester following that in which the grievance occurred.

In your letter of July 27, you made a number of complaints. The main complaint seemed to be you had been dismissed from the program. According to the College of Veterinary Medicine and the Graduate School, you have not been terminated. You are still a student in good standing at Auburn University. No actions have been taken to terminate your admission to the Doctor of Philosophy program in biomedical sciences. Your major professor has decided to resign from your committee. It is now your responsibility to identify another major professor, should you wish to continue in this program.

You also asserted that actions had been taken against you concerning academic dishonesty. No charges of academic dishonesty have been made to the Academic Honesty Committee nor to the appropriate administrators. Such charges have to be filed within 15 days of the incident in any case. There are no charges of academic dishonesty pending against you.

I wish you good luck in your future academic endeavors.

Sincerely,

Stephen L. McFarland
Acting Associate Provost for Academic Affairs and
Dean of the Graduate School

c: Dr. John Heilman, Senior Presidential Assistant
Dr. Lauren Wolfe, Pathobiology
Dr. Joseph Janicki, Associate Dean, College of Veterinary Medicine
Dr. Charles Hendrix, Pathobiology
Student File

00004
Eiland