# EXHIBIT E

about the progress of its students toward educational and personal goals, and about the achievements and perspectives of its alumni. This information is used to monitor program effectiveness, to recognize educational trends and opportunities, and to develop a sound, factual basis for academic planning.

Each Auburn student is expected to participate in the University's assessment efforts. Academic programs use various means to gather assessment information, including portfolios, performances, achievement tests, comprehensive examinations, surveys, interviews, focus groups, evaluation forms, and other methods. While enrolled, a typical student can expect to take part in one or more of these assessment activities. The total time spent on assessment activities is not likely to exceed 15 hours over the course of four years of enrollment. Participation in these activities may be a completion requirement for some degree programs.

## PRIVACY RIGHTS

The University recognizes that the maintenance of student information and educational records is necessary and vital to assist the student's education and development and to provide opportunities for University research and policy formulation. The University recognizes its obligation to exercise discretion in recording and disseminating information about students to insure that students' rights of privacy are maintained.

The University will furnish annual notification to students of their educational records; the right to request amendment of educational records considered by them to be inaccurate or misleading or that violate privacy or other rights; and of their right to a hearing should the University decline to amend such records. This annual notice will be published in the University Bulletin.

Students have the right to be provided a list of the types of educational records maintained by the University that are directly related to the student; the right to inspect and review the contents of these records; the right to obtain copies of these records; the right to a response from the University to reasonable requests for explanation and interpretation of these records; the right to an opportunity for a hearing to challenge the content of these records; and, if any material or document in the educational record of a student includes information on more than one student, the right to inspect and review only the part of such material or document as relates to the student.

## PUBLIC POSTING OF GRADES:

Grades on examinations or in courses may not be publicly posted using students' names or social security number. If a faculty member wishes to post grades, it must be done in such a manner that an individual student cannot be personally identified by others.

---

\* *Field trips will be authorized by the department and dean of the school in which the course is taught. The instructor will issue an official excuse to each student participating in the field trip. Any student may decline participating in a given field trip and receive an appropriate compensating assignment if, following consultation with his or her instructor, it appears that the field trip would adversely affect his or her other academic work.*

# STUDENT ACADEMIC GRIEVANCE POLICY

## 1. PURPOSE

*1.1* The purpose of this procedure shall be to resolve academic grievances of students, which result from actions of faculty or administration. This resolution should be achieved at the lowest level and in the most equitable way possible. The burden of proof rests with the complainants.

## 2. STEPS TOWARD REDRESS

2.1 When a student believes he or she has an academic grievance he or she should first seek to resolve that grievance by discussions with the faculty member or administrator involved. If these discussions are not satisfactory, the complaint should be taken to the next highest level listed in the following procedure. If the grievance arises from a classroom situation, the student should take the following steps in seeking redress.

2.1.1 Consult with the instructor involved, in person or by written contact, no later than within the first few days of the semester following that in which the grievance occurs.

2.1.2 If agreement on or compromise of the problem is not achieved, take grievance to the department head.

2.1.3 If still not satisfied that a fair and equitable solution has been found, take grievance to the dean of the school.

2.1.4 As a last resort and only after steps 2.11-2.13 have been carried out, or been conscientiously attempted, take grievance in writing to University Student Grievance Committee, specifically appointed to hear such complaints.

2.1.5 The student should read Section 4.3 of this policy carefully before contacting the chairman of the Student Academic Grievance Committee.

2.2 The Committee Chairman must be notified of the filing of a grievance no later than the 20th class day of the semester following that in which the grievance occurred.

2.3 No instructor or administrator shall be allowed to delay the resolution of a grievance by failing to hold a consultation with a student within a reasonable length of time of the initial request. Normally such consultation should occur within two weeks after the student request unless bona fide reasons such as illness, personal emergency or campus absence for professional reasons make this time limit unreasonable.

2.4 In some instances when the personalities or problems involved would make starting at the level of the complaint too awkward or embarrassing, the student may initiate a complaint at the next higher level listed.

2.5 A faculty member may ask that a student grievance be submitted to the University Student Academic Grievance Committee if, in his or her professional opinion, the resolution procedure suggested to the department head and dean is not educationally sound.

00008
Eiland



## 3. TYPES OF GRIEVANCES

3.1 No list of types of grievances could cover all contingencies. The following common types of student grievances, however, are within this committee's jurisdiction.

3.1.1 Errors in calculations or recording of quiz or other grades.

3.1.2 Lowering of grade on basis of attendance if this contradicts the attendance policy established and communicated in writing by the faculty member at the beginning of the course.

3.1.3 Failure of a faculty member to follow University policies in conduct of classes or examination.

3.1.4 Failure of a faculty member to recognize properly authorized excuse of absence.

3.1.5 Capricious, unreasonable, intimidating or arbitrary actions that harm student's performance.

3.1.6 Failure of a faculty member to grade, return and discuss assigned work within a reasonable time (e.g., before subsequent assigned work is scheduled for completion or before a subsequent examination).

3.1.7 Failure of a faculty member to announce testing procedures, grading policies and the various requirements for successful completion of the course; also, changes in announced policies without due notice and explanation.

3.1.8 Discriminatory action among students within a class by a faculty member (e.g., by singling out specific students for either preferential or adverse treatment).

3.1.9 Failure of a faculty member to honor a specific commitment to a student concerning completion of work delayed because of illness, accident or other justified reason.

3.2 Certain types of grievances, though common, should not be brought before this Committee, although they may be referred to the department head and, if necessary, the dean of the school for administrative review. *Grievances outside the jurisdiction of this committee include the following:*

3.2.1 Differences in grading by instructors teaching separate sections of the same course.

3.2.2 Personal habits of the faculty member, however distracting.

3.2.3 Fine distinctions between any two grades, which may be appealed only to the faculty member.

3.2.4 Unannounced quizzes.

3.2.5 Questions concerning academic dishonesty, which should be referred to the proper committee.

## 4. UNIVERSITY STUDENT ACADEMIC GRIEVANCE COMMITTEE
### 4.1 MEMBERSHIP

4.1.1 There shall be seven (7) voting members of the Committee to be appointed by the president of the University as follows:

4.1.1.1 Three (3) students and one alternate, to be recommended to the President under procedures established by the Student Government Association. Not more than one of the student members may be a graduate student. Undergraduate students serving on this Committee must be regularly enrolled students in good standing and must have attained sophomore ranking at the time of appointment. Not more than one (1) of the student members may be an undergraduate student if the grievance is filed by a graduate student. Graduate students must have been admitted to an authorized advanced degree or certificate program. Student members shall be appointed in May of each year and serve a one (1) year term. Their terms of services shall begin with the summer semester each year and continue through the spring semester.

4.1.1.2 Three (3) full-time faculty members and one (1) alternate to be recommended by the Rules Committee of the University Senate. Department heads and members of the administrative faculty shall not be named to these positions. Faculty members shall serve three (3) year terms, and their appointments shall be arranged so that one (1) faculty member is replaced each year. Their terms of service shall start in fall semester of the year of their appointment. The chairman of the Committee shall be appointed from among these faculty members nominated by the Senate Rules Committee in consultation with the President of the University. No person shall serve as chairman for more than three (3) years.

4.1.1.3 One (1) full-time member of the Administration (i.e., central administration and deans, associate deans and assistant deans) and one (1) alternate to be appointed by the President.

4.1.2 Five (5) voting members shall constitute a quorum. Decisions shall be reached by a majority of those present and voting.

4.1.3 The chairman of the Committee shall be the administrative officer of the Committee. His or her duties shall include arranging for appropriate times and places for Committee meetings and hearings; informing in writing those individuals listed in 4.2.3.2 of the times and places of Committee hearings that they are requested to attend, and supplying them with a statement of alleged grievances; informing those listed in 4.2.3.2 that grievance is pending; securing and distributing to the Committee written material appropriate for its consideration; arranging for the recording of Committee proceedings; maintaining Committee records that are to be kept on file according to the guidelines established by the University Archivist in the Office of the Vice President for Academic Affairs; and informing, in writing, the Vice President for Academic Affairs of the recommendations of the Committee.

4.1.4 Any member of the Committee may at any time disqualify himself or herself from consideration of any given case or cases because of personal bias.

4.1.4.1 Should a Committee member be unable to hear a particular case, for any reason, the alternate shall be appointed by the Chairman to serve for the course of the particular grievance.

4.1.4.2 Should the Committee be involved in a specific case at the time of the return of an absent member, the replacement member shall continue as a member of the Committee in all sessions dealing with the specific case until it is concluded. The returning member shall resume membership on the Committee in any new cases brought before the Committee.

00009
Eiland



4.1.5 Should any member of the Committee be unable, for any reason, to complete a term for which he or she has been appointed, the alternate shall fill the balance of the term. Resignations shall be submitted in writing to the chairman of the Committee. The chairman of the Committee shall then inform the appropriate person of a vacancy and request the appointment of a new alternate.

4.1.6 No member of the Committee may be reappointed upon the expiration of a full three-year term. However, a former student member may be appointed as an alternate. If the Committee is involved in any specific case at the time of the expiration of the term of any member, that member shall continue to function as a member of the Committee in its dealings with that specific case only, until such time as the case is concluded. No newly appointed member shall be considered as a member of the Committee in relation to any case continuing from a time prior to his or her term. He or she shall, however, serve as a member of the Committee for all other matters, beginning with the first day of his or her designated term of service.

4.1.7 Either party to the hearing may request of the chairman in writing that any member or members of the Committee be excluded from consideration of the case. Such a request must be for cause and be brought to the chairman's attention as the first step in the hearing. In the event a member is disqualified by majority vote of the Committee from consideration of a case, the chairman shall appoint the Committee alternate as a replacement.

## 4.2 PROCEDURES FOR HEARINGS

4.2.1 Grievances must be filed with the Committee chairman within 20 class days of the term following that in which the grievance occurred.

4.2.2 Where previous efforts for redress have failed, the student should file a grievance in writing to the chairman of this Committee, accompanied by any initial documentary evidence.

4.2.3 The following (4.2.3.1 - 4.2.3.4) represents general guidelines regarding hearing procedures. However, additional guidelines will be made available to the parties at least one week prior to the hearing.

4.2.3.1 Upon receipt of the stated grievance, the chairman shall forward a copy of the grievance to the instructor, who is invited to submit a written response.

4.2.3.2 The only person present at meetings of this Committee shall be Committee members, parties to the action being considered by the Committee and witnesses actually testifying before the Committee.

4.2.4 The Committee, as a whole, shall arrange for a swift and comprehensive review of the stated grievance and may request from the parties additional information. It shall then decide, on the basis of this evidence, whether or not there are sufficient grounds to hear a case, and whether or not it will accept written statements in lieu of personal appearances. If the Committee decides that there are not sufficient grounds to hear a case and closes the case, it shall notify the complainant and respondent in writing as to the reasons for its actions.

4.2.4.1 Written statements by witnesses in lieu of personal appearance would not be allowed except in rare instances.

4.2.5 If the Committee determines that the case merits further consideration in the form of a hearing, the parties involved shall be informed in writing and be advised of the scheduled time and place of the hearing.

4.2.6 At the hearing, the complainant, respondent and witnesses may testify and be questioned by the opposite party and Committee members. Only evidence previously presented to the Committee and presented in the hearings may be considered in the final judgment.

4.2.7 Below is the procedure to be followed during the hearing:

A. Complainant will state the grievance(s) and introduce as evidence any written documents he/she feels supports this claim. Testimony may be questioned by respondents and Committee members.

B. Respondent will state the response to the charges and introduce as evidence any written documents he/she feels supports his/her counterclaim. Testimony may be questioned by complainant and Committee members.

C. Any witness(es) the complainant wishes to introduce to give verbal testimony may be presented. Testimony may be questioned by complainant, respondent and Committee members.

D. Complainant and respondent may make additional comments and may be questioned by complaintant, respondent and Committee members.

E. All parties except the Committee will be dismissed.

F. The Committee will develop a recommendation and transmit said recommendations to the vice president for Academic Affairs.

4.2.8 A record of the hearing, tape recorded or otherwise preserved, shall be preserved for references and review until the case has been finally resolved. However, Committee deliberations will not be subject to this requirement.

4.2.9 Proceedings shall be conducted in accordance with the AAUP's Joint Statement on Rights and Freedoms of Students proposed in 1967.

## 4.3 JUDGEMENT

4.3.1 Committee members shall arrive at a judgment in consultation among themselves after the parties have been dismissed. Only members of the Committee who have been present during all the meetings and who have heard all testimony relating to the alleged grievance may vote on the case.

4.3.2 A majority vote of such qualified members shall constitute a judgment.

4.3.3 A decision of the Committee relating to redress of a particular case is final.

4.3.3.1 The Committee does not have the authority to change or direct changes in student grades, faculty conduct or other disputed areas. The Committee does have the responsibility to evaluate each case carefully and make specific recommendations to the vice-president for Academic Affairs. A course of action deemed appropriate by the Committee will be recommended.

4.3.3.2 The vice president for Academic Affairs has the power to veto the proposed course of action. However, in the case of such veto, the case must be returned promptly to the Committee for further consideration.

4.3.4 The vice president for Academic Affairs should transmit only the final decision to the appropriate persons. The results of the Intermediate steps in decision-making outlined under 4.3.3 should not be reported and should remain confidential to the Committee.

4.3.5 The decisions reached by this Committee shall take precedence over decisions reached by student grievance committees within individual departments, colleges or schools.

4.3.6 If redress requires a policy change, or if a policy change appears advisable or necessary, the Committee shall refer its recommendations to the Executive Committee of the Senate, or President of the University, as appropriate.

4.3.7 Should any person, whether or not directly involved in a complaint, allegedly suffer some disadvantages, discrimination or reprisal as the direct or indirect result of any complaint, testimony or statement in connection with Committee action, the Committee shall, upon request or upon its own motion, exercise original jurisdiction and take all necessary steps to verify the facts and render justice.

### 5. REVISIONS IN THE PROCEDURES

5.1 During the first year of operation, the Committee may propose revisions of these procedures which will become effective upon ratification by the Student Senate, University Senate, and the president of the University.

5.2 After the end of spring term, these procedures shall be reviewed by the Senate Rules Committee through a subcommittee consisting of faculty and student representatives. The Rules Committee shall report to the Faculty Senate at the August meeting, recommending at that time reconfirmation, amendment or termination.



# CODE OF STUDENT DISCIPLINE

### I. GENERAL POLICY

A. A student, upon registration at Auburn University, agrees to conform to its regulations and policies and is subject to disciplinary action by the University upon violation of any part of Section II of the Discipline Code. A student, by registering at Auburn University, in no way abrogates responsibility as a citizen to obey all public laws.

B. Only a duly authorized agent, who is officially appointed by the president of Auburn University, shall have the right, if it is deemed necessary, to initiate legal proceedings against a student for violation of public law on campus in which University properties and/or vested interests are involved.

C. Violations of the Discipline Code will be referred to the University Discipline Committee; violations of the Academic Academic Honesty Committee; violations that pertain to both codes will be referred to the Vice President of Academic Affairs, who will refer the case to the committee he/she deems more appropriate.

D. All cases involving infractions of the Discipline Code of Auburn University by students enrolled in the School of Pharmacy and College of Veterinary Medicine will be handled initially by the Student Boards of Ethical Conduct/Relations of the respective schools.

### II. AREAS OF DISCIPLINARY CONCERN

A. A student may be referred to the Discipline Committee for possible disciplinary action:

1. For conduct that takes place in the following areas or situations:
   a. The campus property, University-owned property, including that leased to others;
   b. University-sponsored activities away from the campus property;
   c. Official functions of University-chartered organizations;
   d. Fraternity and sorority property and other units assigned for responsibility to the University;

2. If one or more of the following infractions occur:
   a. Knowingly publishing or circulating false information that is damaging (slander or libel);
   b. Threatening and/or committing physical violence against another person (assault, assault and battery, assault with a dangerous weapon, sexual asault, or harassment);
   c. Unauthorized entry into dormitories, buildings, or offices (for purposes other than theft of academic documents), or other University properties; whether or not public authorities have brought charges or imposed penalties.
   d. Vandalism, malicious destruction, damage or misuse
   of public or private property, including library materials;
   e. Theft, larceny or embezzlement of the property of another person, the University, or associated units;
   f. Unethical use of computer facilities, such as using someone else's access code or equipment without permission; or editing, deleting, or adding to someone else's data or program without permission;
   g. Intentional disruption of or interference with University academic or administrative activities, or unauthorized occupation of University properties.
   h. Disorderly conduct, including rioting, inciting to riot, and assembling to raid University properties (this regulation shall not be construed to mean prohibition of peaceful assembly and protest);

00011
Eiland

