# EXHIBIT F

**Christopher B. Eiland, D.V.M., M.S.**
**8531 Wexford Trace**
**Montgomery, AL 36117**
**Telephone: (334) 444 - 8384**

September 24, 2004

President of Auburn University
Dr. Ed Richardson
107 Samford Hall
Auburn University, AL 36849

Dear President Richardson,

    I am writing you for a second time requesting cooperation in resolving the student grievances I previously mentioned in my letter dated July 27, 2004. I am sorry for any confusion my previous letter may have caused. I hope the enclosed summary of the facts will be more useful in making you aware of the seriousness of my grievances. After my letter dated July 27, 2004, I received responses only from Dr. Stephen McFarland and Dr. Charlie Hendrix. Dr. Charlie Hendrix said I should be able to file my student academic grievance, but then I would not be allowed to file any charges in State and Federal Court. Dr. Hendrix also stated numerous concerns about him having a conflict of interest in this particular case.

    As for Dr. Stephen McFarland's letter dated August 17, 2004, he states, "first, resolution should be achieved at the lowest level. In order, this would be the faculty member, then department head, then academic dean, and finally the Student Academic Grievance Committee." In my first letter, I said I had attempted (not achieved) to resolve my grievances with Dr. Byron Blagburn (faculty member), and he told me to talk to Dr. Lauren Wolfe (department head). Dr. Wolfe told me to talk to Dr. Joseph Janicki (Associate Dean). Dr. Janicki denied all involvement in my dismissal. That same day, I met with Dr. Charlie Hendrix (Chairman of the Student Academic Grievance Committee). Dr. Hendrix said, "contact The Office of the Provost if you have a grievance with a department head." I also met with Dr. Hendrix in June of 2004 concerning the unethical suggestions of Dr. McFarland and Dr. Blagburn. Dr. Hendrix said, "Let them change your grade from an Incomplete to a Withdrawal, then come back and talk to me."

    Dr. McFarland's letter also informs: "Procedures require that the grievance be filed within the first few days of the semester following that in which the grievance occurred." I attempted to resolve these grievances at the lower levels, and a 15 day deadline following the incident was not possible in my situation. My hesitation to contact the President of Auburn University was in part due to my efforts to extinguish all other possible remedies at the lowest level, and information was also withheld from me by Dr. Blagburn, Dr. Wolfe, and Dr. Janicki. I understand the need for deadlines, but it

1 of 2

00063<br>Eiland

was not until Summer Semester 2004 that my Incomplete was changed to a Failure in the Statistics course taken in Fall Semester 2003.

Dr. McFarland's letter says, "No charges of academic dishonesty have been made to the Academic Honesty Committee nor to the appropriate administrators." This statement is absolutely what I am trying to make you aware of sir. Charges of academic dishonesty were made to Dr. Janicki, who told Dr. Wolfe, who told Dr. Blagburn. The procedures were not followed, but it was Laurie Nelms, Dr. Janicki, Dr. Wolfe, and Dr. Blagburn who failed to follow proper University procedures.

In Dr. McFarland's letter, he contends that "my main complaint seemed to be I had been dismissed from my program. And according to the College of Veterinary Medicine and the Graduate School, I have not been terminated." All that has occurred in Dr. McFarland's opinion is "my major professor has decided to resign from my committee." However, this is in disagreement with what Dr. Blagburn said on December 03, 2003, and again on May 28, 2004. Dr. Blagburn has said it was not his decision to dismiss me. Dr. Blagburn said, "Dr. Wolfe told me to get rid of you or he (Dr. Wolfe) would." It is my understanding that Dr. Wolfe made the decision to dismiss me from the Department of Pathobiology. I tried to identify another major professor, but was not successful. I do wish to continue in my program in Biomedical Sciences with emphasis in Veterinary Parasitology and Feline Respiratory disease. I have spent 2 years collecting information that was going to be used for my Ph.D. program, and Dr. Blagburn said I would not be allowed to use that data after December 03, 2003.

Sir, I am attempting to resolve these complaints within the University I attended for over 10 years. Your help in this matter would be sincerely appreciated. I have also enclosed a copy of a letter from an attorney who reviewed the enclosed summary of the facts. In his opinion, he feels strongly that I have a defamation claim, and the Federal charge of failure to give due process is a given. I will plan to file State and Federal charges against Auburn University and specific faculty in the next month. It is my understanding that State and Federal Court cases will be needed to resolve the issues of defamation and failure to give due process (which applies to undergraduate, graduate and professional students), if Auburn University does not wish to address my grievances.

Thank You,


Christopher B. Eiland, DVM, MS