# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **Christopher B. Eiland, DVM, MS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **2005-CV-459** |
| **Dr. Byron Blagburn, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF EVIDENTIARY SUBMISSION

Defendants Dr. Byron Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen McFarland, Dr. Ed Richardson and Dr. Lauren Wolfe (collectively, the "Defendants") submit this narrative summary of undisputed facts and brief in support of their motion for summary judgment.

1. Deposition of Christopher B. Eiland

2. Deposition of Byron L. Blagburn

3. Deposition of Allen Ray Dillon

4. Declaration of Byron L. Blagburn

5. Declaration of Charles M. Hendrix

6. Declaration of Lauren Wolfe

Respectfully submitted this the 1st day of August, 2006.

/s/ G. Lane Knight
One of the Attorneys for Defendants

170429.1

**OF COUNSEL:**

David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Balch & Bingham LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Kathryn Dickey, Esquire
322 Alabama Street
Montgomery, Alabama 36104


                                            /s/ G. Lane Knight
                                            Of Counsel

Case 3:05-cv-00459-WKW-WC   Document 26   Filed 08/01/2006   Page 3 of 3