Page 133

1   A.   They are faculty members at Auburn.
2   Q.   At that time you were not, correct?
3   A.   That's correct.
4   Q.   Okay. So did you think that you had any
5      authority over --
6   A.   No authority.
7   Q.   -- how to arrange the lab?
8   A.   No.
9   Q.   You say suggestions. Did you ever, without
10     suggesting, just move something in the lab?
11   A.   Not that I can recall.
12   Q.   Did you ever move a file cabinet from one
13     side of the lab to the other?
14   A.   I've done a lot of cleaning in that lab,
15     from sweeping the floor to mopping it, and
16     things had to be moved at different times
17     to clean the floor.
18   Q.   So is that a yes or a no?
19   A.   I'm not sure if a filing cabinet per se was
20     moved, but I moved things that needed to be
21     swept around a lot.
22   Q.   Would you move them back?
23   A.   Most likely, yes.

Page 134

1   Q.   Did you move anything else that you can
2     think of?
3      And did you move this filing cabinet
4     that you may or may not remember from the
5     laboratory across the hall?
6   A.   I wouldn't do anything like that that I
7     would --
8   Q.   You wouldn't do that? If somebody said you
9     were, they would have to be lying?
10   A.   If I said that I didn't, yes, they would.
11   Q.   Okay. Could you just not be remembering?
12   A.   No. I don't remember, and that's what
13     you're asking. Do I remember moving that?
14     No, I don't.
15   Q.   Okay. Could it have happened, though?
16   A.   I'm not aware that it ever happened.
17   Q.   Okay. Did you ever move anything else
18     other than a filing cabinet, which you say
19     you didn't, you don't remember moving?
20   A.   Right.
21   Q.   Did you ever move anything else in the
22     laboratory?
23   A.   I don't remember moving things. Moved it

Page 135

1     from where?
2   Q.   From anywhere. From one part of the lab to
3     another, from one part of the lab outside
4     in the hall, anything like that.
5   A.   Things were moved in the lab all the time.
6   Q.   By you?
7   A.   If garbage needed to be taken out of the
8     lab into the garbage, I moved it --
9   Q.   Pieces of furniture. Not garbage, pieces
10     of furniture.
11   A.   I didn't find myself moving pieces of
12     furniture very often.
13   Q.   Okay. Very often.
14   A.   If you're talking furniture, there are
15     stools. You move those around the lab.
16   Q.   Okay.
17   A.   You move microscopes around the lab. You
18     move those from parasitology lab down to
19     the conference room. Things were moved.
20   Q.   During August of 2003, was your desk area
21     moved in the laboratory?
22   A.   I never had an assigned desk area until
23     that fall semester, and I got a desk in the

Page 136

1     lab right beside it -- right beside
2     parasitology.
3   Q.   Was it ever moved from that point?
4   A.   That's where it was until I was dismissed.
5   Q.   Okay. Where had it been?
6   A.   I never had an assigned area until then.
7   Q.   Did you have an area where you would -- had
8     all your stuff? Where did you have all
9     your personal effects prior to that time?
10   A.   I'm not sure that I had a designated area.
11   Q.   Okay. I'm asking you where you kept your
12     stuff generally.
13   A.   What kind of stuff are we talking about?
14   Q.   Anything. Where would you go in the
15     morning to put your book bag? I don't
16     know.
17   A.   It could either be in -- there's three
18     offices and labs. It was either going to
19     be in the first office where Dr. Spencer
20     and Blagburn are, the second lab, which is
21     the parasitology lab, or the third lab,
22     which later became my office.
23   Q.   You don't think that -- or do you know if

Deposition of Christopher Eiland                Eiland vs. Blagburn                April 17, 2006

Page 137

1    your desk area was moved because of any
2    problems that you were having in the
3    laboratory?
4    A.  I never had an assigned desk area where I
5    was supposed to be.
6    Q.  You don't know if you were put there and
7    then given a designated area in the room
8    that you ultimately say became your desk,
9    your office?  Do you know if you were moved
10   there because of problems that you were
11   having?
12   A.  No.
13   Q.  Why do you think you were put there?
14   A.  Because I needed a desk area where I could
15   get work done and do my work.
16   Q.  Those other areas that you talked about
17   weren't sufficient for you to do that?
18   A.  There really wasn't an area there of where
19   I could have my own little desk or area to
20   work.
21   Q.  Are you aware of any other workers in the
22   lab rearranging furniture or anything in
23   the lab?

Page 138

1    A.  I've seen other students rearrange
2    furniture and move things in the process of
3    cleaning up, straightening up the lab.
4    Q.  Would you move it back after they did that?
5    A.  Would I move it back?
6    Q.  Yes.
7    A.  They usually would move it back or if --
8    It's your job in the lab to keep it clean
9    and organized.  If you walk in the door and
10   you're tripping over a box or a chair or a
11   desk, I would move that out of the way.  I
12   don't see the --
13   Q.  So if you thought it had been set up in a
14   way that was not organized, you took it
15   upon yourself to organize it in the way you
16   saw fit?
17   A.  I don't think that lab is set up in any way
18   that I've organized, that I saw fit.
19   Q.  Did you ever get in arguments with any
20   students in the lab?
21   A.  I've answered that earlier.  I don't
22   remember.
23   Q.  You don't remember.  Could you have but you

Page 139

1    just don't remember?  Are you saying that
2    you didn't or that you might have but you
3    just don't remember?
4    A.  I don't remember.
5    Q.  Do you know if Dr. Blagburn was ever made
6    aware that you had ever been in an argument
7    with a student?
8    A.  He never came to me about that argument
9    with another student if it happened.
10   Q.  Okay.  Did Dr. Eiland ever require you to
11   leave the lab as a result of an argument
12   that you might have gotten in with a
13   student?
14   A.  I'm Dr. Eiland.
15   Q.  Excuse me.  Dr. Blagburn.
16   A.  What was the question again?
17   Q.  Did Dr. Blagburn ever require you to leave
18   the lab as a result of one of the arguments
19   that you got in with a student?
20   A.  Not that I remember.
21   Q.  Okay.  Did you ever get into arguments with
22   students if they called you Chris rather
23   than Dr. Eiland?

Page 140

1    A.  Not that I remember.
2    Q.  Would you refuse to acknowledge students if
3    they called you Chris rather than
4    Dr. Eiland?
5    A.  No.
6    Q.  That's a no?  If someone said that you
7    did --
8    A.  Did not acknowledge them?
9    Q.  Correct.  If they said, "Chris," you
10   wouldn't look at them until they said,
11   "Dr. Eiland."  Did that ever happen?
12   A.  That sounds made up.
13   Q.  So all of this would have to be made up if
14   this, in fact, did happen?
15   A.  It sounds a little odd there.
16   Q.  Okay.  Do you recall a student by the name
17   of Michael who worked in the laboratory?
18   A.  I do recall Michael.
19   Q.  Okay.  Do you remember getting into an
20   argument with him when he called you Chris
21   instead of Dr. Eiland?
22   A.  No.
23   Q.  Okay.  Did Jamie Butler ever ask you to

Deposition of Christopher Eiland                 Eiland vs. Blagburn                                    April 17, 2006

Page 141

| | |
|---|---|
| 1 | leave the lab because of confrontations you |
| 2 | were having with other students? |
| 3 | A. It's hard to say what Jamie Butler asked me |
| 4 | to do or ever told me to do. Jamie Butler |
| 5 | said a lot of things. I could come in the |
| 6 | lab and sit down and be helping, and Jamie |
| 7 | would pinpoint me and say, Chris, get out |
| 8 | of here. You know. And I didn't have to |
| 9 | do anything to get that kind of treatment. |
| 10 | Q. You said earlier y'all had a good |
| 11 | relationship. That doesn't appear to be a |
| 12 | good relationship to me. |
| 13 | A. It didn't -- I didn't say it was mean |
| 14 | spirited or funny or whatever. It didn't |
| 15 | bother me. I would just leave. If |
| 16 | somebody asks me to leave, I'll leave. |
| 17 | Q. Okay. You don't ever recall her asking you |
| 18 | to leave the laboratory because of |
| 19 | confrontations that you were having with |
| 20 | students in the lab? |
| 21 | A. I just don't remember having a lot of |
| 22 | confrontations or arguments with other |
| 23 | students in that lab. |

Page 143

| | |
|---|---|
| 1 | A. No, not that I remember. |
| 2 | Q. Could that have happened that you don't |
| 3 | remember? |
| 4 | A. I don't think it happened. |
| 5 | Q. You're just not sure? |
| 6 | A. I think I would remember that. |
| 7 | Q. Okay. If Courtney said all these things |
| 8 | happened, would she be lying? |
| 9 | A. I'm not sure how honest or ethical Courtney |
| 10 | is. I'm not sure what happened in that lab |
| 11 | after I left. This sounds like a smear |
| 12 | campaign or something. |
| 13 | Q. Why would Courtney have reason to smear you |
| 14 | or anybody else in the lab have reason to |
| 15 | smear you? |
| 16 | A. I'm not sure what the reasons are. |
| 17 | Q. Did you ever do anything that would bring |
| 18 | this on to any of these? Jamie Butler, |
| 19 | Tracey Land or Courtney? |
| 20 | A. I don't think I did. |
| 21 | Q. Or Michael? |
| 22 | A. No. |
| 23 | Q. So it would have to be as a result of -- it |

Page 142

| | |
|---|---|
| 1 | Q. Do you recall a girl in the lab by the name |
| 2 | of Courtney Rich? |
| 3 | A. I remember there was a Courtney. I don't |
| 4 | know her last name. |
| 5 | Q. Okay. Tell me what type of relationship, |
| 6 | if any, that you had with her. |
| 7 | A. The same as with the others, with Michael |
| 8 | and the other guy and the other girl. |
| 9 | Q. That's all? |
| 10 | A. Uh-huh (positive response). |
| 11 | Q. You didn't pursue her romantically -- |
| 12 | A. No. |
| 13 | Q. -- in any means? |
| 14 | A. No. |
| 15 | Q. You didn't follow her home, things like |
| 16 | that? |
| 17 | A. No. |
| 18 | Q. You didn't send her flowers, anything like |
| 19 | that? |
| 20 | A. No. |
| 21 | Q. Did you ever get in an altercation with her |
| 22 | boyfriend outside of her apartment complex |
| 23 | one night? |

Page 144

| | |
|---|---|
| 1 | would be in response to nothing that you |
| 2 | know that you did? |
| 3 | A. That I did? |
| 4 | Q. Right. |
| 5 | A. That's right. |
| 6 | Q. Do you know if Courtney ever reported to |
| 7 | anyone that she was afraid of you -- |
| 8 | A. I don't know that. |
| 9 | Q. -- and that she reported that to |
| 10 | Dr. Blagburn? |
| 11 | A. No, I don't know that. |
| 12 | Q. Do you know if anything related to the |
| 13 | Courtney incident was reported to |
| 14 | Dr. Blagburn? |
| 15 | A. I don't know that. |
| 16 | Q. In your opinion, would it be inappropriate |
| 17 | for an employee of the lab to pursue a |
| 18 | romantic relationship with a lab student? |
| 19 | A. I'm not sure if that would be inappropriate |
| 20 | for who to follow -- |
| 21 | Q. You were an employee of the lab, correct? |
| 22 | A. Yes. |
| 23 | Q. Well, let's just talk generally. There are |

Deposition of Christopher Eiland | Eiland vs. Blagburn | April 17, 2006

Page 145

1  employees of the lab and then there are
2  students who complete work in the lab,
3  correct?
4  A.  Right.
5  Q.  Do you think it would be inappropriate for
6  an employee in the lab to engage in a
7  romantic relationship with a student?
8  A.  I'm not sure if it's inappropriate or not.
9  Q.  Your answer, you just don't know?
10  A.  It would probably be wrong for Dr. Hendrix
11  to have a relationship with them. I'm not
12  sure if a graduate student or if another
13  person -- if --
14  Q.  Why would it be -- Go ahead.
15  A.  -- Tracey Land would have a relationship.
16  I'm not sure about those rules.
17  Q.  Why would it be inappropriate for
18  Dr. Hendrix?
19  A.  I'm not sure that it would. I've heard of
20  students and teacher relationships before.
21  Q.  Okay. You did say that employees of the
22  lab such as yourself graded papers,
23  assignments, such as that?

Page 146

1  A.  I remember grading quizzes.
2  Q.  Does that seem that it would be
3  inappropriate, if you're grading someone's
4  quizzes that you had a romantic
5  relationship with?
6  A.  I don't know that we graded people's
7  quizzes that we had romantic relationships
8  with.
9  Q.  Well, if you did, would that be
10  inappropriate?
11  A.  Possibly.
12  Q.  Did you ever grade a quiz of Courtney Rich?
13  A.  No, not that I know of.
14  Q.  Okay.
15  A.  Is Courtney Rich a vet student?
16  Q.  This is the -- I'm not sure. This is the
17  Courtney girl that was in the lab that you
18  said that you recalled.
19  A.  The vet students -- I mean, we were grading
20  quizzes of vet students.
21  Q.  Was she a vet students?
22  A.  I'm not even sure if she's a vet student.
23  Sounds good, though.

Page 147

1  Can we take a break? I need some more
2  water.
3  Q.  Sure.
4  (Brief recess was taken from
5  12:07 p.m. until 12:16 p.m.)
6  BY MR. KNIGHT:
7  Q.  Do you know who Tracey Land is? I think
8  you mentioned her name earlier. Who is
9  she?
10  A.  An employee of the lab.
11  Q.  Okay. Not a student?
12  A.  No.
13  Q.  How long did she work in the lab?
14  A.  Since I've been there.
15  Q.  Okay. Since '98 at least?
16  A.  Uh-huh (positive response).
17  Q.  What was her position in the lab?
18  A.  A lab assistant that ran serology for the
19  lab.
20  Q.  Okay. What was your relationship with her?
21  A.  It was a fine relationship. I didn't have
22  any problems with her. I don't know that
23  we had a relationship. She was there. I

Page 148

1  would say hey to her.
2  Q.  Neutral?
3  A.  Neutral.
4  Q.  Never any big problems between you and her?
5  A.  No.
6  MR. KNIGHT: Do y'all want to go
7  ahead and stop now?
8  MS. DICKEY: That's fine.
9  (Brief lunch recess was taken from
10  12:18 p.m. until 1:15 p.m.)
11  MR. KNIGHT: Is there a certain
12  time that you have to be
13  somewhere by or Chris has to
14  be somewhere by?
15  MS. DICKEY: I have to be at South
16  University at six.
17  MR. KNIGHT: If by six o'clock --
18  for whatever reason if I'm not
19  done, can we agree to come
20  back whenever time is
21  convenient for Dr. Eiland?
22  MS. DICKEY: We can do that. I
23  think the rules say seven

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 5 of 33

Deposition of Christopher Eiland                Eiland vs. Blagburn                                April 17, 2006

Page 149

1     hours.
2         MR. KNIGHT: Yes. I'm not sure
3     exactly on the time, but if --
4     well, if we're not done around
5     six -- I don't know if that's
6     within that time -- we will --
7         MS. DICKEY: We can just
8     reconvene. That's fine.
9     I need to get with you on some
10    dates for depositions, too, so
11    maybe we can coordinate
12    finishing him and doing some
13    of ours on the same day.
14        MR. KNIGHT: Sure. That will
15    work.
16  BY MR. KNIGHT:
17  Q.  All right. I think we left off on who is
18     Tracey Land.
19  A.  She was a research assistant in the
20     parasitology lab.
21  Q.  I think, actually, we went through this.
22     What kind of relationship -- you said
23     neutral?

Page 150

1   A.  Neutral. Fine.
2   Q.  Okay. She was there working with you every
3      day?
4   A.  I wouldn't say every day, but she is there
5      and she -- she's usually there.
6   Q.  Would Tracey have any reason to make up
7      stuff about you that you're aware of?
8   A.  She still works there, right?
9   Q.  I don't know.
10  A.  If she still worked there, then I don't
11     know what her intentions would be.
12  Q.  You know of no reason she would have to
13     make up anything about you?
14  A.  Not that I'm aware.
15  Q.  No major problems between you and her?
16  A.  No.
17  Q.  Okay. Did you ever on occasion or have an
18     occasion where you showed Tracey mail-in
19     subscription cards for pornographic
20     magazines that you had filled out in the
21     name of a client who you worked with at a
22     vet center and said you were angry at the
23     client and that you were filling out these

Page 151

1      subscription cards to he and his son
2      because of that?
3   A.  No, I don't remember that.
4   Q.  Are you saying you don't remember it
5      happening, it didn't happen, what?
6   A.  I don't remember that happening, no.
7   Q.  Okay.
8   A.  Is that what Tracey Land said? We were on
9      her.
10  Q.  Do you know if Dr. Blagburn was ever made
11     aware that you had done that?
12  A.  No.
13  Q.  Do you know if Tracey Land ever witnessed
14     you shouting at Jamie Butler about the
15     appearance of the lab?
16  A.  No.
17  Q.  Could it have happened, you just don't
18     remember?
19  A.  I don't remember yelling at Jamie Butler
20     with Tracey Land being there.
21  Q.  Okay. Did you ever tell her that you had a
22     problem with the way that Jamie Butler had
23     arranged the lab, and that if you had to

Page 152

1      you would make her cry every day to have
2      the lab the way you wanted it?
3   A.  No.
4   Q.  Did you ever remove a poster off the wall
5      from behind Tracey's desk?
6   A.  No.
7   Q.  Could this be the poster that we were
8      talking about earlier with the picture of
9      the body builder?
10  A.  No.
11  Q.  Okay. Do you recall ever being observed
12     digging up shrubbery on the Auburn campus
13     around midnight one night or any time?
14  A.  No.
15  Q.  You don't remember?
16  A.  No.
17  Q.  Did that ever happen? Did you ever dig up
18     shrubbery?
19  A.  Not that I remember.
20  Q.  Could it have happened that you don't
21     remember?
22  A.  I'm pretty sure it didn't happen.
23  Q.  Okay. Did you ever ask any secretaries for

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 6 of 33

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 153

1    keys to any faculty members' offices?
2  A.  I've had keys to offices, to Dr. Blagburn's
3    office, to the parasitology lab, and to the
4    pathobiology department office.
5  Q.  Did you have keys to Dr. Hendrix's or
6    anybody else's office?
7  A.  No.
8  Q.  Nobody?  Do you know if anyone has ever
9    informed any other faculty member besides
10    Dr. Blagburn of problems that you might
11    have had inside or outside of the lab?
12  A.  No.
13  Q.  Besides all of the things that I went
14    through that you don't remember, do you
15    recall any other problems with a student or
16    other worker in the parasitology -- in the
17    laboratory that you can recall at this
18    time?  Has this sparked your memory?
19  A.  In what lab?  Did you say the
20    parasitology --
21  Q.  The parasitology laboratory or outside of
22    that in any of your classes.
23  A.  At one point there was a time where I was

Page 154

1    accused of going through another graduate
2    student's desk.  I was not made aware of
3    it.  No one talked to me about it.
4    I think Dr. Wolfe interviewed Peter
5    Christopherson about this, and they never
6    told me about it.  But Peter Christopherson
7    told me about it, and he said that the
8    women, Jamie Butler and some others in the
9    lab sit around in the morning and talk
10    about me and talk about ways to get rid of
11    me.  And I said, what am I going to do,
12    Peter?  And he said, it doesn't matter what
13    you do.  They're going to turn it into
14    making you look bad --
15  Q.  Did we talk --
16  A.  -- because they want to get rid of you.
17    They want you out of here.
18  Q.  We talked earlier.  I asked you what kind
19    of relationship you had with Tracey Land
20    and Jamie Butler, good or bad, if you knew
21    of any reason why they would be out to get
22    you, and you didn't tell me what you just
23    told me just then.  Why was that?

Page 155

1  A.  I've heard that Jamie Butler has had
2    problems with me, and I told you I didn't
3    have a problem with her.  And I don't have
4    a problem with Tracey Land.
5  Q.  Right.  But I believe I asked you if there
6    were problems between you or if you knew of
7    any reason why they would be -- why they
8    would say certain things about you that
9    weren't true, and you didn't --
10  A.  Their reasons --
11  Q.  You didn't at that time tell me that.  Why
12    didn't you say that then?
13  A.  It's hard for me to speak for what their
14    reasons were, and I'm trying to answer the
15    question as best I can.  Their reasons --
16    I'm not sure what their reasons are, but
17    they --
18    I was promised by Dr. Blagburn and
19    Wolfe -- they said that Dr. Hendrix was
20    going to retire in a couple of years, in a
21    year or so he was eligible for retirement,
22    and they wanted me to be the next
23    parasitologist at Auburn and take his

Page 156

1    place.  Dr. Blagburn told me that the other
2    parasitologists should always be a
3    veterinarian with a Ph.D.  And, you know,
4    if Jamie Butler and them or Tracey Land
5    didn't want me to be a boss of theirs, then
6    their reasons behind starting these rumors
7    or making things up about me may be so that
8    I wasn't boss at any time.
9  Q.  So you think that they have gone on a
10    campaign to smear your name so that that
11    would happen?
12  A.  That's what Peter Christopherson said.
13    That's what it sounds like.
14  Q.  Do you know when all these events
15    supposedly occurred?
16  A.  I found out about them later.  Some of
17    these things you're mentioning to me, first
18    time I've ever heard of them.  So what
19    people say about you, if you're not given a
20    chance to defend yourself, is almost
21    impossible to counter or to head off or to
22    even get straightened out.  If you only
23    hear one side of the story, it's going to

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 157

1  be hard for me to defend myself. And I was
2  never given a hearing on any of these
3  things. Nobody ever talked to me about
4  this. Dr. Blagburn never did. The
5  grievance for this bad behavior and stuff
6  should be filed with the student
7  disciplinary committee. If you have some
8  of these grievances or problems that you're
9  saying, they never contacted --
10 Q.  Who should file a grievance?
11 A.  Whoever has been done wrong. So if these
12     students or Jamie or another student --
13 Q.  You file a grievance against another
14     student's behavior?
15 A.  If you think they're acting
16     inappropriately, you're supposed to file
17     that with the disciplinary committee and
18     the associate dean, associate vice
19     provost --
20 Q.  What policy sets that out?
21 A.  Associate -- I think it's associate dean.
22     It says it in the student handbook
23     right after the student academic grievance

Page 158

1  committee. There's a committee set out for
2  disciplinary committees where all these
3  things that you're talking about could be
4  handled, but I was never contacted by them.
5  Q.  Did you ever remove all the furniture
6     from -- or any furniture from
7     Dr. Blagburn's office without his
8     permission?
9  A.  I've helped Dr. Blagburn in his office many
10     times. Without his permission, no. I've
11     actually -- the desk that he sits at I
12     assembled and moved in there and moved
13     stuff out. Without his permission, no.
14 Q.  You never moved anything without his
15     permission?
16 A.  No.
17 Q.  In the fall of 2003, you took an
18     experimental statistics course at Auburn;
19     is that correct?
20 A.  Correct.
21 Q.  And this course was part of your Ph.D. as
22     you said earlier?
23 A.  Was.

Page 159

1  Q.  Who was your professor in this course?
2  A.  Nedret Billor.
3  Q.  You had some discussions about this course
4     with your professor prior to your taking
5     it?
6  A.  Prior to taking it, I did discuss with her
7     that I may have some difficulties since it
8     was a 700-level course and I had never had
9     statistics before. And she said that she
10     would work with me to get me through it and
11     we would do whatever arrangement needed to
12     get through that course.
13     I did pretty good on the first test. I
14     made an 87. The second test I didn't do so
15     well, and I kind of knew I wasn't going to
16     before that, so I went to talk to her about
17     it. We set up -- she said see how you do
18     on the second test, and we'll take it from
19     there. I didn't do good on the second
20     test.
21 Q.  What did you get?
22 A.  I'm not sure what the grade was.
23     We talked after that test.

Page 160

1  Q.  Was it a failing grade?
2  A.  It probably was. It wasn't what I'm used
3     to.
4     We talked after that second test, and
5     we decided that I would not be graded for
6     the third or fourth tests. That what we
7     would do was to audit this course and
8     receive an incomplete and then take it the
9     next semester or at a later time and
10     receive a grade more representative to when
11     I've actually had the statistical packages
12     and things that I needed to do the work.
13 Q.  I understand you didn't have some software
14     or something for this course?
15 A.  Correct.
16 Q.  You had to have that software to complete
17     the course?
18 A.  Yes.
19 Q.  Why were you not able to get that software?
20 A.  It wasn't a requirement to have that for
21     the course, but it turns out it should have
22     been a requirement to have it. Most of the
23     students had it in their department. My

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 8 of 33

Deposition of Christopher Eiland                Eiland vs. Blagburn                        April 17, 2006

Page 161

1    department didn't have that --
2  Q.  Not all the students had it?
3  A.  -- the capabilities.
4        I'm not sure about all the other
5    students.
6  Q.  Okay.  How many exams did you take in the
7    course?
8  A.  There were three tests and a final.
9  Q.  Did you ever take the final?
10  A.  I'm not sure that I did.  After the third
11    test, it was pretty understood that I was
12    going to audit that course and take it over
13    again the next semester or at a later time.
14  Q.  What did you get on the third test?
15  A.  It wasn't graded.
16  Q.  Third test was not graded?
17  A.  To my knowledge, there was no reason to
18    grade it.
19  Q.  Why was there no reason to grade it?
20  A.  We had decided at that time that I was
21    going to audit that course, and so there
22    was really no reason to grade that third
23    test.

Page 162

1  Q.  How were the exams in that course taken?
2  A.  Some of it was in class and some of it was
3    take home that you would download off the
4    computer and do at home.
5  Q.  And tell me about what you need the
6    software for.  Was there an exam component
7    and another component to the course?
8  A.  A lot of it's theory, and some of it would
9    be actual problems.  To work those
10    statistics problems you would need computer
11    software to run them.  You couldn't do it
12    by hand.
13  Q.  And that's what you say that you couldn't
14    complete?
15  A.  That -- yes.
16  Q.  Why did you enter this class when you
17    didn't have that software?
18  A.  I thought that -- I wasn't sure what was
19    needed that you -- I read over the syllabus,
20    and it didn't mention that you needed that
21    statistical package.  I had worked with
22    statistical programs before, and I thought
23    that I could use the statistical programs

Page 163

1    that I had used in the past to do the work
2    needed, but it didn't work that well.
3  Q.  And you say, though, that some students --
4    some other students didn't have this
5    software?
6  A.  I'm not sure what other students had.
7  Q.  Okay.  What was the ultimate grade that you
8    received in this class?
9  A.  An incomplete at the end of fall semester,
10    and I think it turned into an incomplete F
11    in June of 2004 or July of 2004.
12  Q.  And the incomplete, there was some sort of
13    stipulation attached, as you say, and what
14    was it to the incomplete?  You were going
15    to be able to come back and retake the
16    class at some point?
17  A.  I think you can fix an incomplete within
18    six months of when you get it.  The teacher
19    was going to, of course, let me take it
20    over again, and whatever grade I made the
21    next semester was going to count toward
22    that incomplete and replace the incomplete.
23  Q.  And you knew that if you didn't complete

Page 164

1    that course by the date --
2        You said it was in June; is that
3    correct?
4  A.  That's right.
5  Q.  -- that you would receive an F in that
6    course?
7  A.  I received an e-mail from Dr. McFarland in
8    May or June that said that I would receive
9    an F if I didn't have it completed.  So I
10    did know that.
11        (Defendant's Exhibit 5 was marked
12        for identification.)
13  Q.  Defendant's Exhibit 5.  Is that the --
14  A.  Yes.  Looks like a mass e-mail to a Mr. or
15    Mrs. Eiland.  I guess it goes out to
16    everyone with an incomplete.
17  Q.  Right.  And what date did it say -- what
18    date that was sent?
19  A.  It says May 7th, but I remember receiving
20    it later than that.
21  Q.  What date did you receive it?
22  A.  May have been two or three weeks later.
23  Q.  Okay.  What date does it say that your

Deposition of Christopher Eiland               Eiland vs. Blagburn                          April 17, 2006

Page 165

```
 1        grade would convert to an F?
 2   A.   June 19th, 2004.
 3   Q.   Okay.
 4   A.   And it tells you a number to call there and
 5        talk about it if you have a problem, which
 6        I did call.
 7   Q.   Did your grade, in fact, at some point
 8        change from an incomplete to an F in that
 9        class?
10   A.   It did.
11   Q.   Do you know what day that was?
12   A.   Not sure of the exact date. Sometime in
13        June or July.
14   Q.   So I assume, because it converted to an F,
15        you never completed the course; is that
16        correct?
17   A.   That's correct.
18   Q.   Did you sign up for the course and were not
19        allowed to take it?
20   A.   I did enroll in classes for the next
21        semester, and statistics was going to be on
22        there. I'm not sure if I enrolled in it or
23        if Dr. Billor told me not to sign up in
```

Page 166

```
 1        that course; that the incomplete would
 2        still be there. The grade wouldn't be put
 3        in the spring semester, it would be put to
 4        replace the incomplete.
 5           When I talked to Dr. McFarland, he said
 6        that I needed to find a new major professor
 7        and new funding and a new department by the
 8        beginning of next semester. I didn't do
 9        that at the beginning of next semester.
10           I did try to contact Dr. Dillon about
11        finding him as maybe a new major professor,
12        because I wanted to salvage and try to stay
13        in my Ph.D. program. Because Dr. Janicki
14        had disagreed with what Dr. Blagburn and
15        Wolfe had said. They were saying that they
16        got rid of me. That I would make a great
17        parasitologist, just not at Auburn, and
18        that I needed to go somewhere else. They
19        would write me good letters of
20        recommendation to other schools. But they
21        never told me they would help me find
22        another committee member or anything about
23        resigning from my committee; however,
```

Page 167

```
 1        Dr. Janicki did say that.
 2           So I tried to go to Dr. Dillon and
 3        fulfill what Janicki had said. Dr. Dillon
 4        said that he wasn't getting any funding
 5        from Pfizer; that they had canceled the
 6        group and the study that was funding me.
 7        And I told him, well, I would pay for my
 8        own way; that I didn't have to have the
 9        funding. And he said, if pathobiology and
10        Dr. Blagburn let you go, nobody else is
11        going to take you.
12   Q.   Who is Dr. Janicki?
13   A.   Associate dean of research, graduate
14        studies.
15   Q.   Is he a level ahead of Dr. Wolfe or
16        Dr. Blagburn? How does that hierarchy
17        work?
18   A.   Well, when I was called in on December 3rd,
19        they had accused me of cheating and said
20        that I was -- this was the straw that broke
21        the camel's back, this cheating. And I
22        asked for a hearing on it, and I wanted to
23        defend myself, and they said it didn't have
```

Page 168

```
 1        a defense; that it came from the top, and
 2        you don't question it when it comes from
 3        the top.
 4           They told me -- when Dr. Blagburn left
 5        the room, he said that I should take it up
 6        with Dr. Wolfe. And I stayed behind and
 7        talked with Dr. Hendrix, and he said I
 8        should also take it up with Dr. Wolfe.
 9           I went to Dr. Wolfe, and he told me
10        that this was all for the best. Maybe a
11        Ph.D. wasn't for me. That it's not -- you
12        know, a Ph.D. is not for everyone.
13           And I told him this cheating thing, and
14        he said, yeah, he had heard about the
15        cheating, and that maybe -- or alleged
16        cheating. He said it was cheating, and
17        that was unacceptable. And he said it came
18        from Janicki, and I needed to take it up
19        with Janicki.
20           So I went to Janicki, and Janicki said
21        that nobody had ever come in there and
22        mentioned my name and cheating in the same
23        sentence. Nobody had ever come to him.
```

Deposition of Christopher Eiland                Eiland vs. Blagburn                                April 17, 2006

Page 169

1      So...
2  Q.  Let's go back. You said that you signed up
3      for courses or attempted to sign up --
4  A.  I was enrolled in courses.
5  Q.  -- in the spring 2004 semester? You were
6      enrolled in courses?
7  A.  Yes, sir.
8  Q.  Okay. What courses were you enrolled in?
9  A.  You would have to check that computer. I
10     was definitely enrolled, but to my
11     knowledge, I can't remember off the top of
12     my head.
13 Q.  You were allowed to enroll in courses?
14 A.  I think the deadlines for enrolling might
15     have been before I was dismissed. It may
16     have been in November when I enrolled, and
17     then I was dismissed on December 3rd, and I
18     was still enrolled for the next semester.
19 Q.  Do you know that for a fact or do you
20     think?
21 A.  I'm pretty sure that's for a fact.
22 Q.  Okay.
23 A.  I don't remember getting dismissed and then

Page 170

1      going and enrolling.
2  Q.  Okay. Did you ever receive notification
3      that you can't enroll in these courses,
4      you're no longer in the graduate school?
5  A.  I received a bill for $200 saying that I
6      was enrolled in some courses, but later on
7      when I checked, I was not registered for
8      any courses.
9  Q.  When did you check?
10 A.  It was either in January or -- I think in
11     January.
12 Q.  When did classes begin?
13 A.  January.
14 Q.  And did you check -- at what point in
15     January?
16 A.  I'm not sure of the exact date.
17         (Defendant's Exhibit 4 was marked
18         for identification.)
19 Q.  Let me show you Defendant's Exhibit 4. Do
20     you know what that is?
21 A.  Right.
22 Q.  Is it a class schedule?
23 A.  Right.

Page 171

1  Q.  According to that, when did classes begin?
2  A.  January 13th, according to this.
3  Q.  Do you recall if you checked to see if you
4      were enrolled in a course before or after
5      that date?
6  A.  It was near that date, but I'm not sure if
7      it was before or after.
8  Q.  And at that time, what did it say? What
9      did whatever you looked at reflect?
10 A.  I wasn't enrolled.
11 Q.  It reflected that you weren't enrolled?
12 A.  Yes.
13 Q.  Did you ever receive notification saying
14     you were enrolled, you're no longer
15     enrolled?
16 A.  I never received that notification.
17 Q.  What document showed that you weren't
18     enrolled?
19 A.  You can check it on the computer or
20     telephone.
21 Q.  Where did you check it?
22 A.  I'm thinking I did the computer.
23 Q.  Do you know where at on the computer?

Page 172

1  A.  I didn't document that exactly as well as I
2      did other things.
3  Q.  Wouldn't that have been important? Do you
4      think that would have been something
5      important?
6  A.  I figured I had been dropped from those
7      classes, because Dr. Janicki had told me
8      that if I didn't find a new major professor
9      and new funding and a new department by the
10     beginning of that semester that I would be
11     dropped from the graduate school. That I
12     needed to find a new head of the
13     department, a new department to continue in
14     the graduate school, and I needed to find a
15     new major professor, which I tried to do.
16     The most reasonable person would be --
17     outside of pathobiology, which would be
18     Blagburn and Hendrix, would be Dr. Dillon.
19     And I couldn't convince him to do it. Like
20     I told you, he said that if Dr. Blagburn
21     and pathobiology let me go, nobody else was
22     going to take me.
23 Q.  Did you ever attempt to sign up for any

Deposition of Christopher Eiland                    Eiland vs. Blagburn                         April 17, 2006

Page 173

1    course at Auburn and were told you weren't
2    allowed to do so?
3  A.  No. The only thing that was said in that
4    fashion was that they told me if I left
5    and -- left quietly and left, they would
6    write me good letters of recommendations,
7    and that they would pay me for December and
8    January, even though I wasn't working
9    there, and I would have a clean record.
10       And I tried to argue and say I wanted a
11    hearing on this. I didn't want the good or
12    clean record. I didn't want the money.
13    And I was scared to really make too big of
14    a stink and check into this, because I
15    jeopardized my good letters of
16    recommendation. And those are important to
17    me because that's my work history, and then
18    that's my employment history. And if I'm
19    going to get a job, it's going to be a
20    reference from Blagburn -- Dr. Blagburn as
21    a reference. And they held that over my
22    head; that if I didn't go and cooperate
23    with what they said that I might not get

Page 174

1    those good letters. I might not leave with
2    a good, clean record.
3       Dr. Hendrix actually said that I was
4    lucky to be leaving with that two months
5    pay and good letter of recommendations;
6    that they didn't have to do that.
7  Q.  Who said that you should leave quietly?
8  A.  Dr. Hendrix and Blagburn.
9  Q.  Both of them said that?
10  A.  Yes.
11  Q.  Those exact words?
12  A.  I'm not sure if it was to leave quietly,
13    but it was insinuated.
14  Q.  Well, you said that.
15  A.  I just corrected it.
16  Q.  But they didn't say that?
17  A.  Well, it was -- I don't remember the exact
18    words, but it was under that impression.
19    That if I made too big of a deal about
20    this, I wouldn't get --
21  Q.  So that's the impression that you got. You
22    told me a few minutes ago, about ten
23    seconds ago, that you said they told you if

Page 175

1    you left quietly, nothing would be made of
2    this. But they, in fact, did not say that,
3    did they?
4  A.  Well, I can actually say that I think they
5    did say that; that they did say --
6  Q.  Well, did they give you the impression or
7    did they say it?
8  A.  No, they did. It wasn't an impression.
9    That's what they said.
10  Q.  Come on, Chris. Did they give you --
11  A.  That's what I said.
12  Q.  What?
13  A.  That's what I said.
14  Q.  Chris, you've got to be truthful and fair
15    with me. I'm trying to ask you what
16    exactly they said. Not what you perceived
17    them to say, what they said. Now, did they
18    tell you that if you would leave quietly
19    that nothing would come of this? Your
20    letters of recommendation would stay in
21    place? Did they say those words?
22  A.  After thinking about it, Lane, yes, they
23    did.

Page 176

1  Q.  Okay. They did. After thinking about it.
2       Now, the question that started this was
3    have you ever attempted to sign up for any
4    course at Auburn and not been allowed to do
5    so?
6  A.  No.
7  Q.  And the answer to that is no. Okay.
8       Did you attempt to sign up for this
9    experimental statistics class?
10  A.  Dr. Billor told me I didn't have to sign up
11    for that again. That it was already signed
12    up for and I had an incomplete. It wasn't
13    going to be an experimental statistics
14    grade, incomplete for fall semester.
15  Q.  When did he tell you this?
16  A.  She said that --
17  Q.  She.
18  A.  -- in our meetings. And she said that --
19  Q.  In what meetings?
20  A.  I told you I talked to her after the --
21    after some of the tests, and we agreed
22    after the second test.
23  Q.  It's my understanding that the agreement

Page 177

1   was that you would always come back and
2   complete that course, and then your
3   incomplete would change to whatever grade
4   that you got; is that correct?
5   A.   The following semester.
6   Q.   Right. And I'm asking you, did you sign up
7        for that course the following semester?
8   A.   I was told not to.
9   Q.   By who?
10  A.   That Dr. Billor said that I wouldn't have
11       to sign up for it again. We would take
12       whatever grade I made in the next semester
13       on those tests, and I would put that toward
14       the incomplete.
15  Q.   Well, you had to enroll in the course
16       somehow, correct?
17  A.   In fall semester.
18  Q.   And the fall of -- when did you take this
19       experimental statistics class?
20  A.   Fall 2003.
21  Q.   And you were supposed to go back and retake
22       the class when?
23  A.   Following semester.

Page 178

1   Q.   In the spring 2003?
2   A.   2004.
3   Q.   2004. So my question is did you ever
4        enroll in the class in spring of 2004?
5   A.   I didn't enroll in it, no.
6   Q.   Okay. Wouldn't you have to enroll in the
7        class in order to go back and complete the
8        agreement that you made?
9   A.   That's what I said. She said that I
10       wouldn't have to enroll in it again,
11       because then you would have experimental
12       statistics on your --
13  Q.   So you were just --
14  A.   Hold on.
15            You would have experimental statistics
16       on your transcripts for fall and then you
17       would have experimental statistics on your
18       transcript for spring, and you might get
19       credit for it twice or something like
20       that. The incomplete can be fixed if you
21       work something out with the teacher. You
22       don't need to enroll in it again.
23  Q.   So you were just going to go -- you were

Page 179

1   supposed to go and show up at the classes?
2   A.   Right.
3   Q.   How many experimental statistics classes
4        did you go to in spring of 2004?
5   A.   Zero.
6   Q.   Zero. How many tests in experimental
7        statistics did you take in spring of 2004?
8   A.   Zero.
9   Q.   How was your grade supposed to be converted
10       to something if you didn't go to the
11       classes and if you didn't take the tests?
12  A.   Had I not been kicked out, then I would
13       have fixed it. But under the
14       circumstances, some things changed after
15       that agreement.
16  Q.   Did you try to go to the class and one of
17       the professors or faculty members at Auburn
18       said, Chris, you're not in school here,
19       you're not in the graduate school, you
20       can't go to this class? Did that ever
21       happen?
22  A.   No, it didn't ever happen. And I was
23       afraid that if I did do something like that

Page 180

1   and I kept pursuing this after I had been
2   recommended not to that I wouldn't get my
3   good letters of recommendation.
4   Q.   If you had gotten a new major professor,
5        could you have gone and completed that
6        course?
7   A.   If I could have found a new major
8        professor, I could have finished that
9        course.
10  Q.   Okay. And you're not sure on this, but you
11       think it could be a possibility -- you just
12       don't know one way or the other -- you can
13       complete your course work for your Ph.D.
14       without having a major professor?
15  A.   I don't think that you should be able to.
16       The major professor and your committee is
17       supposed to go over your course work.
18            When I had signed up for those
19       courses -- I remember I signed up for those
20       courses. I thought it was before I was
21       dismissed. And when Dr. Blagburn called me
22       at home on December 3rd and asked me to
23       come down, I thought we were going to go

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 13 of 33

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 181

1    over my course schedule.
2        The major professor and the committee
3    is in charge of picking out what courses
4    you're going to take. I don't see how,
5    without a committee and without a major
6    professor, you can pick your own courses.
7    You might end up with a major professor two
8    years later, and he might be like, well, I
9    don't want you to take these courses.
10    These aren't acceptable for what you're
11    going to do. If I take two years' worth of
12    courses in parasitology, and like your
13    assumption of going to another major
14    professor in physiology or anatomy or
15    radiology, I don't see how they would think
16    that those courses would be even related to
17    what I was going to finish as.
18  Q.  What does this grade change thing have to
19    do with your lawsuit? Does that form the
20    basis of any claim in your lawsuit?
21  A.  Not that I'm aware, the grade change
22    doesn't. It was something that
23    Dr. Blagburn tried to fix. He was going to

Page 182

1    change that incomplete. He said that
2    Janicki and McFarland suggested that I
3    change that incomplete to a withdrawal or
4    just take it off the record altogether, and
5    I didn't know if he was going to do that or
6    not. I talked to Dr. Hendrix about it, and
7    he thought that they couldn't do that. He
8    said, once they do that, you let me know
9    and then come back to me. Later on I
10    contacted Dr. Blagburn, I think around June
11    7th or 14th, and told him, you know, I
12    didn't think all this was ethical.
13        And I talked to Dr. Billor. I called
14    her and told her, I don't think this is
15    right, you know. You do what's right. Seems a
16    little fishy what they're doing. And, you
17    know, if I deserve an F, just give me an F
18    and we'll work it out.
19        But Dr. Blagburn had telephoned her
20    numerous times, leaving messages, trying to
21    contact her and tried to talk her into
22    giving me a withdrawal.

Page 183

1  Q.  Why was Dr. Blagburn doing that?
2  A.  I guess it's because -- he never sat around
3    in that meeting on December 3rd for me to
4    tell him what I had in arrangement with
5    Dr. Billor. He left --
6  Q.  Let me cut you off just so we don't go off
7    on a tangent here. Why was Dr. Blagburn
8    doing that? Was he doing that to help you?
9  A.  It may have been to cover up some things he
10    had done. It may have been, in the end, to
11    help me.
12  Q.  You don't know? You never asked him?
13  A.  I don't know why.
14  Q.  But the grade change thing is not a --
15    there's no claim in your lawsuit directed
16    towards anybody having to do with that?
17  A.  No, not that I'm aware. I'm not a lawyer,
18    but I don't think so.
19  Q.  Sure. Any of the actions that Dr. Blagburn
20    took with respect to whatever he did or did
21    not do to try to help you with this grade
22    issue, does that have anything to do with
23    this lawsuit? Is there a claim against him

Page 184

1    related to that?
2  A.  Can you repeat that again?
3  Q.  Yes. You just went through some events
4    that you say that Dr. Blagburn did with
5    respect to trying to help you or whatever
6    he was doing with this grade change thing.
7    Is there any allegation in this lawsuit
8    directed towards that?
9  A.  I think he was trying to fix it so that I
10    wouldn't complain to anybody and stir up
11    anything, and then people might be on to
12    what actually happened on December 3rd,
13    2003. I think it was tried to be covered
14    up, and he tried to cover it up and
15    Dr. Janicki tried to cover it up the best
16    they could.
17  Q.  But there's no claim, due process, anything
18    related to Dr. Blagburn's actions in doing
19    that?
20  A.  I don't know why he would not -- I don't
21    know why he would do it if he didn't think
22    he had done something wrong.
23  Q.  But is he being sued for doing it?

Page 185

1  A.  No, not for doing it.
2  Q.  So that's not part of this, an allegation
3      in and of itself, of this lawsuit?
4  A.  It may be, but I don't -- I'm not sure that
5      it is. I'd have to confer with my lawyer.
6  Q.  Okay. I understand a student by the name
7      of Laurie Nelms was in this class?
8  A.  Yes.
9  Q.  Tell me who she is.
10 A.  She's a graduate student and now a vet
11     student, I'm guessing, in Auburn College of
12     Veterinary Medicine. And I think she might
13     have been in the anatomy, histology and
14     physiology department, to my knowledge.
15 Q.  Okay. She was a fellow student in this
16     class?
17 A.  She was.
18 Q.  Did you have discussions with her about
19     grades or anything in this class?
20 A.  I did.
21 Q.  Tell me about those discussions.
22 A.  I didn't talk to her much. Maybe two or
23     three times at the most.

Page 186

1      The one that I remember the most was
2      surrounding the third test when she told me
3      that she had a 100 average in the class,
4      and she asked me how I was doing. And I
5      didn't really want to tell her how I was
6      doing, so I didn't tell her all my business
7      because it was not like me to make those
8      grades. I didn't tell her about my
9      understanding with Dr. Billor or what I had
10     agreed to. I said I wasn't doing good.
11     She said, well, it's tough. You know, I
12     have a 100 average, but I would have missed
13     one question on the first test if I
14     wouldn't have talked to -- checked with one
15     of the foreign graduate students
16     downstairs, compared answers, and I
17     corrected one that I would have missed, or
18     I would have had an 87.
19     And then on the second test, she told
20     me that she worked with two guys on it, and
21     that she felt like she helped them more
22     than they helped her, and she might not
23     work with them on the third test.

Page 187

1      I told her that when I was in vet
2      school that there was a lot of this kind of
3      stuff, working together on tests, that was
4      an ordeal, and it's something that you need
5      to avoid. And I told her that once she got
6      into vet school -- because I knew she was
7      applying -- that she needed not to do
8      this. She needed not to work with other
9      people on tests. That if somebody found
10     out about it, it's grounds for dismissal.
11 Q.  How were the tests taken? Were they
12     take-home tests in this class?
13 A.  I've answered that, that at first it's two
14     portions, I think, on some tests. At first
15     you have an in-class test, and then there
16     is some you download off the web.
17 Q.  Okay. Part of it is in class?
18 A.  Yes.
19 Q.  And what part do you download off the web?
20 A.  I don't know. If there's 30 questions or
21     something, you may do 15 in class and 15 --
22 Q.  You turn those in and those are graded?
23 A.  You turn them in, they're graded.

Page 188

1  Q.  Do you think Laurie Nelms accused you of
2      asking her to take a statistics exam for
3      her?
4  A.  Do I think that?
5  Q.  Yes. Or for you. Do you think --
6  A.  I'm sorry. Can you repeat that?
7  Q.  Do you think that Laurie Nelms accused you
8      or do you know that Laurie Nelms accused
9      you of asking her to take an exam for you?
10 A.  I had mentioned with Dr. Blagburn or -- he
11     told me -- I talked about the cheating
12     thing and said that -- I'm not sure how
13     Laurie Nelms came up, but --
14     Well, I'm not sure what the question
15     is. Let me try to answer your question
16     better. Can you repeat it one more time?
17 Q.  Well, tell me about this, what you were
18     just saying about Dr. Blagburn.
19 A.  I can't remember exactly who told me that
20     Laurie Nelms was the one who accused me of
21     cheating. In my first meeting, December
22     3rd, Dr. Hendrix and Blagburn never
23     mentioned the girl's name. They said it

Page 189

1    was a female graduate student. They never
2    mentioned her name.
3  Q. Did you mention her name?
4  A. I didn't in that meeting either.
5  Q. You didn't in that meeting? Prior to that
6    meeting, did you know that she had made
7    these accusations?
8  A. No.
9  Q. Okay.
10 A. And then I went to Dr. Wolfe, and he didn't
11   tell me. I went to Dr. Janicki, and he --
12   and they both said that Dr. Janicki was the
13   one who this -- who the girl went to, the
14   other female graduate student.
15 Q. Who said that?
16 A. Dr. Wolfe and Dr. Blagburn. They both
17   pointed to Dr. Janicki --
18 Q. When did Dr. Blagburn tell you that?
19 A. December 3rd, 2003.
20 Q. They both told you that it was --
21 A. A female graduate student.
22 Q. They didn't mention by name?
23 A. Not that I remember, no.

Page 190

1  Q. Neither Dr. Wolfe nor Dr. Blagburn --
2  A. No.
3  Q. -- mentioned by name?
4  A. No.
5  Q. Okay. So then how did you finally figure
6    out her name?
7  A. I think it was in March '04, 2004, when I
8    met with Dr. Blagburn and he asked me to
9    come bring that research. And I told him
10   that Janicki -- Janicki had disagreed with
11   them and said that nobody had been in there
12   to accuse me of cheating, and he didn't
13   back up their story. He told me not to
14   worry about it. He's like, I'll find you a
15   job making 120,000 a year. Don't worry
16   about that. And I said, well, you know, I
17   don't know who it was --
18 Q. This was March the 4th or --
19 A. It was like March 3rd or 4th, something
20   like that.
21 Q. Who said they would find you a job making
22   120,000 a year?
23 A. Yes.

Page 191

1  Q. Who said that?
2  A. Dr. Blagburn.
3  Q. Okay.
4  A. And the name Laurie Nelms either came up in
5    that meeting or the next meeting, and I
6    think --
7  Q. Which would have been on what date?
8  A. I'd have to look at my notes for that. It
9    was before May 7th or something like that.
10   May have been. I'm not sure the exact
11   date.
12 Q. And you're absolutely certain that you had
13   no idea who the student was that made these
14   accusations prior to at least March the
15   4th?
16 A. Well, I had some assumption that that's who
17   it was, but I can't go around saying that
18   she accused me of cheating and that not be
19   the person.
20 Q. Why did you have an assumption?
21 A. To this day, I'm not sure. Because I was
22   not taking any other tests. This thing
23   about cheating had never been talked about

Page 192

1    with anybody else. I had assumed that
2    maybe she -- I had scared her into thinking
3    that I was going to report her for
4    cheating, and she tried to do a preemptive
5    strike and let them know that I had
6    propositioned her to take the test that I
7    wasn't even going to get graded for.
8  Q. Okay.
9  A. Makes a lot of sense.
10 Q. Did you ask her to take an exam for you?
11 A. No.
12 Q. Did not?
13 A. No.
14 Q. And you think the basis for her accusation
15   was to prevent you from going to whoever
16   you would go to about what she had told
17   you? Is that --
18 A. I hate to make assumptions, but, I mean,
19   that's what I'm assuming because I don't
20   know. She never told me why she did it.
21 Q. Why are so many people out to get you?
22 A. That's a tough question. I'm really not
23   sure.

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 193

1  Q.  Okay.  Who did she make these accusations
2      to?  The first time who do you think she
3      made them to?
4  A.  This is all speculation.  Nobody kept me in
5      the loop on these things.  I think that she
6      told Dr. Janicki.  From what I gathered,
7      Dr. Janicki told Dr. Wolfe and Dr. Wolfe
8      told Blagburn, Dr. Blagburn, either you can
9      let him go or I will, but this cheating
10     incident is the last straw.
11 Q.  So you think this was first told to
12     Dr. Janicki, but you're speculating?
13 A.  True.
14 Q.  How do you know it was even said at all?
15 A.  Well, Dr. Blagburn and Dr. Wolfe both told
16     me that the cheating accusation came from
17     Dr. Janicki.
18 Q.  They both told you that Dr. Janicki had
19     said that a student had accused you of
20     cheating?
21 A.  Yes.
22 Q.  When was that?  When did they tell you
23     that?

Page 194

1  A.  December 3rd, 2003, and then Dr. Wolfe did
2      two days later.
3  Q.  Okay.  You never heard Laurie Nelms tell
4      anyone that you had asked her to take a
5      test?
6  A.  I never heard Laurie Nelms say that.  I
7      don't think I've ever seen her again after
8      we talked whenever we did that.
9  Q.  Did somebody tell you that she had said
10     that?
11 A.  I think Dr. Blagburn told me that.
12 Q.  Anybody else?
13 A.  No.
14 Q.  Do you know if her accusation was oral or
15     written or what?
16 A.  I don't know.
17 Q.  Do you know if these accusations were made
18     to anybody else besides Dr. Janicki or do
19     you speculate?
20 A.  I'm not sure who she told that I cheated.
21     I'm not sure.  All I was told was from
22     Dr. Blagburn, that I had propositioned
23     another female graduate student to take a

Page 195

1      statistics test for me.  That narrows it
2      down to statistics.  I don't know any
3      female graduate students in the whole
4      statistics course besides Laurie Nelms, so
5      my deduction was not too difficult.  I'm
6      not sure what happened, but that's how I
7      came up with it.
8  Q.  Did you ever talk with her about this?
9  A.  No.
10 Q.  Do you know what the academic honesty
11     committee is?
12 A.  Yes.
13 Q.  What is that?
14 A.  I'm not sure all its roles.  I'm not sure
15     all of the roles the academic honesty
16     committee has, but I think that if you're a
17     student and you've committed an academic --
18     if you suspect someone has done something
19     dishonest academically, then you can report
20     them to the academic honesty committee.
21     I'm really not sure.  Supposedly, first you
22     go to the faculty, the professor of that
23     class.  It says -- it gives you guidelines

Page 196

1      to follow before you file a grievance with
2      the academic honesty committee.  First you
3      go to the faculty and try to resolve it or
4      you take it to the student first.  Nobody
5      came to me and told me I had asked them to
6      take a test.
7  Q.  This is where formal charges of academic
8      dishonesty are taken?
9  A.  I don't think they have to be formal yet.
10     It says that if you think someone has done
11     academic dishonesty, the first resolution
12     should be sought with the student.  Then
13     you go to the professor of the course.
14     Then you go to the head of the department,
15     the associate dean, and then to -- if you
16     can't resolve it, then you might file an
17     academic grievance with the academic
18     grievance committee.
19 Q.  Was there any charge of academic dishonesty
20     made against you to the academic honesty
21     committee?
22 A.  Not that I'm aware.  No charge of academic
23     dishonesty has ever been made against me.

Page 197

1  No charge of discipline. No charge has
2  ever -- formal charge has ever been made
3  against me or informal that I know of.
4  Q. Was any formal action taken by Auburn
5  University with respect to any allegation
6  of academic dishonesty?
7  A. I was kicked out of my program because of
8  the cheating incident. Dr. Blagburn said
9  the cheating was the straw that broke the
10  camel's back. The cheating was what got me
11  called into that room and said, you would
12  make a great parasitologist, just not at
13  Auburn. That they would write me good
14  letters of recommendations to other
15  schools. So the way I see it is the
16  cheating was what got me kicked out of my
17  program.
18  Q. Do you think Dr. Blagburn actually believed
19  that you cheated or attempted to cheat?
20  A. At that time, you would have a hard -- on
21  December 3rd, 2003, you'd have a hard time
22  convincing me that's not what he believed.
23  But later on, later on, May 28th, 2004, he

Page 198

1  said, to be honest with you -- and I
2  appreciated him finally being honest with
3  me -- he said that he didn't believe that.
4  Q. Okay. Why wouldn't he reaccept you, then,
5  as his major -- or him being your major
6  professor if he thought -- if he decided
7  that these were false accusations?
8  A. I'm not sure what his reasons were for --
9  Why wouldn't he take me back?
10  Q. Right.
11  A. Is that what you're asking?
12  Q. I mean, if this was the reason why he
13  resigned, and he later tells you that he
14  doesn't think that you cheated, why
15  wouldn't he take you back?
16  A. He never told me he was resigning from my
17  committee, so why would he take me back?
18  He told me this was not what he wanted. He
19  told me Dr. Wolfe told him that he needed
20  to get rid of me or he would. And he said,
21  this is not -- he said, this is not what I
22  want to do. So in my mind, him taking me
23  back might not have been an option for him.

Page 199

1  Q. Okay. Well, let's talk about this meeting
2  on December 5th, 2003 between you and
3  Dr. Blagburn and Dr. Hendrix.
4  A. To the best of my knowledge, that was
5  December 3rd.
6  Q. December 3rd?
7  A. 2003.
8  Q. Okay. On the date of this meeting, you
9  allege that as a result of this meeting,
10  you were dismissed from the Ph.D. program,
11  the doctor of philosophy program in
12  biomedical sciences; is that correct?
13  A. Correct.
14  Q. That is true? You were dismissed from the
15  Ph.D. program?
16  A. They told me in that meeting that I was to
17  turn in my research and that I was --
18  they -- Hold on one second.
19     I told you they said I'd make a great
20  parasitologist, just not as Auburn. To me
21  that means that I'm not going to be able to
22  be a parasitologist at Auburn; that I
23  needed to go somewhere else. They never

Page 200

1  made any kind of recommendations on where I
2  needed to go. This thing about what y'all
3  are alleging, that I needed to find a new
4  major professor, no major professor or no
5  recommendation or any kind of assistance
6  was done. If he resigned from my
7  committee, my committee members weren't
8  even called to that meeting so that he
9  could say, I'm resigning from his
10  committee. Y'all need to help him find a
11  new major professor and move forward with
12  this. To me they told me that I was
13  leaving Auburn, basically.
14  Q. Okay. I'm asking you a very specific
15  question here.
16  A. Right.
17  Q. On that date, December 3rd, 2003, do you
18  allege that you were dismissed from the
19  doctor of philosophy program in biomedical
20  sciences at Auburn?
21  A. Yes. In that meeting, yes, I was.
22  Q. Okay. It's not your contention on that
23  date that the only action taken was that

Page 201

1  Dr. Blagburn resigned as your major
2  professor?
3  A.  That's not what happened.
4  Q.  Okay.  Well, take me through in detail, and
5  tell me exactly what was said.
6      First, who was present during this
7  meeting?
8  A.  Dr. Charlie Hendrix was present at the
9  meeting and Dr. Blagburn was present at the
10  meeting and I was there.
11  Q.  Two Auburn faculty members?
12  A.  That's right.
13  Q.  Okay.  And you?
14  A.  Yes.  Which I'm not a faculty member at
15  Auburn.
16  Q.  Sure.
17  A.  Employee.
18  Q.  Okay.  Just give me a narrative of the
19  meeting; as best as you can recall,
20  everything that was said.
21  A.  All right.  I was called at my house in the
22  morning.  They told me to come up there.
23  Q.  Who is they?

Page 202

1  A.  Dr. Blagburn said, I need to meet with you.
2  Q.  Was Dr. Hendrix with him at this time?
3  A.  I don't think so.
4  Q.  Okay.
5  A.  He said, why don't you come on up to the
6  pathobiology conference room?  I need to
7  talk to you.  I said, okay.  And I got up
8  there as fast as I could, about five
9  minutes.  Walked in, and he was in the
10  conference room.
11  Q.  Why did you go up there as fast as you
12  could?
13  A.  Well, I only live a couple minutes away,
14  and I was kind of excited, thinking that we
15  were going to discuss my course work and
16  what I was going to take.  I had been
17  waiting on him to do that.  He is busy, and
18  he needed some -- when he does have time, I
19  jump at the chance to have time with him.
20      He went out of the room when I got
21  there and said, I'm going to go get
22  Dr. Hendrix for a minute.  He went and got
23  Dr. Hendrix and came back in the room and

Page 203

1  shut the door, and that's when he started
2  to say that, Chris, I hate to do this, you
3  know, this is not my decision, but
4  Dr. Wolfe told me that I needed to let you
5  go or he's going to, and I'm not going to
6  send you in there to that.  I feel like I'm
7  closer to you and I know you better, and I
8  don't want to send you in there with that.
9      He said -- he started getting a little
10  angry and said, you know, you're going
11  around now asking people to take tests for
12  you, propositioning a female graduate
13  student to take a statistics test for you,
14  you know, cheating.  That's unacceptable.
15      I told him that I didn't cheat, and I
16  was being treated as guilty without a
17  chance to be proven innocent.  He said that
18  this cheating incident is the straw -- the
19  final straw, the straw that broke the
20  camel's back, and that, you know, pretty
21  much -- I can't remember the exact words,
22  but this is done.  This is old.  This is
23  done, you know.  It's over with.

Page 204

1      I told him I wanted a hearing on these
2  things; that I had never had a hearing on
3  this cheating.  I wanted to be able to
4  confront it.  And he said that when it came
5  from the top or it came from the chief or
6  the top, which is Janicki -- that's what he
7  said -- you don't question it.  And I said
8  I didn't think this was right.  I didn't
9  think it followed Auburn's policies and
10  procedures.  And he said that it was over
11  and done with.  That's the way it was.
12      He told me he would write me good
13  letters of recommendation to other
14  schools.  They said that I would be leaving
15  with a clean record and I was lucky to be
16  leaving with a clean record.  That
17  everybody doesn't leave with a clean
18  record.  And if I -- I just needed to leave
19  quietly, and it was going to stay in this
20  room.  Dr. Hendrix and Blagburn would be
21  the only two to know about it.  And they
22  said I would make a great parasitologist,
23  just not at Auburn.  That I could go to

Page 205

1  Georgia or Florida or somewhere else, but
2  that it just wasn't going to work there at
3  Auburn.
4      And Dr. Blagburn said he -- he didn't
5  like me defending myself. He kind of got
6  frustrated with me saying, I don't want any
7  money. I don't want this good letter of
8  recommendation. What I want is a chance
9  for a hearing to confront these
10  allegations. I don't think I've done
11  anything wrong that I've had a hearing on.
12  I've not been aware -- made aware of these
13  allegations, and I think I deserve a chance
14  to be heard and defend myself. I need to
15  be able to mount a defense to these
16  allegations.
17      And he said, I've got to go to another
18  meeting and got up, took off out of the
19  room, and left me there with Dr. Hendrix.
20  And I told Dr. Hendrix, I said, this is not
21  policy and procedure. He said, you know,
22  that he had been in Washington for the last
23  year and didn't know what was really going

Page 206

1  on in the lab, that he had been gone, but
2  he had heard a lot since he got back. And
3  he said what he thought I ought to do is
4  take it to the next chain of command, take
5  it to Dr. Wolfe, which I did.
6  Q.  You said that Dr. Blagburn said he was
7      going to let you go. That's what you just
8      told me. Did he ever say that, Chris,
9      you're being dismissed from the Ph.D., the
10      philosophy program in biomedical sciences?
11  A.  Well, see, in my mind, that's related to --
12  Q.  Well, let me just ask you this first. Did
13      he ever say, Chris, you're being dismissed
14      from the doctor of philosophy program in
15      biomedical sciences? Did he ever tell you
16      that?
17  A.  I can't remember those exact words.
18  Q.  So the answer is no?
19  A.  It's very close to that. He didn't say --
20  Q.  No. I'm asking you, did he ever say --
21  A.  He didn't say, Chris, you're being
22      dismissed from this. But he did mention I
23      was not going to be able to finish my Ph.D.

Page 207

1  program, so, i.e., I am being dismissed
2  from it even though he --
3  Q.  He said you weren't going to be able to
4      finish your Ph.D. program?
5  A.  That's correct, at Auburn.
6  Q.  Okay.
7  A.  And I was to turn in my research and my
8      keys and my card to get into the building,
9      and that after that date I wouldn't be able
10      to use that research anymore.
11  Q.  You said that he said this is the straw
12      that broke the camel's back. What were the
13      other parts that led up to the straw?
14  A.  You would have to ask Dr. Blagburn that. I
15      didn't know straws were piling up on the
16      camel's back. Nobody --
17  Q.  Did you ask him about that at the time?
18  A.  I didn't have very long. It wasn't a very
19      convenient time to sit there. Whatever
20      time was there was filled, and he left
21      before I was through defending myself. I
22      would have loved to have touched on that,
23      but he left before I had a chance to talk

Page 208

1  about it. Nobody wanted to talk about
2  those things. What they wanted to talk
3  about was that it was over and done and I
4  needed to move on with my life.
5  Q.  Okay. And what did Dr. Hendrix say at this
6      time?
7  A.  In the meeting?
8  Q.  Yes.
9  A.  Before Dr. Blagburn left or after?
10  Q.  Any time during the meeting, before or
11      after.
12  A.  He said he had been in Washington, D.C.,
13      and he hadn't -- he wasn't aware of what
14      was going on, but that he had heard some
15      things since he had been back. He had been
16      informed. And that I was -- he would write
17      me good letters of recommendation to other
18      schools, Georgia or something like that.
19      That's where he's from. He said that some
20      people don't get good letters of
21      recommendation or two months pay when they
22      get dismissed from their program.
23  Q.  Why do you think they offered to write you

Page 209

1     good letters of recommendation?
2   A.   I guess where I would leave quietly.
3   Q.   Well, they were -- there were procedures in
4     place where a student could be terminated
5     from a Ph.D. program, correct?
6   A.   There are, probably.
7   Q.   Why wouldn't they -- if you truly were
8     being dismissed from the Ph.D. program, why
9     wouldn't they follow those procedures? Why
10     would they have to go to lengths to cover
11     up something when they could have had you
12     dismissed if they wanted to?
13   A.   If they could have me dismissed if they
14     wanted to, then they probably should have.
15     Because they -- I would have had a chance
16     to defend myself then. I can't defend
17     these allegations and rumors and stuff when
18     some person goes to Dr. Blagburn and
19     complains about me, and I don't get a
20     chance to defend myself. And complaints
21     are like straws that are piling up on the
22     camel's back. Whether I'm innocent or
23     whether I'm guilty, if I don't get a chance

Page 210

1     to defend myself, then whoever complains
2     the most gets the -- breaks the camel's
3     back.
4   Q.   You do agree that they could have -- if
5     they decided -- if they believed these,
6     whether they were wrong or right, they
7     could have gone through a process to have
8     you -- either for Dr. Blagburn to resign as
9     your major professor or dismissed from the
10     school; is that correct?
11   A.   There are procedures that would allow for a
12     student to be expelled after having a
13     hearing or some type of warning or -- you
14     know, there are rules. They're in the
15     policies and procedures. They weren't
16     followed.
17   Q.   Why would you think that they wouldn't --
18     if they were, in fact, dismissing you from
19     the program, why would they not want you to
20     have a hearing?
21   A.   I'm really not sure why they do what
22     they -- what they did. On a tape
23     recording -- on a tape recording that I

Page 211

1     have of Dr. Blagburn, he says that his
2     feelings were that he was tired of this,
3     that it was done, that it was over. He was
4     tired of dealing with it and he just wanted
5     it to be over. He didn't want to have a
6     hearing. He didn't want me to stay in.
7   Q.   He said that on the tape recording?
8   A.   No. I'm saying that, you know, when he
9     says he's tired of it.
10   Q.   Well, how do you know -- I mean, you don't
11     know that he didn't want you to have a
12     hearing. He didn't say that, did he?
13   A.   Well, you're asking me to speculate, so
14     that's what I'm doing.
15   Q.   Okay. Well, you were trying to tell me
16     what he said during a conversation.
17   A.   I'm sorry. I was speculating.
18   Q.   Okay. So you can only speculate. I mean,
19     does it make sense that they would want to
20     deny you a hearing? Is there any reason
21     why they thought you had some sort of --
22     something about them that you could bring
23     out? Was there any reason for them to have

Page 212

1     motivation to deny you a hearing?
2   A.   If I'm not going to be found guilty,
3     there's no sense in giving me a hearing.
4   Q.   I'm just trying to find out why do you --
5     and maybe you explained it, and you're
6     going to have to do it again. Why do you
7     think that they wanted to dismiss you
8     without a hearing?
9   A.   With a hearing, I would not have been found
10     guilty.
11   Q.   Why did Dr. Blagburn want to dismiss you in
12     the first place?
13   A.   You would have to ask Dr. Blagburn that.
14   Q.   Apparently -- I mean, up until this
15     point --
16   A.   What I know, what I know is what he said on
17     the tape. He said that Dr. Wolfe told him
18     to get rid of me, and he didn't want to
19     send me in there to that. That's what he
20     told me. And then he said that his
21     feelings were of being frustrated and he's
22     tired of dealing with it.
23   Q.   How do you know get rid of you meant

Deposition of Christopher Eiland                Eiland vs. Blagburn                April 17, 2006

Page 213

1    getting rid of you from the Ph.D. program?
2    How do you know he wasn't referring to him
3    resigning as your major professor?
4    A.  He never said that.  He never said, I'm
5    resigning from your major professor.  If
6    you're going to resign as my major
7    professor, he should have called my
8    committee together.  What he told me was
9    that the head of the department --
10   Q.  What procedure requires that?
11   A.  -- told me to get rid of you.
12   Q.  What procedure requires him to get the
13   committee together?
14   A.  I'm not saying procedure does, but that
15   would make common sense.
16   Q.  Well, then, how do you -- Auburn operates
17   under procedures.  So you're not aware of a
18   procedure that would require him to get the
19   entire committee together, are you?
20   A.  If you want them to benefit and find a new
21   major professor, you would call the
22   committee together.  You asked me to
23   speculate on --

Page 214

1    Q.  I'm asking you is there a procedure -- no,
2    I'm not asking you to speculate.  I'm
3    asking a yes or no question.  Is there a
4    procedure that requires Dr. Blagburn to get
5    the committee together, to get your
6    committee together before he resigns as
7    your major professor?
8    A.  It may be in there.
9    Q.  Well, go through and show me where it is.
10   That's Defendant's Exhibit 6.
11   A.  Why is he resigning?  I have to know why
12   he's resigning from my committee.
13   Q.  What?
14   A.  You're telling me that he's resigning from
15   my committee, right?  Why does he have to
16   call my committee together?
17   Q.  Well, I -- No.  I'm asking you if he was
18   going to resign as your major professor,
19   does he -- is there a requirement, a policy
20   that requires him to get the committee
21   together in order to do that?
22   A.  In here it never states that the student --
23   it says, a student advisory committee must

Page 215

1    prepare a statement of grievances in a
2    meeting with the student to discuss these
3    grievances and suggest steps necessary for
4    remediation.  The statement of grievances
5    must have the unanimous support of all
6    members of the student advisory committee.
7    To my knowledge, the student advisory
8    committee should be unanimous in these
9    decisions, especially if you're going to
10   step down from the committee, you know --
11   Q.  Chris, that's not --
12   A.  It may not be in here, but it should --
13   Q.  Okay.  It's not in there, is it?  It's not
14   in there.  There's no procedure that sets
15   forth what policies must be followed when a
16   professor resigns as someone's major
17   professor.
18   A.  Not specifically in that particular
19   policies and procedures for graduate
20   studies.
21   Q.  Do you know of any other?
22   A.  I don't know.
23   Q.  Okay.  So you know of no policy or

Page 216

1    procedure or anything that -- publication
2    that Auburn puts out, document that sets
3    forth procedures that must be followed when
4    a major professor resigns from being your
5    major professor?
6    A.  I'm not sure that the policies and
7    procedures say anything about a major
8    professor resigning.
9    Q.  You don't know of any that do set forth?
10   A.  I don't know of them saying anything about
11   a major professor resigning.  What it does
12   say is that if you have a grievance with
13   the student that you would call the
14   committee together.  Seems logical.
15       Can we take a break?
16   Q.  Sure.
17       (Brief recess was taken from
18       2:24 p.m. until 2:32 p.m.)
19   BY MR. KNIGHT:
20   Q.  Chris, are you aware if you don't show up
21   for class on the first or second day that
22   you're going to be dismissed from the roll
23   of that class?

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 217

1   A.  No.
2   Q.  Do you know that not to be the case?
3   A.  No.
4   Q.  Do you think at some point if you are
5       enrolled for a class and you just don't
6       show up, at some point they'll take you off
7       the roll?
8   A.  I'm not sure.
9   Q.  Okay.  After this meeting with Dr. Blagburn
10      and Dr. Hendrix, you went and saw
11      Dr. Wolfe.  What day was that?
12  A.  I think it was December 5th, 2003.
13  Q.  Tell me what happened in that conversation.
14  A.  I asked him why I was being dismissed
15      from -- why he told Dr. Blagburn to dismiss
16      me from the department of pathobiology and
17      why he said that I should --
18  Q.  Let me stop you right there.  I'm sorry.
19      You said dismiss you from the department of
20      pathobiology.  That's different than the
21      doctor of philosophy program in biomedical
22      sciences; is that correct?
23  A.  That's what we're talking about.

Page 218

1   Q.  So that's correct?
2   A.  I asked him -- I'm asking him exactly --
3   Q.  Chris --
4   A.  Hold on.  Hold on.
5   Q.  No.  Answer my question.
6   A.  I just said that --
7   Q.  Is that a yes?
8   A.  What?
9   Q.  The department of pathobiology is different
10      from the doctor of philosophy program in
11      biomedical sciences?
12  A.  Right.
13  Q.  And you were asking him --
14  A.  That's right.  I asked him -- you didn't
15      let me finish.  I said yes to that.
16      I asked him why I was being dismissed
17      from the department of pathobiology, why I
18      was not going to be able to continue my
19      Ph.D. program anymore, and why I was not
20      going to be allowed to have access to my
21      research anymore.  He said that he had
22      heard about this cheating incident and that
23      it was unacceptable.  And that if I had a

Page 219

1   question with that, I needed to take it up
2   with Dr. Janicki.
3       He said that maybe a Ph.D. wasn't for
4   me.  That maybe I didn't really want to
5   pursue my Ph.D. degree and stay in the
6   program.  He said that maybe we would look
7   back on this and see it was all for the
8   best.
9       I told him that I enjoyed being in the
10  department I was in with Dr. Blagburn,
11  studying the things I was studying, and
12  that I really wanted to continue with my
13  Ph.D.  And he told me that it was probably
14  for the best if I didn't do that and that
15  we would all look back on it as seeing it
16  as for the best.
17      I told him I wanted a hearing on this
18  cheating incident, and he said that I
19  needed to go take that up with
20  Dr. Janicki.  I told him that I thought
21  that this was not following policies and
22  procedures, a dismissal without ever having
23  a warning, and he told me good luck.

Page 220

1   Q.  He was saying maybe a Ph.D. wasn't for you,
2       correct?
3   A.  He said we'd look back and see that maybe a
4       Ph.D. wasn't for me.
5   Q.  He never said, Chris, you're dismissed from
6       the department of -- excuse me -- you're
7       not dismissed from the doctor of philosophy
8       program in biomedical sciences?
9   A.  He never said that directly.
10  Q.  You're just assuming, because he was saying
11      maybe a Ph.D. wasn't for you, that that's
12      what he implied?
13  A.  And he wouldn't hear me out on anything.
14      He wouldn't talk to me about it in any
15      other term besides past tense of me
16      leaving.
17  Q.  Well, he wasn't your major professor, was
18      he?
19  A.  He is the boss of my major professor.
20  Q.  Okay.  He's not, but he's -- is he on your
21      committee?
22  A.  He is not on my committee.
23  Q.  And who was Dr. Wolfe's boss, so to speak?

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 221

1   A.  From my understanding, when I asked
2       Dr. Hendrix, he said the provost's office
3       was in charge of --
4   Q.  And who was that?
5   A.  -- the head of the department.
6   Q.  Who is the provost's office?
7   A.  The acting provost that I know of is
8       Dr. Stephen McFarland.
9   Q.  So that's Dr. Wolfe's boss?
10  A.  That's who they report to, to my knowledge.
11  Q.  Okay.  The hierarchy, he's above them,
12      correct?
13  A.  Dr. Hendrix told me if you have a problem
14      with the head of the department, you would
15      go to the provost with that.  Which I
16      contacted the provost's office, and they
17      told me that it wasn't their -- it wasn't
18      their area of concern and that they really
19      couldn't help me.
20  Q.  You would think that Dr. McFarland would
21      have more authority if he's up on the
22      hierarchy then either Dr. Wolfe or
23      Dr. Blagburn?

Page 222

1   A.  If he was telling the truth, he is higher
2       up on the hierarchy.
3   Q.  Before you went to him, did Dr. Blagburn at
4       any time tell you -- has he at any time
5       told you that he would assist you in
6       identifying another major professor?
7   A.  Never.
8   Q.  Did Dr. Hendrix ever tell you that he would
9       assist you in identifying another major
10      professor?
11  A.  No.
12  Q.  How did the meeting with Dr. Wolfe end?
13  A.  It ended with me leaving, because he
14      wouldn't address the concerns that I tried
15      to talk to him about.
16  Q.  Did you ever have a conversation with
17      Dr. Gary Muller?
18  A.  I don't know.  Who is that?  That name
19      doesn't sound familiar.
20  Q.  Okay.
21  A.  Who is that?
22  Q.  What?
23  A.  Who is Gary Muller?  I'm sorry.

Page 223

1        MS. DICKEY:  You can't ask
2        questions here.  I'm sorry.
3        We can do that at another
4        time.
5   A.  Okay.  I don't know that name.
6   Q.  Okay.  Has Dr. Blagburn ever told you at
7       another time that you were dismissed from
8       the Ph.D. program?
9   A.  On May 28th, he said that he wouldn't have
10      just dismissed me for these reasons.  So
11      then was one instance.
12  Q.  Now, a few minutes ago you were saying you
13      went to Dr. Wolfe and said, I was
14      dismissed.  I want to know why I was
15      dismissed from the pathobiology
16      department.  Then you said the Ph.D.
17      program.  What is your contention in this
18      lawsuit?  Were you dismissed from the
19      entire Ph.D. program or the department of
20      pathobiology or one or the other?
21  A.  My contention would be that dismissal from
22      my program, dismissal from my department
23      and access to my research would -- is

Page 224

1       tantamount to -- and two people have said,
2       basically, in my -- that I know of that I
3       was out of the program.  And then
4       Dr. Janicki is the only one who said that I
5       wasn't, and then Dr. McFarland in his --
6   Q.  And when did you talk to Dr. Janicki?
7   A.  Maybe December 5th, after talking with
8       Dr. Wolfe.
9   Q.  December 5th, 2003?
10  A.  Yes.
11  Q.  Okay.  And Dr. Janicki is who?
12  A.  Associate dean of graduate research.
13  Q.  Would you say he's above Dr. Blagburn and
14      Dr. Wolfe in the hierarchy of people in the
15      graduate school?
16  A.  In the graduate school, yes.
17  Q.  And he said that you were not dismissed
18      from the Ph.D. program, correct?
19  A.  At that point, I wasn't, but I would be if
20      I didn't locate a new major professor, a
21      new department by the beginning of the next
22      semester.
23  Q.  Okay.

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 225

1  A.  Or that I would be.
2  Q.  Okay.
3  A.  He also denied in that meeting that I --
4      that's one reason I went there, was to ask
5      him if he had accused me of cheating, to
6      follow up on that.  And he denied that
7      anybody had ever been accusing me of
8      cheating.
9  Q.  And this is -- you went to Dr. Janicki
10     right after you talked to Dr. Wolfe; is
11     that correct?
12 A.  Yes.
13 Q.  Okay.  So really, your contention is that
14     you were -- I mean, at this point, you
15     don't really believe at that moment on
16     December 3rd or December 5th that you were
17     dismissed from the Ph.D. program.  You're
18     saying that you were dismissed from the
19     department of pathobiology, which was
20     tantamount, as you said, to a dismissal
21     from the Ph.D. program?
22 A.  At the time I talked to Dr. Blagburn and
23     Wolfe, I was under the understanding that I

Page 226

1      was out of my program.  Finished at
2      Auburn.  There's no other reason why I
3      couldn't have access to my research.  If
4      they would have told me I could have taken
5      that with me and gone somewhere else, it
6      would have made -- it might follow y'all's
7      story.  But they -- you know, with those
8      two, I thought I was out of the program.
9      Only when I went to Dr. Janicki did he say,
10     you're not out of the program.  What you
11     need to do is find a new major professor,
12     new funding, and a new department by next
13     semester, which I tried to do by going to
14     Dr. Dillon.
15 Q.  Okay.  And I'm asking you as we sit here
16     today -- or let's go back to the moment you
17     filed this lawsuit.  At the moment you
18     filed this lawsuit, your contention is that
19     you were not dismissed from the Ph.D.
20     program, that you were removed from the
21     department of pathobiology and your access
22     to your research was cut off.  Is that a
23     fair characterization?

Page 227

1  A.  What was that, again?
2  Q.  At the time that you filed this lawsuit and
3      sitting here today, your contention in this
4      lawsuit is that you were not dismissed from
5      the Ph.D. program; is that correct?
6  A.  I think I am dismissed from the Ph.D.
7      program.
8  Q.  And why do you think that?
9  A.  Because to follow my Ph.D. program, I
10     needed to have access to the research that
11     I had collected, and I was denied that.  I
12     was told to turn it in.  I was told that I
13     would be a great parasitologist, just not
14     at Auburn.
15 Q.  Then what was the point in you going to
16     look for another major professor?
17 A.  Well, following up on what Dr. Janicki
18     said, I thought if I had any chance that he
19     had the authority, that if I went to
20     someone like Dr. Dillon, and Dillon could
21     help me get the research and use it.
22 Q.  So you went to Dr. Dillon for the purpose
23     of finding another major professor so you

Page 228

1      could continue in the Ph.D. program?
2  A.  Just to see if Dr. Janicki's way of what he
3      said could be done.  I tried to do it the
4      way he said that maybe it could be done.  I
5      didn't believe that it was exactly
6      possible, but I tried.
7  Q.  Well, if Dr. Janicki is telling you that
8      you're not dismissed from the Ph.D.
9      program, and he has more authority than
10     Dr. Blagburn and Dr. Wolfe, you probably
11     should believe him, correct?
12 A.  Well, he told me I needed to find a new
13     one, or I would be dismissed.
14 Q.  Or you would be.  And you were still in the
15     Ph.D. program at that point, correct?
16 A.  If I believed what Janicki said, yes.
17 Q.  Do you believe what Janicki said?
18 A.  It's either -- somebody was lying,
19     because --
20 Q.  Well, do you believe what Janicki said?
21 A.  Not always.  Dr. Blagburn --
22 Q.  Do you believe what Janicki said in that
23     instance?

Deposition of Christopher Eiland                    Eiland vs. Blagburn                    April 17, 2006

Page 229

1   A.  No.
2   Q.  You don't believe that?
3   A.  I'm not -- I'm -- I think that if I didn't
4       find a new major professor and new funding
5       by the beginning of next semester that I
6       was going to be.
7   Q.  Right. But at that moment, on December
8       5th, 2003, you were not dismissed from the
9       Ph.D. program, correct?
10  A.  I was dismissed from --
11  Q.  Chris, I'm being fair with you.
12  A.  I know, and it's the way you're saying it.
13      In my mind, and in what people have said,
14      if I can't -- if they're telling me that
15      I'm not going to be able to finish my work
16      at Auburn and I'm not going to have access
17      to my research, then I'm pretty much -- I
18      understood it as me being dismissed from
19      the program.
20  Q.  But then you had a conversation with
21      Dr. Janicki.
22  A.  And I'm telling you what Dr. Janicki said
23      was that I wasn't. Now, whether I believe

Page 230

1       him or not --
2   Q.  Well, he has more -- he's higher up. You
3       agree with that, correct? In the
4       hierarchy, he's higher up, higher than
5       Dr. Blagburn and Dr. Wolfe.
6   A.  I'm not sure that Dr. Blagburn or Dr. Wolfe
7       are even under Dr. Janicki in hierarchy.
8       They're probably even.
9   Q.  Anybody present during this meeting with
10      Dr. Janicki that you recall?
11  A.  No.
12  Q.  Where was this meeting?
13  A.  Dr. Janicki's office.
14  Q.  Okay. I'm still unclear, Chris, on whether
15      your allegations were at the time you filed
16      this lawsuit that you were outright
17      formally dismissed from the Ph.D. program,
18      or whether you're saying that the actions
19      amounted to -- were tantamount to a
20      dismissal. It seems like you're saying --
21      I don't know. I mean, it seems like you're
22      saying the second one; is that correct?
23  A.  At the time I filed the lawsuit, I was

Page 231

1       dismissed from the program.
2   Q.  Right. Relate it back to December 5th.
3       You say that you were dismissed from the
4       program. At the time you filed this
5       lawsuit, looking back on the actions, as it
6       stands on December 5th, 2003, after your
7       conversation with Dr. Janicki, did you
8       believe that you were formally dismissed
9       from the Ph.D. program, or was it these
10      actions were tantamount to a constructive
11      dismissal?
12  A.  I believe that I was dismissed from the
13      program at that point in time. And even
14      though he said I could find a new major
15      professor and everything, in my mind, after
16      I went and tried to locate a new major
17      professor, I was dismissed because I wasn't
18      able to do that.
19  Q.  So after you talked to him, though, you
20      still felt that you were in the Ph.D.
21      program?
22  A.  I felt like he was not being honest with
23      me. I'll be honest with you. I don't

Page 232

1       think he was being honest with me.
2           Two people had told me that he had
3       accused me of cheating, and I'm talking to
4       him -- or somebody had gone to him about
5       cheating. And when I'm talking to him,
6       he's not being honest with me. He said
7       that no one had come in there. I don't
8       know who's lying. So, you know, to what I
9       think is important, but it's hard to tell
10      with who's lying. Their stories have
11      changed.
12  Q.  Well, why would he lie? I mean, if he
13      wanted you out of the program, wouldn't he
14      say, yeah, Chris, you're out of the
15      program?
16  A.  I don't know.
17  Q.  Doesn't make sense, does it? Doesn't make
18      sense, if he had some vendetta against you,
19      didn't like you, for him to tell you, yeah,
20      Chris, you're still in the program?
21  A.  I don't understand the question.
22  Q.  If he didn't like you, Chris, and wanted
23      you out of the program --

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 26 of 33

Deposition of Christopher Eiland    Eiland vs. Blagburn    April 17, 2006

Page 233

1  A.  He didn't like me?
2  Q.  What?
3  A.  Go ahead. I'm sorry.
4  Q.  I'm just asking you. That's what you're
5     saying. He had something against you.
6  A.  No. I'm sorry. I'm confused. You're
7     saying that if he didn't like me, then why
8     would he tell me that?
9  Q.  Yes. I mean, if he thought that you
10    weren't fit to be a Ph.D. student, why
11    would he --
12 A.  Maybe he thought there was no way for me to
13    find a new major professor or department by
14    that time. So by saying that I'm still in
15    the program is not hurting anything,
16    because he knows I'm not going to be able
17    to find a new major professor.
18 Q.  Do you know if Dr. Blagburn had the
19    authority to dismiss you from the Ph.D.
20    program?
21 A.  I would think he did.
22 Q.  Why would you think that he did?
23 A.  They have a lot of power. I think that

Page 234

1     that might -- that it's in their power.
2  Q.  What are you basing this on? Is this
3     speculation, or have you seen some sort of
4     policy or procedure where this is
5     documented?
6  A.  I don't know of any policy or procedure
7     about how it's documented. That's just
8     what I --
9  Q.  You're just speculating?
10 A.  Yes.
11 Q.  Okay. What about Dr. Hendrix? Same
12    thing? You don't know if he had the
13    authority or not?
14 A.  I don't know how he's related to my
15    graduate program, so I don't know that he
16    would have that authority.
17 Q.  Dr. Wolfe?
18 A.  I'm a graduate student in his department.
19    I would think he might have that
20    department -- I mean, that authority.
21 Q.  You would think that he might, but you're
22    speculating. You don't know of any policy
23    or procedure that says that he does?

Page 235

1  A.  I don't know of any.
2  Q.  Dr. Janicki? Same answer or --
3  A.  Whether I know he has the authority or not?
4  Q.  Correct.
5  A.  I don't know that he has the authority. I
6     assume he does. I assume all three of them
7     do.
8  Q.  Okay. But, again, speculation?
9  A.  Assumption.
10 Q.  Okay. Did you have any other conversation
11    with Dr. Blagburn? I think you mentioned
12    that on May 28, you said you did.
13 A.  Yes.
14        (Defendant's Exhibit 11 was marked
15        for identification.)
16 Q.  Let me show you Defendant's Exhibit 11.
17    Can you tell me what that is?
18 A.  It's a tape recording of the meeting
19    between Dr. Blagburn and I.
20 Q.  And when was this meeting held?
21 A.  May 28th, 2004, to the best of this
22    document --
23 Q.  Why was this meeting tape recorded?

Page 236

1  A.  Because I felt like people were not being
2     honest with what happened to other
3     departments, to other associate deans. I
4     felt like that the truth was not going to
5     be able to be documented, so I tried to
6     tape record it so I could get some
7     documentation of some of the truth of what
8     I was being told.
9  Q.  Did you tell Dr. Blagburn that you were
10    going to tape record this meeting?
11 A.  Not to my knowledge, no.
12 Q.  How did you tape record it? Did you hide
13    the tape recorder?
14 A.  I just had a tape recorder in my pocket.
15 Q.  In your pocket. Okay. Nobody --
16    Dr. Morrison's on here. He didn't know
17    that you were going to tape record this
18    meeting?
19 A.  No.
20 Q.  Tell me -- I want you to go through here
21    and tell me -- just tell me basically what
22    you think this tape recording is saying
23    generally.

Deposition of Christopher Eiland                Eiland vs. Blagburn                April 17, 2006

---

Page 237

1       And Defendant's Exhibit 11 is a
2   transcription of this tape recording,
3   correct?
4   A.  Yes.
5   Q.  And who transcribed this?
6   A.  I did.
7   Q.  Okay.
8           MR. KNIGHT:  I understand y'all
9           are going to produce the tape?
10          MS. DICKEY:  Right.
11  Q.  I understand that the tape is kind of hard
12      to hear; is that correct?
13  A.  It reads exactly like this.  You can
14      understand.
15  Q.  And you're the one that went through and
16      typed all this up?
17  A.  Yes.
18  Q.  Okay.
19  A.  Right after the meeting.
20  Q.  Okay.  Tell me the -- just generally tell
21      me what --
22  A.  What this is about?
23  Q.  -- this is saying, yes.  What you think

---

Page 238

1       this --
2   A.  It starts with Dr. Blagburn and I
3       discussing a possible job with Merial; that
4       he was supposed to contact a guy there and
5       try to get me a job with Merial.  Like I
6       said earlier about that, he'll find me a
7       job making $120,000 a year.  He's telling
8       me that he has been meaning to contact him.
9   Q.  You think he's lying about this?  Do you
10      know if he --
11  A.  No one ever contacts me.  I applied to
12      Merial and some other drug companies, and
13      never -- I was never contacted.
14  Q.  Does that mean you think that he was making
15      all this up?  That he wasn't, in fact,
16      trying to help you out with your job, to
17      receive a job?
18  A.  I can't say that he did this or that he
19      didn't.
20  Q.  Okay.  Go on.
21  A.  We also start talking about the grade, and
22      I was asking him what he thought we
23      should -- if there was any way to

---

Page 239

1       straighten that kind of thing out or what
2       exactly needed to be done.
3   Q.  Well, let's do this, Chris.  Go through
4       each -- go through this transcription and
5       point out to me the parts where you think
6       Dr. Blagburn is telling you that you're
7       dismissed from the Ph.D. program.
8   A.  Okay.  He talks about it on page three
9       where it says, that is why I kept saying I
10      didn't cheat that day.  I didn't understand
11      why you were so mad at me.  Why you were --
12      why were you so mad at me?  Were you pissed
13      at me?  What day was this?  Dr. Blagburn
14      said.  I say, the day I got dismissed,
15      December 3rd.  And we had the meeting and
16      you called Dr. Hendrix in and told me if
17      you had anything or questions to take it up
18      with Dr. Wolfe.  You know, that Dr. Wolfe
19      said either you can let him go or I will
20      let him go, but you felt closer -- you
21      know, you felt closer to me or whatever.
22      And he says that I wasn't going to send you
23      in there to him.  And Dr. Blagburn -- I

---

Page 240

1       said, is that what Dr. Wolfe said?  Is that
2       what he said, I mean?  Dr. Blagburn said,
3       yeah, he told me -- he agrees.  Said, yeah,
4       that's what he said.  But he also says, it
5       wasn't just that incident.  I think I
6       talked to you about this.  It was a
7       combination of things.  It would have been
8       impossible for you to work in this
9       environment.
10          And I talked to him about the
11      cheating.  That's when he says, no, I
12      don't, if you want to know the truth.
13  Q.  Right.  I mean, is that --
14  A.  He says --
15  Q.  Is that the part where you just read to me
16      that you think is evidence that you were
17      dismissed from the Ph.D. program?
18  A.  There is some evidence there.  Also here
19      where he says, well, it's not -- it's not
20      that I would just, you know, get rid of you
21      because of that.  The issue was that it
22      would have been impossible.  He says up
23      here that it would have been impossible for

---

Page 241

1    you to function in this environment, this
2    department, this division.
3    Q.    Okay.
4    A.    And that's what I --
5    Q.    This department.  What did you think he was
6        referring to as to that?
7    A.    The department would be department of
8        pathobiology, I'm assuming.
9    Q.    And he did not say the doctor of philosophy
10       program in biomedical sciences, did he?
11   A.    No, he didn't say that.
12   Q.    He didn't say the graduate school, did he?
13   A.    He said the division.
14   Q.    What do you think the division means?
15   A.    I'm assuming the college of veterinary
16       medicine would be the division.
17   Q.    You're assuming.  You don't know that,
18       though, do you?
19   A.    No.  He says division.
20   Q.    Right.  But you don't know what that means?
21   A.    No.
22   Q.    Is there anything that's commonly called
23       the division at Auburn?

Page 242

1    A.    No.
2    Q.    I mean, does it seem to you like he was
3        saying this department, this division are
4        one and the same?
5    A.    I'm not sure exactly what he was trying to
6        say, but he said this environment, this
7        department, this division.
8    Q.    Okay.  He did take some action with respect
9        to you, though, didn't he?  At the very
10       least, he resigned from your major
11       professor, regardless of how you
12       interpreted what he was doing, correct?
13   A.    I don't think he resigned as my major
14       professor.  He never --
15   Q.    Well, you know that's what he -- do
16       you know if that's what he's saying now?
17   A.    I read that in the answer, yes.
18   Q.    Anything else in here that you think shows
19       that?
20   A.    Also here I say that, you know, that
21       bothers me more than anything, more than
22       even getting kicked out.  And that I was
23       speechless when they were talking to me on

Page 243

1    the December 3rd meeting.
2    Q.    That's what you say.
3    A.    I said that, and he didn't argue with me
4        that that's not what happened.  He didn't
5        say, all I did was resign from your
6        committee.
7    Q.    So by implication, you're saying that
8        that's tantamount to him agreeing that you
9        were dismissed from the Ph.D. program?
10   A.    By him saying that or by him just agreeing
11       with me?
12   Q.    Right.
13   A.    I'm not going to -- I don't know -- I
14       couldn't say that.
15   Q.    Is that all, all the parts?
16   A.    Yes.
17   Q.    And why were you going to see him at that
18       point?
19   A.    At different times in May and June, I was
20       checking in with him to see if he had -- if
21       he was really -- if he was trying to find
22       me a job.  And I had asked him for letters
23       of recommendation to law school, and the

Page 244

1    grade, I was asking him what I needed to
2    really do about that.  In all of this, in
3    my time at Auburn, I told you that
4    Dr. Blagburn was somebody to go to, so I
5    wanted to see what he thought about that,
6    what I should do.
7    Q.    So he wrote letters of recommendation to
8        your law school?
9    A.    He did.
10   Q.    Okay.  And he talked to Dr. Billor about
11       having your grade changed in your belief?
12   A.    He says he did on that tape, and he denies
13       it in the answer.
14   Q.    Well, you believe he did.  I mean, didn't
15       you call up Dr. Billor and talk about
16       unethical things that were happening?
17   A.    I do believe that he called her.
18   Q.    Okay.  And there was some suggestion that
19       he was trying to help you out with locating
20       employment?  Is that --
21   A.    Yes.
22   Q.    And you had asked him to do that?
23   A.    I'm not sure if I asked him or if he said

Page 245

1    that he would, but, yeah, he was helping me
2    or said he was helping me.
3  Q.  Okay.  And all of these things, I mean, why
4    was he doing it?  Seems like he was trying
5    to do everything he could to help you
6    here.  I'm missing something, I think.
7  A.  What was the question?
8  Q.  Was he doing these things to help you out?
9    Was that, in fact, correct?
10  A.  Maybe he felt bad for what he had done in
11    December.
12  Q.  Well, couldn't he have reinstated you?  If
13    you think that he dismissed you, couldn't
14    he have reinstated you?
15  A.  I wished he would have.
16  Q.  Did you ever ask him to?
17  A.  He never said that was an option.
18  Q.  Did you ever ask him?
19  A.  Not at that meeting.
20  Q.  Did you ever ask him at any other meeting?
21  A.  Not him, I don't think I did.
22  Q.  Okay.  Do you know if Dr. Blagburn had the
23    authority to resign as your major

Page 246

1    professor?
2  A.  You've asked me that before.
3  Q.  Yes.  Let me ask you this --
4    And go ahead.  I think your answer is
5    you don't know?
6  A.  We talked about that before.  I'm not sure
7    that there's any policies or procedures
8    that say what the major professor can or
9    can't do.
10  Q.  Do you contend that you're entitled to due
11    process of law before Dr. Blagburn resigned
12    as your major professor?
13  A.  Due process of law for that one
14    particular --
15  Q.  Right.  If he did, in fact, resign as your
16    major professor, do you believe that you
17    were entitled to some sort of due process
18    hearing, some sort of hearing for him to do
19    that?
20  A.  I'm guessing yes.
21  Q.  Yes?  And what do you base that on?
22  A.  That due process would be like if he was
23    going to resign from my committee, I would

Page 247

1    think that you would need a hearing and a
2    list of complaints and a chance to defend
3    yourself against those complaints.
4  Q.  And what are you basing that on?  What are
5    you basing that belief on?
6  A.  The definition of due process.
7  Q.  Was your employment in the parasitology
8    laboratory also terminated at this time,
9    during this December 3rd, 2005 event?
10  A.  I was told not to come back.
11  Q.  Is that what he said?  What did he say
12    exactly in regards to that?
13  A.  Very similar to that, that I remember.
14  Q.  Okay.  Do you know if he had the authority
15    to terminate you from the parasitology
16    laboratory?
17  A.  I think he had the authority for that.
18  Q.  Okay.  Did he have to give you a specific
19    reason or did he give you?
20  A.  No.
21      (Defendant's Exhibit 2 was marked
22      for identification.)
23  Q.  Okay.  Look at Exhibit Number 2,

Page 248

1    Interrogatory number 12.  That's your
2    answer as to all of the liberty and/or
3    property interests that you contend were
4    infringed.  Your right to -- or liberty and
5    property interests, an alleged interest in
6    employment is not listed on there; is that
7    correct?
8  A.  Where are we at?  In the response?
9  Q.  Interrogatory number 12 in the response.
10  A.  Oh, number 12.
11  Q.  Yes.  I guess basically what I'm asking is
12    you're not contending as part of this
13    lawsuit that you had a liberty or property
14    interest that was infringed by your
15    termination from the parasitology
16    laboratory?
17  A.  As an employee, no.
18  Q.  Correct.  Okay.  That's fair.  Thank you.
19      What about your stipend that you had
20    received?  What was the result of that
21    going to be?
22  A.  I'm sorry?
23  Q.  The stipend that you received from

Case 3:05-cv-00459-WKW-WC    Document 26-3    Filed 08/01/2006    Page 30 of 33

Deposition of Christopher Eiland                Eiland vs. Blagburn                April 17, 2006

Page 249

1  Dr. Blagburn, did he say anything about
2  that in the December 3rd meeting?
3  A.  Yes.
4  Q.  What did he say?
5  A.  He said that he would continue to pay me
6  for December and January.
7  Q.  So into the next semester?
8  A.  December and January, and January -- and
9  the semester started January 13th, I think.
10 Q.  Okay.  Why would he continue?  If you were
11 being immediately dismissed from the
12 program, why would he continue your
13 stipend?
14 A.  I'm guessing to help me with a transition
15 to where I found employment or something or
16 as a severance package of some sort.  I'm
17 not really sure why they said they were
18 going to pay me for December and January.
19 Q.  Was there any sort of written manifestation
20 of your meeting with Dr. Wolfe or
21 Dr. Blagburn?  Anything ever written down
22 by them?
23 A.  Not that I'm aware of.

Page 250

1  Q.  Okay.  Tell me each and every step that you
2  took to identify another major professor.
3  A.  At the December 3rd meeting, I knew that
4  Dr. Blagburn was not going to have me.
5  Dr. Hendrix was not going to take me.
6  Q.  How did you know that?
7  A.  Because I asked him if I could not leave or
8  if I could stay in here, and I wasn't --
9  the department of pathobiology was pretty
10 much, I'm sure, off limits was the
11 understanding.
12 Q.  You asked Dr. Hendrix this specifically?
13 A.  I did talk to him about that.
14 Q.  Okay.  And tell me what that conversation
15 was.
16 A.  That it wasn't their decision.  It was
17 really Dr. Wolfe's decision.
18 Q.  They were saying this?  Dr. Hendrix was
19 saying this?
20 A.  Yes.
21 Q.  And Dr. Blagburn?
22 A.  Yes.
23 Q.  They both said this together?

Page 251

1  A.  To my knowledge, that -- they both were
2  saying that this -- I needed to take this
3  up with Dr. Wolfe.  But their understanding
4  was that I was not allowed in pathobiology
5  anymore.
6  Q.  Did you ever ask Dr. Hendrix specifically
7  whether he would serve as your major
8  professor?
9  A.  Yes.
10 Q.  You did?
11 A.  Yes.
12 Q.  And what did he say?
13 A.  No.
14 Q.  When did you ask him that?
15 A.  In that meeting.
16 Q.  In that meeting, you asked him that?
17 A.  Yes.  And then --
18 Q.  If you asked him that in the meeting,
19 sitting here telling me that you thought
20 you were dismissed from the Ph.D. program,
21 why would it be necessary to ask him if he
22 would serve as your major professor?
23 A.  I was grasping at straws.

Page 252

1  Q.  You were grasping at straws?
2  A.  Trying to find --
3  Q.  Chris, you really didn't think --
4  A.  Trying to talk to people about what was
5  going on.
6  Q.  You really didn't think that you were
7  dismissed from the Ph.D. program at that
8  moment if you're asking him if he'll serve
9  as your major professor.  Isn't that
10 inconsistent with that thought?  You can
11 agree with that, Chris, can't you?
12 A.  What I'm saying is it wasn't very clear to
13 what limitations were put on, and I wanted
14 to check and see if there was any --
15 Q.  So the extent of that conversation, it
16 wasn't very clear?
17 A.  Well, I thought I could check.  It wouldn't
18 hurt to ask.
19 Q.  And what did he say?
20 A.  No.
21 Q.  He said no.  Did you ask --
22     Let's go back to the original
23 question.  Tell me each and every step that

Deposition of Christopher Eiland                Eiland vs. Blagburn                        April 17, 2006

Page 253

1    you took to identify another major
2    professor.
3    A.  The only other step was to contact
4    Dr. Dillon and ask him.
5    Q.  Okay.  Did you, in fact, contact
6    Dr. Dillon?
7    A.  Yes.
8    Q.  And when was that?
9    A.  In December 2003.
10   Q.  End of December?
11   A.  No, in December.
12   Q.  Can you give me a date, day?
13   A.  I'm thinking it was after December 5th, and
14   December 5th may have been a Friday.  The
15   best of my knowledge, it was the Monday --
16   it was either that Friday or the Monday
17   after that weekend.
18   Q.  Okay.  December 7th, 8th?
19   A.  Close to that time.
20   Q.  And tell me what you recall about that
21   conversation.
22   A.  I asked him if he had heard what was going
23   on, and he said that he had heard that I

Page 254

1    had been accused of cheating and that I was
2    dismissed from the department of
3    pathobiology.  And I told him that I didn't
4    cheat, and he said that he didn't believe
5    that I was capable of that.
6        I told him that Dr. Janicki had told me
7    that I needed to find a new major
8    professor.  Was there any way that he could
9    serve as my major professor?  His answer
10   was that he was not going to be doing that
11   much research that next year, and that
12   Pfizer had canceled the funding that was
13   supporting my study or had donated some
14   money to my study, and that if Blagburn or
15   pathobiology let me go, nobody else was
16   going to take me.
17       I hate to interrupt.  Is there any way
18   I can take a break and use the restroom?
19   I've got to go.
20   Q.  Sure.
21           (Brief recess was taken from
22           3:15 p.m. until 3:27 p.m.)
23   BY MR. KNIGHT:

Page 255

1    Q.  Let me ask you to go back to one thing.
2        Did Dr. Hendrix ever tell you that he would
3        contact a professor, a Dr. Mullen?
4    A.  That name doesn't sound familiar to me.  I
5        don't know who that is.  I never met a
6        Dr. Mullen.
7    Q.  Never met a Dr. Mullen?  Did he ever say
8        that he would contact a Dr. Mullen for you?
9    A.  And I don't know who that is, and that name
10       does not sound familiar to me, so I don't
11       know --
12   Q.  You don't think that -- you're saying that
13       didn't happen?  Dr. Hendrix didn't tell you
14       that, or you're saying you just don't
15       remember if he did or not?
16   A.  That name is not even familiar to me, so I
17       don't even know if he did or didn't.
18   Q.  All right.  I believe we were at tell me
19       each and every step you took to identify
20       another major professor.
21   A.  Right.
22   Q.  I don't want you to rehash what you've
23       already gone over, but I think you were

Page 256

1    telling me you went to Dr. Dillon on or
2    around December 8th, 2003?
3    A.  And I think I would like to clarify that
4    the December 3rd, 2003 meeting was not when
5    I asked Dr. Hendrix about serving as my
6    major professor.  If I -- if I can remember
7    exactly the date, I would, but I talked to
8    him after going to Janicki, after going to
9    Wolfe throughout these steps.  And one of
10   those times after talking to Janicki, I
11   asked him if he would serve as my major
12   professor, and he said no.  I've also
13   talked to Dr. Dillon, and he said no.
14   Q.  Chris, you went through a whole long
15   narrative about how -- and you even
16   explained to me that, well, this was -- I
17   was just trying to figure out things, get
18   some information.  That's why I asked
19   that.  You just had forgotten that that was
20   a different time?
21   A.  Yes.  I was -- I just got it confused when
22   I talked.
23   Q.  Isn't that a pretty important thing?  I

Deposition of Christopher Eiland      Eiland vs. Blagburn      April 17, 2006

Page 257

1    mean, this directly relates to whether you
2    were being dismissed from the Ph.D. program
3    or whether Dr. Blagburn was resigning as
4    your major professor. That seems to be a
5    pretty important thing, correct?
6    A.  It was important.
7    Q.   Okay. And it seems like you should
8    remember all aspects of that meeting,
9    correct?
10   A.   That's why I wanted to clarify.
11   Q.   Okay. So why did you tell me differently
12   earlier?
13   A.   I answered in haste. I needed a break to
14   use the restroom, and I just answered in
15   haste.
16   Q.   Why did you answer in haste?
17   A.   I try to answer your questions as fast as
18   possible so we don't waste time here.
19   Q.   So you told me that that meeting -- that
20   that conversation was held at that December
21   3rd, 2005 meeting, and then you decided --
22   you went to the restroom, and you came back
23   and you told me, oh, it wasn't. Is that

Page 258

1    basically what happened?
2    A.   That's correct. I thought about it and I
3    thought the way that you were saying it was
4    that it was on December 3rd, and I thought,
5    that's inaccurate. What we need to say is
6    that I need to say that it wasn't that day,
7    because that's the way I remember it.
8    Q.   You don't think I made it clear from my
9    questions that we were talking about that
10   December 3rd, 2005 meeting?
11   A.   I was just confused.
12   Q.   That's what you're telling me now, though?
13   It wasn't clear from my questions that we
14   were talking about the December 3rd, 2005
15   meeting?
16   A.   I was confused and I wanted to clarify it.
17   Q.   And then you go to the restroom, and you
18   come back and decide that you want to
19   clarify it. Okay.
20       Is there anything else? Since you seem
21   to have trouble remembering the specifics
22   of this conversation at the meeting, is
23   there anything else that you're unclear on?

Page 259

1    A.  No.
2    Q.   Well, could you be unclear on some things?
3    If you're having trouble remembering
4    important aspects of this -- of what took
5    place at the meeting, could you be unclear
6    on exactly what was said during this
7    meeting? I mean, it's conceivable that if
8    you got that confused, you could have got
9    something else about this meeting confused,
10   correct?
11   A.   I'm not confused.
12   Q.   Well, you were.
13   A.   I made an error.
14   Q.   Right. Well --
15   A.   That I corrected.
16   Q.   Okay. You said you were confused, though,
17   and you said -- you're the one that told me
18   you were confused. I didn't say that, did
19   I?
20   A.   I just felt like I had answered that
21   question inaccurate, and I wanted it to be
22   correct.
23   Q.   Well, why did you answer it inaccurate?

Page 260

1    A.  It was not -- it was confusing to me.
2    Q.   So you were confused? Okay. So could you
3    be confused about some other aspect of that
4    meeting?
5    A.   No.
6    Q.   Just that aspect?
7    A.   Just at that particular time. If I had
8    time to think about it, I would have
9    answered it that way. That's the way that
10   it happened. That's the way I would
11   document and say it. I answered wrong and
12   thought about it and then told you the
13   correct answer.
14   Q.   Not confused about anything else related to
15   that? There's no way you're confused about
16   anything else related to that December 3rd
17   meeting; is that correct?
18   A.   That's correct.
19   Q.   So at some point, you did ask Dr. Hendrix
20   for help in locating a major professor,
21   then; is that correct?
22   A.   Yes.
23   Q.   Okay. When was that?

Deposition of Christopher Eiland                Eiland vs. Blagburn                April 17, 2006

Page 261

1   A.  I'm not exactly sure when that was.  After
2       talking to Dr. Janicki.
3   Q.  Can you give me an estimate?  Was it in
4       December?
5   A.  It was in December.
6   Q.  Okay.  Before December 8th or after
7       December 8th?
8   A.  It was either December 5th or 8th.  I
9       talked to him both -- many times that I
10      didn't document.
11  Q.  You talked to him at many times that you
12      didn't document?
13  A.  In December I remember talking to him after
14      I went to -- I talked to him after I talked
15      to Blagburn.  I talked to him after I
16      talked to Wolfe, after I talked to Janicki,
17      and then later.  And it was within -- in
18      that December --
19  Q.  You talked to him five times?
20  A.  Probably three times.
21  Q.  Three times?  And what was the purpose and
22      content and date of each of those times?
23  A.  It was to keep him updated on what I was

Page 262

1       being faced with and seek his help.
2   Q.  Seek his help doing what?
3   A.  Helping me find resolution to this -- to
4       the issues that I was facing.
5   Q.  Resolution to the issues and also to help
6       you locate another major professor?
7   A.  I asked him that at one point.
8   Q.  Okay.  Did he tell you he would help you
9       locate another major professor?
10  A.  No.
11  Q.  What did he say?
12  A.  I don't remember him suggesting anybody.
13  Q.  Did he say anything at all?
14  A.  Not that I remember.
15  Q.  You said, Dr. Hendrix, I need help in
16      locating another major professor, and you
17      have no idea what he said?  Could he have
18      said, yeah, I'll help you, Chris, here's
19      the name of Dr. Mullen?  Is that a
20      possibility?
21  A.  No.
22  Q.  Well, you told me you don't remember what
23      he said.

Page 263

1   A.  It wasn't that.
2   Q.  Well, could it have been --
3       You don't know if he said yes, I'll
4       help you or no, I won't help you?
5   A.  When I asked him for help locating a new
6       major professor, no was the answer.  And
7       that I couldn't -- he didn't know of
8       anybody, and there wasn't anybody.
9   Q.  Well, Chris, that's not what you --
10  A.  The main part --
11  Q.  That's not what you told me about two
12      minutes ago or about 30 seconds ago.  You
13      said you didn't remember what he said in
14      response.  Now, why are you coming back now
15      and changing your answer and telling me
16      that he said no?
17  A.  I told you all along he said no, that he
18      couldn't help me in finding a major
19      professor.  I don't remember this that
20      you're telling me the guy and
21      everything that you've suggested.
22  Q.  Right.  If you --
23  A.  So you're confusing me.

Page 264

1   Q.  About thirty seconds ago I asked you,
2       Chris, what he said in response to you
3       asking him if he would help you locate
4       another major professor, and you said, I
5       don't remember.
6   A.  I don't remember him -- his exact --
7       whatever he -- I just remember that it
8       wasn't helpful.  He didn't help me find a
9       major professor.  I can't remember exactly
10      what he said, but he -- I would have
11      followed it.
12  Q.  He wasn't helpful.  He didn't -- whatever
13      he did didn't ultimately lead to you
14      getting a new major professor, but you
15      don't know if he told you no at that time?
16      Is that what I'm hearing you say?
17  A.  I'm answering no, that he would not serve
18      as my major professor.
19  Q.  He said no, I will not serve as your major
20      professor?
21  A.  That's right.
22  Q.  And then as far as -- and then you asked
23      him for help locating another major