Case 3:05-cv-00459-WKW-WC     Document 26-5     Filed 08/01/2006     Page 1 of 5

Deposition of Christopher Eiland            Eiland vs. Blagburn                April 17, 2006

Page 19

speechless 242:23
spell 19:16 88:17
Spencer 13:14 53:4
    75:2 136:19
spend 40:12,14 78:6,18
    79:10 80:18 82:9
    116:3 124:16
spirited 141:14
spot 279:13 280:9
spread 49:12
spring 3:7 166:3 169:5
    178:1,4,18 179:4,7
    280:11,23
square 298:19
stain 105:9
stained 105:12
standard 19:11
standing 59:13 283:9
    285:5,15 286:9 288:1
    289:5 290:10,22
stands 231:6
Starkie 1:15 4:8 306:4
    307:14
start 16:8 32:16 34:10
    71:21 73:17 238:21
started 47:22 53:10,21
    67:13 70:2 73:6
    118:5 126:22 176:2
    203:1,9 249:9
starting 156:6 295:8
starts 238:2 296:1
State 1:16 4:9 5:13
    61:17 306:2,6 307:15
statement 91:7,10
    215:1,4 268:23
states 1:1 214:22
statistical 160:11
    162:21,22,23
statistics 31:5 77:10,10
    77:11,13 98:15 104:3
    104:11,14 106:12
    158:18 159:9 162:10
    165:21 176:9,13
    177:19 178:12,15,17
    179:3,7 188:2 195:1
    195:2,4 203:13
Statute 4:17,23
stay 53:7 54:16 85:19
    107:11,17 166:12
    175:20 204:19 211:6
    219:5 250:8 268:4,4
    268:18 276:23
stayed 61:18 168:6
    276:11
staying 103:7 277:8
step 100:12 109:9
    215:10 250:1 252:23
    253:3 255:19 265:8
Stephen 43:3,6 221:8
    274:11 282:5

steps 46:5,6,12 59:7
    91:9 215:3 256:9
    265:23 266:2 275:12
    292:16
still 60:18,22 150:8,10
    166:2 169:18 228:14
    230:14 231:20
    232:20 233:14 283:9
    285:5,14 289:17
    290:9,15 293:16
    299:4 301:12 304:19
stink 173:14
stipend 115:9 116:2,10
    116:12 119:16
    248:19,23 249:13
stipulated 4:2,18 5:2
stipulation 1:14 4:1
    163:13
stipulations 6:15,16
stir 184:10
stools 135:15
stop 41:7 111:22 148:7
    217:18 305:2
stopping 305:4
stories 232:10
story 156:23 190:13
    226:7
straight 295:10
straighten 239:1
straightened 156:22
straightening 138:3
straw 167:20 193:10
    197:9 203:18,19,19
    207:11,13
straws 207:15 209:21
    251:23 252:1
Street 1:18 2:5,10
stress 77:20,22
stressful 83:20
stressing 83:23
Strictly 46:22
strike 192:5
student 14:6,15,18,20
    22:21 26:5 34:21
    42:10 45:1,23 46:9
    47:5,13 49:18 52:21
    52:22 54:8 63:6,10
    68:9 69:6,7 71:15,19
    72:1 74:6,13,15
    86:22 87:6 88:10,15
    88:19 89:4,14,18,19
    90:20 91:1,1,8,13,16
    97:5,8 98:3,6 99:2,4
    101:16,20 106:11
    107:12,17 108:10,20
    109:3,8,12 111:16
    112:6,17 113:10,20
    114:4,8 115:21
    122:10,13,18,21
    126:10,19 139:7,9,13

139:19 140:16
    144:18 145:7,12
    146:15,22 147:11
    153:15 157:6,12,22
    157:23 185:6,10,11
    185:15 189:1,14,21
    191:13 193:19
    194:23 195:17 196:4
    196:12 203:13 209:4
    210:12 214:22,23
    215:2,6,7 216:13
    233:10 234:18 277:4
    279:18 282:12,16
    283:9 285:14 288:1
    289:5 290:10,15,19
    290:21
students 11:2 13:21
    20:18 34:10 35:7
    44:8,21 46:22 47:12
    49:16 54:17,19 55:22
    56:9,11,17 67:21
    69:2 71:5 92:15 94:2
    94:6,7,8 111:3 115:9
    115:11 117:15
    121:12,15 122:16,23
    123:3 124:18 125:8
    125:10,12,15,17,23
    138:1,20 139:22
    140:2 141:2,20,23
    145:2,20 146:19,20
    146:21 157:12
    160:23 161:2,5 163:3
    163:4,6 186:15 195:3
student's 54:22 91:6,12
    108:13 113:18 154:2
    157:14
student/major 86:16
studied 61:18 79:2 80:4
    80:12 83:9
studies 55:14 87:21
    111:11 167:14
    215:20
study 22:3 24:9,13
    36:17 38:10,12 53:12
    60:9 63:12 64:7
    67:16 74:8 78:1,2,5
    78:21 79:1,10 80:1,5
    80:8,10,11 81:2,6
    86:19 113:20 167:6
    254:13,14 266:3,4
    304:7
studying 71:10 78:7,18
    79:8 80:19,22,23
    115:18 219:11,11
stuff 13:23 22:19 38:9
    42:7 127:22 136:8,12
    136:13 150:7 157:5
    158:13 187:3 209:17
subject 93:20
submit 27:5

subscription 150:19
    151:1
substantially 76:18
successful 296:8
    298:23 299:10
sued 184:23
sufficient 137:17
suggest 72:10 91:9
    102:12 215:3 270:10
suggested 10:5,15,20
    101:3 105:11 132:10
    182:2 263:21 270:9
suggesting 133:10
    262:12
suggestion 244:18
suggestions 132:14,15
    132:17,20 133:9
    292:6
summarize 295:9
summer 16:9 117:18
    124:8,9 126:8
Sunday 80:7
supervise 22:9
supervised 22:13
supervision 118:19
supervisor 16:3 122:12
    126:17
support 91:11 103:8
    215:5
supporting 254:13
supposed 14:8,10 26:7
    46:10,11 47:5,14,14
    70:11,19 72:7 74:6
    96:21 97:2,7 101:13
    101:17 102:2,4,15
    137:5 157:16 177:21
    179:1,9 180:17 238:4
supposedly 156:15
    195:21
sure 7:2 21:20 25:13
    26:13,14 33:15 46:12
    54:9,19 55:6,18,21
    63:1 66:3 69:15
    71:15 72:2,12 73:3,5
    73:14,16 74:22 75:9
    75:19,23 76:6 77:22
    78:23 79:21 83:16
    84:16 86:4 87:14
    88:22 89:6,15 90:12
    90:14 92:9,11 93:15
    99:10 106:23 107:13
    107:14 114:22
    115:11 116:8 118:9
    119:15 120:5,12
    125:17 127:3 128:3
    130:6,12,21 131:6
    133:19 136:10 143:5
    143:9,10,16 144:19
    145:8,12,16,19
    146:16,22 147:3

149:2,14 152:22
    155:16 159:22 161:4
    161:10 162:18 163:6
    165:12,22 169:21
    170:16 171:6 174:12
    180:10 183:19 185:4
    188:12,14 191:10,21
    192:23 194:20,21
    195:6,14,14,21 198:8
    201:16 210:21 216:6
    216:16 217:8 230:6
    242:5 244:23 246:6
    249:17 250:10
    254:20 261:1 266:22
    267:10 272:5,15
    273:17 275:1 279:4
    279:15 288:18
Surely 108:19 109:3
surrounding 186:2
suspect 195:18
sweeping 133:15
swept 133:21
switched 16:23
sworn 5:9 6:4 306:9
syllabus 96:5,12,20,23
    97:3,7 162:19
system 16:22,23 17:1

                T
table 131:18
take 7:7,8 10:4,20
    11:22,23 17:4 18:10
    19:6,10 20:2,4,6 21:1
    29:11 31:20 32:2,8
    34:16 45:20 46:5
    49:3,15,15,16,17,18
    49:22 52:13 54:11
    56:17,21 59:7 76:12
    76:20 77:7 79:5 81:1
    89:3,21 93:13 96:15
    96:16,18 98:8 100:13
    100:15 106:11
    114:22 117:15 132:3
    147:1 155:23 159:18
    160:8 161:6,9,12
    162:3 163:19 165:19
    167:11 168:5,8,18
    172:22 177:11,18
    179:7,11 181:4,9,11
    182:4 188:2,9 192:6
    192:10 194:4,23
    196:4,6 198:9,15,17
    201:4 202:16 203:11
    203:13 206:4,4
    216:15 217:6 219:1
    219:19 239:17 242:8
    250:5 251:2 254:16
    254:18 273:2 274:3
    277:3 292:13
taken 1:13 4:6,7 21:7

Case 3:05-cv-00459-WKW-WC    Document 26-5    Filed 08/01/2006    Page 2 of 5

Deposition of Christopher Eiland                Eiland vs. Blagburn                        April 17, 2006

Page 20

44:2 46:12 81:5,12
91:14 93:16 129:11
131:8,14,17 135:7
147:4 148:9 162:1
187:11 196:8 197:4
200:23 216:17 226:4
254:21 283:11,18
284:14 285:6,16
287:7 288:8,12,15,19
289:4 290:12 298:11
**takes** 75:7
**take-home** 187:12
**taking** 159:4,6 191:22
198:22
**talk** 6:20 33:8 40:6
57:2,3,8 59:23 97:15
98:17 99:8,18 103:21
104:13 105:20
116:23 144:23 154:9
154:10,15 159:16
165:5 182:22 185:22
194:8 195:8 199:1
202:7 207:23 208:1,2
220:14 222:15 224:6
244:15 250:13 252:4
265:3 280:2,18
284:10 292:15,21
301:5 304:5
**talked** 23:9 53:21 70:4
85:7 90:1 97:18
99:10,21 100:7 101:1
104:3 106:15 125:17
137:16 154:3,18
157:3 159:23 160:4
166:5 168:7 176:20
182:6,13 186:14
188:11 191:23 194:8
225:10,22 231:19
240:6,10 244:10
246:6 256:7,13,22
261:9,11,14,14,15,16
261:16,19 280:17
**talking** 18:5 38:11 41:9
70:3 79:14 88:14
90:19 106:18 135:14
136:13 152:8 158:3
217:23 224:7 232:3,5
238:21 242:23
256:10 258:9,14
261:2,13 265:19
277:8
**talks** 239:8
**Tallapoosa** 1:18 2:10
**tally** 45:15
**Tamblyn** 23:19
**tangent** 183:7
**tantamount** 224:1
225:20 230:19
231:10 243:8 298:12
**tape** 210:22,23 211:7

212:17 235:18,23
236:6,10,12,13,14,17
236:22 237:2,9,11
244:12
**taught** 20:9,13
**teach** 20:18 38:3 68:2
93:21 94:12
**teacher** 39:10 61:21
96:14 145:20 163:18
178:21
**teaching** 95:9,13,17,21
95:22 96:2
**telephone** 171:20
**telephoned** 182:20
**tell** 11:7 18:8 22:12
25:2 35:9 36:6 38:7
40:19 41:1,6 43:22
45:17 46:1,4,15 47:3
48:11 49:8 50:2 52:5
58:8 59:5 62:16 63:3
65:17 70:22 78:23
84:11 85:13 91:22
101:11 105:6 106:3
108:11 115:13
121:16 142:5 151:21
154:22 155:11 162:5
175:18 176:15 183:4
185:9,21 186:5,6,8
188:17 189:11,18
193:22 194:3,9 201:5
206:15 211:15
217:13 222:4,8 232:9
232:19 233:8 235:17
236:9,20,21,21
237:20,20 250:1,14
252:23 253:20 255:2
255:13,18 257:11
262:8 265:12,23
281:13 282:10 289:3
293:10 295:4,11
296:11 301:15
**telling** 21:13 214:14
222:1 228:7 229:14
229:22 238:7 239:6
251:19 256:1 258:12
263:15,20 267:22
269:11,15 297:11,23
298:1 299:1
**tells** 114:16 165:4
198:13
**ten** 51:10 174:22
**tense** 220:15
**term** 220:15
**terminate** 123:10
247:15 283:11 285:7
285:17 288:8,12,16
288:19 289:5 290:12
**terminated** 209:4
247:8 283:8 285:4
286:9 289:23 291:6,9

295:15
**terminating** 123:22,23
**termination** 248:15
**test** 13:1,3 46:3 52:3
159:13,14,18,20,23
160:4 161:11,14,16
161:23 176:22 186:2
186:13,19,23 187:15
192:6 194:5 195:1
196:6 203:13 273:4,5
**testified** 5:10
**testing** 52:2
**tests** 13:1,5 46:3 121:4
160:6 161:8 176:21
177:13 179:6,11
187:3,9,11,12,14
191:22 203:11
**Thank** 248:18
**their** 12:16 13:1 34:15
45:2 61:20 65:8,13
69:18 71:11,15,17
72:8,9,13 73:22 74:8
74:10 92:5 95:15
104:7 107:17 109:10
109:17,22 110:2,11
111:20 113:16
115:22 121:20 123:4
126:15 129:20
155:10,13,15,16
156:6,8 160:23
190:13 208:22
221:17,18 232:10
234:1 250:16 251:3
279:4,20 286:8
**theirs** 156:5
**theory** 51:3 162:8
**thereof** 88:18 307:10
**thesis** 26:6,12 27:4 50:3
50:6,8,23 53:5 67:15
74:10 124:10
**thing** 53:20 67:22 75:9
93:19 95:9 127:15
128:8,8 168:13 173:3
181:18 183:14 184:6
188:12 191:22 200:2
234:12 239:1 255:1
256:23 257:5 287:9
300:19,21
**things** 36:12 38:19
39:14,16 41:4,5,22
42:9,12 45:9 48:23
60:6 74:14,20,22,23
75:11,13 77:4 78:3
84:10 98:11 105:2,6
105:18,22 106:3
107:8 124:17 132:7
133:16,20 134:23
135:5,19 138:2 141:5
142:15 143:7 153:13
155:8 156:7,17 157:3

158:3 160:12 172:2
179:14 183:9 193:5
204:2 208:2,15
219:11 240:7 244:16
245:3,8 256:17 259:2
273:17 280:2 299:2
**think** 12:22 19:19
20:20 23:7 25:12,23
27:13,15 28:14 29:7
31:22 34:4,6,8,20
35:1,19 37:6 39:21
42:10 44:17 46:1,14
49:11 51:8 54:5,13
58:13 59:8 60:1,12
61:5 62:6 63:5,8
67:23 69:5,10,12
71:2,4,17,21 72:3,10
72:21 74:16 76:22
78:17 83:12 84:20
87:17 89:8 90:1,12
93:9 94:15,22 95:11
95:16 96:1,8 97:4
99:15 101:9,12,15
102:10 104:9,11
105:16 106:13
108:16,17 109:19
111:18 112:9 113:14
113:15 114:14 115:5
115:15,17 116:11,14
117:18,22 122:23
125:6 130:2,3,18
131:14,20 133:4
134:2 136:23 137:13
138:17 143:4,6,20
145:5 147:7 148:23
149:17,21 154:4
156:9 157:15,21
163:10,17 169:14,20
170:10 172:4 175:4
180:11,15 181:15
182:10,12,14 183:18
184:9,13,21 185:12
187:14 188:1,4,5,7
190:7 191:6 192:14
193:2,5,11 194:7,11
195:16 196:9,10
197:18 198:14 202:3
204:8,9 205:10,13
208:23 210:17 212:7
217:4,12 221:20
227:6,8 229:3 232:1
232:9 233:21,22,23
234:19,21 235:11
236:22 237:23 238:9
238:14 239:5 240:5
240:16 241:5,14
242:13,18 245:6,13
245:21 246:4 247:1
247:17 249:9 252:3,6
255:12,23 256:3

258:8 260:8 267:3
271:23 272:1,4,7,21
272:23,23 273:3,7,16
273:16 278:23
279:18,23 280:1,17
287:23 290:4 292:4
297:15 300:1,5,9,19
302:7,11,14,22 303:3
**thinking** 10:21 23:7
92:23 127:22 171:22
175:22 176:1 192:2
202:14 253:13
281:22
**third** 136:21 160:6
161:10,14,16,22
186:2,23
**thirty** 264:1
**though** 89:9 96:20
118:3 134:15 146:23
163:3 173:8 207:2
231:14,19 241:18
242:9 258:12 259:16
**thought** 15:23 33:19
39:17 48:22 104:8
130:4 131:10,11,23
132:18 138:13
162:18,22 180:20,23
182:7 198:6 206:3
211:21 219:20 226:8
227:18 233:9,12
238:22 244:5 251:19
252:10,17 258:2,3,4
260:12 267:1 270:3,5
273:23 274:3,6
280:15 299:4
**thousand** 75:18
**three** 18:18 83:17
101:14 110:4 136:17
161:8 164:22 185:23
235:6 239:8 261:20
261:21 271:13 279:7
284:20
**three-month** 84:18
**threshold** 89:22
**through** 19:22 42:2,12
43:16 45:12 59:7
60:1 63:7,8 71:3
75:16 76:15 83:19
87:5 94:2 102:16
103:8 109:12 111:20
111:23 112:18
114:21 117:21 128:5
149:21 153:14 154:1
159:10,12 184:3
201:4 207:21 210:7
214:9 236:20 237:15
239:3,4 256:14
296:17
**throughout** 37:15 86:9
132:9 256:9

Case 3:05-cv-00459-WKW-WC   Document 26-5   Filed 08/01/2006   Page 3 of 5

Deposition of Christopher Eiland                 Eiland vs. Blagburn                           April 17, 2006

Page 21

tidy 132:12
Tiger 87:5 111:1,14
time 4:14,15 10:15
    14:17 17:19 19:11
    21:8 24:2 28:7 30:3
    30:11 32:8 34:16
    35:10,11 39:5,11
    40:1,12,14 42:20
    44:9,12 46:10 71:14
    72:9 79:19 80:1,3,9
    80:18,19,21,23 81:19
    82:4,6 83:15 84:4,12
    84:15,19,22 91:15
    96:1 97:1 98:20
    99:19 103:2 105:8,19
    105:19 106:15,22
    116:3 117:17 124:5,7
    124:10,16 129:3
    133:2 135:5 136:9
    148:12,20 149:3,6
    152:13 153:18,23
    155:11 156:8,18
    160:9 161:13,20
    171:8 188:16 193:2
    197:20,21 202:2,18
    202:19 207:17,19,20
    208:6,10 222:4,4
    223:4,7 225:22 227:2
    230:15,23 231:4,13
    233:14 244:3 247:8
    253:19 256:20
    257:18 260:7,8
    264:15 265:10
    266:23 274:1 282:2
    290:18 298:16
    303:17
times 35:22 38:18 39:2
    45:5 47:15 97:3
    101:14 115:23
    117:22 119:10,11
    123:7 124:15,15
    125:6 127:4 128:2,3
    128:4 132:9 133:16
    158:10 182:21
    185:23 243:19
    256:10 261:9,11,19
    261:20,21,22 296:21
tired 211:2,4,9 212:22
title 126:18 275:3
today 5:17 6:8 29:13
    226:16 227:3 296:17
together 19:22 111:23
    112:7 113:4,13
    114:18 120:5 128:1,3
    187:3 213:8,13,19,22
    214:5,6,16,21 216:14
    250:23
told 14:21 23:9 25:6,13
    25:19 28:11,19,23
    29:2,8,9 33:18,21

58:5 99:3 100:11,12
    100:16,17 101:2
    104:6 124:15 127:19
    130:19 131:10,11
    141:4 154:6,7,23
    155:2 156:1 165:23
    166:21 167:7 168:4,9
    168:13 172:7,20
    173:1,4 174:22,23
    176:10,20 177:8
    182:11,14 186:2,19
    187:1,5 188:11,19
    189:20 190:9,13
    192:16,20 193:6,7,8
    193:11,15,18 194:11
    194:20,21 196:5
    198:16,18,19,19
    199:16,19 200:12
    201:22 203:4,15
    204:1,12 205:20
    206:8 212:17,20
    213:8,11 217:15
    219:9,13,17,20,23
    221:13,17 222:5
    223:6 226:4 227:12
    227:12 228:12 232:2
    236:8 239:16 240:3
    244:3 247:10 254:3,6
    254:6 257:19,23
    259:17 260:12
    262:22 263:11,17
    264:15 269:20
    270:21,21 293:9,11
    293:11 295:22
    296:14,21 299:6
    304:11
top 58:19 116:20 122:7
    168:1,3 169:11 204:5
    204:6 281:20,21
topic 60:9 67:2,4 77:6
    79:7,12
topics 23:6 36:3 63:15
    64:14 66:19 67:5
    71:9 117:3 304:2
totaled 12:19
touch 75:17 86:20
touched 58:9 129:7
    207:22
tough 20:20 83:11,15
    95:11 99:13 186:11
    192:22
tougher 49:21
tour 63:8 71:5
toward 10:18 51:15
    52:22 53:12 102:4
    119:23 163:21
    177:13
towards 10:12 51:6
    53:1 67:14 91:2
    119:19 183:16 184:8

Tracey 122:20 126:13
    143:19 145:15 147:7
    149:18 150:6,18
    151:8,13,20 154:19
    155:4 156:4
Tracey's 152:5
track 74:23 277:19
train 267:1 277:4
trained 60:19 61:15
    67:22
training 68:4
transcribed 237:5
transcript 3:14 178:18
    307:4
transcription 237:2
    239:4
transcripts 30:23
    178:16
transferred 101:5
transition 249:14
treated 203:16
treatment 141:9
trial 4:21
tried 28:17 39:1,1 90:5
    167:2 172:15 173:10
    181:23 182:22
    184:13,14,15 192:4
    222:14 226:13 228:3
    228:6 231:16 236:5
    296:6,18 298:22
    299:9
tripping 138:10
trouble 36:19 182:16
    258:21 259:3
true 155:9 193:13
    199:14 307:4
truly 209:7
truth 5:9,9,10 222:1
    236:4,7 240:12
    269:11,16 306:9,10
    306:10
truthful 6:5 175:14
try 6:17,19,21 38:3
    47:3 50:18 61:16
    79:7 113:18 166:10
    166:12 179:16
    183:21 188:15 196:3
    238:5 257:17 268:1
    294:19 299:6,8,15
    300:13
trying 36:2,23 50:10
    104:9,18 155:14
    175:15 182:21 184:5
    184:9 211:15 212:4
    238:16 242:5 243:21
    244:19 245:4 252:2,4
    256:17 289:3 295:12
    296:19
tuition 115:19 116:8
turn 25:7 154:13

187:22,23 199:17
    207:7 227:12
turned 119:2 163:10
turns 160:21
twice 21:22 178:19
two 11:21 17:5 18:18
    32:1,9 37:2,8,11
    42:17 44:12 46:2,13
    49:5,11,13 51:12
    53:15 75:17 77:7
    79:15,18 80:15 83:2
    118:20 126:14,14
    164:22 174:4 181:7
    181:11 185:22
    186:20 187:13 194:2
    201:11 204:21
    208:21 224:1 226:8
    232:2 263:11 275:12
    284:20
two-year 53:11
type 42:8 49:22 63:1
    96:5 98:7 123:8
    142:5 210:13
typed 237:16

——— U ———
uh-huh 6:18 7:18 14:13
    15:15 56:7 118:15
    142:10 147:16
ultimate 163:7
ultimately 50:3 57:23
    66:5 68:6 75:6 137:8
    264:13 267:8 272:11
unable 269:19
unacceptable 168:17
    203:14 218:23
unanimous 91:11
    215:5,8
unclear 230:14 258:23
    259:2,5
under 48:16 55:12
    57:11 61:9 64:2,8
    67:18 68:16,20 69:2
    69:9 71:16 77:19,22
    93:3 113:19 118:18
    174:18 179:13
    213:17 225:23 230:7
undergrad 31:9 59:3
    76:19 92:1
undergraduate 9:9,17
    92:8,10,15
underneath 63:14
understand 5:17 6:2,4
    7:2 11:3 83:16,18,19
    91:19 93:4 110:3
    160:13 185:6 232:21
    237:8,11,14 239:10
understanding 32:14
    106:19 176:23 186:9
    221:1 225:23 250:11

251:3 290:5 296:2,4
    296:9,13 297:4
understood 7:4 86:2
    161:11 229:18
unethical 244:16
unique 115:15
UNITED 1:1
university 9:6,20 24:3
    34:19 43:23 47:8
    54:8,10,14 57:1 59:8
    86:13 87:5,6 91:21
    92:11 99:2 102:18,20
    110:4,20 115:16,20
    121:8,9 148:16 197:5
    277:23 283:10 285:6
    285:15 287:2 288:2
    289:14 290:11
University's 55:23 99:5
unless 32:17 41:16
unquote 269:11
unsatisfactory 91:2
until 32:2,16 42:20
    43:14 52:11 54:4
    55:19 93:17 107:12
    117:21 121:18
    135:22 136:4,6
    140:10 147:5 148:10
    212:14 216:18
    254:22
unusual 42:13
updated 261:23
upper 49:13
upper-level 9:18,21
use 10:16 21:16 25:4,16
    25:22 26:9 27:21
    28:3 34:11 52:10,16
    53:10,12 54:18,20,22
    57:18 120:15,17
    162:23 207:10
    227:21 254:18
    257:14 271:5
used 4:16,22 21:21
    52:9 53:1 57:12 60:8
    62:14 80:23 81:10
    121:5,6 160:2 163:1
uses 22:2 26:20
using 25:12,14
Usual 6:15,16
usually 18:10 54:21
    71:2 138:7 150:5
U.S 306:21

——— V ———
varied 80:15 82:11
varies 11:17
various 123:7
vary 79:11 81:18,21
    82:16
vendetta 232:18
verbatim 282:23

Case 3:05-cv-00459-WKW-WC    Document 26-5    Filed 08/01/2006    Page 4 of 5

Deposition of Christopher Eiland                Eiland vs. Blagburn                             April 17, 2006

Page 22

very 35:16 37:14 48:18
   70:8 77:14 78:15
   83:20 89:19 122:8
   135:12,13 200:14
   206:19 207:18,18
   242:9 247:13 252:12
   252:16 273:3 290:2
vet 10:7,23 15:22 30:18
   32:21 44:23 46:15
   52:14 78:4 82:18
   97:2 117:7,9 146:15
   146:19,20,21,22
   150:22 185:10 187:1
   187:6
veterinarian 18:14
   23:21 156:3
veterinarians 18:10
veterinary 9:19 10:6
   10:17 11:1 17:20
   20:9,13,15,18 32:11
   32:16 33:2,7 34:12
   34:14 35:5 37:7 39:9
   45:1,23 46:9,22
   47:12,13 72:6 87:22
   94:2,8 117:10,11,14
   185:12 241:15 283:7
   285:3 299:13
vice 157:18
virus 12:23
VOLUME 1:22
volunteers 24:10
votes 45:15
Vs 1:7 306:15

——— W ———
waiting 202:17
waive 6:13
waived 4:21 5:5 307:7
waiving 5:1
walk 130:8 138:9
Walked 202:9
wall 61:3 152:4
want 6:12 7:2 13:22
   23:2 59:6,10,11 60:5
   61:20 63:12 65:2
   69:9 71:8 78:23 84:7
   112:19 148:6 154:16
   154:17 156:5 173:11
   173:12 181:9 182:16
   186:5 198:22 203:8
   205:6,7,8 210:19
   211:5,6,11,19 212:11
   212:18 213:20 219:4
   223:14 236:20
   240:12 255:22
   258:18 281:12
wanted 15:21 24:12
   25:10 37:8,9,18
   45:14 67:10,15,16
   85:20 100:3 152:2

155:22 166:12
167:22 173:10
198:18 204:1,3 208:1
208:2 209:12,14
211:4 212:7 219:12
219:17 232:13,22
244:5 252:13 257:10
258:16 259:21
266:19 268:1 271:18
274:7 300:7,16
304:21
wanting 25:15
warn 74:17
warned 91:13
warning 210:13 219:23
Washington 205:22
   208:12
wasn't 34:2 38:10
   96:12,13,20,22 106:1
   106:1 118:3,10
   125:11 137:18 156:8
   159:15 160:2,20
   161:15 162:18 167:4
   168:11 171:10 173:8
   175:8 176:12 186:10
   192:7 205:2 207:18
   208:13 213:2 219:3
   220:1,4,11,17 221:17
   221:17 224:5,19
   229:23 231:17
   238:15 239:22 240:5
   250:8,16 252:12,16
   257:23 258:6,13
   263:1,8 264:8,12
   269:21 273:23 274:3
   289:11
waste 257:18
water 147:2
way 24:14 32:4 62:14
   62:18 63:10 76:6
   77:17 86:1 93:13
   108:23 113:15
   114:11 117:20
   132:21 138:11,14,15
   138:17 151:22 152:2
   167:8 180:12 197:15
   204:11 228:2,4
   229:12 233:12
   238:23 254:8,17
   258:3,7 260:9,9,10
   260:15 265:5 269:3
   269:10 288:22 289:2
ways 46:13 154:10
web 187:16,19
week 94:15
weekend 253:17
weeks 164:22
weighed 110:1
well 13:7 24:8 35:22
   38:11 67:7 72:3

84:11 89:17 99:15
101:6 102:6 103:4,6
112:3,21 144:23
146:9 149:4 159:15
163:2 167:7,18 172:1
174:14,17 175:4,6
177:15 181:8 186:11
188:14,17 190:16
191:16 193:15 199:1
201:4 202:13 206:11
206:12 209:3 211:10
211:13,15 213:16
214:9,17 220:17
227:17 228:7,12,20
230:2 232:12 239:3
240:19 242:15
244:14 245:12
252:17 256:16 259:2
259:12,14,23 262:22
263:2,9 267:3 268:6
269:7 273:3 288:21
289:10 292:9 296:13
303:1
went 14:17 23:13 31:23
   38:18 39:2 40:8
   41:14,22 51:15 69:8
   74:2 86:1 90:9
   100:17,18 128:19
   149:21 153:13
   159:16 168:9,20
   184:3 189:10,11,13
   202:20,22 217:10
   222:3 223:13 225:4,9
   226:9 227:19,22
   231:16 237:15 256:1
   256:14 257:22
   261:14 265:8,10
   299:2 304:1
were 10:2,11,13 12:12
   12:13 15:20 16:22
   17:11 20:14 21:6,13
   26:7 29:2 33:19 34:3
   35:14 36:9 41:5,5,22
   44:12,18,19 46:11,12
   51:15 52:9 53:17
   54:23 56:5,8 58:18
   58:20 60:13,19,21
   62:16,21 64:1,16,21
   64:23 65:20 66:5,8
   66:11,15 77:19 80:13
   81:4,19 82:3,7 83:1
   84:2,11,14,14 85:22
   89:17,18,19,20 90:19
   90:20,21 93:20 94:6
   94:6 95:4 97:2 99:12
   101:9 103:8 104:2
   105:6,22 106:4,7
   120:19 121:10,14
   122:16,23 123:1
   124:3,9,13 126:14

129:13 131:21
132:15,22 133:2
134:9 135:5,19 137:2
137:6,9,10,13 141:2
141:19 144:21
146:19 150:22,23
151:8 152:7 155:6,14
160:19 161:8 162:1
163:14 165:18
166:15 169:5,8,13
171:4,14 173:1
177:21 178:13,23,23
180:23 187:11,11
188:17 194:17 198:7
198:8 199:10,14
200:18 202:15
207:12,15 209:3,3,7
210:6,18 211:2,15
212:21 218:13 223:7
223:12,18 224:17
225:14,16,18 226:19
226:20 227:4 228:14
229:8 230:15,16,19
231:3,8,10,20 236:1
236:9,17 239:11,11
239:12,12 240:16
242:23 243:9,17
244:16 246:17 248:3
249:10,17 250:18
251:1,20 252:1,6,13
255:18,23 257:2
258:3,9,14 259:12,16
259:18 260:2 268:6,9
271:15,19,21 272:2,9
273:14 276:6,18
278:9 280:16 287:7
287:10 288:1,18
291:6 298:11 299:4
300:19 304:2
weren't 127:13 137:17
   155:9 171:11,17
   173:1 200:7 207:3
   210:15 233:10 271:7
   273:9 290:23
we'll 159:18 182:19
   305:4
we're 18:5 88:8 100:4
   149:4 217:23
we've 70:3 296:17
while 32:20 36:23 46:7
   107:16
whole 5:9 47:9 92:11
   125:11 195:3 256:14
   283:1 306:10
wife 8:6 84:16
wife's 8:7
willing 303:16
wish 283:16 285:22
   299:11
wished 245:15

withdraw 101:5 107:23
withdrawal 182:3,23
withdrawing 108:4,8
witness 5:3,4,8 27:13
   27:20 307:5
witnessed 151:13
Wolfe 32:13,19 33:3,4
   33:5 40:15,16,20
   42:6 100:13,14
   118:19 154:4 155:19
   166:15 167:15 168:6
   168:8,9 189:10,16
   190:1 193:7,7,15
   194:1 198:19 203:4
   206:5 212:17 217:11
   221:22 222:12
   223:13 224:8,14
   225:10,23 228:10
   230:5,6 234:17
   239:18,18 240:1
   249:20 251:3 256:9
   261:16 271:16 272:7
   273:19 274:1,7
   286:21 292:1 293:11
   295:21,22 296:4,10
   296:13,22 297:4,9,12
   297:15 298:21
Wolfe's 220:23 221:9
   250:17
women 154:8
word 64:18 71:1
words 41:12 101:11
   174:11,18 175:21
   203:21 206:17
   282:10 284:4 285:10
work 12:21 13:2 15:10
   15:17 16:2,8,10,14
   16:20 17:3,7,13,14
   18:11,12,13,17,19
   22:1,2,5,6 23:12 25:4
   26:9 28:14 34:18
   36:12 38:14 39:16
   49:6,8,12,13,14,20
   49:20 50:2 52:14
   53:9 54:23 64:2
   66:14 68:16,20 72:23
   73:1,6,12,18,22
   74:11,18 76:8 78:1
   82:18 104:11,22
   111:19 112:7,17
   113:4,13 114:5,9
   115:1,22,23 116:1,4
   116:7 118:8,23
   119:18,19,22,23
   121:2 122:2 124:12
   125:7 128:4 131:22
   137:15,15,20 145:2
   147:13 149:15
   159:10 160:12 162:9
   163:1,2 167:17

Case 3:05-cv-00459-WKW-WC    Document 26-5    Filed 08/01/2006    Page 5 of 5

Deposition of Christopher Eiland          Eiland vs. Blagburn                    April 17, 2006

Page 23

173:17 178:21
180:13,17 182:19
186:23 187:8 202:15
205:2 229:15 240:8
**workday** 80:14
**worked** 13:16 14:15
15:18 73:20 83:4
117:20 120:9 121:12
121:14,15,17 122:15
122:17 126:9,16
128:2 140:17 150:10
150:21 162:21
186:20
**worker** 14:15 153:16
**workers** 125:23 137:21
**working** 82:3 83:18
85:6 111:22 116:4,19
117:16,23 118:9
121:17 126:21 150:2
173:8 187:3 277:20
**workload** 72:9
**works** 15:4 73:3 120:11
120:12 150:8
**world-renown** 35:17
**worm** 51:9 52:4 53:9
66:19 121:4 266:8
304:3
**worms** 12:17 13:4
51:20 52:1 53:15
**worried** 271:7
**worry** 190:14,15
**worth** 17:6 32:11
181:11
**wouldn't** 55:12 61:15
61:20 76:7 97:3
98:10 109:3 131:9,19
134:6,8 140:10 150:4
166:2 172:3 174:20
177:10 178:6,10
180:2 184:10 186:14
198:4,9,15 207:9
209:7,9 210:17
220:13,14 222:14
223:9 232:13 252:17
292:4 300:4 302:20
304:9
**Wright** 104:12,17
**write** 29:9 166:19
173:6 197:13 204:12
208:16,23 270:14
271:13 294:10
297:17
**writing** 124:11 287:9
294:17 299:15 300:7
300:12,14 301:3,6
**written** 26:1 89:1
107:21 194:15
249:19,21 287:6,17
287:18 294:21 301:8
**wrong** 145:10 157:11

184:22 205:11 210:6
260:11 287:5
**wrote** 97:22 244:7
271:11,23 272:4,5,7
281:15 286:10 294:8

___ **X** ___
**x-rays** 12:14

___ **Y** ___
**yeah** 26:21 27:2 41:12
93:9 168:14 232:14
232:19 240:3,3 245:1
262:18 303:20
**year** 7:22 8:23 9:7,14
17:5 18:12,19 19:9
19:11 96:10 116:15
116:16 118:7 120:10
155:21 190:15,22
205:23 238:7 254:11
**years** 11:21 17:5 18:11
18:16 32:9 35:4 46:8
49:11,13 56:6 68:8
83:17 132:10 155:20
181:8,11 304:8
**year's** 17:6 32:11 45:11
**year-long** 118:3
**yelling** 151:19
**y'all** 57:15 103:21
141:10 148:6 200:2
200:10 237:8
**y'all's** 41:1 226:6

___ **Z** ___
**Zero** 179:5,6,8

___ **$** ___
**$120,000** 238:7
**$2,000** 116:18
**$200** 170:5
**$23,500** 116:14

___ **0** ___
**04** 190:7

___ **1** ___
**1:15** 148:10
**10:54** 93:17
**100** 20:21 49:15 76:23
186:3,12
**105** 1:17 2:10
**11** 3:14 235:14,16
237:1
**11:06** 93:17
**12** 82:21 83:5 248:1,9
248:10
**12/3/2003** 99:21
**12:07** 147:5
**12:16** 147:5
**12:18** 148:10

**120,000** 190:15,22
**13th** 171:2 249:9
**14th** 182:11
**15** 51:13 95:5 187:21
187:21 276:20
283:23 284:9 296:21
**164** 3:9
**17** 1:19 307:2,16
**17th** 281:18,21 301:8
**170** 3:7
**189** 8:1
**19th** 165:2 281:22
**1989** 9:1
**1993** 9:3,8
**1997** 9:15 14:16
**1998** 11:4 16:9 17:9
18:2 117:18 121:18
122:3
**1999** 18:3,4,4

___ **2** ___
**2** 3:5 247:21,23
**2.0** 90:6,10
**2:24** 216:18
**2:32** 216:18
**20** 95:13 276:19,20,20
**200** 49:15 76:23
**2000** 60:14
**2001** 52:11
**2003** 3:7 25:6 28:20
30:1,7 31:15 32:2
42:20 43:14,14 47:17
52:11 54:4,4 57:3
58:4 60:15 62:20
85:17 93:21 103:1
117:21 121:18 124:8
124:9 126:8 135:20
158:17 177:20 178:1
184:13 189:19 194:1
197:21 199:2,7
200:17 217:12 224:9
229:8 231:6 253:9
256:2,4 275:13
280:19
**2004** 3:7 21:23 28:6,8
96:11 97:22 98:1,5
101:2 163:11,11
165:2 169:5 178:2,3
178:4 179:4,7 190:7
197:23 235:21
280:11,23 281:16
293:23 301:9
**2005** 22:2 247:9 257:21
258:10,14
**2006** 1:19 307:2,11
**235** 3:15
**24** 79:19
**24th** 293:23
**247** 3:6
**27** 98:5

**27th** 97:22 98:1 281:16
283:3 307:11
**28** 235:12
**28th** 197:23 223:9
235:21 295:20
**281** 3:13
**294** 3:12

___ **3** ___
**3** 30:9
**3rd** 25:6 28:20 29:3
30:1 57:3 58:4 103:1
167:18 169:17
180:22 183:3 184:12
188:22 189:19
190:19 194:1 197:21
199:5,6 200:17
225:16 239:15 243:1
247:9 249:2 250:3
256:4 257:21 258:4
258:10,14 260:16
280:19 287:19
295:19
**3.2** 30:9
**3.7** 31:17,19 59:14
**3:15** 254:22
**3:27** 254:22
**30** 7:16 187:20 263:12
**300** 49:15 76:23
**306** 307:3
**322** 2:5
**36104** 2:10

___ **4** ___
**4** 3:7 170:17,19
**4th** 190:18,19 191:15
**4:20** 305:12
**4:30** 304:22
**400** 49:16 76:23
**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** 7:14

___ **5** ___
**5** 2:18 3:8 164:11,13
**5th** 199:2 217:12 224:7
224:9 225:16 229:8
231:2,6 253:13,14
261:8
**5/28/04** 3:15
**5/7/04** 3:8
**50** 20:21
**50-50** 119:10
**500** 76:23

___ **6** ___
**6** 3:10 87:23 88:3 111:8
214:10
**6/27/75** 5:16
**600** 49:17 77:1

___ **7** ___

**7** 3:11 294:4,7
**7th** 164:19 182:11
191:9 253:18
**700** 77:1
**700-level** 159:8

___ **8** ___
**8** 3:13 281:10,13
**8th** 253:18 256:2 261:6
261:7,8 265:9 275:13
**8/17/04** 3:13
**80** 95:13
**800** 49:18 76:22
**87** 3:10 159:14 186:18

___ **9** ___
**9/24/04** 3:11
**9:10** 1:20
**92** 9:2
**98** 14:16 31:23 118:5
147:15