1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    EASTERN DIVISION

4  CHRISTOPHER B. EILAND, DVM, MS,

5        Plaintiff,

6                    CIVIL ACTION
       VS.
7                    FILE NO. 2005-CV-459-VPM

8  DR. BYRON L. BLAGBURN, individually
   and in his official capacity, DR.
9  CHARLES HENDRIX, individually and in
   his official capacity, DR. JOSEPH JANICKI,
10 individually and in his official capacity,
   DR. STEPHEN McFARLAND, individually and in
11 his official capacity, DR. ED RICHARDSON,
   in his official capacity as President of
12 Auburn University, and DR. LAUREN WOLFE,
   individually and in his official capacity,

13
        Defendants.
14                              **ORIGINAL**

15              VOLUME II

16     CONTINUED DEPOSITION OF **CHRISTOPHER B.**

17 **EILAND, DVM, MS**, taken on behalf of the Plaintiff,

18 pursuant to the stipulations set forth herein,

19 before Jeana S. Boggs, Certified Court Reporter and

20 Notary Public, at the law offices of Kathryn Dickey,

21 LLC, 322 Alabama Street, Suite B, Montgomery,

22 Alabama, commencing at approximately 9:13 a.m.,

23 Monday, June 12, 2006.

```
 1              APPEARANCES OF COUNSEL
 2    FOR THE PLAINTIFF:
 3              HONORABLE KAY DICKEY
 4              Attorney At Law
 5              THE LAW OFFICES OF KATHRYN DICKEY LLC
 6              322 Alabama Street, Suite B
 7              Montgomery, Alabama  36104
 8              334.262-0728
 9    FOR THE DEFENDANTS:
10              HONORABLE LANE KNIGHT
11              Attorney At Law
12              BALCH & BINGHAM
13              P.O. Box 78
14              105 Tallapoosa Street
15              Montgomery, Alabama  36104
16              334.834.6500
17                     * * *
18    Defendant's Exhibit No. 12....................14
19    Defendant's Exhibit No. 15...................132
20
21
22
23
```

```
 1                        *  *  *
 2                     STIPULATION
 3              It is hereby stipulated and agreed by and
 4      between counsel for the respective parties and the
 5      witness that the deposition of CHRISTOPHER B.
 6      EILAND, DVM, MS, is taken pursuant to notice and
 7      stipulation on behalf of the Plaintiff; that all
 8      formalities with respect to procedural requirements
 9      are waived; that said deposition may be taken before
10      Jeana S. Boggs, Certified Professional Reporter and
11      Notary Public in and for the State of Alabama At
12      Large, without the formality of a commission; that
13      objections to questions, other than objections as to
14      the form of the questions, need not be made at this
15      time, but may be reserved for a ruling at such time
16      as the deposition may be offered in evidence or used
17      for any other purpose as provided for by the Federal
18      Rules of Civil Procedure.
19              It is further stipulated and agreed by and
20      between counsel representing the parties in this
21      case that the filing of the deposition of
22      CHRISTOPHER B. EILAND, DVM, MS, is hereby waived and
23      that said deposition may be introduced at the trial
```

1    of this case or used in any other manner by either

2    party hereto provided for by the Statute, regardless

3    of the waiving of the filing of same.

4        It is further stipulated and agreed by and

5    between the parties hereto and the witness that the

6    signature of the witness to this deposition is

7    hereby waived.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1          CHRISTOPHER B. EILAND, DVM, MS,

2    of lawful age, having been first duly sworn, was

3    examined and testified as follows:

4

5                    DIRECT EXAMINATION

6    BY MR. KNIGHT:

7    Q    Okay.  Chris, you understand this is a

8         continuation of the last deposition.  The

9         same rules will apply that we went over last

10        time, usual stipulations.  Chris, if you

11        don't understand something, let me know.

12        I'll re-ask it.  If you don't ask me to

13        re-ask the question, I'll assume that you

14        understand it.

15   A    Okay.

16   Q    Okay.  Let's get right down to it.  Your

17        December 5th, 2003, meeting with Doctor

18        Wolfe, tell me, as best you can, exactly

19        what was said in that meeting.

20   A    All right.  After I was dismissed by Doctor

21        Blagburn on December 3rd, he told me when he

22        left the meeting that if I had any problems

23        to take it up with Doctor Wolfe.  That

1    Doctor Wolfe was the one who told him to get

2    rid of me.  And so, I went in there to talk

3    to Doctor Wolfe about that.

4            I told Doctor Wolfe what had

5    happened in the meeting with Doctor

6    Blagburn, and he didn't act surprised.  He

7    acted like that -- you know, that I asked

8    him, you know, about the cheating incident,

9    and he said that he had heard that from

10   Doctor Janicki, and that it came from the

11   top, and we didn't question it.  He said --

12   I told him that I didn't want to leave or to

13   be kicked out, that I wanted to stay and

14   finish my research and finish my PhD.  And

15   he said that, you know, maybe we'd look back

16   on this, and it would all be for the best.

17   And when I tried to talk to him about that

18   this wasn't right, that this wasn't fair, he

19   kind of just ignored those concerns, and

20   told me that if I had any questions about

21   the cheating, that I needed to take that up

22   with Doctor Janicki.  But that, you know, he

23   wished me the best of luck.  And that my --

```
 1        pretty much my PhD aspirations were ended --

 2        had ended.

 3   Q    He never told you expressly, "Chris, you're

 4        kicked out of the PhD program," correct?

 5   A    I mean, in his actions and his tones.  He

 6        might not have said those exact words, but

 7        when I asked him, you know, am I going to be

 8        able to stay in my program, and, you know,

 9        is there any way I can finish, he said,

10        "No."  So...

11   Q    He never expressly said, "Chris, you're

12        kicked out of the PhD program"?

13   A    I don't remember him saying those words

14        exactly like that.

15   Q    Okay.  You're saying that you're speculating

16        as to the actions and his -- the intent

17        behind what he was saying suggested that you

18        were kicked out; is that correct?

19   A    I'm saying that, you know, when I told him

20        what Doctor Blagburn had said, that they

21        were getting rid of me, he said, you know,

22        that that's what he wanted was to get rid of

23        me.
```

```
 1   Q    He never -- Did he make a distinction

 2        between Doctor Blagburn getting -- or

 3        resigning from your major professor, which I

 4        know that you're disputing between that, the

 5        Department of Pathobiology and the PhD

 6        program?

 7   A    They gave me no other options besides me

 8        leaving Auburn and not finishing my PhD

 9        program.

10   Q    Did you ever ask him whether you could

11        continue the PhD program with another major

12        professor?

13   A    I asked him if there was any other solution

14        than getting rid of me.  And I might have

15        said:  Could I go to another department,

16        could I have another major professor.  And

17        he was, "No."  He thought that I really

18        didn't want to finish my PhD, and that it

19        would be for the best if I didn't finish my

20        PhD.

21   Q    You're not sure if you asked that exact

22        question, though, are you Chris?

23   A    What?  What's that?
```

1  Q    Whether you could go to another department.

2  A    Oh, I'm pretty -- I'm sure that I did talk

3        to him about that.  I gave other solutions

4        than me leaving.

5  Q    And what were those solutions?

6  A    To either report to another major professor

7        or go to another department and have

8        somebody else besides them, Doctor Blagburn

9        and Wolfe, be in charge of me.

10 Q    Okay.  And what was his response to that?

11 A    That that wasn't an option.

12 Q    Is that what you remember him expressly

13        saying or is that the implication that you

14        got from other things that he may have said?

15 A    That's what I remember him saying, that

16        wasn't an option.

17 Q    Okay.  Did you ask why it wasn't an option?

18 A    I don't recall asking why.

19 Q    Okay.  How did this meeting end?

20 A    That he wished me the best of luck in my

21        future endeavors and career; and that if I

22        wanted to discuss the cheating incident any

23        further, to take that up with Doctor

```
 1        Janicki.
 2   Q    Okay.  And for the record, who is Doctor
 3        Wolfe?
 4   A    Doctor Wolfe was the head of the Department
 5        of Pathobiology.
 6   Q    Okay.
 7   A    And to my knowledge, he is the point of
 8        contact for the graduate programs for all
 9        the departments for your PhD and biomedical
10        sciences.
11   Q    Well, who is Doctor Janicki?
12   A    I think his title is the Associate Dean of
13        Graduate Research.
14   Q    Okay.  And Doctor McFarland?
15   A    He is the Dean of the Graduate School, and
16        then also may serve some time at the
17        Provost.
18   Q    Okay.  You don't think Doctor McFarland, as
19        the point of contact, he has the authority
20        over the graduate school over -- as opposed
21        to Doctor Wolfe?
22   A    I'm not understanding that question.
23   Q    Is Doctor McFarland, he's higher in the
```

1       hierarchy within the graduate school,

2       correct?

3   A   Doctor McFarland is the Dean of the Graduate

4       School at the College of Veterinary Medicine

5       for the different departments.  The point of

6       contact the PhD in biomedical sciences for

7       each department, Doctor Wolfe is in charge

8       of those.

9   Q   Okay.  And not just the Department of

10      Pathobiology?

11  A   To my knowledge.

12  Q   Okay.  And what's this knowledge based on?

13  A   Auburn University's information that they

14      put out.

15  Q   Okay.  What information?

16  A   Well, it can be found on their web site.

17  Q   I'm -- Specifically, where did you get this

18      information?

19  A   From their web site.

20  Q   Do you recall what kind of document on their

21      web site, or where it was on their web site?

22  A   Yeah.  It says, you know, when you're

23      following up graduate studies and you're

1       looking for a graduate program in biomedical

2       sciences for graduate students and you look

3       for the point of contact for the different

4       departments, it has that information there.

5    Q  Okay.  Chris, you had not officially

6       established an advisory committee in your

7       PhD program, had you?

8    A  I don't know what you mean by "officially."

9    Q  Well, you had no advisory committee.

10   A  My advisory committee was going to remain

11      the same at the meeting in August when I was

12      defending my Master's thesis.  And when I

13      was done with that and that was completed,

14      Doctor Blagburn asked all the people on my

15      committee -- Doctor Newton, Doctor Spencer,

16      and Doctor Dillon -- he notified them that

17      he was going to stay on as my major

18      professor, and asked if they would all stay

19      on as members of my committee, and they all

20      agreed, yes.

21   Q  Was that in your presence?  Were you at that

22      meeting?

23   A  Yes.

1   Q   Okay.  That was oral agreement?  They all

2       said yes?

3   A   Right.

4   Q   Okay.  You never had that put in writing

5       anywhere, correct or documented?

6   A   I didn't think that I needed it to be

7       documented at that time.  There is a

8       deadline for that, and it was -- it was not

9       right at that moment that had to be done.

10   Q   Okay.  You understand, or there is a time

11       where it has to be -- there's a form you

12       have to fill out which has to be signed,

13       correct?

14   A   There are forms that when -- At some point,

15       there's a checklist that you have to follow.

16       And by a certain amount of time, you need to

17       turn this in.  And, like, three out of the

18       four committee members have to sign it and

19       okay your plan of study.  And so, they would

20       have to sign it at that point.

21   Q   Okay.  And there's a deadline for that as

22       you say?

23   A   (Witness nodding in the affirmative.)

1   Q    Do you know when that deadline is?

2   A    Not exactly.

3   Q    Okay.  Did you ever get that document with

4        three out of the four signatures on there?

5   A    By December 3rd, no.

6   Q    Okay.  I'm going to show you a document.

7        This was produced by you, and we'll mark it

8        as Defendant's Exhibit 12.

9                      (At which time, the

10                     referred-to document was

11                     marked as Defendant's Exhibit

12                     No. 12 by the Reporter.)

13  Q    Is that the type document that needs to be

14       signed that you were referring to earlier?

15       And can you just tell me what that is?

16  A    This is a tentative plan of study that lists

17       who the graduate student is, what program,

18       doctor of philosophy they are enrolled, and

19       who is on their advisory committee.

20  Q    Okay.  And that -- that is the document that

21       would be signed by each of those people in

22       order to officially establish the advisory

23       committee?

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay. |
| 3 | A | I mean, this is what's needed to turn in |
| 4 | | with a plan of study. |
| 5 | Q | Right.  Okay.  And that's not signed by |
| 6 | | anyone, is it? |
| 7 | A | No. |
| 8 | Q | Okay.  Is there any other document that you |
| 9 | | can remember now that you couldn't find |
| 10 | | earlier that is signed by those people? |
| 11 | A | For my PhD program -- |
| 12 | Q | Correct. |
| 13 | A | -- they never signed anything. |
| 14 | Q | So, we can agree that if there's never the |
| 15 | | required three or four signatures, if you |
| 16 | | never got that, we can agree that there has |
| 17 | | not been officially established an advisory |
| 18 | | committee for your PhD program. |
| 19 | A | Their verbal commitment was official enough |
| 20 | | for me.  This is just a requirement that you |
| 21 | | send to the graduate school.  But them |
| 22 | | saying they were going to serve on my |
| 23 | | committee was official enough for me. |

```
1    Q    It was official for you to believe that they

2         were going to do that, correct?

3    A    Or on my committee.

4    Q    Well, am I not correct that the rules and

5         policies of Auburn require that there be a

6         signed document like that with three or four

7         signatures to officially establish the

8         advisory committee?

9    A    At some point this document has to be turned

10        in, but I don't know that it's needed to

11        officially establish your committee.

12   Q    Right.  You don't know one way or the other

13        on that, correct?

14   A    I'm telling you that when they gave me their

15        word they were going to be on my committee,

16        they can have committee meetings, and we can

17        go and talk to the committee and plan things

18        without this being signed.

19   Q    Correct.

20   A    So, we can have committee meetings.  And my

21        committee, who the people are serving on

22        that committee, can meet, and they're

23        officially members without this being
```

1      signed.

2   Q   Did they have any committee meetings?

3   A   For the PhD program and fall semester, no.

4   Q   Okay.  You can't dispute, though, correct,

5       that you are just not familiar with the

6       official policy of Auburn whether they

7       require that to be signed to officially

8       establish your advisory committee?

9   A   I'm sorry?

10  Q   Are you aware one way or the other of

11      Auburn's policy?  It sounds to me like

12      you're saying that when they told me that

13      they would, that was official enough for me.

14      But you don't know Auburn's official policy

15      with regard to that, correct?

16  A   I'm saying that they said they'd serve on my

17      committee, and at some point this needs to

18      be turned in.  But there was no official

19      rule that said they couldn't serve on my

20      committee before we turn this in.

21  Q   Okay.  And that was never turned in,

22      correct?  It was never signed.

23  A   That's correct.  I'm supposed to turn that

1        in at some point.

2    Q   Okay.  Okay.  Let's talk about your -- the

3        grievances that you attempted to file.  Can

4        you tell me just what were your grievances?

5    A   I had a couple of grievances.  The first

6        being that I was being dismissed from my

7        graduate studies assistantship program by

8        Doctor Blagburn and Wolfe.  And they were

9        telling me that they were getting rid of me,

10       that I was leaving; and that I didn't get a

11       hearing on the things that they brought up,

12       like cheating and some other allegations.  I

13       never got a hearing on those things.  That

14       was one of my main grievances was I thought

15       I was entitled to a hearing before they made

16       an action on these, that I was being treated

17       as guilty and not given a chance to be

18       proven innocent.

19   Q   Any other grievance?

20   A   That was my main grievance.

21   Q   Okay.  That was your only grievance?

22   A   Well, I had other grievances that I think I

23       might have listed.  But to my knowledge

```
 1        right now, they're not jumping to my mind.

 2        If you will give me a second to think.

 3   Q    Okay.  Was part of this lawsuit -- is there

 4        one grievance or one aspect of the

 5        grievances that you're pursuing that you're

 6        saying, now, I'm entitled to relief as part

 7        of this lawsuit because the grievance

 8        related to your alleged dismissal from the

 9        program?  Is that the only thing that you're

10        pursuing related to your grievances?

11   A    I'm not understanding what you are saying.

12   Q    I mean, you have a claim -- Part of this

13        lawsuit involves a claim that you were

14        denied due process.  And you claim that you

15        were denied due process because you were not

16        given a hearing.  Can you say yes or no?

17        I'm sorry.  Can you -- You're nodding.

18   A    I'm taking in what you're saying.

19   Q    Okay.

20   A    Are you asking a yes or no question?

21   Q    Well, I thought I was, yeah.

22   A    Okay.

23   Q    Part of your lawsuit relates to -- it's a
```

1          due process claim, correct?

2     A    True, yes.

3     Q    Okay.  And you claim that you were denied

4          due process because you were not given a

5          hearing before your alleged dismissal from

6          the PhD program, correct?

7     A    That sounds correct.

8     Q    Okay.  And now as part of this lawsuit, it's

9          a due process claim related to that failure

10         to give you a hearing before that action was

11         taken; is that correct?  Okay.

12    A    It sounds correct.

13    Q    Okay.  I think you filed another grievance

14         or you indicated that you wanted to file

15         another grievance related to events

16         surrounding the grade change thing that

17         occurred within the experimental statistic

18         scores, correct?

19    A    That -- I brought up that issue in my

20         grievance, but as I stated in that, I think

21         that I said that that wasn't really a

22         grievance I was trying to file.  That

23         looking at the rules of grievances, that was

```
 1        all that I could find that would relate to

 2        what had happened to me.  That there wasn't

 3        a specific grievance for them calling you

 4        in, not giving you a chance to defend

 5        yourself, saying that the head of the

 6        department said to let you go, and we're

 7        going to let you go.  My grievance -- I

 8        couldn't find a rule that would cover that

 9        grievance.  And so, I listed other

10        grievances.

11    Q   Okay.

12    A   But that was the main grievance that I

13        wanted addressed that was never really

14        addressed.

15    Q   Okay.  Was part of this lawsuit you're not,

16        then, pursuing a claim -- a due process

17        claim or any claim related to the events

18        surrounding the experimental statistics

19        grade, correct?

20    A   I think that this case should cover all the

21        things that happened after that dismissal

22        meeting on December 3rd.  Anything that

23        happened due to my wrongful dismissal, any
```

1  effect that that had on me.

2 Q Okay.  You claim that your grievance related

3  to your dismissal, your perceived dismissal,

4  from the PhD program was never heard,

5  correct?

6 A That's correct.

7 Q Okay.  Were you ever given a reason why your

8  grievance was not heard?

9 A To my knowledge, no.

10 Q Okay.

11 A I was never given a reason.

12 Q I'm showing you what's marked as Defendant's

13  Exhibit Nine.  Do you recognize that?

14 A Yes.

15 Q Okay.  Can you tell me what that is?

16 A It's rules from the Tiger Cub.

17 Q Related to what?

18 A It looks like it's just got the policies

19  about student academic grievances.

20 Q Okay.  Were those the rules that were in

21  place at the time you filed your grievance

22  or attempted to file your grievance?

23 A For academic grievance, yes.

```
 1   Q    Okay.  Did you review that document before

 2        you attempted to file your grievance?

 3   A    Yes.

 4   Q    Okay.  And those are the procedures that

 5        governed the grievance that you attempted to

 6        file?

 7   A    This would cover the grade change grievance

 8        because it's an academic grievance.  It

 9        doesn't cover a dismissal grievance or the

10        failure to be heard on the charges they

11        brought against me.  The only thing that

12        this would cover would be an academic

13        grievance.

14   Q    Okay.  Where -- And what are you basing that

15        last statement on?

16   A    That's -- To my understanding of it is that

17        it covers --

18   Q    It's based on your reading of it?

19   A    Right.  It covers academics.

20   Q    What policy or what provision of that are

21        you basing that on?

22   A    That it's the student academic grievance

23        policy, and a lot of what it touches on
```

```
 1        deals with grades or course work or a
 2        certain course.
 3   Q    You did not consider that your situation to
 4        be an academic grievance?
 5   A    Partially.
 6   Q    Okay.  So, this could apply in that
 7        situation -- in your situation, correct?
 8   A    This policy and everything don't cover --
 9        does not cover the majority of my grievance.
10        It talks about -- right here it says, "When
11        a student believes he or she has an academic
12        grievance," and then when it talks about the
13        different steps, it doesn't cover a
14        grievance of dismissal by a department head.
15   Q    What does --
16   A    -- telling a major professor to get rid of a
17        graduate student, and that they would no
18        longer be allowed to have access to the
19        research, and wouldn't have a chance to
20        defend themselves against certain charges.
21   Q    What does it -- doesn't expressly set out
22        every type grievance that can be filed under
23        that, does it?
```

```
 1   A    I'm sorry?
 2   Q    It doesn't -- that -- It's not intended to
 3        cover every type grievance imaginable,
 4        correct?
 5   A    I'm not sure what it's meant to cover.
 6   Q    What -- Are there other grievance
 7        procedures, policies, set out elsewhere
 8        within Auburn?  Does Auburn have other
 9        policies and procedures related to
10        grievances that would apply in your
11        situation, in your opinion?
12   A    I'm not sure.
13   Q    Okay.  Well, what -- How do you think that
14        your grievance should have been heard?  I
15        mean, what steps do you think -- Let me ask
16        you this:  Did you want a hearing in front
17        of the student grievance committee?
18   A    It's not that I wanted that.  I wanted a
19        hearing of someone in charge or to cover
20        what had occurred, and that was to go over
21        with my major professor there, Doctor
22        Blagburn and Wolfe, and let them tell what
23        they're trying to do to me; that being get
```

```
 1        rid of me, or I was being dismissed based on

 2        these accusations --

 3   Q    Chris, you said --

 4   A    I was talking.  I was talking.

 5   Q    You're going outside of the scope --

 6   A    I know what I'm saying.

 7   Q    -- of what I asked you, Chris.

 8   A    I'm not sure -- What was your question

 9        again?

10   Q    Okay.  You sent a letter to the student

11        grievance committee, correct, or tried to

12        send a letter to the student grievance

13        committee.  Defendant's Exhibit Ten has

14        student grievance at the top, correct?

15   A    It does say a student grievance.

16   Q    That's written by you?  You wrote that

17        letter?

18   A    Yes, I wrote this letter.

19   Q    Okay.  Are you saying it's not correct that

20        you did not try to file a grievance with a

21        student academic grievance committee?

22   A    I was filing a student grievance, and that's

23        why I put student grievance and not student
```

```
 1        academic grievance.  Because it's a
 2        grievance that I'm not sure is one hundred
 3        (100%) percent covered by the student
 4        academic grievance committee, and I'm not
 5        sure if the student academic committee or
 6        grievance committee is the one who needs to
 7        be hearing this grievance.  And that's why I
 8        sent the grievance to the president, the
 9        graduate school dean, the Provost, the
10        associate Provost, and the Dean of the
11        College of Veterinary Medicine was because I
12        wanted them to direct me where I should file
13        this grievance and who should be in charge
14        of the grievance.  Because in my abilities
15        to find out where I was supposed to file
16        this grievance, I couldn't find exactly
17        where I needed to file this grievance and
18        who needed to hear this grievance.
19   Q    Okay.  Did you know of any other body at
20        Auburn that hears grievances, be it beyond
21        or other than the student academic grievance
22        committee?
23   A    At the time I filed this, I did not know of
```

```
 1        any other grievance committee to send it to

 2        besides a student academic grievance

 3        committee.  I think there may be other

 4        committees, but I didn't know that at this

 5        time.

 6   Q    Okay.  And so you did not attempt to file a

 7        grievance with any of those other committees

 8        that may or may not exist, correct?

 9   A    I didn't know they existed at the time.

10   Q    So, that's correct?  If you didn't know they

11        existed, obviously you couldn't of attempted

12        to file it.

13   A    I wanted just to be open to whatever

14        remedies Auburn University had.

15   Q    Did you try to find out if there were other

16        committees or other bodies that hear

17        grievances at Auburn?

18   A    I did talk to Doctor Hendrix about my

19        grievances, and he led me to go to Doctor

20        Wolfe and follow it up and then go to Doctor

21        Janicki and follow it up.  And at that

22        point, he told me to contact the Provost,

23        which I did.  And they told me that they
```

```
 1          didn't handle those -- it wasn't their

 2          department to handle that.

 3     Q    Okay.  Look up at the top at 3.1 on that and

 4          tell me what that says.  And that's

 5          Defendant's Exhibit Nine.

 6     A    Yes.

 7     Q    Okay.  What does that say?

 8     A    It says, "Types of grievances.  No list of

 9          types of grievances could cover all

10          contingencies.  The following common types

11          of student grievances, however, are within

12          this committee's jurisdiction."

13     Q    Okay.  So, you understand that to mean that

14          just what's listed on there is not all the

15          types of grievances that can be heard by the

16          -- or should be heard by the student

17          academic grievance committee, correct?

18     A    That's correct.

19     Q    Okay.  And so, you -- And as you said

20          earlier, you believe that your grievance was

21          at least somewhat or partially related to

22          what's set forth there as an expressed type

23          that could be heard, correct?
```

```
 1   A    It does cover some parts of what happened.
 2   Q    Okay.  Well, let's assume, Chris, that that
 3        was the proper body that should have
 4        heard -- that should have heard your
 5        grievance related to your perceived
 6        dismissal.  Assuming that, did you properly
 7        follow all the steps set forth in there to
 8        file your grievance with the academic
 9        grievance committee?  I think the steps are
10        on the first page.
11   A    Now, what's your question again?
12        Assuming --
13   Q    Okay.  Assuming that --
14   A    Assuming that this is the --
15   Q    The proper --
16   A    -- where I was supposed to take it.
17   Q    Correct.  Did you comply with all of those
18        steps to properly file your grievance with
19        the student grievance committee?
20   A    To the best of my ability, I did.  I
21        followed these steps.
22   Q    What do you mean by that?  Were you somehow
23        prevented from following those steps?
```

```
 1    A    Well, we're assuming that this is the right

 2         place to go, and that I was supposed to

 3         follow these rules.  And what are you asking

 4         again?

 5    Q    Well, did you follow them?

 6    A    I tried my best to.

 7    Q    Okay.  That's not my question.  I believe

 8         that you tried your best.  But I'm asking

 9         you:  Reading those steps there, did you, in

10         fact, comply with them?

11    A    I tried my best to.

12    Q    Okay.  This is a yes-or-no question.  And I

13         believe that you tried your best.  But I'm

14         asking you:  Did you follow each step as

15         it's set forth there to properly file your

16         grievance with the student grievance

17         committee?

18    A    In my opinion, yes.

19    Q    Okay.  Let me ask you this:  Do you agree if

20         you would not have followed those steps that

21         Auburn has no duty, obligation, to hear your

22         grievance?

23    A    I'm not --
```

```
 1   Q   For instance, if your grievance was filed
 2       late, do you think that Auburn would be
 3       under an obligation or duty to hear a
 4       grievance as filed late?
 5   A   I'm not sure what they're obligated to do.
 6       It says that the late -- the committee
 7       chairman must be notified of filing a
 8       grievance no later than the 20th class day
 9       of a semester following that in which the
10       grievance occurred.  I started filing my
11       grievance immediately after December 3rd.
12   Q   Okay.  Well, let's say that you were
13       required to give your grievance committee
14       chairman notice of your grievance in writing
15       by that date.  Let's assume that.  And let's
16       assume that you did not.  If the fact that
17       you did not do that, would that -- do you
18       still think that Auburn had an obligation or
19       a duty to hear your grievance if it was
20       filed past the 20 days?
21   A   I'm not sure that they're under any
22       obligation to.
23   Q   Okay.  I mean, you understand you were a
```

```
 1          former student body president, correct?  You

 2          understand about policies and procedures,

 3          correct?

 4   A      Yes.

 5   Q      And you understand that those policies and

 6          procedures are there for a reason, correct?

 7   A      Correct.

 8   Q      And you understand that they have to be

 9          followed, correct?

10   A      Correct.

11   Q      And if they're not followed, you understand

12          that the student has waived his right to

13          whatever relief he's seeking if he didn't

14          follow the mandatory policies and

15          procedures, correct?

16   A      I'm not sure exactly what you're saying

17          again.  Can you ask me?

18   Q      Well, I'm just -- there's steps here.

19   A      Are they waiving their right?

20   Q      Correct, Chris.  There's steps here, right?

21   A      There are steps here.

22   Q      Okay.  And you understand that those steps

23          are set forth for a reason, correct?
```

1    A    Correct.

2    Q    And they're mandatory.

3    A    That it's mandatory that you must follow

4         these rules to get your complaint heard?

5    Q    Right, correct; is that correct?

6    A    If that's what you're telling me, that it's

7         mandatory, yes.

8    Q    No, I'm asking you do you understand that.

9    A    I mean, if you're telling me it's

10        mandatory -- I don't -- These are the rules

11        that you're supposed to follow.

12   Q    Right.  And if you don't follow them, you

13        shouldn't be allowed to bring your complaint

14        if you do not follow the rules that Auburn

15        sets forth, correct?

16   A    If they say and want to set forth a deadline

17        and you don't meet that, then that's their

18        prerogative.  They're making the rules.

19   Q    Right.  Okay.  Did you ever give Doctor

20        Hendrix notice in writing of your grievance?

21   A    In writing, no.

22   Q    Okay.  Who was the chairman of the student

23        academic grievance committee?

```
 1   A    To my knowledge, it was Doctor Hendrix.
 2   Q    Okay.  Did you file your grievance within 20
 3        class days of the semester following the
 4        semester in which the incident occurred?
 5   A    I started filing my grievance immediately
 6        after December 3rd meeting with Doctor
 7        Hendrix in the meeting.
 8   Q    You stated that you didn't give Doctor
 9        Hendrix notice in writing at any time,
10        correct?
11   A    The meeting had just taken place, and I
12        didn't really have time to write a grievance
13        and give it to him right then.  I started
14        talking to him about the grievance is that I
15        don't think I was being fairly treated.
16        That I didn't think I should be treated as
17        guilty and not given a chance to be proven
18        innocent.  And that I thought I deserved a
19        hearing on the cheating incident.  That was
20        the straw that broke the camel's back.
21   Q    Okay.  Look at procedure 4.2.2, if you
22        could.  Can you read that, please?  And what
23        does 4.2 say at the top?
```

```
 1   A    Procedures for hearing.

 2   Q    Okay.

 3   A    Where, 4.2.2?

 4   Q    4.2.1 and 4.2.2, please.

 5   A    4.2.1.  "Grievances must be filed with the

 6        committee chairman within 20 class days of

 7        the term following that in which the

 8        grievance occurred.  Where previous efforts

 9        were addressed had failed, the student

10        should file a grievance in writing to the

11        chairman of the committee accompanied by an

12        initial documentary evidence."

13   Q    Okay.  And you never filed a document, a

14        grievance, in writing to the chairman of the

15        committee accompanied by any initial

16        documentary evidence, correct?

17   A    Except for the student grievance, no.

18   Q    Well --

19   A    That is the only grievance that I filed in

20        writing --

21   Q    To the chairman of the committee.  Who was

22        the chairman of the committee?

23   A    Hendrix.
```

```
 1   Q    Okay.  And was that document sent to Doctor

 2        Hendrix?

 3   A    No, it wasn't sent to him.

 4   Q    Okay.  So, I'm going to ask my question

 5        again.  You did not file a grievance in

 6        writing to the chairman of the committee

 7        accompanied by initial documentary evidence

 8        that's required by procedure 4.2.2, correct?

 9   A    That's correct, to the chairman of the

10        committee.

11   Q    Okay.

12   A    To Doctor Hendrix.

13   Q    Okay.  Now, tell me about this letter that

14        was sent -- Defendant's Exhibit Ten was

15        sent.  Who was that sent to?

16   A    It was sent to the people who I thought

17        would know where to direct my grievance; and

18        that was Ed Richardson, the president, the

19        graduate -- Dean of the graduate school, the

20        vice-president for academic affairs and

21        Provost, the associate Provost, the Dean of

22        the College of Veterinary Medicine, and the

23        U.S. Secretary of Education.
```

1    Q    Okay.  Is that what you allege, or is that

2         the only written manifestation of your

3         grievance?

4    A    That is my written grievance, first attempt,

5         and then the second one went to the

6         president.

7    Q    Okay.  And what date was that written?

8    A    July 27, 2004.

9    Q    Okay.  And when would, generally, 20 class

10         days of the term following that in which the

11         grievance occurred be?  The grievance

12         occurred in the fall term, correct?

13    A    The dismissal grievance occurred in the fall

14         term.

15    Q    Okay.  And 20 class days following the next

16         semester would be around mid-February.  Does

17         that sound right to you?

18    A    Sounds like a reasonable estimate.

19    Q    Okay.  And this was not filed.  You did not

20         follow that written grievance within --

21         before mid-February, correct?

22    A    It was filed July 27th, 2004.

23    Q    And that's after mid-February of 2004,

```
 1          correct?

 2   A      July is after February.

 3   Q      Right.  Okay.  Do you know if Doctor Hendrix

 4          ever received written notification of your

 5          grievance?

 6   A      To my knowledge, he was made aware of it and

 7          knew about it.

 8   Q      Okay.  How do you know that?

 9   A      He telephoned me.

10   Q      Did he ever know that you tried to file a

11          written grievance, I guess is my question?

12   A      When the appropriate -- the people I sent

13          this to, to my knowledge, notified him when

14          they received it, that I was filing a

15          grievance.

16   Q      Okay.

17   A      Posted after that date.

18   Q      You didn't hear that, correct?

19   A      I was not there, no.  But that's what he

20          told me when he called me was that he was

21          aware of the grievance and that I had filed

22          it and who I had sent it to.

23   Q      Okay.  When was this that this occurred?
```

```
 1   A    The exact date?

 2   Q    Yeah.

 3   A    I'm not sure of the exact date before me,

 4        but I have it documented.

 5   Q    Well, just generally, when was it?

 6   A    In August of 2004.

 7   Q    Okay.  Chris, go through those steps, 2.1.1

 8        through 2. -- 1.4 -- or 2.2, actually, and

 9        tell me how you complied with each and every

10        step related to this grievance related to

11        your perceived, alleged dismissal.

12   A    2.1.1?

13   Q    Yeah.

14   A    Starting at 2.1.4?

15   Q    Right.

16   A    This tells the steps that relate to -- And

17        it talks about, like, an instructor in a

18        class grievance.  And it says, "Consult with

19        the instructor involved in person or by

20        written contact no later than within the

21        first few days of the semester following

22        that in which the grievance occurs."  And

23        there was an instructor involved in my
```

```
 1    grievance.  The grievance was with Doctor

 2    Blagburn telling me that Doctor Wolfe was

 3    getting rid of me, that they were dismissing

 4    me.

 5              And so, I consulted with them in

 6    person in the December 3rd meeting.  I

 7    brought up my concerns -- my grievance to

 8    them.  And then in the meeting with Doctor

 9    Wolfe, I brought those up.

10              2.1.2:  "If the agreement or

11    compromise of the problem is not achieved,

12    take the grievance to the department head,"

13    which was Doctor Wolfe.  In which I did take

14    my grievance to him.  "If still not

15    satisfied that a fair and equitable solution

16    has been found, take the grievance to the

17    Dean of the school," which I'm not sure what

18    Dean of the school they are talking about.

19    But I went and was told by Doctor Hendrix

20    that I should go to Doctor Janicki.  And so,

21    I went to him and talked to him about it.

22 Q  While you were in the graduate school,

23    correct?
```

```
 1    A    I was in the College of Veterinary Medicine
 2         and the graduate school.
 3    Q    Which is housed in the graduate school,
 4         correct?
 5    A    That's correct.
 6    Q    Who's the Dean of the graduate school?
 7    A    The Dean of the graduate school would be
 8         Doctor McFarland.
 9    Q    Okay.  Did you ever take your grievance to
10         Doctor McFarland?
11    A    I did send him a copy of my grievance.
12    Q    Okay.  And it was that grievance that you're
13         referring to that was filed in July,
14         correct?
15    A    He received notice of it in July.
16    Q    Okay.  And so, prior to that July -- that
17         July grievance that you attempted to file,
18         he didn't receive any kind of -- you never
19         went -- you never took your grievance to him
20         prior to that time, correct?
21    A    I did not know that taking the grievance to
22         the Dean of the school was the Dean of the
23         graduate school.  I was told that I should
```

```
 1        go talk to Doctor --
 2   Q    Well, what Dean --
 3   A    I was told that I was to talk to Doctor
 4        Janicki.  And then after that, Doctor
 5        Hendrix told me that I should go to the
 6        Provost, that I should contact the Provost.
 7   Q    What Dean did you take your grievance to?
 8   A    The Dean of the school, I assume, was the
 9        associate Dean of the graduate school.  I
10        don't --
11   Q    Who is the associate Dean of the graduate
12        school?
13   A    Doctor Janicki is the associate Dean of
14        graduate research.  And I'm not sure who
15        is -- if there is a Dean other than the Dean
16        McFarland.
17   Q    Okay.  Okay.  Continue where you were going
18        through each step.
19   A    "As a last resort and only after steps 2.1.1
20        and 2.1.3 have been carried out or been
21        contentiously attempted, take grievance in
22        writing to university student grievance
23        committee specifically appointed to hear
```

```
 1        such complaints."

 2    Q   And did you do that?

 3    A   No.  I -- When it says take your grievance

 4        in writing to the university student

 5        grievance committee, I am unsure to this

 6        date where you're supposed to send that

 7        writing where the committee is, where you're

 8        supposed to send your grievance in writing

 9        to them.  And to my knowledge, the chairman

10        of the grievance committee was guiding me

11        through these steps, and he told me he

12        didn't recommend that I go to the Dean of

13        the graduate school.  He recommended that I

14        go to the Provost office.

15    Q   Okay.  You had access to these policies,

16        though, didn't you?

17    A   Yes.

18    Q   Okay.  And did you, in fact, read them

19        before you went through this process?

20    A   I can't remember exactly whether I had

21        access to this information before I went

22        through the process or as I went through the

23        process.
```

```
 1   Q   Okay.  Well, you could have had access.  You
 2       could have gotten this information if you
 3       would have been so inclined, correct?
 4   A   Yes.
 5   Q   Okay.  And so, you're saying that you never
 6       took your grievance in writing to the
 7       University Student Grievance Committee?
 8   A   Correct.
 9   Q   Did you ever ask anyone how you were
10       supposed to take your grievance in writing
11       to the University Student Grievance
12       Committee?
13   A   I don't remember asking anyone that.  I
14       relied on Doctor Hendrix's advice and the
15       steps he told me to take as the right
16       direction.
17   Q   Okay.  Did he ever tell you not to file your
18       grievance in writing?
19   A   No.
20   Q   Okay.  Okay.  You don't claim that any of
21       those provisions after that, that somebody
22       delayed 2.3 -- 2.3 applies, do you?
23   A   I think that I was not being told the whole
```

```
 1        truth and could not finalize my grievance or
 2        put it together well enough for it to make
 3        sense.  I was being told bits and pieces of
 4        information that they had knowledge of that
 5        they weren't telling me the whole
 6        information.  And so, it's like when Doctor
 7        Wolfe told me to take it to Doctor Janicki,
 8        and that Blagburn and Wolfe said that
 9        Janicki was the one where the cheating came
10        from, and I'm trying to pursue this cheating
11        accusation.  And then Janicki says that no
12        one ever came in there and accused me of
13        cheating.  I was being --
14    Q   Doctor Blagburn was always saying -- he said
15        that you were accused of cheating, correct?
16    A   That's not correct.
17    Q   He was -- He didn't tell you that you were
18        accused of cheating by --
19    A   He said that I was cheating.  He said --
20        Now, when I got called into the meeting, he
21        said that, now, I'm going around asking --
22        I'm cheating, asking people to take tests
23        for me.  He didn't say that I was being
```

```
 1          accused.
 2    Q     Okay.  According to these procedures that
 3          we've been discussing, if you go by what's
 4          on the face of these procedures, your
 5          grievance was not timely filed; is that
 6          correct?
 7    A     Assuming that my only grievance would have
 8          been handled under the student academic
 9          grievance policy, there are a few steps that
10          I didn't complete exactly the way it's
11          termed here.
12    Q     Okay.  I'm going to show you Defendant's
13          Exhibit Seven.  You can look at that.  Can
14          you tell me what that is?
15    A     It's a letter to the president of Auburn
16          University from me.
17    Q     Okay.  When was that written?
18    A     September the 24th, 2004.
19    Q     Why did you write this letter?
20    A     I was requesting cooperation in resolving
21          the complaint that I had, that I had been
22          dismissed.
23    Q     Okay.  In there you state that, "I received
```

```
 1          responses" -- in the first paragraph --

 2          "from only Doctor Steven McFarland and

 3          Doctor Charlie Hendrix.  Doctor Charlie

 4          Hendrix said I should be able to file my

 5          student academic grievance."  Seems like

 6          there you were stating that you were, in

 7          fact, trying to file a student academic

 8          grievance, correct?

 9   A      I'm saying that Doctor Hendrix said that he

10          would let me file a student academic

11          grievance, but he was saying that if I did

12          that, that I would not be able to file any

13          other charges, and that everything outside

14          that wasn't handled by a student academic

15          grievance committee wouldn't be heard.

16   Q      Go down to paragraph three.  It says,

17          "Doctor McFarland letter also informs the

18          procedures required that the grievance be

19          filed within the first few days of the

20          semester following that in which the

21          grievance occurred."  You say, "I attempted

22          to resolve these grievances at the lower

23          levels in a 15-day deadline following the
```

```
 1         incident.  Was not possible in my

 2         situation."  What did you mean by that?

 3    A    It wasn't until later that I was made aware

 4         of all the information that I needed to file

 5         these grievances.

 6    Q    Well, let's focus on the one grievance

 7         related to your perceived dismissal -- your

 8         alleged dismissal from the PhD program.  Why

 9         was a 15-day deadline following the incident

10         not possible in that situation?

11    A    Because I was given the runaround.  They

12         were telling me one thing -- different

13         people were telling me more than one

14         information.  I was never sent anything that

15         was telling me exactly who accused me of

16         what and never had a chance to really defend

17         myself.  They called me in on a spur of the

18         moment, did these actions, and I was

19         confused and didn't really have a chance to

20         take in all this information.  And Doctor

21         Blagburn left the meeting before I could

22         find out exactly what all was going on.  I

23         also went to Doctor Wolfe to try to clarify
```

```
 1        what they told me.
 2   Q    Chris, just tell me why, related to your
 3        grievance, that you claim that Doctor
 4        Blagburn kicked you out of the PhD program.
 5        Tell me why you could not timely file your
 6        grievance related to that -- that grievance
 7        alone.
 8   A    Because he told me that the straw that broke
 9        the camel's back was a cheating incident.
10        And when he told me to take that up with
11        Doctor Wolfe, he told me Doctor Janicki did
12        it.  And as I went to Doctor Janicki, Doctor
13        Janicki said that no one had accused me of
14        cheating.  And I was confused at the order
15        of which they were telling me.
16   Q    Well, the cheating is a lot different -- the
17        allegation of cheating, wouldn't you say
18        that's a different grievance than the fact
19        that you are alleging you were dismissed
20        from the PhD program?
21   A    It was the final straw that they told me
22        that led to my dismissal.  And so, I needed
23        to find out exactly what that charge was and
```

1      who made that charge in order to defend it.

2   Q  Let's talk about your grievance related to

3      the experimental statistics class.  Did you

4      have a grievance related to that class?

5   A  My grievance about that course was that due

6      to the actions of Doctor Wolfe and Blagburn

7      telling me that they are dismissing me and

8      getting rid of me, I was not able to finish

9      my agreement with Doctor Billor and retake

10     the course and replace the incomplete grade.

11  Q  Okay.  And did you -- You did attempt to

12     file a grievance with the student academic

13     grievance committee related to that?

14  A  It's covered in the student grievance that I

15     sent to the people we've already talked

16     about.

17  Q  Okay.  Was that grievance ever heard?

18  A  Not to my knowledge, no.

19  Q  Okay.  Do you know if Doctor Hendrix ever

20     received written notification of this

21     grievance?

22  A  I'm not sure if he did.

23  Q  Okay.  Where did you manifest that grievance

| | | |
|---|---|---|
| 1 | | in writing?  Which letters?  The one you're |
| 2 | | holding in your hand? |
| 3 | A | No.  The only two written grievances that I |
| 4 | | filed -- |
| 5 | Q | Defendant's Exhibit Ten? |
| 6 | A | -- was July 27th, 2004. |
| 7 | Q | That's Exhibit Ten? |
| 8 | A | Exhibit Ten or Seven. |
| 9 | Q | Okay.  And that was not -- Exhibit Ten or |
| 10 | | Seven was not sent to Doctor Hendrix, |
| 11 | | correct? |
| 12 | A | By me, not directly to him. |
| 13 | Q | Okay.  So, would you agree, then, that all |
| 14 | | the steps that's set out in the policies and |
| 15 | | procedures for filing a student academic |
| 16 | | grievance were not followed with respect to |
| 17 | | that grievance? |
| 18 | A | I wasn't sure that my grievance was to be |
| 19 | | exactly filed only under the Student |
| 20 | | Academic Grievance Committee.  I was filing |
| 21 | | a grievance to the higher-up administrators |
| 22 | | in hopes that they would point me in the |
| 23 | | right direction -- |

```
1   Q    Okay.  Would you agree that --

2   A    -- where I needed to file this grievance.

3   Q    Okay, Chris.  Under the policies of the

4        student academic grievance policy, would you

5        agree that those steps were not properly

6        complied with related to this experimental

7        statistics grievance?

8   A    I'm sorry.  What was your thing again?

9   Q    Related to the experimental statistics

10       grievance, the steps that are set forth here

11       related to student academic grievance policy

12       were not properly followed by you in the

13       filing -- attempted filing of that

14       grievance, correct?

15  A    I think that they were to the best that I

16       could.  What did I miss?

17  Q    Well, you didn't give Doctor Hendrix written

18       notification of that grievance, did you?

19  A    That's true.  I did not send Doctor Hendrix

20       a copy of it because I wasn't filing just a

21       student academic grievance.  I put it

22       encompassed into one because I didn't think

23       the Student Academic Grievance Committee was
```

```
 1           for sure the one I was supposed to send this

 2           complaint to.

 3    Q      Okay.  Well, to file a student academic

 4           grievance, you have to give written

 5           notification to Doctor Hendrix, correct?

 6    A      Doctor Hendrix never told me that I needed

 7           file a written grievance with him --

 8    Q      No, that's not my question.

 9    A      -- and I asked him what he would do.

10    Q      According to these policies, you have to

11           give written notification to the chairman of

12           the Student Academic Grievance Committee,

13           correct?

14    A      According to that, if you are following

15           that.

16    Q      And if you're following these policies --

17           You didn't follow these policies in that

18           regard, did you?

19    A      Not completely.

20    Q      Okay.  Did you -- Did you take this

21           grievance to Doctor Steven McFarland?  Tell

22           me this:  When did this -- the date that

23           this grievance occurred?  What was the date
```

1       of the actual grievance related to the

2       experimental statistics course?

3   A   The grievance occurred -- The first main

4       grievance was on December 3rd.  And then due

5       to that action, later the other grievances

6       occurred over the next semester.  And at the

7       end of spring semester, my grade was then

8       changed to a withdrawal F or incomplete F.

9   Q   Okay.  And when did that occur?

10  A   I'm not sure of the exact date.

11  Q   Okay.

12  A   I could -- It was at the end of spring

13      semester.

14  Q   Okay.  So, when would 20 days within the

15      next semester be?

16  A   It would be 20 days from what the next

17      semester is.  I'm not sure what that date

18      is.

19  Q   Okay.  Well, was that -- Do you believe that

20      your grievance, your written grievance, was

21      timely filed?

22  A   I'm not sure if it was timely filed.  It was

23      the best I could come up with, with what

```
 1        kind of information I was given and at the

 2        time I was given the information.  As soon

 3        as I could complete my grievance, I did it

 4        by July 27th, 2004.

 5   Q    Okay.  Any other grievances that you -- that

 6        form a basis of any claim of your lawsuit?

 7        Let me ask you this before you answer that

 8        question:  Do you contend that Auburn

 9        converting your grade to an F violated a due

10        process right of yours?

11   A    I'm not sure if it does or not.

12   Q    Okay.  And go back to the question that I

13        asked you before that.  Any other grievance

14        that forms the basis of any claim in this

15        lawsuit?

16   A    At this time, I can't think of any others.

17   Q    Okay.  What did you want the Student

18        Grievance Committee -- Or what did you want

19        Auburn to do with respect to this grievance

20        related to your experimental statistics

21        course?  Did you want them to change your

22        grade?

23   A    I wanted them to get involved with hearing
```

1    my complaint and telling me what the

2    appropriate administrators should be for my

3    overall grievance of being dismissed from my

4    department, being kicked out of my program,

5    being dismissed from my research abilities,

6    and stopping my pursuit in my PhD program.

7  Q    Okay.

8         MS. DICKEY:  Need a break?

9         THE WITNESS:  Yeah.

10               (At which time, a recess was

11               taken.)

12  Q    Chris, when did you speak with Doctor

13    Hendrix about procedures you should follow?

14    And you mentioned that you had talked with

15    him.  When was that?

16  A    I talked with him initially after the

17    December 3rd, 2003, meeting --

18  Q    Okay.

19  A    -- in which he told me to talk to Doctor

20    Wolfe.  After I spoke with Doctor Wolfe, I

21    met with him and told him what had happened.

22    He suggested I go to Doctor Janicki, which I

23    did.  I met with him after that.  And after

1        I met with Doctor Dillon, I met with him.

2        And then there was a few times throughout

3        spring semester.  I can remember one time to

4        be sure of, but one or two times after -- in

5        spring semester.

6    Q   Okay.  Did you -- Which times did you talk

7        about grievance-related policies and

8        procedures?  The first two you mentioned, is

9        that the only ones related to grievance

10       procedures?

11   A   The only reason I was talking to him was

12       talking to him about my overall grievance,

13       and everything that was becoming due to the

14       initial grievance of being dismissed.

15   Q   Okay.  Okay.  Let's move on to -- get you to

16       look at Defendant's Exhibit Two, which is

17       your responses to our interrogatories.  Look

18       at interrogatory number 14.  The question

19       asked:  Allege each and every statement that

20       you allege to be did defamatory, and you

21       have five statements there.  Is that all the

22       statements in this action that you allege to

23       be -- that form the basis of your claim for

```
 1         defamation against the defendants here?   Is
 2         there anything that you are missing there?
 3    A    To my knowledge, this is all of them.
 4    Q    Okay.  Let's take the first one.  Doctor
 5         Janicki -- tell me this:  How do you have
 6         knowledge that that statement was made?
 7    A    Only through Doctor Blagburn and Doctor
 8         Wolfe.
 9    Q    Okay.  And what exactly did they say that
10         Doctor Janicki said?
11    A    They said that Doctor Janicki had told them
12         that I had propositioned another graduate
13         student to take an exam for me.
14    Q    Was that a -- I mean, is that -- That's
15         exactly what they said?  Did they say
16         anything else?  I mean, are you basing that
17         on your knowledge or what you're reading
18         there?
19    A    On my knowledge.
20    Q    Okay.
21    A    That's what they told me.
22    Q    Okay.  Did they say that Doctor Janicki said
23         that you were accused of propositioning a
```

```
 1        student, or did they say that you did --

 2        that you did proposition a student?

 3   A    They said that I did proposition another

 4        graduate student to take an exam for me.

 5   Q    Okay.  You didn't expressly hear Doctor

 6        Janicki say that, did you?

 7   A    No.

 8   Q    Okay.  Did you ever hear Doctor Janicki tell

 9        anyone that -- that you had propositioned a

10        female student to take an exam for you?

11   A    Other than Doctor Wolfe and Doctor Blagburn

12        telling me that.

13   Q    Can I see that for a second?  Go ahead.  I'm

14        sorry.

15   A    I'm done.

16   Q    Okay.  No, other than Doctor Blagburn and

17        Doctor Wolfe telling you that?  When did

18        they tell you that?

19   A    In the December 3rd meeting and in the

20        meeting with Doctor Wolfe.

21   Q    Okay.  And can you tell me in what context

22        the statement was made in?  I mean, why was

23        Doctor Janicki telling them that?
```

```
 1    A    I'm not sure why Doctor Janicki was telling

 2         them that.

 3    Q    Okay.  You have no idea?  I mean, do you

 4         think if you had been accused by a student

 5         of taking an examination, do you think it

 6         would be appropriate for Doctor Janicki to

 7         tell Doctor Blagburn and Doctor Wolfe or

 8         Doctor Wolfe?

 9    A    For them to tell Doctor Blagburn or Doctor

10         Wolfe that I had propositioned a female

11         graduate student to take a test for me?

12    Q    Right.

13    A    I would think that was inappropriate for

14         them to tell them that I had propositioned a

15         female graduate student without giving me a

16         chance to give my side of it.

17    Q    Okay.  Do you know whether or not Doctor

18         Janicki, in fact, said that Chris had

19         propositioned a student?  I mean, it could

20         have been that he said, "Chris has been

21         accused of propositioning a student,"

22         correct?

23    A    It could have been that.  I told you that I
```

```
 1            didn't hear Doctor Janicki exactly.  I just

 2            heard what Doctor Wolfe and Blagburn told me

 3            that Doctor Janicki told them.

 4    Q     Okay.  Why are you suing Doctor Janicki over

 5            this?  I mean, you don't know what he said,

 6            do you?

 7    A     I do not know what he said.

 8    Q     Okay.  Isn't it a little unfair to sue

 9            Doctor Janicki over something that you don't

10            know whether he said or not?

11    A     That's what I'm being told that he said.

12    Q     Okay.  But you don't know whether he said it

13            or not, correct?

14    A     That's correct.  I don't know whether he

15            said it or not.

16    Q     Okay.  And without affirmatively knowing yes

17            or no, I mean, isn't it -- isn't that a

18            little bit unfair to sue him over that?

19    A     I mean, it depends on if Doctor Blagburn and

20            Hendrix say that he said it.  If they say

21            that he did, then it wouldn't be unfair.

22    Q     Okay.  Who else did he make that statement

23            to, if you know?  And tell me this:  Did he
```

```
 1        make the statement to Doctor Wolfe and then

 2        Doctor Wolfe told Doctor Blagburn, or did he

 3        make it to both Doctor Wolfe and Doctor

 4        Blagburn at the same time?  Or what do you

 5        know about how it was -- how it went about

 6        saying that, if he did?

 7   A    Only that that information came from him is

 8        what I was told.  Whether they were in the

 9        same meeting, I don't know.

10   Q    Okay.  So, you don't know -- I mean, you

11        have no idea who it was even made to?  I

12        mean, you don't know if Doctor Wolfe ever

13        heard that, do you, from Doctor Janicki?

14   A    He told me that that's where he heard that

15        information.

16   Q    He said that Doctor Janicki had told him

17        that?

18   A    He said that Doctor Janicki was the one who

19        told him I had propositioned a female

20        graduate student to take an exam for me.

21   Q    Okay.  What about Doctor Blagburn?  Do you

22        know if it was said expressly from him or if

23        he got his knowledge from Doctor Janicki --
```

```
 1        I mean, from Doctor Wolfe?
 2   A    I don't know how they got their information.
 3        All I know is that they said it came from
 4        him.
 5   Q    Okay.  Do you know if maybe -- I mean, could
 6        it have been possible that Doctor Janicki
 7        told Doctor Hendrix that you had
 8        propositioned a student to take an exam, and
 9        that Doctor Hendrix told Doctor Wolfe and
10        Doctor Blagburn that he had said that?  Is
11        that possible?
12   A    It's possible.
13   Q    Okay.  You just -- What you're saying is
14        they told you that the information came from
15        Doctor Janicki, but you have no other
16        knowledge of this statement other than that.
17   A    I didn't receive anything in writing.  And
18        all I have is what they told me in our
19        meetings.
20   Q    Right.  But I'm saying that all they said to
21        you was this information came from Doctor
22        Janicki.  They didn't say anything about the
23        statement other than that.  They didn't say
```

```
 1          that this information -- we were told this

 2          information by Doctor Hendrix who had talked

 3          to Doctor Janicki; is that correct?

 4    A     They didn't tell me that.  They said it came

 5          from Doctor Janicki.

 6    Q     Right.  Okay.  And you don't know if it came

 7          from Doctor Janicki -- straight from Doctor

 8          Janicki to them?

 9    A     I think we've said, yes.  I'm not sure how

10          they got that information.

11    Q     Okay.  All right.

12    A     They told me it came from Doctor Janicki.

13    Q     All right.  Okay.  You think it would be

14          inappropriate for Doctor Janicki to discuss

15          potential accusations of cheating made

16          against you?

17    A     What was your question again?

18    Q     Would it be -- what would -- In your

19          opinion, what would have been appropriate

20          for Doctor Janicki to do with this

21          information -- If someone has accused you of

22          cheating to him, what should he do?

23    A     Well, the rules say that I'm to be notified
```

1   promptly of the accusation, given the chance

2   to defend myself, offer up evidence in my

3   defense.

4 Q There is no formal accusation of cheating

5   against you, correct?

6 A I'm not sure if there is or not.  I was told

7   that I propositioned a female graduate

8   student to take an exam for me.

9 Q Okay.  Nothing was ever taken to the --

10   trying to think of what the name of the --

11   what's the --

12 A Academic Honesty Committee?

13 Q Academic Honesty Committee.

14 A To my knowledge, no.

15 Q Okay.

16 A After I got dismissed, what would be the

17   point in going to the Academic Honesty

18   Committee?

19 Q Tell me this:  You don't think Doctor

20   Janicki was -- If he did, in fact, tell

21   Doctor -- or Doctor Blagburn or Doctor Wolfe

22   that you had propositioned a female student

23   to take an exam for you, wouldn't that have

```
 1         been within the scope of his employment at
 2         Auburn?
 3    A    That's what I'm here to find out, is what
 4         they were supposed to do with these -- what
 5         I know to be -- I was alleged to be
 6         cheating, and they're accusing me of
 7         propositioning another student to take an
 8         exam for me and making actions on that.
 9    Q    I mean, beyond what they were supposed to do
10         if they did or did not follow the procedures
11         to a -- as they were supposed to do -- I
12         mean, this is something -- Doctor Janicki is
13         an associate Dean of the graduate school or
14         pathobiology.  Which one is he?
15    A    I think his title is associate Dean of
16         graduate research.
17    Q    Okay.  And he works closely with Doctor
18         Blagburn and Doctor Wolfe who were in the
19         department of pathobiology, correct?
20    A    I don't know if they work closely.
21    Q    Can't we agree that Doctor Janicki was
22         within his authority or within the scope of
23         his employment when he said, "Look, Chris is
```

```
 1        accused of cheating."  Isn't that something
 2        that he probably should have made Doctor
 3        Blagburn aware of?
 4   A    To my knowledge, he did tell Doctor Blagburn
 5        and Wolfe that I propositioned another
 6        graduate student.
 7   Q    Right.  And wasn't that within something he
 8        should do within his job?
 9   A    I'm not sure if it's within his job or not.
10        That's what I'm here to find out.
11   Q    Okay.  You don't know what he should have
12        done with that information?  I mean, kept it
13        quiet or...
14   A    From what I can tell in the rules, I should
15        have been made aware of it.  And you would
16        think that I would have been notified and
17        asked for my side of it and given a chance
18        to defend myself.
19   Q    Before he even informed Doctor Blagburn and
20        Doctor Wolfe of the accusations?
21   A    I'm unsure what steps he should follow.
22   Q    You can't point to anything and say there's
23        anything wrong with him telling Doctor Wolfe
```

1        or Doctor Blagburn that you were accused of

2        cheating on an exam, correct?

3    A   If I was the Dean of graduate studies, are

4        you asking me what would do in that

5        situation?

6    Q   No.  I'm asking you can you point to any

7        policy, procedure, or in your own belief, do

8        you think there's anything wrong with him

9        doing that?

10   A   With him telling my major professor and head

11       of the department that I propositioned

12       another graduate student to take a test for

13       me, and they used that as the straw that

14       broke the camel's back to dismiss me, I see

15       a problem with that with me never given a

16       chance to defend myself.

17   Q   Well, let's just -- let's just assume that

18       he told them that you were accused of

19       propositioning a female graduate student

20       with taking an exam.  Do you think there's

21       anything wrong with Doctor Janicki telling

22       your major professor, Doctor Blagburn, that

23       you had done that?

```
 1   A    I'm not sure if he supposed to go to them

 2        and tell them that or if he is supposed to

 3        follow the rules and call me to a meeting

 4        and hear my side of it.  It appears to be

 5        his decision in what he wants to do with it.

 6        I don't know of any rules that say what he's

 7        supposed to do besides notify me promptly

 8        and give me a chance to defined myself,

 9        which I was not allowed to do about this

10        particular propositioning another graduate

11        student to take a test for me.

12   Q    Okay.  Would he be sued if he -- in your

13        belief, he just said that you were accused

14        of propositioning another student?  I mean,

15        is the basis of your claim that he said,

16        "Chris did proposition another student to

17        take a test," rather than phrasing it as

18        "he's accused of doing it"?

19   A    I don't think that would be defamatory if he

20        said that I was accused of it.  That leaves

21        it open.

22   Q    And, again, you don't know exactly what he

23        said, do you?
```

```
 1   A    Only what Doctor Blagburn and Wolfe told me
 2        he said.
 3   Q    Okay.  You were never there, though.  You
 4        weren't there.  You didn't hear the
 5        statement, correct?
 6   A    That's clear.
 7   Q    Okay.  Okay.  Let's look at the second part
 8        on December 3rd, 2003.  Doctor Blagburn
 9        called Eiland a cheater with Doctor Hendrix
10        present.  Tell me exactly what was said in
11        that instant.
12   A    He said, "Now you're going around cheating,
13        asking people to take tests for you."
14   Q    Okay.  And who was present when this
15        statement was made?
16   A    Doctor Hendrix was the only one in the
17        meeting, myself and Blagburn.
18   Q    And you're alleging that he did not phrase
19        it as, "You're accused of cheating,"
20        correct?
21   A    That's correct.  He didn't say, "You've been
22        accused of cheating.  I'm getting rid of
23        you."  Right.  I told you that he said,
```

1          "You're going around cheating, asking people

2          to take statistics tests for you."

3     Q    Okay.  Let's go back to the first statement.

4          How were you damaged -- The one related to

5          Doctor Janicki, how were you damaged by that

6          statement?

7     A    I was damaged by the fact that I'm being

8          called a cheater without a chance to defend

9          myself.  If Doctor Janicki would have given

10         me a chance to give my side of the story, he

11         might not have had to tell the people he did

12         tell, if he would have given me a chance to

13         hear my side of it.  He obviously took the

14         side of the person who made the allegation

15         and told him that I had cheated, but he

16         never took the time to hear my side of it.

17         I was damaged because Doctor Blagburn told

18         me that that was the final straw, was that

19         this cheating was the thing that is making

20         him get rid of me.  That told Doctor Wolfe

21         that either you get rid of him or I will.

22    Q    Okay.  Do you believe -- Let's go back to

23         the Doctor Blagburn statement.  Do you

```
 1        believe that Doctor Blagburn thought that

 2        you had cheated on that exam?

 3   A    Yes.

 4   Q    Did he ever, at any time, tell you that he

 5        didn't believe that?

 6   A    Yes.

 7   Q    Okay.  How do you square that up?

 8   A    Later in June or May in the tape-recorded

 9        meeting I had with him, he says that I'm

10        telling him -- defending myself, trying to

11        convince him that I didn't proposition this

12        girl to take a test for me.  Because to me,

13        he still seemed to think that I did do that.

14        And I was trying to prove to him that I

15        hadn't.  And he said, "Well, do you want to

16        know the truth?  I never thought that."

17   Q    Tell me how you were damaged by that

18        statement from Doctor Blagburn in the

19        December 3rd meeting.

20   A    It's damaging to be called a cheater and

21        have your name associated with cheating.

22        It's bad for your good name to be called a

23        cheater.
```

1    Q    Well, it's -- I mean, the only person there

2         that heard it was Doctor Hendrix.  What

3         actions did Doctor Hendrix take with respect

4         to you as a result of that accusation?

5    A    I'm not sure I understand how you want me to

6         answer this question.  How did Doctor

7         Hendrix --

8    Q    I want you to answer it truthfully.

9    A    -- respond.  Don't act like that I haven't.

10   Q    Just go on.

11   A    I've asked you to please repeat it.

12   Q    Okay.  How has that statement that Doctor

13        Hendrix heard -- What effect or what has

14        that statement caused Doctor Hendrix to do

15        with respect to you?

16   A    I think that my credibility with Doctor

17        Hendrix has to be jeopardized by that

18        statement.

19   Q    Okay.  And how was that manifested, if at

20        all?

21   A    In many aspects:  His ability to believe me.

22        His ability in the future to believe me.

23   Q    Well, what -- I mean, did Doctor -- Did it

1   cause Doctor Hendrix not to write you a good

2   letter of recommendation anywhere?

3 A That's a no.  I never asked him.

4 Q Okay.  Did you -- I mean, can you point to

5   anything tangible that that statement that

6   Doctor Blagburn -- your allegation of him

7   calling you a cheater, anything tangible

8   that it caused Doctor Hendrix to do with

9   respect to you?

10 A You're asking me how that affected Doctor

11   Hendrix, and I'm not sure why he did any of

12   the things he did based on that allegation.

13   But you would have to think that it affected

14   his actions.

15 Q But you can't point to anything.  You can't

16   point to --

17 A I would have to be in Doctor Hendrix's mind

18   to know how it affected him.

19 Q Well, you can't point to anything such as a

20   future employer -- potential employer called

21   Doctor Hendrix, and he gave me a bad job

22   recommendation because of this statement.

23 A The future is still out there.  It still may

```
 1        be defamatory.  When I apply for jobs at

 2        Auburn in the future or if I asked for a

 3        recommendation somewhere.

 4   Q    But up until this point, right now, you

 5        can't point to anything -- any way you've

 6        been damaged by that statement, tangibly

 7        damaged, correct?

 8   A    Other than if it affected him giving me a

 9        fair shake on everything he could do to help

10        me file my grievance.  Other than that --

11   Q    You don't know if it did affect that or not,

12        do you?

13   A    That would be for Doctor Hendrix.

14   Q    Okay.  But you can't say yes or no, correct?

15   A    And speak for him?

16   Q    Yeah.  I mean, it's whether you know it or

17        not.

18   A    No, I can't speak for him.

19   Q    Okay.  And you're saying that Doctor Hendrix

20        was in the room at that time and heard that

21        statement.

22   A    He was.

23   Q    Okay.  Did you say anything in response to
```

```
 1         when that statement was made at that time?
 2   A     I told them that I was being treated as
 3         guilty and not given a chance to be proven
 4         innocent.
 5   Q     Okay.
 6   A     And that I should have a right to defend
 7         myself against a cheating -- someone saying
 8         that I cheated.
 9   Q     Okay.  Response C:  On February 2nd, 2005,
10         Doctor Blagburn told Doctor Janderlich the
11         reason was no longer working with -- Chris
12         was no longer on his PhD was his failure to
13         get along with the women in pathobiology.
14              Tell me everything you know about
15         that statement.  When it was said, who it
16         was -- what was exactly said, that kind of
17         stuff.
18   A     Doctor Janderlich told me at the end of July
19         that Doctor Blagburn had told him that the
20         reason I was no longer in his lab or at
21         Auburn was my failure to get along with the
22         women in his lab is was Doctor Janderlich
23         said.  And that was in a meeting when he was
```

```
 1          deciding whether I could be a possible

 2          future partner with him at that clinic.

 3     Q    Okay.  In what context was that statement

 4          said?  Why were Doctor Janderlich and Doctor

 5          Blagburn speaking?

 6     A    I'm guessing that Doctor Janderlich

 7          contacted Doctor Blagburn for a reference.

 8     Q    Okay.  It was in the context for the job

 9          recommendation?

10     A    (Witness nodding in the affirmative.)

11     Q    Okay.

12              MS. DICKEY:  She didn't get the head

13                  shake.

14     A    What did I say?

15     Q    It was in the context of the job

16          recommendation?

17     A    Yes.

18     Q    Okay.

19              MS. DICKEY:  I just wanted a verbal so

20                  she could get it.

21     Q    You know -- You got the job, correct?

22     A    I'm not sure if he telephoned him before I

23          had the job or after I had the job.  It was
```

1    a six-month trial that I was working with

2    him to see.

3  Q  Okay.  Well, when did you start that job?

4  A  February 1st --

5  Q  Okay.

6  A  -- two thousand and --

7  Q  Five?

8  A  -- five.

9  Q  Okay.  Okay.  And do you think this

10    statement was made in February of 2005?

11  A  I'm not sure when it was.

12  Q  You don't know if it was before or after you

13    started the job?

14  A  That's right.

15  Q  Okay.  Doctor Janderlich didn't tell you

16    when it was?

17  A  That's right.

18  Q  Do you know if Doctor Blagburn told Doctor

19    Janderlich that you deserved a chance with

20    respect to a job?

21  A  Only -- No, I don't know if he said that.

22  Q  Huh?

23  A  No, I don't know if he said that I needed a

```
 1            chance.

 2    Q       Okay.  He didn't tell Doctor Janderlich that

 3            the reason why you were dismissed was

 4            because of a suspicion or -- that you were a

 5            cheater?

 6    A       I -- I'm not sure if he said that or not.

 7    Q       Okay.  Well, I mean, what did Doctor --

 8            That's the only thing that Doctor Janderlich

 9            told you that Doctor Blagburn had said?

10    A       I told you that's all that Doctor Janderlich

11            told me.

12    Q       Okay.  And this was at the -- When was the

13            date of this?

14    A       It was, estimate, the end -- last day of

15            July.

16    Q       Okay.  You couldn't dispute Doctor Blagburn

17            if he testified that this statement -- if he

18            said this statement had occurred prior to

19            you getting this job?

20    A       Only if that was -- didn't agree with what

21            Doctor Janderlich said.  I have no -- I have

22            no proof what date that conversation took

23            place.
```

```
 1   Q   Okay.  Well, how do you think you've been

 2       damaged by that statement?

 3   A   I think it's a damaging statement in itself.

 4   Q   I mean, you did have problems with some of

 5       the women that worked in pathobiology,

 6       didn't you?  We went through that a lot last

 7       deposition about, you know, arguments and

 8       problems that you had with Jamie Butler and

 9       Tracy Land.  I mean, there were problems

10       there, correct?

11   A   You're saying --

12   Q   Whether your fault or --

13   A   -- the problem, yeah.

14   Q   Well, I mean whether they're your fault or

15       their fault, there was problems with some of

16       those people.

17   A   There were -- "problems" is one word you can

18       put with it.

19   Q   Okay.  So, on its face, I mean, that

20       statement is true?

21   A   That that's the reason why I got dismissed?

22   Q   No.  I mean, the statement that you --

23   A   Couldn't get along with -- some of the
```

```
 1        statement?
 2   Q    Right.  That you were -- You couldn't get
 3        along with the women in pathobiology.  I
 4        mean, that statement is true?
 5   A    That I couldn't get along with them?
 6   Q    Well --
 7   A    You're switching.
 8   Q    Well, okay.  That there's problems with the
 9        women in pathobiology.
10   A    I agree there's problems with the women in
11        pathobiology.
12   Q    Right.  Okay.  I guess the point is that
13        that was a correct statement that Doctor
14        Blagburn, if he said it -- if he said there
15        were problems between Chris and the women in
16        pathobiology, that's a factual statement.
17   A    If you say that I had problems with the
18        women and there were problems between me and
19        them and you don't go into any further
20        explanation, then I think that's a strange
21        statement to make in saying that I got
22        dismissed because of these problems puts the
23        blame more on me.
```

1    Q    Well, that was part of the reason why you

2         think you were dismissed, correct?

3    A    Part of the reason why I think I was

4         dismissed was because of the problems, yes.

5    Q    Right.  Okay.  So, I mean, that statement is

6         pretty much true that Doctor Blagburn told

7         Doctor Janderlich.

8    A    It's up for argument right now.  You-all are

9         saying that I didn't get dismissed because

10        of any reason.  And so, how can, in my

11        agreement, yeah, you know.

12   Q    That's correct.

13   A    I got dismissed for a lot of reasons.  And

14        one of them that they said was that I had

15        problems with people in their lab.

16   Q    Okay.

17   A    And that's why they dismissed me, that and

18        other reasons, the cheating allegation.

19   Q    Okay.  Okay.  Did -- And you're saying why

20        were you damaged by the statement is because

21        he didn't keep you on or what -- Explain

22        that.

23   A    Yes.  It is damaging to tell an employer

1        that I was dismissed for these reasons

2        without giving the whole side of it.  And

3        it's damaging.

4    Q   Okay.

5    A   It doesn't address the whole problem.  It

6        says that I had the problem.

7    Q   Right.  If the statement was made before the

8        time you went to work there and Doctor

9        Janderlich still gave you a job, then would

10       you agree that it wouldn't be damaging to

11       you?

12   A   He -- Doctor Janderlich could have taken

13       that statement in, put it in the back of his

14       head, used me for a break for him to have a

15       vacation, and used that statement to make a

16       decision on that he never planned on keeping

17       me longer than a vacation for himself.

18   Q   Do you think there were other reasons why

19       Doctor Janderlich might not have kept you

20       on?

21   A   There may have been.

22   Q   I mean, do you think you were a good

23       employee for Doctor Janderlich?  Did you

1          ever have any problems with him?

2     A    No.

3     Q    Not at all?

4     A    Not that -- I mean, not that I would term

5          problems and not that I can even talk about.

6     Q    Okay.  Would you have any reason to dispute

7          Doctor Janderlich if he said that he didn't

8          retain you as an employee for reasons

9          unrelated to that statement from Doctor

10         Blagburn?

11    A    I would have to see what those reasons were

12         at the time, whether I dispute them or not.

13    Q    Okay.  All right.  Look at statement D.

14         "Statements were made to the Alabama

15         Veterinary Wellness Program that were

16         defamatory.  He was OCD on drugs and

17         bipolar."  Statements were made.  Who made

18         statements?

19    A    Who made those statements?

20    Q    Yeah.

21    A    The guy at the Alabama Wellness Committee

22         told me that a professor in pathobiology had

23         made those statements, and that I was

```
 1          suffering from OCD, bipolar, and bipolarism,

 2          and drug abuse.

 3     Q    Okay.  He never told you which professor in

 4          pathobiology?

 5     A    Never told me which one exactly.

 6     Q    Okay.  So, you don't know who made those

 7          statements from the Alabama Professional

 8          Wellness Committee?

 9     A    Only if one of the defendants had admitted

10          to it in the answer.

11     Q    Okay.  Do you know if that's the case?

12     A    It said that you-all admit that someone did

13          call the Alabama Wellness Committee.

14     Q    Do you have any indication or any guess as

15          to who potentially made those statements?

16     A    I guess.  Should I guess?

17     Q    No, let me move on.  How were you damaged?

18          I mean, what happened as a result of

19          those -- that statement.  And tell me this:

20          What you just told me about him saying

21          someone said someone -- you say it was a

22          professor in pathobiology made a statement

23          that you were OCD, on drugs, and bipolar.
```

```
 1            That's all he said about the statement, the

 2            context of the statement, what was exactly

 3            said?  Okay.

 4     A      That was enough where someone was talking

 5            about me saying -- accusing me of being OCD,

 6            bipolar, and on drugs.  I was very scared

 7            that my license and my name was being

 8            defamed by these statements.  And if it goes

 9            here, where else is this stuff being said?

10     Q      Okay.

11     A      And is it what they think about me?

12     Q      Do you know -- I mean, if the professor --

13            did he say -- he said that you were OCD, on

14            drugs, and bipolar, that you may be OCD, on

15            drugs, and bipolar?

16     A      I'm not sure whether he said that he was or

17            he did.  I didn't make that conversation.

18     Q      Right.

19     A      And so, it's enough to have your name in the

20            same sentence as OCD, bipolar, and drug

21            abuse when you're a licensed veterinarian.

22     Q      Right.  What happened as a result of that

23            accusation or that -- that you're alleging
```

1          here?  What did they do?

2    A     What did who do?

3    Q     The Alabama Professional Wellness Committee?

4    A     Contacted me and discussed those things with

5          me, and recommended counsel if I needed

6          some.

7    Q     Okay.  That's all that happened?

8    A     To my knowledge, that's all that happened,

9          besides it causing distress in my life as to

10         what is going on.  Why are the professors in

11         pathobiology telling people I have OCD,

12         bipolarism, and drug abuse?  What is the

13         goal there?

14   Q     Do you know -- I mean, did that affect your

15         employment in any manner?

16   A     Employment where?

17   Q     Anywhere.  Present job or your ability to

18         get a job.

19   A     It affected my ideas of employment in Auburn

20         and at the university, that people there

21         thought I was suffering from these things.

22   Q     Okay.

23   A     And I felt like I needed to get away from

```
 1        that and didn't feel comfortable with people
 2        around saying that kind of stuff.
 3   Q    You never applied for a job in Auburn or at
 4        the university, though, correct?
 5   A    After December 3rd, no.
 6   Q    Right.  Okay.  So, you don't know if
 7        anybody -- Or there was never a time when
 8        anybody said we heard these complaints
 9        related to bipolarism, OCD, and the
10        potential drug abuse, we're not going to
11        give you a job, or you're fired from this
12        job because of that, correct?
13   A    I don't know and may never know if someone
14        denies me of a job because of these
15        statements.
16   Q    But you --
17   A    I don't know.
18   Q    Correct.  You don't know.  Okay.  What is
19        the Alabama Veterinary Professional Wellness
20        Committee, that you know of?
21   A    To my knowledge, it's -- Breaking down from
22        what it says, it's a committee that's in
23        charge of Alabama veterinarians overall
```

```
 1        wellness.  And it's made up of MDs, and I
 2        guess -- A good word, I guess, would be
 3        assuming some veterinarian.
 4    Q   Okay.  At the time these statements were
 5        allegedly made, you were a veterinarian?
 6    A   Yes.
 7    Q   Licensed?
 8    A   Yes.
 9    Q   Okay.  So, I mean, they were kind of a
10        governing body related to that?
11    A   Right.  Yes.
12    Q   Do you know if within the veterinarian
13        community if someone suspects that somebody
14        may be having problems, is there any kind of
15        duty or obligation to report potential
16        problems to this committee?
17    A   There may be if, you know, someone has
18        talked to you, or, you know, know of
19        alcoholism or some kind of drug abuse.  But
20        to diagnose me with OCD and bipolarism,
21        which I've never been diagnosed with, I
22        don't think that's anybody's job --
23    Q   Well, you don't know if somebody --
```

1  A    -- or within their scope.

2  Q    -- diagnosed you, correct?  I mean, you told

3       me earlier, you said, "Well, I don't know if

4       they said he may be OCD or bipolar or, he

5       is."

6  A    That's correct.

7  Q    Okay.  And you don't know if these

8       statements were made with malice by anyone.

9       I mean, for all that you know, whoever made

10      these statements could have legitimately

11      been trying to help you and thought they had

12      a duty to make those statements or to inform

13      the Professional Wellness Committee.

14 A    To me, I find them very defamatory.

15 Q    Okay.  But you don't know the reasoning

16      behind those statements --

17 A    No one discussed it with me.

18 Q    -- by the actual person.  Okay.  That's a

19      yes?

20 A    No.

21 Q    Or, no, you don't know the reasons?

22 A    I don't know the reasons.

23 Q    Okay.

```
 1    A    That's correct.
 2    Q    All right.  Statement E:  Elizabeth Landreth
 3         heard that Chris Eiland was dismissed from
 4         Auburn University for bad behaviour and
 5         using drugs."  Who is Elizabeth Landreth?
 6    A    A worker in the histopathology lab.
 7    Q    And who did she hear that you were dismissed
 8         from Auburn University for bad behavior and
 9         using drugs?  Who did she hear that from?
10    A    I'm not completely sure who she heard that
11         from.
12    Q    Okay.  You don't know if any of the
13         defendants made that statement.  Who did she
14         hear that from?
15    A    All I -- I'm not sure who she heard that
16         from for sure.
17    Q    Okay.  It could have been a student?
18    A    It could have been Doctor Blagburn.  It
19         could have been Doctor Hendrix.  It could
20         have been another employee.
21    Q    Student?
22    A    It could have been a student.
23    Q    Okay.  And you don't know if any of the
```

```
 1            defendants made that statement, correct?
 2    A       For sure, no.
 3    Q       Okay.  How have you been damaged by her
 4            finding -- hearing that you were dismissed
 5            for using drugs and bad behavior?
 6    A       In itself it's damaging to be using drugs
 7            and having bad behavior.  But it's in --
 8            when they -- She also notified my wife's
 9            family of those statements.  And that that
10            was what happened was that I was dismissed
11            for bad behaviour and that.
12    Q       Okay.  Have you lost employment or didn't
13            receive a job because of this particular
14            statement that was made to Elizabeth
15            Landreth?
16    A       Not that I know of.  Just emotional stress
17            and...
18    Q       Okay.  Do you have any kind of disability?
19    A       No.
20    Q       Okay.  Have you ever been diagnosed with a
21            mental illness or anything like that?
22    A       No.
23    Q       Okay.  Do you think you have any problems or
```

```
 1         mannerisms or anything that could be

 2         perceived as a disability?

 3    A    No.

 4    Q    Were you on any kind of medication in the

 5         summer or fall of 2003?

 6    A    No, not that I remember.

 7    Q    Okay.  Were you using any kind of illegal

 8         drugs during that time?

 9    A    No.

10    Q    Okay.  Were you abusing legal drugs?

11    A    No.

12    Q    Okay.  You have a claim under the

13         Rehabilitation Act of 1973.  I mean, do you

14         believe that you are perceived as having a

15         disability?

16    A    I believe that I was perceived as having a

17         disability.

18    Q    And what disability is that?

19    A    OCD, bipolarism, drug abuse.

20    Q    Okay.  Why do you believe that you were

21         perceived to have that -- have a disability?

22    A    Why do I believe I was perceived --

23    Q    Yes.  Right.
```

```
 1   A     -- to have that disability?

 2   Q     Uh-huh (positive response).

 3   A     Because someone notified the Alabama

 4         Wellness Committee that they thought that I

 5         had those disabilities, the OCD, bipolarism,

 6         and drug abuse.

 7   Q     Okay.  Do you know when -- When was the

 8         committee notified of that?  Do you know

 9         when time frame on that was?

10   A     I was notified in December of 2003, and

11         it -- to my recollection, it was the

12         committee had been recently notified.

13   Q     They notified you in December of 2003, the

14         committee notified you?

15   A     Yes.

16   Q     Okay.  Again, though you have no idea who

17         made -- or you don't know who made those

18         statements, alleged statements, to the

19         Professional Wellness Committee, correct?

20   A     I don't know for sure, no.

21   Q     Okay.  You don't think it was Doctor

22         Blagburn, though, do you?

23   A     I'm not sure who it was.
```

```
 1   Q   Okay.  Well, I mean --

 2   A   For sure.

 3   Q   Well, as we're sitting here today, I mean,

 4       do you think that Doctor Blagburn perceived

 5       you as having a disability?

 6   A   You know, he sure could have perceived me to

 7       have a disability.  He got --

 8   Q   You don't know that, do you, Chris?

 9   A   How am I going to know?  You know, you're

10       asking me questions about --

11   Q   I mean, maybe he told you.  I mean, maybe he

12       told someone else.  You don't have any

13       facts -- You can't point to any facts that

14       suggests that he perceived you as having a

15       disability, correct?

16   A   Facts that he perceived me to have a

17       disability?

18   Q   Right.

19   A   No, besides letting me go.

20   Q   Okay.  And when he let you go, he never

21       mentioned anything about -- Well, when you

22       alleged that he let you go, you don't recall

23       him saying anything about a disability?
```

1  A    He talked about my behavior and some things

2       that I had done.  And he could have been

3       basing that on the idea that I was suffering

4       from OCD or bipolar.  But that might have

5       helped him explain my behavior, bipolarism.

6  Q    But, again, you're speculating.  You don't

7       know; is that correct?

8  A    You're asking me to speculate.

9  Q    Well, and that's what you're doing, though,

10      correct?

11 A    Correct.

12 Q    Okay.  And, again, I think I asked this, and

13      I apologize if I did.  You know of no facts

14      that Doctor Blagburn ever said, "I perceive

15      Chris as having a disability," or that

16      "Chris has a disability."  There's no facts

17      that you can point to?

18 A    I've never -- I don't remember him saying

19      that exactly.

20 Q    Okay.  And the only thing that forms the

21      basis of this claim is the allegations of

22      statements made to the Professional Wellness

23      Committee that you don't know who made,

```
1            correct?
2     A      I'm sorry.  Repeat that.
3     Q      What forms the basis of this claim is the
4            alleged statements made to the Professional
5            Wellness Committee.
6     A      Any statements of that, OCD, bipolarism, and
7            I'm sure it affected the Alabama Wellness
8            Committee.
9     Q      Right.  But that's the only thing that
10           you're basing this claim on are those
11           statements.
12    A      If they come forward and say that, you know,
13           they base some of their actions on that
14           information, then I'd like to add, you know,
15           that to it.  But to my knowledge, right now
16           is the Alabama Wellness Committee.
17    Q      Okay.  What about Doctor Hendrix?  Did he
18           ever tell you that he perceived you as
19           having a disability or thought that you did
20           have a disability?
21    A      Not that I remember exactly in those words.
22    Q      Well, did he imply that at any time?
23    A      Looking back on how they treated me, I think
```

1        that they were perceiving something going

2        on, that I had been there with them for

3        seven years and now something has changed.

4        I don't know what their perception was, but

5        it changed with their actions.

6    Q   Okay.  What about Doctor Wolfe?

7    A   He never said exactly --

8    Q   Okay.

9    A   -- those things.

10   Q   And you don't know if he did perceive you as

11       having a disability?

12   A   I'm not sure if he said it to somebody or

13       not, or I'm not sure what he perceived.

14   Q   Okay.  And the same thing with Doctor

15       Hendrix and Doctor Blagburn.  You don't

16       know -- you're speculating, but you don't

17       know if they perceived you as having a

18       disability, correct?

19   A   I'm speculating that somebody perceived me,

20       yes, to have a disability.  Whoever called

21       the Alabama Wellness Committee.

22   Q   You don't know is the question.  It's

23       speculation.  You don't know.

1   A   I don't know what other people think.

2   Q   Okay.  Doctor Janicki?

3   A   Also him.

4   Q   You don't know, but you're speculating that

5       he might have perceived you with a

6       disability?

7   A   He might have.

8   Q   Okay.  But you don't know?

9   A   I don't know.

10  Q   Okay.  Ed Richardson, Doctor Richardson?

11  A   I don't know what he thinks.  I can only

12      speculate on those things.

13  Q   Do you speculate that he perceived you as

14      having a disability?

15  A   If one of them told him, then he might

16      perceive me to have that disability.

17  Q   You don't know if any of them --

18  A   I'm not sure what they're talking about.

19  Q   Okay.

20  A   They didn't always let me in on everything

21      that they discussed.

22  Q   Okay.  I mean, who is this claim against is

23      what I'm trying to figure out.

| | | |
|---|---|---|
| 1 | A | The person in pathobiology who made the |
| 2 | | claim to the Alabama Wellness Committee, and |
| 3 | | the people who made actions on that. |
| 4 | Q | Okay.  And you don't know who that is, |
| 5 | | though. |
| 6 | A | I'm hoping that we can find that out for |
| 7 | | sure through subpoenas, but I'm not sure |
| 8 | | right now.  I can't answer it. |
| 9 | Q | I mean, do you really think, though, that |
| 10 | | you were dismissed from -- you allege you |
| 11 | | were dismissed from the parasitology lab and |
| 12 | | the department of pathobiology for having a |
| 13 | | disability or a perceived disability?  Or do |
| 14 | | you think that it's more based on -- because |
| 15 | | what I was hearing up until now was it's the |
| 16 | | cheating was the straw that broke the |
| 17 | | camel's back.  And it was the problems |
| 18 | | between you and the female students.  I |
| 19 | | haven't heard anything about a disability. |
| 20 | A | And I am also -- I'm sure I got dismissed. |
| 21 | Q | Right. |
| 22 | A | They dismissed me.  They brought up many |
| 23 | | straws that broke the camel's back.  And |

1  they never gave me a clear definition of

2  what exactly I had been accused of all

3  along.  They let straws pile up on the

4  camel's back.  They only made references to

5  these things.  So, I'm not sure if the

6  disability affected them or not.  But if

7  they thought that, I don't see how it could

8  influence them.

9  Q  Okay.  If they did perceive you with a

10  disability, to have a disability, do you

11  think any accommodations could have been

12  made to help you perform your job in the

13  parasitology lab better?

14  A  If they would have perceived me to have that

15  disability, I think we could have worked

16  something out --

17  Q  Okay.

18  A  -- so that it wouldn't look like that any

19  more, and they wouldn't feel that way.

20  Q  Who dismissed you from the parasitology

21  lab --

22  A  I was dismissed --

23  Q  -- or terminated your employment?

| 1 | A | -- altogether by Doctor Blagburn, who said |
| 2 | | Doctor Wolfe told him to get rid of me, or |
| 3 | | he would, and to turn in my keys to that lab |
| 4 | | and to turn in my research and clear out my |
| 5 | | stuff. |
| 6 | Q | Okay. |
| 7 | A | And that I would make a great |
| 8 | | parasitologist, just not at Auburn. |
| 9 | Q | Right.  Did Doctor Richardson have anything |
| 10 | | to do with your termination from the |
| 11 | | parasitology lab? |
| 12 | A | Not to my knowledge, no. |
| 13 | Q | Doctor Janicki? |
| 14 | A | Did he -- |
| 15 | Q | Yes. |
| 16 | A | -- have something to do with -- |
| 17 | Q | Right. |
| 18 | A | -- my termination in the parasitology lab? |
| 19 | Q | Yeah. |
| 20 | A | I think he influenced it in some way. |
| 21 | Q | Doctor Hendrix? |
| 22 | A | He may have influenced it. |
| 23 | Q | You don't know one way or the other? |

```
 1   A     I don't know what he did --
 2   Q     Okay.
 3   A     -- to help me get dismissed.
 4   Q     How has all of this -- How have you been
 5         damaged by all of this, your perceived
 6         dismissal, alleged dismissal?  I mean...
 7   A     Besides, you know, the stress and the
 8         emotional impact and the time it took to
 9         recover from the damage that was done from
10         this action, it was very stressful and
11         confusing for me on what I was going to do
12         because I had planned to finish my PhD in
13         parasitology.  And my future was to teach at
14         Auburn and be a professor and teach
15         veterinary students about parasitology.  It
16         would possibly go into a pharmaceutical
17         field.
18                   With this happening, I lost my
19         research.  I lost a good possibility of a
20         job at Auburn.  And I think my name at
21         Auburn will always be tarnished.
22                   What else were you asking me?
23   Q     Well, tell me this:  Did you go to work
```

1         after this happened in the fall of 2003?

2    A    I found part-time work as a relief

3         veterinarian.

4    Q    Where was that?

5    A    At a few clinics as they needed some relief

6         days and at an emergency clinic in

7         Montgomery.

8    Q    Okay.  How much were you making?

9    A    You've got that information, and right off

10        the top of my head, it would be a guess.

11   Q    What was the name of the clinic?

12   A    Which one?

13   Q    The one that you went to work for right

14        after this happened, the one in Montgomery.

15   A    Animal Emergency Clinic of Montgomery.

16   Q    Okay.  Why did you leave that employment?

17   A    It was a temporary position.  The job was

18        supposed to be filled with a veterinarian

19        who had two years of experience -- of

20        clinical experience.  And they were

21        short-handed and took me on for awhile, but

22        it was not a permanent job.

23   Q    Okay.  Where did you go after that?