```
                                            AUB2
00001
  1          IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
  2                     EASTERN DIVISION

  3

  4    CHRISTOPHER B. EILAND, DVM, MS,

  5          Plaintiff,

  6                           CIVIL ACTION
       VS.                    FILE NO. 2005-CV-459-VPM
  7

  8    DR. BYRON L. BLAGBURN, individually
       and in his official capacity; DR. CHARLES
  9    HENDRIX, individually and in his official
       capacity; DR. JOSEPH JANICKI, individually
 10    and in his official capacity; DR. STEPHEN
       MCFARLAND, individually and in his official
 11    capacity; DR. ED RICHARDSON, in his official
       capacity as President of Auburn University;
 12    and DR. LAUREN WOLFE, individually and in his
       official capacity,
 13
             Defendants.
 14

 15              *    *    *    *    *
 16          DEPOSITION OF ALLEN RAY DILLON, DVM, MS,
 17    Diplomate ACVIM, taken on behalf of the
 18    Plaintiff, pursuant to the stipulations set forth
 19    herein, before Kimberly B. Faucette, Certified
 20    Court Reporter and Notary Public, at Samford
 21    Hall, Auburn University, Auburn, Alabama,
 22    commencing at approximately 11:00 a.m., Monday,
 23    July 24th, 2006.
00002
  1                 APPEARANCES OF COUNSEL
  2
  3    FOR THE PLAINTIFF:
  4        HONORABLE KATHRYN DICKEY
  5        Attorney at Law
  6        THE LAW OFFICES OF KATHRYN DICKEY, LLC
  7        322 Alabama Street, Suite B
  8        Montgomery, Alabama 36104
  9        334.262-0728
 10    FOR THE DEFENDANTS:
 11        HONORABLE LANE KNIGHT
 12        Attorney at Law
 13        BALCH & BINGHAM
 14        P.O. BOX 78
 15        105 Tallapoosa Street
 16        Montgomery, Alabama  36104
 17        334.834-6500
 18    ALSO PRESENT:
 19        MS. MANDY CHAMBLISS
 20
 21
 22
 23
00003
```

```
                                   AUB2
 1              S T I P U L A T I O N S
 2             It is hereby stipulated and agreed by
 3    and between counsel for the respective parties
 4    and the witness that the deposition of ALLEN RAY
 5    DILLON, DVM, MS, Diplomate ACVIM, is taken
 6    pursuant to notice and stipulation on behalf of
 7    the Plaintiff, that all formalities with respect
 8    to procedural requirements are waived; that said
 9    deposition may be taken before Kimberly B.
10    Faucette, Certified Court Reporter and Notary
11    Public in and for the State of Alabama at Large,
12    without the formality of a commission; that
13    objections to questions, other than objections as
14    to the form of the questions, need not be made at
15    this time, but may be reserved for a ruling at
16    such time as the deposition may be offered in
17    evidence or used for any other purpose as
18    provided for by the Federal Rules of Civil
19    Procedure.
20             It is further stipulated and agreed by
21    and between counsel representing the parties in
22    this case that the filing of the deposition of,
23    is hereby waived and that said deposition may be
□00004
 1    introduced at the trial of this case or used in
 2    any other manner by either party hereto provided
 3    for by the Statute, regardless of the waiving of
 4    the filing of same.
 5             It is further stipulated and agreed by
 6    and between the parties hereto and the witness
 7    that the signature of the witness to this
 8    deposition is hereby waived.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
□00005
 1              *    *    *    *    *
 2        ALLEN RAY DILLON, DVM, MS, Diplomate ACVIM
 3    of lawful age, having been first duly sworn, was
 4    examined and testified as follows, to-wit:
 5                  DIRECT EXAMINATION
 6    BY MS. DICKEY:
 7    Q.   Dr. Dillon, would you state your name for
 8         the record, please?
 9    A.   Sure.  Actually, it is Allen Ray Dillon,
10         but I go by Ray.
11    Q.   And have you ever had your deposition
12         taken before?
13    A.   Yes.
14    Q.   Was it here at Auburn?
15    A.   No.
```

16  Q.  What did you do to prepare for this deposition today? But I am not asking you what you talked about with your attorney.
19  A.  Other than one conversation, no preparation. I didn't review notes or anything, not that I have any.
22  Q.  Could you give me just a brief history of your education?

00006
1   A.  Do you want a lot of detail or just summary?
3   Q.  Summary.
4   A.  I graduated from vet school at Texas A&M in 1973, did an internship here at Auburn, and did a Master's at Auburn and got board certified in internal medicine and actual exam and finished an MBA in 2001. That is the summary.
10  Q.  And are you currently employed at Auburn University?
12  A.  Yes.
13  Q.  And how long have you been employed here?
14  A.  Thirty-three years.
15  Q.  What is your position?
16  A.  Professor of Internal Medicine at the Department of Clinical Sciences, at the vet school.
19  Q.  Now, as Professor of Internal Medicine, do you have a concentration in parasitology?
21  A.  No. Internal medicine.
22  Q.  What is parasitology?
23  A.  I would guess parasitology is the study of

00007
the interaction between the host and a saprophytic organism, like a parasite, that feeds off that organism.
4   Q.  What are your major responsibilities?
5   A.  I spend about half my time doing clinical science, which is seeing the referral cases that come to the teaching hospital, and I spend about the other half of my time doing cardiopulmonary research.
10  Q.  Have you ever served as a major professor for a graduate student?
12  A.  Yes.
13  Q.  Do you have a graduate student now?
14  A.  Yes.
15  Q.  Explain the general scenario of when you would be a major professor.
17  A.  It varies in clinical sciences because almost all of our graduate students are, in fact, residents training for board certification in my field, in internal medicine. So we have a national match system that matches students with programs. So we have a match. And then

00008
once we take on a graduate student, we see which professor best fits their particular interests. If they fit their interest, then you become their major professor; otherwise, someone else does.
6   Q.  Are you familiar with Dr. Chris Eiland?

AUB2

| | | |
|---|---|---|
| 7 | A. | Yes. |
| 8 | Q. | Would you have fit the match for a major |
| 9 | | professor of his? |
| 10 | A. | No. |
| 11 | Q. | And could you explain why that would be? |
| 12 | A. | Because I only am major professor on |
| 13 | | people who are in our program in internal |
| 14 | | medicine, doing a residency, training |
| 15 | | toward certification, and Chris would not |
| 16 | | fit that nor did he apply for that nature |
| 17 | | of a position. |
| 18 | Q. | Did you have any discussions with Chris |
| 19 | | Eiland about the possibility of being a |
| 20 | | major professor of his? |
| 21 | A. | At one point, he brought up the subject, |
| 22 | | and I explained that -- all of our people |
| 23 | | are funded either by research, but 99 |

00009
| | | |
|---|---|---|
| 1 | | percent of them are State funded on this |
| 2 | | national search, so we had no monies |
| 3 | | available. |
| 4 | Q. | Did Dr. Blagburn ever have conversations |
| 5 | | with you regarding Chris Eiland? |
| 6 | A. | Yes. Of course, I was on his committee, |
| 7 | | so we had various discussions off and on |
| 8 | | about the project that Chris worked on. |
| 9 | Q. | Okay. You are talking about the advisory |
| 10 | | committee? |
| 11 | A. | Yes. |
| 12 | Q. | And when were you on the advisory |
| 13 | | committee for Chris Eiland? |
| 14 | A. | I can't tell you an exact date, but it was |
| 15 | | soon after it was formed. I am making |
| 16 | | that assumption. |
| 17 | Q. | Was this for his Master's thesis or for |
| 18 | | his Ph.D.? |
| 19 | A. | The Master's is the only thing I am aware |
| 20 | | of. |
| 21 | Q. | Were you on the committee when there was a |
| 22 | | final examination of his Master's thesis? |
| 23 | A. | Yes. |

00010
| | | |
|---|---|---|
| 1 | Q. | Were you present during that exam? |
| 2 | A. | I believe so, yes. |
| 3 | Q. | Do you remember how Chris did? |
| 4 | A. | He passed. And it was not on course work, |
| 5 | | as I remember. It was only on the |
| 6 | | project. So he passed, but, specifically, |
| 7 | | I can't remember anything beyond that. |
| 8 | Q. | Do you remember discussions, around that |
| 9 | | same time as the final exam, of Chris |
| 10 | | moving on and being enrolled in the Ph.D. |
| 11 | | program following his Master's? |
| 12 | A. | There were discussions off and on, |
| 13 | | informally, about whether or not Chris was |
| 14 | | going to go on for a Ph.D. or not. |
| 15 | Q. | Were there discussions about him having |
| 16 | | the same advisory committee? |
| 17 | A. | I don't remember being in the room and |
| 18 | | being involved in anything to that detail. |
| 19 | Q. | Do you remember that his research for the |
| 20 | | Master's thesis would be a continuation |
| 21 | | for the Ph.D.? |

Page 4

```
                              AUB2
22    A.    I roughly remember that the depth of the
23          Master's would not be adequate toward the
00011
 1          Ph.D.  It may have been in a similar
 2          level, but the level of investigation
 3          would obviously have to be different.
 4    Q.    I understand it would have to be
 5          different.  But could it be a
 6          continuation?  Could he just take that
 7          same subject and just go deeper?
 8    A.    The same subject as parasitology?
 9    Q.    Right.
10    A.    I guess, in the broader sense, you could
11          say yes.  But from the standpoint of the
12          data and what was collected to date, it
13          would have had to have been a fresh start.
14    Q.    You don't remember that Chris Eiland did
15          an excess amount of research with the
16          anticipation of carrying that over to his
17          Ph.D. program?
18    A.    No.
19    Q.    How does one go about selecting an
20          advisory committee?
21    A.    Well, here again, from my -- I have been
22          on some nonclinical programs, and you
23          usually select people who bring the most
00012
 1          to that project and will add to the
 2          intellectual success of that project.
 3    Q.    Do you know why you were a member of his
 4          Master's thesis?
 5    A.    Probably because I have done a lot of
 6          research in feline heartworm disease and
 7          already had the project going and already
 8          had the money.  That is probably one of
 9          the main reasons.
10    Q.    What is the process of selecting a major
11          professor?
12    A.    Usually, it requires a match between the
13          student's interests, the major professor's
14          interests, and the accessibility of funds
15          to fund that project if a student is not
16          willing to fund that themselves.
17    Q.    Have you ever stepped down or resigned as
18          a major professor for a graduate student?
19    A.    Not that I remember, no.
20    Q.    Are you aware of that occurring at this
21          university?
22    A.    Yes.
23    Q.    Why does that generally occur?
00013
 1    A.    Usually, it occurs because there is a
 2          change in the direction of the student or
 3          change in emphasis or sometimes a change
 4          in the funding or any number of issues,
 5          meaning, whatever you started to do, three
 6          to five years down the road changes and
 7          usually there is a switch somewhere that
 8          occurs.
 9    Q.    So, generally, that occurs when there is a
10          change with the student?
11    A.    Or a change in the funding source, which
12          is not always guaranteed.  Students enter
                            Page 5
```


AUB2

```
13              in -- there are two things that have to be
14              funded in a graduate program.  One is the
15              research; the other is the stipend.
16              Neither one are necessarily guaranteed.
17              Usually, graduate students enter in,
18              making the assumption that the project
19              itself will hopefully be funded, because
20              very few people can fund that out of their
21              pocket.  Self-funding their own tuition is
22              something that is quite commonly done.
23      Q.      Are there situations where a major
00014
 1              professor may resign because of just
 2              problems with the student?
 3      A.      I am sure there are.  I am not personally
 4              aware of any.
 5      Q.      Do you know why Dr. Blagburn resigned as
 6              Chris Eiland's major professor?
 7                      MR. KNIGHT:  Object to the
 8                      form.
 9      Q.      Well, let me ask you this, first:  Are you
10              aware that Dr. Blagburn resigned?
11      A.      No.  My recollection is that Chris
12              finished his Master's and the committee
13              passed -- He got a Master's degree and
14              never pursued the Ph.D. degree, or
15              whatever discussions happened, it did not
16              come to fruition.  That is my
17              recollection, that the Master's was
18              successfully completed and it simply ended
19              there.
20      Q.      You are not aware that Chris Eiland did
21              enroll in the Ph.D. program?
22      A.      If he did, I never saw -- if he did, I am
23              not on the committee, because I do not
00015
 1              remember signing his plan of study, which
 2              is required to enter into the Ph.D.
 3              program.
 4      Q.      When is that plan of study generally
 5              signed?
 6      A.      Usually, within the first semester or so.
 7              It is not as ironclad as the -- Well, the
 8              enrollment -- Well, there is two things.
 9              One is a plan of study and the other is
10              the enrollment.  The enrollment is usually
11              up front, and the plan of study is usually
12              once a person has outlined what they plan
13              to do for their Ph.D. and everybody on the
14              committee has signed off on it.
15      Q.      And when does that happen?
16      A.      The plan of study usually -- the formal
17              course work plan of study usually occurs
18              after the enrollment, the official
19              enrollment.
20      Q.      But within six months?  Three months?
21      A.      A semester.  Classically, within three
22              months, but that varies with the
23              department.
00016
 1      Q.      Is it possible to enroll in a Ph.D.
 2              program and go six months and not have a
 3              plan of study and not have an advisory
```

```
 4              committee selected?
 5       A.     I don't think so. Not to my knowledge.
 6       Q.     What sort of circumstances would create
 7              that scenario?
 8                     MR. KINGHT:  Object to form.
 9       A.     The enrollment in the Ph.D. is a separate
10              application from the plan of study.  I
11              can't imagine someone enrolling with a
12              plan of study without having a formal
13              application in the graduate school.  I
14              don't think -- a lot of things have
15              changed at Auburn over the years, and
16              there have been some rule changes, but I
17              don't think it is possible to do that,
18              frankly.
19       Q.     Can you walk me through the steps of a
20              Ph.D. student who has enrolled in the
21              Ph.D. program, has been accepted, then
22              what is the next step towards getting the
23              advisory committee and the plan of study?
00017
 1       A.     To be real honest, I have never been a
 2              major professor of a Ph.D. student.  All
 3              of our students are Master's students.  So
 4              I really couldn't speak to those
 5              specifics, not carefully and not with sure
 6              accuracy of the rules right now.
 7       Q.     Do you think there are different rules
 8              that apply to Ph.D. students as opposed to
 9              Master's level students?
10       A.     The process may be the same, but the rigor
11              is, I think, different.
12       Q.     Did you have Chris Eiland as a student?
13       A.     Yes.
14       Q.     How was he?
15       A.     He did well.  Not outstanding; not poorly.
16              He successfully passed the curriculum.  He
17              didn't stand out at either extreme.
18       Q.     Are you aware that he was president of his
19              class during veterinary school?
20       A.     No.
21       Q.     What involvement, if any, did you have
22              with the parasitology lab?
23       A.     With the lab, other than occasionally
00018
 1              coordinating sampling, really there is no
 2              interaction between the lab itself and my
 3              operation over in the clinics.
 4       Q.     Did anyone ever come to you to report a
 5              complaint about Chris Eiland?
 6       A.     Complaint meaning the quality of work?
 7       Q.     Just any complaint.
 8       A.     I do not remember any specific complaint
 9              about Chris, coming to me personally.
10       Q.     Tell me about your involvement with the
11              advisory committee at the Master level.
12              How often did you meet?  What happens at
13              that stage?
14       A.     There are several formal meetings which we
15              have relative to sign off on the approval
16              of the projects and then updates of
17              progress.  I couldn't tell you a number.
18              Two to three, perhaps, during that time.
```

AUB2

```
19            Other than the informal hallway
20            conversations of how many cats, how is the
21            radiographs going, just casual
22            conversations, nothing formal.
23      Q.    Did you have any conversations with Dr.
00019
 1            Blagburn about Chris Eiland after he
 2            completed the Master's program?
 3      A.    Not specifically about Chris, that I
 4            remember. The project was going before
 5            Chris came and continued after Chris left.
 6            So the conversations were mainly on the
 7            project and I don't remember specifically
 8            about Chris.
 9      Q.    And what was the project?
10      A.    The project was studying the incidence and
11            severity of lung disease, for my part, in
12            random source cats and coordinating all of
13            the various aspects of lung disease in
14            those cats.
15      Q.    What is the involvement or relationship
16            between you and Dr. Blagburn in terms of
17            that project?
18      A.    His responsibility was evaluating the
19            parasitology, meaning the internal
20            parasites, the GI parasites, and some of
21            the serology. My part was more on the
22            cats, the lung disease, the radiograph,
23            the histopath, and some of the serology.
00020
 1      Q.    And that program is still in place or is
 2            ongoing?
 3      A.    It is ongoing.
 4      Q.    Is there a graduate student that you are
 5            aware of that took Chris Eiland's place,
 6            as far as the research?
 7      A.    No.
 8      Q.    Are you a major professor now for a
 9            student?
10      A.    Yes.
11      Q.    How many students?
12      A.    One.
13      Q.    Just one?
14      A.    Yes.
15      Q.    When did you become the major professor?
16      A.    I guess when he decided that my area of
17            research is the area he wanted to
18            concentrate in.
19      Q.    And when was that?
20      A.    Probably at the time he started. As I
21            remember, it was pretty much when he
22            started.
23      Q.    And does that student now have a plan of
00021
 1            study?
 2      A.    I believe so.
 3      Q.    In terms of time, from enrollment and
 4            selecting you as the major professor and
 5            getting the plan of study, how much time
 6            was there?
 7      A.    We require within a semester. The
 8            graduate school, I think, requires it
 9            within two semesters. Here again, that is
```

Page 8

AUB2

```
10              separate from the enrollment in the
11              graduate program.  A plan of study for a
12              Master's can be changed with the signature
13              of the advisory committee at any point.
14    Q.        Did you ever hear that Chris Eiland had
15              been kicked out of the Ph.D. program?
16                    MR. KNIGHT:  Object to the
17                          form.
18    A.        Again, I was never aware that Chris was in
19              the Ph.D. program.
20    Q.        You never did hear that?
21    A.        No.
22    Q.        Did Chris Eiland ever come and talk to you
23              after Dr. Blagburn resigned as his major
00022
1               professor?
2     A.        Here again, I am not aware of Byron
3               necessarily resigning as his committee.
4               Chris did approach me as to whether or not
5               I had any funding.  But, here again, I am
6               not aware that Chris ever started a Ph.D.
7                     So your question is a disconnect
8               from my recollection.
9     Q.        So you have not had any discussions with
10              Dr. Blagburn about being a major professor
11              for Chris Eiland?
12    A.        No.  That is not something I would have
13              done, because I don't do that depth of
14              pure parasitology research.  I would not
15              be qualified.
16    Q.        Had Dr. Blagburn resigned as Chris
17              Eiland's major professor, who else could
18              have taken that position?
19                    MR. KNIGHT:  Object to the
20                          form.
21    A.        Here again, it depends on the
22              investigation.  Numerous people can
23              oversee a Ph.D. in certain areas.  So if
00023
1               someone wanted to do a Ph.D. in molecular
2               parasitology, there are people there and
3               any number of other areas.  Parasitology
4               is a loosely formed discipline.  So the
5               interaction between a receptor and a cell
6               can be part of parasitology.  There are
7               many levels of investigation.  So it is
8               not just a one entity.  I am not trying to
9               be elusive.  I don't think of parasitology
10              as a nice little coffee cup.
11    Q.        So could you name another professor that
12              may have been closely related to Dr.
13              Blagburn's field that that person could
14              have been a major professor for Chris
15              Eiland?
16                    MR. KNIGHT:  Object to the
17                          form.  I don't know how
18                          he could answer that
19                          question.
20    A.        What I will say is, it depends on what
21              area you want to investigate.  It has to
22              be someone who is qualified to lead in
23              that area.  So in the same way the
00024
```

AUB2

```
 1              graduate student who is working with me, I
 2              am qualified to lead them in that area.
 3              One other person couldn't necessarily have
 4              that expertise.
 5    Q.        Let's take the person that you have, the
 6              graduate student that you are serving as
 7              major professor.  If you decided you no
 8              longer wanted to serve in that capacity,
 9              what person could take your place?
10    A.        There are other people on the committee
11              who, in an advisory capacity, could
12              continue that level of investigation.
13              I don't assume you want names.
14    Q.        Do you remember the other individuals or
15              members of the advisory committee for
16              Chris Eiland's Master's thesis?
17    A.        Not off the top of my head, no.
18    Q.        When was the last time you discussed Chris
19              Eiland with Dr. Blagburn?
20    A.        I cannot remember a conversation in
21              months.
22    Q.        Did you ever have a conversation with Dr.
23              Wolfe regarding Chris Eiland?
□00025
 1    A.        No.
 2    Q.        Do you recall any conversations with any
 3              other professor regarding Chris Eiland
 4              after the Master's thesis?
 5    A.        After the Master's thesis, no.
 6    Q.        Have you talked with anybody regarding
 7              Chris Eiland no longer being at Auburn
 8              University?
 9    A.        Well, yes.  The caveat here is that Chris
10              married a girl who was in my oldest
11              daughter's class in high school.
12                     I have known Sarah since she was
13              tiny.  So the conversations have been more
14              about Sarah and what she is up to after
15              they got married.  So it has been
16              non-professional.
17    Q.        So conversations about Sarah, but not
18              about Chris Eiland?
19    A.        Right.
20    Q.        Do you know why Chris Eiland is no longer
21              at Auburn University?
22    A.        No.
23                     MS. DICKEY:  I have no other
□00026
 1                     questions.
 2                     MR. KNIGHT:  I just have
 3                     really one follow-up.
 4              CROSS-EXAMINATION
 5  BY MR. KNIGHT:
 6    Q.        Let me kind of ask you to explain in a
 7              little bit more detail how Chris's
 8              research topic for his Master's thesis was
 9              chosen and what were the circumstances
10              surrounding that.
11    A.        I have had a long-term interest in
12              heartworm disease and particularly as it
13              relates to cats and sought funding from
14              numerous people.  Phizer funded a project
15              on studying the interaction between
```

AUB2

```
16              chronic lung disease and heartworm
17              disease.  We started that project and
18              sought the help of several local
19              veterinarians and my own people, as well
20              as some of Dr. Blagburn's people.  We
21              started that project.  Chris came along
22              and expressed an interest in parasitology
23              and the accessability of funding, we said,
00027
 1              if he wants a small part of this for his
 2              Master's, here is a project laid out and
 3              already funded.  More specifically, the
 4              project itself was funded.  There was no
 5              salaries in this project whatsoever, even
 6              for technical support.  So Chris came in
 7              and did mainly the serology part of this
 8              and collected some of the samples and
 9              wrote that up as his Master's.
10     Q.       Now, explain what is the serology part.
11              Explain that a little bit.
12     A.       We collected blood samples and measured
13              antibody titers, meaning the host response
14              to the presence of the heartworm, and
15              correlated those antibody responses with
16              whether or not worms were found at
17              necropsy.
18     Q.       This was a more narrow issue within your
19              broader project?
20     A.       Yes.
21     Q.       Explain the circumstances.  And you went
22              into it a little bit about Chris.  Did he
23              come to you and ask you for a particular
00028
 1              topic?
 2     A.       My recollection is Dr. Blagburn brought
 3              this up, saying that Chris was interested
 4              in doing some research in parasitology.
 5              He asked me if it would be okay if Chris
 6              took on part of this as his Master's.  I
 7              saw no downside in letting someone help
 8              take care of some of these processes that
 9              I was dealing with.  So my recollection is
10              Byron asked me whether or not it would be
11              okay to let Chris take part of this,
12              because we were co-investigators on this.
13     Q.       What was Chris's hypothesis for his
14              thesis?  What was he trying to find out by
15              taking samples?
16     A.       Well, he was more or less just doing
17              correlations to see whether or not
18              antibody titers, the presence of antibody
19              in the host, reflected whether or not
20              heartworms or other parasites were found
21              at necropsy.
22     Q.       Did you use the actual research that he
23              actually went out and physically
00029
 1              collected?  Was that later incorporated
 2              into your project?
 3     A.       It was all one great big project.  So that
 4              small part, obviously, that data was
 5              included in the overall analysis.  The
 6              lung histopathology and the radiographs
```

```
                                              AUB2
 7              will be correlated back with the serology,
 8              which he was one of, as I remember, four
 9              or five people who collected this data.
10                    So I had three veterinarians and
11              three to four students over the time
12              collecting this data, and Chris worked
13              with them.
14       Q.     All of the students were collecting the
15              same data?
16       A.     Yes.
17       Q.     And did all of those students eventually
18              incorporate the data into a thesis?
19       A.     Those were students I hired during the
20              summer.  Those were veterinary students
21              that I hired during the summer just to
22              help do research.  They were students just
23              working on various projects for me.
00030
 1                    MR. KNIGHT:  I think that is
 2                          all I have.
 3                    REDIRECT EXAMINATION
 4       BY MS. DICKEY:
 5       Q.     Did Dr. Blagburn ever tell you that he
 6              resigned as Chris Eiland's major
 7              professor?
 8       A.     No.
 9       Q.     Did you ever say to Chris Eiland that if
10              that happened, you won't be able to find a
11              major professor?
12       A.     No.
13                    MS. DICKEY:  I have no other
14                          questions.
15                          (Deposition concluded at
16                          approximately 11:40 a.m.)
17              *     *     *     *     *
18              FURTHER DEPONENT SAITH NOT
19                    *     *     *
20          R E P O R T E R'S  C E R T I F I C A T E
21
22       STATE OF ALABAMA)
23       MONTGOMERY COUNTY)
00031
 1              I, Kimberly B. Faucette, Certified Court
 2       Reporter and Notary Public in and for the State
 3       of Alabama at Large, do hereby certify on Monday,
 4       July 24, 2006, that pursuant to notice and
 5       stipulation on behalf of the Plaintiff, I
 6       reported the deposition of ALLEN RAY DILLON, DVM,
 7       MS, Diplomate ACVIM, who was first duly sworn by
 8       me to speak the truth, the whole truth, and
 9       nothing but the truth, in the matter of
10       CHRISTOPHER B. EILAND, DVM, MS, Plaintiff, versus
11       DR. BYRON L. BLAGBURN, individually and in his
12       official capacity; DR. CHARLES HENDRIX,
13       individually and in his official capacity; DR.
14       JOSEPH JANICKI, individually and in his official
15       capacity; DR. STEPHEN McFARLAND, individually and
16       in his official capacity; DR. ED RICHARDSON, in
17       his official capacity as President of Auburn
18       University; and DR. LAUREN WOLFE, individually
19       and in his official capacity, Defendants, Civil
20       Action No. CV-459-VPM, now pending in the United
21       States District Court for the Middle District,
```

```
                                          AUB2
22     Eastern Division of Alabama; that the
23     foregoing colloquies, statements, questions and
00032
 1     answers thereto were reduced to 32 typewritten
 2     pages under my direction and supervision; that
 3     the deposition is a true and accurate
 4     Transcription of the testimony/evidence of the
 5     examination of said witness by counsel for the
 6     parties set out herein; that the reading and
 7     signing of said deposition was waived by witness
 8     and counsel for the parties.
 9             I further certify that I am neither of
10     relative, employee, attorney or counsel of any
11     of the parties, nor am I a relative or employee
12     of such attorney or counsel, nor am I financially
13     interested in the results thereof.  All rates
14     charged are usual and customary.
15             This the 28th day of July, 2006.
16
17
18
19     _____
20     Certified Court Reporter and
21     Notary Public, State at Large
22     AL-CSR-440
23  *    *    *    *    *
0
```