IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Christopher B. Eiland, DVM, MS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2005-CV-259 |
| ) | |
| Dr. Byron L. Blagburn, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF DR. LAUREN WOLFE

Dr. Lauren Wolfe declares and states as follows:

1.      My name is Dr. Lauren Wolfe. I am the interim director of the Office of Animal Resources and the University Attending Veterinarian. In 1981-2004, I served as the Head of the Department of Pathobiology, College of Veterinary Medicine, at Auburn University.

2.      Dr. Christopher Eiland is a former student/laboratory employee of Auburn University. Dr. Eiland was a graduate student of the College of Veterinary Medicine at Auburn. He entered the Master of Science program in Parasitology in 1998 and the Doctor of Veterinary Medicine program in 1999.

3.      In the Fall 2003 semester, Dr. Eiland entered the Doctor of Philosophy in Biomedical Sciences ("PhD") program at Auburn. Dr. Byron L. Blagburn, a Distinguished University Professor within the Department of Pathobiology, agreed to serve as Dr. Eiland's Major Professor in the PhD program. Soon after Dr. Eiland entered the PhD program, I began to receive reports that Dr. Eiland was exhibiting strange and erratic behavior, including behavior which was disruptive to the Parasitology laboratory, where he worked as a student/employee.

4. After repeated reports of inappropriate behavior by Dr. Eiland, I contacted Dr. Blagburn and told him that something had to be done about Dr. Eiland's conduct; however, I did not specify what Dr. Blagburn should do to resolve the issue and I never "ordered" Dr. Blagburn to dismiss Dr. Eiland from the PhD program.

5. I am aware that Dr. Blagburn resolved the issue with Dr. Eiland by resigning as his Major Professor and ending Dr. Eiland's employment in the Parasitology laboratory. Dr. Eiland notified me of this action via a memorandum dated December 8, 2003. A true and correct copy of this document is attached as Exhibit 1.

6. After Dr. Blagburn's resignation, Dr. Eiland came to my office to speak with me about the events that occurred during his meeting with Dr. Blagburn. I am aware that Dr. Eiland has claimed in this lawsuit that I informed him that he was dismissed from the PhD program and that he could not continue in the program by identifying a new Major Professor. This assertion is inaccurate and untrue. Although I do not remember the specifics of this conversation, I am certain that I did not tell Dr. Eiland that he was not allowed to finish his PhD, as the PhD program is an inter-departmental program and I did not have the authority to dismiss a student from the PhD program. It is likely, however, that during this conversation I told Dr. Eiland that continuing to pursue a PhD may not the best path for him. I made this statement because I was concerned about Dr. Eiland's well being. I had known Dr. Eiland for quite some time and had never known him to have any problems with his behavior until he entered the PhD program.

7. At some point during the Fall 2003 semester, I had a discussion with Dr. Joseph Janicki regarding an allegation of cheating that had been made against Dr. Eiland. I do not recall whether Dr. Janicki told me that Dr. Eiland had asked a fellow graduate student to take an

JUL 28 2006 10:07 AM FR BALCH BINGHAM    334 426 3115 TO #282913348445938 P.04

examination for him or whether he told me that Dr. Eiland had been *accused* of asking a fellow graduate student to take an examination for him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2006.

_____
DR. LAUREN WOLFE

# EXHIBIT 1

# AUBURN UNIVERSITY

AUBURN UNIVERSITY, ALABAMA 36849-5519



*Division of Parasitology*
*Department of Pathobiology*
*College of Veterinary Medicine*

*Telephone:* 334/844-2700
*FAX:* 334/844-2652
*e-mail:* blagbbl@auburn.edu

December 8, 2003

## Memorandum

To: Dr. Joseph S. Janicki, Associate Dean for Research and Graduate Studies, College of Veterinary Medicine

Through: Dr. Lauren G. Wolfe, Head, Department of Pathobiology, College of Veterinary Medicine

From: Byron L. Blagburn, Professor, Department of Pathobiology, College of Veterinary Medicine

Subject: Dr. Christopher Eiland

Effective at the end of Fall Semester, 2003, I will no longer serve as Dr. Christopher Eiland's PhD advisor.

00003
Eiland