IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER B. EILAND,     )
               )
     Plaintiff,     )
               )
v.               )     CASE NO. 3:05-cv-459-WKW
               )
BYRON L. BLAGBURN, *et al.*,     )
               )
     Defendants.     )

# O R D E R

Upon consideration of the Defendant's Motion for Summary Judgment (Doc. # 24) filed on August 1, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 6, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 30, 2006. The defendant may file a reply brief on or before September 6, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 9th day of August, 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE