IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 AUG 18 P 2:01

 P. HACKETT
 DISTRICT COURT
 MIDDLE DISTRICT ALA

CHRISTOPHER B. EILAND, DVM, MS, §
§
Plaintiff, § CASE NO.: 2005-CV-459-VPM
§
v. §
§
DR. BYRON L. BLAGBURN, et al., §
§
Defendants. §

## NOTICE OF FACE TO FACE SETTLEMENT CONFERENCE

COMES NOW, Plaintiff, Christopher B. Eiland, by and through his attorney, Kathryn Dickey, and files this Notice of the Parties' Settlement conference held on the 17th day of August, 2006, pursuant to this Honorable Court's Uniform Scheduling Order. Present at the conference were Kathryn Dickey and Lane Knight. The parties have made prior good faith efforts in settlement discussions, but with no successful resolution. The parties agreed today to continue efforts to resolve the matter. It is doubtful that mediation would help the parties to reach a resolution.

Respectfully submitted on this the 18th day of August 2006.

_____
Kathryn Dickey (ASB8797-D57K)
Attorney for Plaintiff

OF COUNSEL:

KATHRYN DICKEY
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696   fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the 18th day of August 2006.

Honorable David R. Boyd
Honorable Lane Knight
Balch & Bingham
Post Office Box 306
Birmingham, AL 35201-0306

Honorable Lee F. Armstrong
General Counsel
Auburn University
101 Samford Hall
Auburn, AL 36849

OF COUNSEL