# EXHIBIT

# 2

To: Dr Blagburn  
From: Jamie Butler

Page 1 of 2

August 22, 2003- Friday  
early a.m.: Some items( gloves, forms, etc.) had been moved to other locations in the lab. I questioned the students working and discovered that Chris had been in the lab early (~ 7 am). He had moved the items. We (myself and students) moved items back to their original positions.

Early p.m.(during lunch): Tracey told Chris that I would be mad about the stuff being moved.

1 p.m.:When I returned from lunch, Chris began yelling at me in front of Tracey and the student workers. He said the lab was messy and needed to be cleaned /organized. I told him if he wanted to help with cleaning the lab, he could clean out the chemical cabinet and label chemicals for disposal/ pick up. Chris spent the rest of the afternoon labeling chemicals.

August 23, 2003- Saturday  
afternoon: Chris called Tracey's house and was told by her daughter that Tracey was resting because she and I had been to yard sales earlier that day. (I was not aware of this conversation until Tracey told me about it on Sunday 8-24-03.)

August 24, 2003- Sunday  
evening (~ 7-8 p.m.): Chris called me at home. Chris made some comment about what I had done on Saturday( yard sales). I was concerned by this; I wasn't sure how he knew what I had done the day before. He said he wanted to let me know he cleaned and organized the lab. Chris told me that he had cleaned off my desk; when I expressed concern/ aggravation at this, he said that he had put some of my personnel items in a box but, he "did not throw any thing away". Chris made a comment about coming to my house; when I mentioned that I had a dog that might bite, he said he had a "dart gun" and knew how to use it.

after Chris's phone call: I spoke to Tracey who told me about her conversation with Chris and explained how Chris knew we had gone to yard sales on Saturday.

August 25, 2005- Monday  
a.m.- Arrived in the lab to find the entire lab(drawers, shelves, cabinets, etc.) had been rearranged. Almost everything in the lab had been moved to a new location. Many items were missing (never found). Two filing cabinets had been moved to the storage room. **All** of the personal items( dolls, stuffed animals, mug, and other decorative items) on my desk had been removed. Some of my personal items were in a box on my desk chair. Other items were never found, presumably they were thrown out. (Most of Tracey's personal items were left in place.)

Mid a.m.- I spoke with Dr. Blagburn about the events of the past few days. He decided that Chris should move to a desk area in room 153, instead of the space in 151 where a previous graduate student had been.

5 p.m.- Tracey , the students, and I stayed late and moved the items we could locate back to their



PLAINTIFF'S EXHIBIT 2

original places. We left one filing cabinet in the storage room because it was heavy and difficult to move.

August 26, 2003
a.m.- When we arrived in the lab we discovered that Chris had moved the filing cabinet that we had left in the storage room back to the lab. He also removed the disposal labels from the chemicals he had labeled the previous Friday. All of the study notebooks had been piled onto the counter.

mid a.m.- Chris came to the door of the lab and said "You're right, things look better your way."

August 25 -29, 2003
Chris argued with the student workers in the lab throughout the week. This reached a climax on Friday, August 29, 2003 when Tracey and Dr. Blagburn had to get involved (I was out of the lab that day and did not witness this).

September ??, 2003 (these incidents occurred over several days or weeks and I do not have exact days or times)
Chris asked one of the female student workers(Courtney R.) out. She turned him down. He began leaving gifts (flowers, drinks, etc.) on her car while it was parked at her apartment complex. Chris would leave something on Courtney's car and then call her and tell her he had left it. One night he blocked her car into a parking spot when she arrived home, this led to a confrontation between Chris and Courtney's boyfriend. This is when she notified me about these events. I made Dr. Blagburn aware of these events and he spoke with Courtney about this.

Chris continued to instigate confrontations with the students working in the lab. I usually asked him to leave the lab when this started. Some days he left, other days he argued with me.

September 19, 2003 (I was not present for this)
Courtney was working in the lab alone; Chris was bothering (asking her out, asking why she would not go out with him, etc.) her while she tried to work.. Courtney reported this to me.

September- October 2003 ( I am not sure exactly what days these events happened)
Chris called me at home at 11pm, from the lab (caller ID), asking simple questions about Sheather's solution. He should have known the answers to these questions.

When Chris moved to room 153, he rearranged all the cabinets and drawers in that room. He was not using these supplies and materials for his research. Since this did not directly impact the operation of the lab, I did not make a major issue of this with Chris.