# EXHIBIT

# 3

# AUBURN UNIVERSITY PERSONNEL ACTION FORM

**CHANGES TO CURRENT ASSIGNMENT MUST BE MADE USING RED INK. TYPE NEW ASSIGNMENTS.**

Date Prepared: 8/21/03
Prepared by: Lynda King
Phone Number: 4-2652

| EMPLOYEE ID | LAST | FIRST | MIDDLE | SUFFIX |
|---|---|---|---|---|
| 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 | EILAND | CHRISTOPHER | BROOKS | |

| Timekeeping Location | Citizenship Nationality (If non-us citizen, attach PEB-14) | VISA | Print Date |
|---|---|---|---|
| 221-PATHOBIOLOGY | UNITED STATES | | 06/20/2006 Page 1 |

| Current Hire Date | Calculated Service Date | Annual: Sick: Leave Hours Balances Upon Separation | 210 Eligible Sep. Code | Separation Date | Ck Dist Code | Supervisor's SSN | Benefit Eligibility Date | Original Hire Date |
|---|---|---|---|---|---|---|---|---|
| 03/12/2001 | 08/27/1997 | | N | | 221 | NO DATA | | 08/27/1997 |

| Emp Status | Phone 2 | | Primary Div. | Primary Department | Primary Unit | Ann. Sal. Flag | ent to | Ann. Sal. Flag | Stop Event Code & Reason | Out of Class Pay Amt. | Red Circle Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 03/12/2001 | | 126 | 01150-PATHOBIOLOGY | | | N | .00 | | .00 | .00 |

| Cur. Job Status | Effective Date | LOA Reason | LOA Return Date | Accrual Comp Date | Extended Assignment End Date | Comments Per Assignment: | Dept. Head | Pres./Provost | Dean/Director | Annual Salary | Out of Class Pay Amt. | Red Circle Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TM | 03/12/2001 | | | 12/31/2001 | 03/15/2001 | | | | | .00 | .00 | .00 |

| Job Group | Assign. No. | Assignment Begin Date | Assignment End Date | Event Codes Start Stop | Prior Link | Position No. | Cal ID Flag | Ass. Roll Div. | Assign. Div. | Flag | FTE | Assignment Dept | Assignment Unit | Regular Hours Paid | Prt. Bene- fit | Salary Schedule | Pay Rate | Assignment End Date | Job Group | Assign. No. | Pay Rate | Annual Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 028 | 06/01/2003 | 08/19/2003 | | | 144600 | Y | | | | .50000 | 126 | 01150 | | 48 | | | | 6 | | | |

025 221-PATHOBIOLOGY  Y 126 01150

| Earn Code | Effective Date | LOA Reason | LOA Return Date | Accrual Comp Date | Extended Assignment End Date | Comments Per Assignment: |
|---|---|---|---|---|---|---|
| P | | | | | | Enrolled in Grad Program Fall 03 |

4786-GRADUATE STUDENT AIDE

| Job Group | Assign. No. | Assignment Begin Date | Assignment End Date | Event Codes Start Stop | Prior Link | Position No. | Cal ID Flag | Assign. Div. | FTE | Assignment Dept | Assignment Unit | Regular Hours Paid | Prt. Bene- fit | Salary Schedule | Pay Rate | Assignment End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 221-PATHOBIOLOGY | 08/20/2003 | 9/30/2004 | | | 144320 | | 126 | .50000 | | | | 48 | | 3916.66 | 47,000.00 |

Graduate Research Assistant

Dept. Head: Lynda King

Comments: Tina - you copy - Lynda

PLAINTIFF'S EXHIBIT 3

00111 Eiland

# EXHIBIT

# 4

# Auburn University

Auburn University, Alabama 36849-5517

College of Veterinary Medicine

Office of Research and Graduate Studies

Telephone: (334) 844-3700
FAX: (334) 844-3697
E-mail: JANICJS@VETMED.AUBURN.EDU

May 20, 2004

Law School Admission Council
662 Penn Street
P.O. Box 8508
Newton, PA 18940-8508

To Whom It May Concern:

It is a pleasure to write in support of Dr. Christopher B. Eiland's application for admission to a LSDAS-participating law school. As Associate Dean, I have known Chris for approximately seven years during which time he completed all requirements for a DVM and MS degree in our College of Veterinary Medicine. As can be seen from his transcript, Chris was an excellent professional student. In addition Dr. Blagburn, who served as Chris' graduate advisor, identified him as one of his top students. Chris is a sincere individual who is without a doubt ambitious. He is intelligent, he is an exceptionally hard worker, and his communication (oral and written) skills are outstanding. Other outstanding attributes include his: research ability; perseverance in pursuing goals; self reliance and independence; and ability to integrate and organize scientific data. He is tenacious, sufficiently aggressive to meet the daily challenges one encounters in the laboratory and, most importantly, he gets the job done. In addition, he interacts well with others.

In summary, I think very highly of Chris both as an individual and as an outstanding student who possesses all of the characteristics and potential of successfully meeting the challenges and rigor of being a law student. I have no reason to doubt that he will continue to excel and be successful in this endeavor. Accordingly, I wholeheartedly and unconditionally recommend him for acceptance into a LSDAS-participating law school.

Sincerely,

Joseph S. Janicki, Ph.D.
Professor of Physiology

PLAINTIFF'S EXHIBIT 4

Janicki 3d

A LAND-GRANT UNIVERSITY

RECOMMENDATION

THE UNIVERSITY OF ALABAMA
MANDERSON GRADUATE SCHOOL OF BUSINESS
MBA PROGRAM

[MBA Program
University of Alabama
Box ...
... AL 35487-0223]

Name of applicant: **Christopher Brooks Eiland**

Date: **05-05-2004**   Social Security number **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**

Address: **8531 Wexford Trace**
Street

**Montgomery**   **Alabama**   **36117**
City   State   ZIP

---

[FORMAL]
I understand that this recommendation will remain confidential, and I knowingly and freely waive my right to review it.

[signature]

---

To the Recommender:

The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

   **Seven years. As Associate Dean of Research & Graduate Studies in the College of Veterinary Medicine**

2. Describe what you consider to be the applicant's strengths.

   **Intelligent**
   **Exceptionally hard worker**
   **Outstanding communications skills**
   **Perseverance in pursuing goals**
   **Tenacious**
   **Interacts well with others**
   **Goal oriented**

JANichi l.

... applicant's weaknesses and the efforts he or she has made to improve in these areas.

*none of any weaknesses*

... on the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and ...

*... talked about he interacts well with others*
*... good that he was class president attests to*
*... his class peers held him in high esteem.*

... any additional information that you feel will aid the admissions committee concerning this applicant. Comments regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

*... possesses all of the characteristics and potential of*
*meeting the challenges and rigor of being a MBA student.*
*I have no doubt that he will excel and be successful in this endeavor.*

Rate the applicant in the following areas in comparison with others you have known at similar stages to their careers:

1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
4 — Average   5 — Below average   N/A — No basis for judgment

- __2__ Intellectual ability
- __2__ Written communication skills
- __2__ Oral/Interpersonal communication skills
- __1__ Analytical skills
- __1__ Initiative
- __1__ Maturity
- __2__ Ability to work with others
- __2__ Creativity
- __1__ Leadership potential

Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

- [X] Strongly recommend
- [ ] Recommend
- [ ] Recommend with reservations
- [ ] Do not recommend

Recommender's name: **Joseph S Janicki**
Title: **Associate Dean Research + Graduate Studies**
Company or institution: **Auburn University**
Address: **106 Greene Hall, College of Veterinary Medicine**
City: **Auburn**   State: **AL**   ZIP: **36849-5517**

Signature: _(signed)_   Date: **5/20/04**

*Thank you for your assistance.*

Janicki 20

# Auburn University

Auburn University, Alabama 36849-5519

[College of Veterinary Medicine]

May 4, 2004

Telephone: (334) 844-4539
FAX: (334) 844-2652

Law School Admission Council
[address]
[PO Box 8508]
[Newtown, PA 18940-8508]

Sir or Madam:

    I am pleased to support Dr. Christopher Brooks Eiland's application for admission to a LSDAS-participating law school. I have known Dr. Eiland for more than 7 years, both as a Student Research Assistant and Graduate Student in my laboratory, and as a student in our Professional Degree Program. Dr. Eiland was an excellent student and a model citizen at the College of Veterinary Medicine. In all of his involvements in my research and diagnostic programs, he demonstrated enthusiasm, reliability, willingness to participate beyond the requirements of his position, and independence in the completion of his assigned duties. The latter, in my opinion, is one of the better indicators of individual potential and likelihood of career success. Having supervised over 200 student assistants and over 20 graduate students, I have observed that those who demonstrated the willingness and capability to accept responsibility and to participate more actively in our ongoing activities generally were successful in their later endeavors. Although Chris often completed assigned tasks without direct guidance, it is important to note that he was not hesitant to ask for help or to request clarification or assistance if the task required it.

    Dr. Eiland was an excellent student of Veterinary Medicine and dealt capably with the rigors imposed by the intense and demanding curriculum. The many long class contact hours and the necessary independent preparation and study are not unlike what he would experience in law school. In my courses in Veterinary Parasitology, he performed exceptionally well, and demonstrated the high level of interest and enthusiasm that we see in our better students. Chris was well-liked by his faculty and his fellow students. Evidence of the latter was his selection by his peers to serve as their class President throughout his Professional Degree Program. Chris possesses excellent interpersonal skills and functions well in team- or group-oriented functions or activities.

    Dr. Eiland elected to research sero- and necropsy prevalences of *Dirofilaria immitis* (heartworm) infection in cats for the research component of his Master of Science degree. Chris completed an excellent body of work and provided valuable information that helped clarify diagnostic difficulties faced by practicing veterinarians in their attempts to diagnose feline heartworm infections. As you are probably aware, conduct of thesis research and preparation and presentation of research results requires disciplined, independent study - another of Dr. Eiland's attributes that would add to his potential for success in law school.

    In summary, I enthusiastically support Dr. Christopher B. Eiland's application for admission to a LSDAS-participating law school. Chris has always demonstrated a need to excel and an exceptional enthusiasm for challenges. A combined veterinary and legal background would greatly enhance his career opportunities. I sincerely hope that he is successful.

Sincerely,

[signature]

[Byron L. Blagburn]
[Distinguished] University Professor

RECOMMENDATION

THE UNIVERSITY OF ALABAMA
MANDERSON GRADUATE SCHOOL OF BUSINESS
MBA PROGRAM

*Mailed 5/5/04*

The Manderson MBA Program
The University of Alabama
Box 870223
Tuscaloosa, AL 35487-0223

Name of Applicant: __Christopher Brooks Eiland__

Date: __05/5/2004__   Social Security number __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__

Address: __8531 Wexford Trace__
Street

__Montgomery__   __AL__   __36117__
City            State        ZIP

OPTIONAL
I agree that this recommendation will remain confidential, and I knowingly and freely waive any right to review it.

__No Need__
Signature

To the Recommender:

The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

   7 years
   Instructor & Mentor (MS Program)

2. Describe what you consider to be the applicant's strengths.

   Reliability
   Willingness to perform extra work
   Well-liked by veterinary student peers
   Enthusiasm for learning
   Willing to accept challenges

BLACKBURN 1 of 3

applicant's weaknesses and the efforts he or she has made to improve in these areas.

*Applicant's ability to communicate in writing has greatly improved. His thesis was well-written and [illegible].*

Describe the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and self-discipline.

*One clear indicator of the above attributes is his selection as Veterinary class President. Students are very critical of their class representative. To have been selected President is an indication of his personal qualities.*

Any additional information that you feel will aid the admissions committee concerning this applicant's strengths regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

*Boundless potential. Dr. Eiland will be a student that will distinguish your program.*

Rate the applicant in the following areas in comparison with others you have known at similar stages to their careers.

1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
4 — Average   5 — Below average   N/A — No basis for judgment

___ Intellectual ability                    _1_ Maturity
___ Written communication skills            _1_ Ability to work with others
___ Oral/Interpersonal communication skills _2_ Creativity
___ Analytical skills                       _2_ Leadership potential
___ Initiative

Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

_✓_ Strongly recommend
___ Recommend
___ Recommend with reservations
___ Do not recommend

Recommender's name: _Byron L. Blagburn_
Title: _Distinguished University Professor_
Name of Institution: _Auburn University_
_Department of Pathobiology, College of Veterinary Med._
_Auburn University_   _AL_   _36849-5519_
                      State  ZIP

Signature: _B. L. Blagburn_   Date: _4 MAY 04_

*Thank you for your assistance*

BLAGBURN 20

Exhibit C

The Manderson MBA Program
The University of Alabama
Box 870223
Tuscaloosa, AL 35487-0223

Name of applicant: __Christopher Brooks Eiland__

Date: __05/05/2004__    Social Security number __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__

Address: __8531 Wexford Trace__
         Street

__Montgomery__    __AL__    __36117__
City              State    ZIP

**OPTIONAL**
I agree that this recommendation will remain confidential, and I knowingly and freely waive my right to review it.

__No Need__
Signature

**To the Recommender:**
The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

   About 7 years
   In my role of academic department head, I knew him as a student leader in the College of Veterinary Medicine and as a graduate student in the Department of Pathobiology

2. Describe what you consider to be the applicant's strengths.

   Self-confidence in his ability to succeed
   Perseverance
   Interpersonal skills
   Work Ethic

4. Describe the applicant's weaknesses and the efforts he or she has made to improve in these areas.

*Not a weakness per se, but he has been forced to function at times when he was challenged by sleep deprivation. His strength of character and perseverance facilitated his ability to be productive nonetheless.*

5. Comment on the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and self-discipline.

*His personal qualities are distinct strengths. As his resume notes, he served as class president all 4 years in veterinary college. In my 23 years at Auburn, I have only known one other individual to earn that degree of support from classmates.*

6. Provide any additional information that you feel will aid the admissions committee concerning this applicant. Comments regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

*Dr. Eiland recognizes a background that includes DVM and MBA degrees will position him to be highly competitive for a variety of career pathways (e.g., management positions in industry).*

7. Rate the applicant in the following areas in comparison with others you have known at similar stages in their careers:

    1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
    4 — Average   5 — Below average   N/A — No basis for judgment

    __3__ Intellectual ability           __2__ Maturity
    __2__ Written communication skills   __1__ Ability to work with others
    __2__ Oral/interpersonal communication skills   __N/A__ Creativity
    __N/A__ Analytical skills            __1__ Leadership potential
    __1__ Initiative

8. Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

    __X__ Strongly recommend
    ____ Recommend
    ____ Recommend with reservations
    ____ Do not recommend

Recommender's name: __Lauren G. Wolfe__
Position/title: __Professor and Department Head, Dept. of Pathobiology__
Company or institution: __Auburn University__
Address: __166 Greene Hall__
         __Auburn University__   __AL__   __36849__
              City              State      ZIP
Signature: __Lauren G. Wolfe__   Date: __May 23, 2004__

*Thank you for your assistance.*

Wolfe 2 of 2