# EXHIBIT

# 4

# Auburn University

Auburn University, Alabama 36849-5517

College of Veterinary Medicine

Associate Dean for Research and Graduate Studies
106 I. E. Greene Hall

Telephone: (334) 844-3700
FAX: (334) 844-3697
E-mail: JANICJS@VETMED.AUBURN.EDU

May 20, 2004

Law School Admission Council
662 Penn Street
P.O. Box 8508
Newton, PA 18940-8508

To Whom It May Concern:

It is a pleasure to write in support of Dr. Christopher B. Eiland's application for admission to a LSDAS-participating law school. As Associate Dean, I have known Chris for approximately seven years during which time he completed all requirements for a DVM and MS degree in our College of Veterinary Medicine. As can be seen from his transcript, Chris was an excellent professional student. In addition Dr. Blagburn, who served as Chris' graduate advisor, identified him as one of his top students. Chris is a sincere individual who is without a doubt ambitious. He is intelligent, he is an exceptionally hard worker, and his communication (oral and written) skills are outstanding. Other outstanding attributes include his: research ability; perseverance in pursuing goals; self reliance and independence; and ability to integrate and organize scientific data. He is tenacious, sufficiently aggressive to meet the daily challenges one encounters in the laboratory and, most importantly, he gets the job done. In addition, he interacts well with others.

In summary, I think very highly of Chris both as an individual and as an outstanding student who possesses all of the characteristics and potential of successfully meeting the challenges and rigor of being a law student. I have no reason to doubt that he will continue to excel and be successful in this endeavor. Accordingly, I wholeheartedly and unconditionally recommend him for acceptance into a LSDAS-participating law school.

Sincerely,

Joseph S. Janicki, Ph.D.
Professor of Physiology

PLAINTIFF'S EXHIBIT 4

Janicki 30

A LAND-GRANT UNIVERSITY

Exhibit D

RECOMMENDATION

THE UNIVERSITY OF ALABAMA
MANDERSON GRADUATE SCHOOL OF BUSINESS
MBA PROGRAM

The Manderson MBA Program
The University of Alabama
Box 870223
Tuscaloosa, AL 35487-0223

Name of applicant: __Christopher Brooks Eiland__

Date: __05-05-2004__   Social Security number __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__

Address: __8531 Wexford Trace__
Street

__Montgomery__   __Alabama__   __36117__
City                State                ZIP

> OPTIONAL
> I agree that this recommendation will remain confidential, and I knowingly and freely waive my right to review it.
>
> __No Need__
> Signature

To the Recommender:
The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

    Seven years. As Associate Dean of Research & Graduate Studies in the College of Veterinary Medicine

2. Describe what you consider to be the applicant's strengths.

    Intelligent
    Exceptionally hard worker
    Outstanding communications skills
    Perseverance in pursuing goals
    Tenacious
    Interacts well with others
    Goal oriented

Janichi 1

Describe the applicant's weaknesses and the efforts he or she has made to improve in these areas.

*Not aware of any weaknesses*

Comment on the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and self-discipline.

*As stated above he interacts well with others. The fact that he was class president attests to how his class peers held him in high esteem.*

Provide any additional information that you feel will aid the admissions committee concerning this applicant. Comments regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

*Chris possesses all of the characteristics and potential of meeting the challenges and rigor of being a MBA student. I have no doubt that he will excel and be successful in this endeavor*

Rate the applicant in the following areas in comparison with others you have known at similar stages to their careers:

1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
4 — Average   5 — Below average   N/A — No basis for judgment

_2_ Intellectual ability
_3_ Written communication skills
_2_ Oral/interpersonal communication skills
_1_ Analytical skills
_1_ Initiative

_1_ Maturity
_2_ Ability to work with others
_2_ Creativity
_1_ Leadership potential

Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

_✓_ Strongly recommend
____ Recommend
____ Recommend with reservations
____ Do not recommend

Recommender's name __Joseph S Janicki__
Position/title __Associate Dean Research + Graduate Studies__
Company or institution __Auburn University__
Address __106 Greene Hall, College of Veterinary Medicine__
__Auburn__, __AL__ __36849-5517__
City        State        ZIP

Signature _[signature]_        Date __5/20/04__

*Thank you for your assistance.*

Janicki 20

# Auburn University

Auburn University, Alabama 36849-5519

College of Veterinary Medicine
Department of Pathobiology
166 Greene Hall

May 4, 2004

Telephone: (334) 844-4539
FAX: (334) 844-2652

Law School Admission Council
662 Penn Street
P.O. Box 8508
Newton, PA 18940-8508

Dear Sir/Madam:

    I am pleased to support Dr. Christopher Brooks Eiland's application for admission to a LSDAS-participating law school. I have known Dr. Eiland for more than 7 years, both as a Student Research Assistant and Graduate Student in my laboratory, and as a student in our Professional Degree Program. Dr. Eiland was an excellent student and a model citizen at the College of Veterinary Medicine. In all of his involvements in my research and diagnostic programs, he demonstrated enthusiasm, reliability, willingness to participate beyond the requirements of his position, and independence in the completion of his assigned duties. The latter, in my opinion, is one of the better indicators of individual potential and likelihood of career success. Having supervised over 200 student assistants and over 20 graduate students, I have observed that those who demonstrated the willingness and capability to accept responsibility and to participate more actively in our ongoing activities generally were successful in their career endeavors. Although Chris often completed assigned tasks without direct guidance, it is important to note that he was not hesitant to ask for help or to request clarification or assistance if the task required it.

    Dr. Eiland was an excellent student of Veterinary Medicine and dealt capably with the rigors imposed by the intense and demanding curriculum. The many long class contact hours and the necessary independent preparation and study are not unlike what he would experience in law school. In my courses in Veterinary Parasitology, he performed exceptionally well, and demonstrated the high level of interest and enthusiasm that we see in our better students. Chris was well-liked by his faculty and his fellow students. Evidence of the latter was his selection by his peers to serve as their class President throughout his Professional Degree Program. Chris possesses excellent interpersonal skills and functions well in team- or group-oriented functions or activities.

    Dr. Eiland elected to research sero- and necropsy prevalences of *Dirofilaria immitis* (heartworm) infection in cats for the research component of his Master of Science degree. Chris completed an excellent body of work and provided valuable information that helped clarify diagnostic difficulties faced by practicing veterinarians in their attempts to diagnose feline heartworm infections. As you are probably aware, conduct of thesis research and preparation and presentation of research results requires disciplined, independent study – another of Dr. Eiland's attributes that would add to his potential for success in law school.

    In summary, I enthusiastically support Dr. Christopher B. Eiland's application for admission to a LSDAS - participating law school. Chris has always demonstrated a need to excel and an exceptional enthusiasm for challenges. A combined veterinary and legal background would greatly enhance his career opportunities. I sincerely hope that he is successful.

Sincerely,

*[signature]*

B. L. Blagburn
Distinguished University Professor

EXHIBIT D

RECOMMENDATION

THE UNIVERSITY OF ALABAMA
MANDERSON GRADUATE SCHOOL OF BUSINESS
MBA PROGRAM

*Mailed 5/5/04*

The Manderson MBA Program
The University of Alabama
Box 870223
Tuscaloosa, AL 35487-0223

Name of applicant __Christopher Brooks Eiland__

Date __05/5/2004__   Social Security number __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__

Address __8531 Wexford Trace__
             Street

__Montgomery__           __AL__           __36117__
   City                   State            ZIP

---
OPTIONAL
I agree that this recommendation will remain confidential, and I knowingly and freely waive my right to review it.

__No Need__
Signature
---

To the Recommender:
The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

   7 years
   Instructor & Mentor (MS Program)

2. Describe what you consider to be the applicant's strengths.

   Reliability
   Willingness to perform extra work
   Well-liked by Veterinary student peers
   Enthusiasm for learning
   Willing to accept challenges

BLAYBURN 1 of 3

6. [Describe] the applicant's weaknesses and the efforts he or she has made to improve in these areas.

Dr. Eiland's ability to communicate in writing has greatly improved. His thesis was well-written and easily read.

5. Comment on the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and self-discipline.

The best indicator of the above attributes is his selection as Veterinary class President. Students are very critical of their class representative. To have been selected President is an indication of his personal qualities.

6. Provide any additional information that you feel will aid the admissions committee concerning this applicant. Comments regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

Excellent potential. Dr. Eiland will be a student that will distinguish your program.

6. Rate the applicant in the following areas in comparison with others you have known at similar stages to their careers:

1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
4 — Average   5 — Below average   N/A — No basis for judgment

__2__ Intellectual ability
__3__ Written communication skills
__2__ Oral/interpersonal communication skills
__1__ Analytical skills
__2__ Initiative

__1__ Maturity
__1__ Ability to work with others
__2__ Creativity
__2__ Leadership potential

7. Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

__✓__ Strongly recommend
_____ Recommend
_____ Recommend with reservations
_____ Do not recommend

Recommender's name __Byron L. Blagburn__
Position/title __Distinguished University Professor__
Company or institution __Auburn University__
__Department of Pathobiology, College of Veterinary Medi__
__Auburn University__  __AL__  __36849-5519__
City   State   ZIP

__B. L. Blagburn__  Date __4 May 04__

*Thank you for your assistance.*

BLAGBURN 2c

THE UNIVERSITY OF ALABAMA
MANDERSON GRADUATE SCHOOL OF BUSINESS
MBA PROGRAM

The Manderson MBA Program
The University of Alabama
Box 870223
Tuscaloosa, AL 35487-0223

Name of applicant __Christopher Brooks Eiland__

Date __05/05/2004__   Social Security number __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__

Address __8531 Wexford Trace__
              Street

__Montgomery__      __AL__      __36117__
   City             State        ZIP

> **OPTIONAL**
> I agree that this recommendation will remain confidential, and I knowingly and freely waive my right to review it.
>
> __No Need__
> Signature

**To the Recommender:**
The person named above is applying for admission to the MBA program at the University of Alabama. The information given in this recommendation will be confidential ONLY if the above waiver has been signed by the student. Please complete the information requested, stapling additional sheets to this form if necessary. After the form is completed, place it in the envelope provided, seal the envelope, sign across the seal, and return the envelope to the applicant.

1. How long and in what capacity have you known the applicant?

   About 7 years
   In my role of academic department head, I knew him as a student leader in the college of Veterinary Medicine and as a graduate student in the Department of Pathobiology

2. Describe what you consider to be the applicant's strengths.

   Self-confidence in his ability to succeed
   Perseverance
   Interpersonal skills
   Work Habits

3. Describe the applicant's weaknesses and the efforts he or she has made to improve in these areas.

*Not a weakness per se, but he has been forced to function at times when he was challenged by sleep deprivation - his strength of character and perseverance facilitated his ability to be productive nonetheless.*

4. Comment on the applicant's personal qualities, such as integrity, sense of humor, self-confidence, and self-discipline.

*His personal qualities are distinct strengths. To his credit, he served as class president all 4 years in veterinary college. In my 23 years at Auburn, I have only known one other individual to earn that degree of support from classmates.*

5. Provide any additional information that you feel will aid the admissions committee concerning this applicant. Comments regarding the applicant's potential for success in graduate work and in a business career will be greatly appreciated.

*Dr. Eiland recognizes a background that includes DVM and MBA degrees will position him to be highly competitive for a variety of career pathways (e.g. management positions in industry).*

6. Rate the applicant in the following areas in comparison with others you have known at similar stages to their careers:

1 — Exceptional (highest 5%)   2 — Outstanding (next 10%)   3 — Very good (upper 25%)
4 — Average   5 — Below average   N/A — No basis for judgment

__3__ Intellectual ability
__2__ Written communication skills
__2__ Oral/interpersonal communication skills
__N/A__ Analytical skills
__1__ Initiative

__2__ Maturity
__1__ Ability to work with others
__N/A__ Creativity
__1__ Leadership potential

7. Check the item reflecting your recommendation of the applicant on the basis of his or her qualifications and potential for success in graduate study and in his or her career:

__X__ Strongly recommend
____ Recommend
____ Recommend with reservations
____ Do not recommend

Recommender's name __Lauren G. Wolfe__
Position/title __Professor and Department Head, Dept of Pathobiology__
Company or institution __Auburn University__
Address __166 Greene Hall__
__Auburn University__ City  __AL__ State  __36849__ ZIP
Signature __Lauren G Wolfe__  Date __May 23, 2004__

*Thank you for your assistance.*

Wolfe 2 of.