# JAMIE BUTLER

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       EASTERN DIVISION

 4                                          ORIGINAL

 5   CHRISTOPHER B. EILAND, DVM, MS,

 6          Plaintiff,

 7                                 CIVIL ACTION

 8   VS.                           FILE NO. 2005-CV-459-VPM

 9   DR. BYRON L. BLAGBURN, individually
     and in his official capacity; DR. CHARLES
10   HENDRIX, individually and in his official
     capacity; DR. JOSEPH JANICKI, individually
11   and in his official capacity; DR. STEPHEN
     MCFARLAND, individually and in his official
12   capacity; DR. ED RICHARDSON, in his official
     capacity as President of Auburn University;
13   and DR. LAUREN WOLFE, individually and in his
     official capacity,
14

15          Defendants.

16              *     *     *     *     *

17          DEPOSITION OF JAMIE BUTLER, taken on

18   behalf of the Plaintiff, pursuant to the

19   stipulations set forth herein, before Kimberly B.

20   Faucette, Certified Court Reporter and Notary

21   Public, at Samford Hall, Auburn University,

22   Auburn, Alabama, commencing at approximately 9:00

23   a.m., Monday, July 24th, 2006.
```

1   A   Twelve years.
2   Q   What is your current position?
3   A   It is a Research Assistant IV.
4   Q   What does a Research Assistant IV do?  What
5       are your responsibilities?
6   A   My responsibilities are in the parasitology
7       lab out at the College of Veterinary
8       Medicine.  I coordinate the research that is
9       conducted in the parasitology lab as far as
10      scheduling, planning activities, along those
11      lines, supervising the student employees,
12      that sort of thing.  I do oversee the
13      diagnostic part of the laboratory, which
14      would include anything that comes in, as far
15      as samples to be analyzed for the clinics at
16      the vet school, as well as anything that
17      comes in from the outside.
18          I do have responsibilities to the
19      teaching aspect of our lab, as far as the
20      laboratory prep and that type thing.
21  Q   Do you know Chris Eiland?
22  A   Yes.
23  Q   Was Chris Eiland a graduate assistant,

```
 1         What unit is she in?
 2    A    I think hers falls under the pathology
 3         department, more of the clinical pathology
 4         -- not clinical pathology, but more -- I am
 5         trying to think.  She conducts the
 6         necropsies and that sort of thing.
 7              I'm not sure of her area of
 8         research or what she is working on.
 9    Q    How often would you see Brandi Brunson
10         during the time that Chris Eiland was a
11         graduate research assistant?
12    A    I am friends with her, so I probably see her
13         more often and stop by to say hello, a
14         social type of thing.
15    Q    When you say you are "friends" with her, you
16         are friends socially with her, outside of
17         the Auburn setting?
18    A    Yes.
19    Q    Do you visit in her home?
20    A    Yes.
21    Q    And she visits in your home?
22    A    Yes.
23    Q    How long have you been friends?
```

```
 1  A    I have known her since she was here as a
 2       student, but we became friends once she
 3       started her residency.
 4  Q    When was that?
 5  A    I'm not exactly sure.  Probably three to
 6       five years ago.
 7  Q    Would you say that she is one of your best
 8       friends?
 9  A    I would classify us as close friends.
10  Q    Who else might have been in the lab at
11       the same time that you would be there and
12       Chris Eiland would be there during the
13       time that he was a graduate research
14       assistant?
15  A    And when you are referring to "graduate
16       research assistant," you are referring to
17       the time that he was transitioning from
18       being a Master's student to a Ph.D.
19       candidate; am I understanding that
20       correctly?
21  Q    That's right.
22  A    There were several student assistants
23       working in the lab at that time.  I would
```

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | have to go back and look and see exactly who                    |
| 2  |   | those were.  Traci Land, who is also a                          |
| 3  |   | technician in our laboratory; Doctor Jenny                      |
| 4  |   | Spencer; and, of course, Doctor Blagburn and                    |
| 5  |   | Doctor Hendrix.                                                 |
| 6  | Q | How often would Doctor Hendrix be in the                        |
| 7  |   | lab?                                                            |
| 8  | A | He usually comes by the lab almost every                        |
| 9  |   | day.                                                            |
| 10 | Q | And what is the purpose of him coming by the                    |
| 11 |   | lab?                                                            |
| 12 | A | He usually checks in.  Occasionally, I ask                      |
| 13 |   | his input on some clinical cases and that                       |
| 14 |   | kind of thing.  We have teaching activities                     |
| 15 |   | to discuss.  So he tends to check in to make                    |
| 16 |   | sure everything is running smoothly.                            |
| 17 | Q | How often would Doctor Blagburn come in the                     |
| 18 |   | lab?                                                            |
| 19 | A | Probably several times a day.  It depends on                    |
| 20 |   | the workload and what is going on in the                        |
| 21 |   | laboratory.  That tends to vary.                                |
| 22 | Q | And what is Doctor Jenny Spencer's                              |
| 23 |   | responsibilities?                                               |

```
 1  Q    During the time that Chris Eiland was
 2       transitioning from his Master's to Ph.D. --
 3       and I think that would be like from August
 4       to September of 2003, that time frame.
 5  A    Right.
 6  Q    -- in a normal week, about how many hours
 7       would you see him in the lab that the two of
 8       you would be there together?
 9  A    Probably -- see, during that time, he had
10       completed most of his work on his Master's,
11       which required him to be in the lab.  He did
12       some of his work at the Humane Society and
13       then would come back to the lab to do hearts
14       or whatever he needed to do for that part of
15       the project.
16            Probably -- I don't really
17       remember exactly how long.  Probably no more
18       than a couple of hours a day that we were
19       actually in the same room, especially once
20       Chris was moved over to Room 153.
21            He was in the room next door.  I
22       am not sure exactly when he was there.  It
23       does have a separate entrance and is a
```

```
 1        separate laboratory.
 2   Q    When was he moved to 153?
 3   A    That would have probably been after that
 4        weekend in August, as I am checking this,
 5        23rd or 24th, at some point after that,
 6        after I made Doctor Blagburn aware of the
 7        events of that weekend.
 8   Q    Would that have been the Labor Day
 9        weekend?
10   A    No.  That was not Labor Day weekend.
11        August 22nd would have been the Friday, and
12        then Sunday would have been the 24th.
13             So, at some point during the week
14        after that, after Doctor Blagburn and I
15        discussed that he felt it would be better
16        for Chris to be in 153.  So we made some
17        arrangements.
18   Q    After he was moved to Room 153, you did not
19        see him as often?
20   A    Probably I hadn't seen Chris often as it
21        was.  It wasn't like he was in the
22        laboratory every day.  Up to that point, he
23        was working sort of on his own.  He didn't
```

1  he had pulled in behind her at the apartment
2  complex when she arrived home.
3           At some point later in the evening
4  -- it wasn't after work or anything. It was
5  late at night. I am not sure exactly what
6  happened at that point. Either her
7  boyfriend was with her or she called her
8  boyfriend. There was a confrontation with
9  her boyfriend in the parking lot of her
10 apartment complex. And that was the event
11 that triggered her to tell me about the
12 previous events.
13 Q  What sort of things did he leave at her
14    car?
15 A  I believe flowers, drinks, cards, that type
16    thing.
17 Q  Did Courtney ever report this to anybody
18    other than you?
19 A  After she made me aware of this, I knew
20    Doctor Blagburn would want to speak to her
21    about that. So, they did speak about what
22    had gone on.
23 Q  Do you know how long this had been going

```
 1          room to do their work most of the time.
 2                  So, Chris had come in there.  She
 3          was in the lab alone that day working.  He
 4          came in there asking her questions and
 5          talking to her, and she felt harassed and
 6          bothered by that.  Of course, I just kind of
 7          facilitated her talking to Doctor Blagburn,
 8          you know, you need to be aware of this, sort
 9          of thing.
10    Q     So, the second and third time were both
11          regarding Courtney?
12    A     Yes, probably.
13    Q     Were you in the lab when Doctor Eiland was
14          talking to Courtney this time?
15    A     No, I was not.
16    Q     Do you know who was?
17    A     She was there alone.
18    Q     What time of day was it?
19    A     I'm not sure.
20    Q     Well, it would have been after 5:00?
21    A     It was either before I arrived in the
22          morning, after 5:00.  I don't think it was
23          on a weekend.  But she was the first person
```

1    to arrive in the morning or she was the last
2    person, or lunchtime.
3         There is several times when
4    students can be in the laboratory alone.  It
5    was during one of those times.  I don't
6    recall when exactly it was.
7  Q  You said you reported three or four times to
8    Doctor Blagburn during that August 2003 to
9    December, and we are at Number 3.  What is
10   the next time?
11 A  It may have been only three.  There may have
12   been some things in the middle.  I don't
13   really recall.  Those were three events that
14   I know for sure that I reported to Doctor
15   Blagburn.  There may have been a couple of
16   other times that he simply said, Is
17   everything going okay?  And I said, well,
18   something minor perhaps.
19 Q  What would you consider minor that you may
20   have spoken to Doctor Blagburn about?
21 A  When Chris was moved to 153, he rearranged
22   all of those cabinets over there.
23        We tend to have supplies that

```
 1              MR. KNIGHT:  Object to the
 2                     form.
 3    A    I don't know if I would have -- We don't
 4         have the authority to get rid of Chris.  We
 5         are not Chris's supervisor.
 6    Q    Who was Chris's supervisor?
 7    A    Doctor Blagburn.
 8    Q    And you were reporting complaints to Chris's
 9         supervisor?
10    A    Yes.
11    Q    Did you have a problem referring to Chris
12         Eiland as Doctor Eiland?
13    A    I had known Chris for a long time.  I refer
14         to a lot of the students who get DVMs, I
15         usually call them by their first names,
16         because I have known them that way all the
17         time.
18              If we were in the teaching
19         laboratory with veterinary students, I
20         usually tried to refer to him as Doctor
21         Eiland, because at that point he was
22         assisting with the teaching laboratory.
23              Normally, probably, in the lab, I
```

```
 1  Q    It is Byron?
 2  A    Yes.  But Doctor Blagburn is my supervisor.
 3       I do work for him and have not known --
 4  Q    It is a different relationship?
 5  A    Exactly.
 6  Q    Have you told me all of the complaints that
 7       you remember reporting to Doctor Blagburn
 8       regarding Chris Eiland?
 9  A    Yes.
10  Q    Were you trying to get rid of him?
11  A    No.
12              MS. DICKEY:  And if we could,
13                   I would like for this to
14                   be admitted as
15                   Plaintiff's Exhibit 1.
16              (At which time, the referred-
17                   to document was marked as
18                   Plaintiff's Exhibit No. 1 by
19                   the Reporter.)
20              MS. DICKEY:  Give me one
21                   minute.  I think I am
22                   finished, but let me
23                   consult with my law
```

```
1                REDIRECT EXAMINATION
2   BY MS. DICKEY:
3   Q    Well, now I am more confused.  There is a
4        big difference between December 2003 and the
5        summer of 2004.
6             Can you narrow it down a little
7        bit more when you prepared that document?
8   A    I really -- it would not have -- I probably
9        did not type it up in that format until
10       after Chris left the lab.  So that would
11       have been in November or December sometime.
12       It would have been at the very earliest
13       January and at the very latest, the date of
14       the cover letter I gave to Doctor Blagburn.
15  Q    And what is the date on that?
16  A    I don't have that here with me, so I don't
17       know.
18  Q    Do you still have that cover letter?
19  A    I'm not sure.  It could be on my computer,
20       but I am not really sure.
21  Q    What did Doctor Blagburn say he needed it
22       for?
23  A    I believe it was at the time Chris had
```

1    started making some complaints to the
2    University, and Doctor Blagburn said he was
3    going to need some documentation.
4          Again, these were handwritten
5    notes I had already sort of made during
6    these activities, and I referred to those or
7    simply typed them up in a format that was
8    readable.
9                MS. DICKEY:  All right.  Thank
10               you.  I have no other
11               questions.
12          (Deposition concluded at
13          approximately 10:00 a.m.)
14
15          *     *     *     *     *
16          FURTHER DEPONENT SAITH NOT
17
18
19
20
21
22
23

```
 1           R E P O R T E R'S  C E R T I F I C A T E
 2   STATE OF ALABAMA)
 3   MONTGOMERY COUNTY)
 4           I, Kimberly B. Faucette, Certified
 5   Court Reporter and Notary Public in and for the
 6   State of Alabama at Large, do hereby certify on
 7   Monday, July 24th, 2006, that pursuant to notice
 8   and stipulation on behalf of the Plaintiff, I
 9   reported the deposition of JAMIE BUTLER, who was
10   first duly sworn by me to speak the truth, the
11   whole truth, and nothing but the truth, in the
12   matter of CHRISTOPHER B. EILAND, DVM, MS,
13   Plaintiff, versus DR. BYRON L. BLAGBURN,
14   individually and in his official capacity;
15   DR. CHARLES HENDRIX, individually and in
16   His official capacity; DR. JOSEPH JANICKI,
17   individually and in his official capacity; DR.
18   STEPHEN McFARLAND, individually and in his
19   official capacity; DR. ED RICHARDSON, in his
20   official capacity as President of Auburn
21   University; and DR. LAUREN WOLFE, individually
22   and in his official capacity, Defendants, Civil
23   Action No. CV-459-VPM, now pending in the United
```

1  States District Court for the Middle District,
2  Eastern Division of Alabama; that the
3  foregoing colloquies, statements, questions and
4  answers thereto were reduced to 44 typewritten
5  pages under my direction and supervision; that
6  the deposition is a true and accurate
7  Transcription of the testimony/evidence of the
8  examination of said witness by counsel for the
9  parties set out herein; that the reading and
10 signing of said deposition was waived by witness
11 and counsel for the parties.
12         I further certify that I am neither of
13 relative, employee, attorney or counsel of any
14 of the parties, nor am I a relative or employee
15 of such attorney or counsel, nor am I financially
16 interested in the results thereof.  All rates
17 charged are usual and customary.
18         This the 28th day of July, 2006.

_____
Kimberly B. Faucette
Certified Court Reporter and
Notary Public
State of Alabama at Large
AL-CSR-440

Boggs Reporting & Video Services
334.264.6227/800.397.5590   www.boggsreporters.com