# DR. ALLEN DILLON

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE MIDDLE DISTRICT OF ALABAMA

3                       EASTERN DIVISION

4    CHRISTOPHER B. EILAND, DVM, MS,

5           Plaintiff,

6                            CIVIL ACTION

7    VS.              FILE NO. 2005-CV-459-VPM

8    DR. BYRON L. BLAGBURN, individually
     and in his official capacity; DR. CHARLES
9    HENDRIX, individually and in his official
     capacity; DR. JOSEPH JANICKI, individually
10   and in his official capacity; DR. STEPHEN
     MCFARLAND, individually and in his official
11   capacity; DR. ED RICHARDSON, in his official
     capacity as President of Auburn University;
12   and DR. LAUREN WOLFE, individually and in his
     official capacity,
13

14          Defendants.              **ORIGINAL**

15          *       *       *       *       *

16          DEPOSITION OF ALLEN RAY DILLON, DVM,

17   MS, Diplomate ACVIM, taken on behalf of the

18   Plaintiff, pursuant to the stipulations set

19   forth herein, before Kimberly B. Faucette,

20   Certified Court Reporter and Notary Public, at

21   Samford Hall, Auburn University, Auburn,

22   Alabama, commencing at approximately 11:00 a.m.,

23   Monday, July 24th, 2006.

1    Q    Could you give me just a brief history of
2         your education?
3    A    Do you want a lot of detail or just
4         summary?
5    Q    Summary.
6    A    I graduated from vet school at Texas A&M in
7         1973, did an internship here at Auburn, and
8         did a Master's at Auburn and got board
9         certified in internal medicine and actual
10        exam and finished an MBA in 2001.  That is
11        the summary.
12   Q    And are you currently employed at Auburn
13        University?
14   A    Yes.
15   Q    And how long have you been employed here?
16   A    Thirty-three years.
17   Q    What is your position?
18   A    Professor of Internal Medicine at the
19        Department of Clinical Sciences, at the vet
20        school.
21   Q    Now, as Professor of Internal Medicine, do
22        you have a concentration in parasitology?
23   A    No.  Internal medicine.

```
1         system that matches students with programs.
2         So we have a match.  And then once we take
3         on a graduate student, we see which
4         professor best fits their particular
5         interests.  If they fit their interest,
6         then you become their major professor;
7         otherwise, someone else does.
8    Q    Are you familiar with Doctor Chris Eiland?
9    A    Yes.
10   Q    Would you have fit the match for a major
11        professor of his?
12   A    No.
13   Q    And could you explain why that would be?
14   A    Because I only am major professor on people
15        who are in our program in internal
16        medicine, doing a residency, training
17        toward certification, and Chris would not
18        fit that nor did he apply for that nature
19        of a position.
20   Q    Did you have any discussions with Chris
21        Eiland about the possibility of being a
22        major professor of his?
23   A    At one point, he brought up the subject,
```

1    some nonclinical programs, and you usually

2    select people who bring the most to that

3    project and will add to the intellectual

4    success of that project.

5  Q   Do you know why you were a member of his

6    Master's thesis?

7  A   Probably because I have done a lot of

8    research in feline heartworm disease and

9    already had the project going and already

10   had the money.  That is probably one of the

11   main reasons.

12 Q   What is the process of selecting a major

13   professor?

14 A   Usually, it requires a match between the

15   student's interests, the major professor's

16   interests, and the accessibility of funds

17   to fund that project if a student is not

18   willing to fund that themselves.

19 Q   Have you ever stepped down or resigned as a

20   major professor for a graduate student?

21 A   Not that I remember, no.

22 Q   Are you aware of that occurring at this

23   university?

```
1        that is quite commonly done.

2    Q   Are there situations where a major

3        professor may resign because of just

4        problems with the student?

5    A   I am sure there are.  I am not personally

6        aware of any.

7    Q   Do you know why Doctor Blagburn resigned as

8        Chris Eiland's major professor?

9              MR. KNIGHT:  Object to the

10                  form.

11   Q   Well, let me ask you this, first:  Are you

12       aware that Doctor Blagburn resigned?

13   A   No.  My recollection is that Chris finished

14       his Master's and the committee passed -- He

15       got a Master's degree and never pursued the

16       Ph.D. degree, or whatever discussions

17       happened, it did not come to fruition.

18       That is my recollection, that the Master's

19       was successfully completed and it simply

20       ended there.

21   Q   You are not aware that Chris Eiland did

22       enroll in the Ph.D. program?

23   A   If he did, I never saw -- if he did, I am
```

1       department.

2   Q   Is it possible to enroll in a Ph.D. program

3       and go six months and not have a plan of

4       study and not have an advisory committee

5       selected?

6   A   I don't think so.  Not to my knowledge.

7   Q   What sort of circumstances would create

8       that scenario?

9                MR. KNIGHT:  Object to the

10                   form.

11  A   The enrollment in the Ph.D. is a separate

12      application from the plan of study.  I

13      can't imagine someone enrolling with a plan

14      of study without having a formal

15      application in the graduate school.  I

16      don't think -- a lot of things have changed

17      at Auburn over the years, and there have

18      been some rule changes, but I don't think

19      it is possible to do that, frankly.

20  Q   Can you walk me through the steps of a

21      Ph.D. student who has enrolled in the Ph.D.

22      program, has been accepted, then what is

23      the next step towards getting the advisory

1    histopath, and some of the serology.

2  Q   And that program is still in place or is

3    ongoing?

4  A   It is ongoing.

5  Q   Is there a graduate student that you are

6    aware of that took Chris Eiland's place, as

7    far as the research?

8  A   No.

9  Q   Are you a major professor now for a

10    student?

11  A   Yes.

12  Q   How many students?

13  A   One.

14  Q   Just one?

15  A   Yes.

16  Q   When did you become the major professor?

17  A   I guess when he decided that my area of

18    research is the area he wanted to

19    concentrate in.

20  Q   And when was that?

21  A   Probably at the time he started.  As I

22    remember, it was pretty much when he

23    started.

1   Q   And does that student now have a plan of

2       study?

3   A   I believe so.

4   Q   In terms of time, from enrollment and

5       selecting you as the major professor and

6       getting the plan of study, how much time

7       was there?

8   A   We require within a semester.  The graduate

9       school, I think, requires it within two

10      semesters.  Here again, that is separate

11      from the enrollment in the graduate

12      program.  A plan of study for a Master's

13      can be changed with the signature of the

14      advisory committee at any point.

15   Q   Did you ever hear that Chris Eiland had

16      been kicked out of the Ph.D. program?

17           MR. KNIGHT:  Object to the

18              form.

19   A   Again, I was never aware that Chris was in

20      the Ph.D. program.

21   Q   You never did hear that?

22   A   No.

23   Q   Did Chris Eiland ever come and talk to you

1       after Doctor Blagburn resigned as his major

2       professor?

3   A   Here again, I am not aware of Byron

4       necessarily resigning as his committee.

5       Chris did approach me as to whether or not

6       I had any funding. But, here again, I am

7       not aware that Chris ever started a Ph.D.

8               So, your question is a disconnect

9       from my recollection.

10  Q   So you have not had any discussions with

11      Doctor Blagburn about being a major

12      professor for Chris Eiland?

13  A   No. That is not something I would have

14      done, because I don't do that depth of pure

15      parasitology research. I would not be

16      qualified.

17  Q   Had Doctor Blagburn resigned as Chris

18      Eiland's major professor, who else could

19      have taken that position?

20              MR. KNIGHT: Object to the

21                  form.

22  A   Here again, it depends on the

23      investigation. Numerous people can oversee

```
1         R E P O R T E R ' S   C E R T I F I C A T E

2    STATE OF ALABAMA)

3    MONTGOMERY COUNTY)

4              I, Kimberly B. Faucette, Certified

5    Court Reporter and Notary Public in and for the

6    State of Alabama at Large, do hereby certify on

7    Monday, July 24, 2006, that pursuant to notice

8    and stipulation on behalf of the Plaintiff, I

9    reported the deposition of ALLEN RAY DILLON,

10   DVM, MS, Diplomate ACVIM, who was first duly

11   sworn by me to speak the truth, the whole truth,

12   and nothing but the truth, in the matter of

13   CHRISTOPHER B. EILAND, DVM, MS, Plaintiff,

14   versus DR. BYRON L. BLAGBURN, individually and

15   in his official capacity; DR. CHARLES HENDRIX,

16   individually and in his official capacity; DR.

17   JOSEPH JANICKI, individually and in his official

18   capacity; DR. STEPHEN McFARLAND, individually

19   and in his official capacity; DR. ED RICHARDSON,

20   in his official capacity as President of Auburn

21   University; and DR. LAUREN WOLFE, individually

22   and in his official capacity, Defendants, Civil

23   Action No. CV-459-VPM, now pending in the United
```

1    States District Court for the Middle District,

2    Eastern Division of Alabama; that the

3    foregoing colloquies, statements, questions and

4    answers thereto were reduced to 30 typewritten

5    pages under my direction and supervision; that

6    the deposition is a true and accurate

7    Transcription of the testimony/evidence of the

8    examination of said witness by counsel for the

9    parties set out herein; that the reading and

10   signing of said deposition was waived by witness

11   and counsel for the parties.

12           I further certify that I am neither of

13   relative, employee, attorney or counsel of any

14   of the parties, nor am I a relative or employee

15   of such attorney or counsel, nor am I

16   financially interested in the results thereof.

17   All rates charged are usual and customary.

18           This the 28th day of July, 2006.

19

20

21           Kimberly B. Faucette
             Certified Court Reporter and
22           Notary Public
             State of Alabama at Large
23           AL-CSR-440

Boggs Reporting & Video Services
334.264.6227/800.397.5590   www.boggsreporters.com