# DEPOSITION

# EXCERPTS

# DR. CHRISTOPHER EILAND

# VOLUME 1

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    EASTERN DIVISION

4

5    CHRISTOPHER B. EILAND, DVM, MS,

6        Plaintiff,

7    Vs.                          CIVIL ACTION NO.
                                  CV-459-VPM
8    DR. BYRON L. BLAGBURN,
     individually and in his
9    official capacity, etc.,
     et al.,

10

         Defendants.

11

12    * * * * * * * * * * * *

13    DEPOSITION OF CHRISTOPHER B. EILAND, taken

14   pursuant to stipulation and agreement before

15   Patricia G. Starkie, Registered Diplomate Reporter,

16   CRR, and Commissioner for the State of Alabama at

17   Large, in the Law Offices of Balch & Bingham, 105

18   Tallapoosa Street, Montgomery, Alabama, on Monday,

19   April 17, 2006, commencing at approximately

20   9:10 a.m.

21    * * * * * * * * * * * *

22    VOLUME I

23    * * * * * * * * * * * *

1    the waiving of the filing of the same.

2         It is further stipulated and agreed by and

3    between the parties hereto and the witness that the

4    signature of the witness to this deposition is

5    hereby waived.

6         * * * * * * * * * * * *

7              CHRISTOPHER B. EILAND

8         The witness, after having first been duly

9    sworn to speak the truth, the whole truth and

10   nothing but the truth testified as follows:

11                  EXAMINATION

12   BY MR. KNIGHT:

13   Q.   State your name, please.

14   A.   Christopher Brooks Eiland.

15   Q.   And your date of birth?

16   A.   6/27/75.

17   Q.   And you understand that you're here today

18        to give a deposition.  Have you ever given

19        a deposition before?

20   A.   No.

21   Q.   Has your attorney explained the process of

22        what a deposition is?  I'm going to ask you

23        questions, and you're going to answer to

7

1     repeat it.  I'll be glad to repeat it.  I

2     want to make sure that you understand what

3     I'm asking.  If you answer, I'm going to

4     assume that you understood the question.

5     Is that fair?

6  A.   That's fair.

7  Q.   Okay.  If you need to take a break for any

8     reason, let me know.  I'll be glad to take

9     a break.

10     Have you gone by any other name other

11    than Chris Eiland?

12  A.   No.

13  Q.   What's your social security number?

14  A.   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.

15  Q.   How old are you now?

16  A.   I'm 30.

17  Q.   Okay.  And you're a citizen of Alabama?

18  A.   Uh-huh (positive response).

19  Q.   Where do you currently live?

20  A.   Gadsden, Alabama.

21  Q.   How long have you lived in Gadsden?

22  A.   A year and four months.

23  Q.   What's your address?

9

1    A.    1989.

2    Q.    So you graduated in '92?

3    A.    1993.

4    Q.    What did you do after graduating high

5          school?

6    A.    I attended Auburn University.

7    Q.    What year did you enter Auburn?

8    A.    1993.

9    Q.    As an undergraduate, what was your major?

10   A.    Animal and dairy science.

11   Q.    Did you earn a degree in animal and dairy

12         science?

13   A.    Yes.

14   Q.    What year did you earn that degree?

15   A.    1997.

16   Q.    What did you do after receiving your

17         undergraduate degree?

18   A.    I took upper-level science courses and

19         applied to veterinary school at Auburn

20         University.

21   Q.    Upper-level science courses.  Explain that

22         a little bit.  What is that?

23   A.    Courses like biochemistry, comparative

10

1       anatomy, advanced physiology.

2   Q.  Was this part of a -- were you seeking a

3       master's degree or was this -- how did you

4       come to take these classes?

5   A.  It was suggested by the college of

6       veterinary medicine to help prepare me for

7       vet school.

8   Q.  Okay.  So had you officially entered a

9       master's degree program or DVM program?

10  A.  No.

11  Q.  Okay.  So these were just kind of electives

12      that really didn't count towards anything

13      except to prepare you for what you were

14      going to be doing in the future?

15  A.  At the time, it was suggested that I could

16      use that.  It would help me and benefit me

17      in veterinary school once I got accepted.

18      Also it may count toward a master's degree

19      should I choose to pursue one.

20  Q.  Who suggested that you take those classes?

21  A.  I'm thinking that was Dr. Sartin.

22  Q.  Who is Dr. Sartin?

23  A.  Dr. Sartin is a professor in the vet school

11

```
 1          who does interviews for veterinary
 2          students.
 3    Q.    Okay.  I understand you entered a Master's
 4          of Science program in 1998; is that
 5          correct?
 6    A.    That's correct.
 7    Q.    Okay.  Tell me what that is and what it was
 8          in.  Explain that a little bit.
 9    A.    My Master's of Science?
10    Q.    Yes.
11    A.    What it was?
12    Q.    Right.  I mean, was it a Master of Science
13          in a certain discipline or what?
14    A.    It was.  It was in the discipline of
15          parasitology.
16    Q.    And how long is that program?
17    A.    It varies.
18    Q.    Generally?
19    A.    Average?
20    Q.    Right.
21    A.    Around two years.
22    Q.    What did it take to complete that program?
23    A.    You need to take said number of courses to
```

12

1      amount to so many hours that's required for

2      a master's, and then you need to do a

3      research project where you will publish

4      that.

5  Q.  Was this in the graduate school?

6  A.  Yes.

7  Q.  Explain the research project.  What did

8      that entail?

9  A.  My research project?

10 Q.  Yes.

11 A.  It consisted of going to the humane

12     society.  Cats that were to be euthanized

13     were -- we collected data from them.  We

14     collected blood, we did x-rays, we gave

15     physical exams, we necropsied them, took

16     their heart out and lungs, looked for adult

17     heart worms.  We fixed lung lobes with

18     glutaraldehyde for histopathology later.

19     We took fecal samples.  We totaled up a

20     number of prevalence for ear mites.  With

21     the blood work we ran CBCs and blood

22     chemistries, I think.  We also ran

23     serology, FELV, which is leukemia virus in

13

```
 1              cats; FIV tests to test their prevalence.

 2              We also sent off the blood work to Animal

 3              Diagnostics to test for positive serology

 4              for heart worms in cats.  We also ran

 5              in-house tests.

 6    Q.        And you're saying we.  Who is we?

 7    A.        Well, basically me, and at my committee's

 8              approval of it.

 9    Q.        You had a committee for your master's

10              degree?

11    A.        I did.

12    Q.        Who was your committee made up of?

13    A.        My major professor was Dr. Byron Blagburn.

14              Dr. Jenny Spencer, Dr. Joseph Newton, and

15              Dr. Ray Dillon.

16    Q.        And you worked with those people doing this

17              research?

18    A.        I collected the research and did that.  I

19              checked in with them.  They're in charge of

20              what I'm doing.  They don't let graduate

21              students just go collect and do any

22              research.  They want to -- to do that kind

23              of stuff, you have to have committee's
```

14

1        approval.

2   Q.   You said you had a major professor.

3        Explain what that is in the context of the

4        master's degree.

5   A.   A major professor is someone who is over

6        the student.  He is his mentor, like the

7        old apprentice mentorship program.  You're

8        supposed to be able to learn from your

9        major professor.  That's who you're

10       supposed to go to for advice and guidance

11       in academics, ethical behavior, research.

12  Q.   And this was Dr. Blagburn?

13  A.   Uh-huh (positive response).

14  Q.   How did he come to be your major professor?

15  A.   I worked in his lab as a student worker in

16       sometime between 1997 and '98, and at that

17       time I went and asked him if I could be his

18       graduate student, and he said yes.

19  Q.   It was at his discretion to accept you as a

20       student, as his mentor, so to speak?

21  A.   He told me that if I applied into graduate

22       school and got accepted that he would be

23       happy to serve as my major professor.

16

1       great fit.

2    Q.    Okay.  Who hired you to work there?

3    A.    The lab supervisor.

4    Q.    And who was that?

5    A.    Jamie Butler.

6    Q.    Is that a male or female?

7    A.    Female.

8    Q.    When did you first start to work there?

9    A.    Around the summer of 1998.

10    Q.    Was there a course work requirement that

11        you had to complete as part of your

12        master's program?

13    A.    Excuse me?

14    Q.    Your master's program, was it course work

15        and research?

16    A.    Yes.

17    Q.    Both you had to complete before you

18        graduated?

19    A.    Yes.

20    Q.    Okay.  How many semesters of course work?

21    A.    It's difficult to put a number on that.  We

22        were initially on a quarter system, and

23        then we switched to a semester system.  I

17

1    was on quarter system when I began.  It's

2    not about the number of quarters, it's

3    about the number of hours of course work

4    you have to take.

5    Q.    Roughly two years, one year?

6    A.    It's more likely about a year's worth of

7    course work.

8    Q.    Okay.  And you entered that in the fall of

9    1998, correct?

10   A.    Yes.

11   Q.    Who were your professors that you can

12   remember that you took courses from?

13   A.    In my master's work?

14   Q.    With your master's work.

15   A.    Dr. Curtis Bird was one, Dr. Ewald was

16   another, Dr. Hendrix, Dr. Nusbaum,

17   Dr. Panangala, Dr. Smith.  I can't remember

18   everybody's name.

19   Q.    Okay.  Now, around this same time, you also

20   entered the doctor of veterinary medicine

21   program?

22   A.    That's correct.

23   Q.    DVM?

18

1   A.   Yes.

2   Q.   That was in the fall of 1998?

3   A.   It was 1999.

4   Q.   1999.  Fall of 1999.  Okay.  If I refer to

5        that as DVM, we know what we're talking

6        about?

7   A.   Yes.

8   Q.   Okay.  Tell me about the DVM program.

9   A.   It's a program set up to graduate

10       veterinarians.  You usually take course

11       work the first few years, followed by

12       clinical work the last year, which is ended

13       with a preceptorship where you go and work

14       with a veterinarian.  It's a four-year

15       program.

16  Q.   Four-year program?  How many years of

17       course work?

18  A.   Two and a half to three.

19  Q.   Clinical work is the last year?

20  A.   Yes.

21  Q.   Is there any kind of research --

22  A.   No.

23  Q.   -- component of this?  No part?

20

1    Q.   You have requirements that you have to do?

2    A.   We do.  We have to take certain courses.

3         It's not a choice, really.  There are some

4         electives that you can take, but there's a

5         curriculum, a core curriculum that you must

6         take.

7    Q.   Did Dr. Blagburn have any involvement with

8         you in your DVM program?

9    A.   He taught a veterinary parasitology course.

10   Q.   You took that class from him?

11   A.   Yes.

12   Q.   Dr. Hendrix?

13   A.   He taught a veterinary parasitology course.

14   Q.   Who were some of your other professors?

15   A.   There's a lot at the college of veterinary

16        medicine.

17   Q.   How many?

18   A.   That teach veterinary students?

19   Q.   Yes.

20   A.   That's a tough call.  Let me think about

21        that for a second.  Maybe 50 to 100.

22   Q.   Okay.  Any of the other professors or

23        faculty members that are part of this

21

1      lawsuit, did you take any classes from

2      them?

3   A.   I'm sorry?

4   Q.   The other people, the other defendants that

5        are in this lawsuit besides Dr. Blagburn

6        and Dr. Hendrix, were any of those

7        defendants professors that you had taken

8        classes from at any time?

9   A.   No.

10  Q.   Let's go back to the -- in your lawsuit you

11       refer to research that you've done.  Is

12       that research related to the research you

13       were telling me about associated with your

14       master's program?

15  A.   Yes.

16  Q.   Okay.  Did Dr. Blagburn use some of this

17       research in any kind of publication?

18  A.   Yes.

19  Q.   What was that?

20  A.   I'm not sure of every instance that he's

21       used my research in publication.  I know of

22       twice that he has, and that's in DVM Best

23       Practices Feline Medicine in June of 2004

22

1       he cited my work in that article.  And then

2       in June of 2005, he uses my work and says

3       that in a study he conducted and lists my

4       data.

5   Q.  You referred to it as your work.  What's

6       your basis for calling it your work?

7   A.  I was the principal collector of the

8       information.

9   Q.  Did he supervise your research,

10      Dr. Blagburn?

11  A.  He was one of them.

12  Q.  Okay.  And tell me what other people

13      supervised this research.

14  A.  My committee was over what I was doing, and

15      what I was doing was collecting

16      information.

17  Q.  How did you know to collect this

18      information?  Is that something the

19      committee said, here's the kind of stuff

20      you need to collect?

21  A.  You get to -- as a graduate student, you

22      get to pick what kind of research you're

23      interested in.  And this project was an

1    A.    He was a committee member.

2    Q.    Okay.  Tell me, did Dr. Blagburn come to

3          you -- did he come to you and ask you if he

4          could use this work in a publication?

5    A.    When I was dismissed from my department on

6          December 3rd, 2003, he told me I was to

7          turn in all my information and research to

8          him, which I did.  And I left it in the

9          lab.  Couple months later, he called me and

10         wanted to know where that information was.

11         And I showed him where it was and gave it

12         to him, and I think he planned on using

13         it.  I'm not sure if he told me he planned

14         on using it or if I just kind of assumed

15         that since he was wanting to know where it

16         was, he was going to use it.

17   Q.    Where was this?  You said you showed him

18         where it was.  Where was it?

19   A.    I left it in my office where they told me

20         to.

21   Q.    Okay.  So did he have to ask you permission

22         to use it in any kind of publication?

23   A.    I think he did.

26

1    Q.    Okay.  Is there any kind of written

2          document, contract, anything of that sort

3          that governs the relationship --

4    A.    When you --

5    Q.    -- between the student and the research?

6    A.    When it became my thesis, I signed a

7          copyright law that you were supposed to get

8          the permission of the author before you

9          made copies of my work or use it in

10          publications.

11    Q.    You signed a copyright law?

12    A.    I signed my thesis that said that -- I'm

13          not sure if it was a copyright law or not.

14    Q.    You're not sure if it was a copyright law?

15          Do you remember exactly what it said?

16    A.    Not exactly.  Something similar to what I

17          said, that you had to have my permission.

18          It might have been a copyright.

19    Q.    Do you specifically remember it saying that

20          whoever uses it has to get your permission?

21    A.    To my knowledge, yeah.

22    Q.    Okay.  Do you have a copy of this anywhere?

23    A.    Not on me.  I do have a copy of it.

29

1   A.   Dr. Blagburn.

2   Q.   And when were you told that?

3   A.   December 3rd in the meeting where I was

4        dismissed from my department.

5   Q.   Okay.  Do you remember exactly what he

6        said?

7   A.   He said -- hold on.  Let me think.  I asked

8        him -- they told me -- Dr. Hendrix and him

9        told me that they would write me good

10       letters of recommendation to other

11       schools.  And I asked them if I could take

12       my research with me, and they said no, that

13       after today I would no longer have access

14       to that research.

15  Q.   Okay.  Did you make any copies of your

16       research?

17  A.   I have copied it before.  I don't have any

18       copies of it.

19  Q.   You don't presently have any copies of it?

20  A.   No.

21  Q.   You said it was in your office and you had

22       to show him where it was?

23  A.   Yes.

30

1    Q.    This was after December 3rd, 2003?

2    A.    Right.

3    Q.    Did you have access to it at that time?

4          Could you have gone in --

5    A.    No.

6    Q.    When did you graduate with your DVM?

7    A.    It was May of 2003.

8    Q.    What was your GPA?

9    A.    I'm guessing a 3 point something, 3.2

10         maybe.

11   Q.    Okay.  Did you graduate on time?

12   A.    I did.

13   Q.    Did you ever have any problems with any of

14         the classes associated with your DVM?  Did

15         you ever fail a class?

16   A.    No.  I've never failed a class.

17   Q.    You've never failed a class?

18   A.    I never failed a class in vet school.

19   Q.    Okay.  Have you ever failed a class?

20   A.    Yes.

21   Q.    And when was that?

22   A.    I can't exactly remember the dates.  You

23         have copies of my transcripts, right?

32

1    A.    Average is two.

2    Q.    Why did it take you until August 2003 to

3          graduate?

4    A.    There are -- that's the normal way would be

5          to get a master's.  There are programs that

6          are dual-degreed programs where you can get

7          a master's and a Ph.D. and a DVM at the

8          same time.  Those are going to take longer

9          than the two years needed just for a

10         master's.  I was accepted into the college

11         of veterinary medicine after a year's worth

12         of being in my master's.  That was an

13         exception that Dr. Janicki and Dr. Wolfe

14         allowed.  It's my understanding that if

15         you're in a master's program, you can't

16         start veterinary school until you finish

17         your master's program unless you get some

18         kind of clearance first.  And as far as I

19         know, they -- Dr. Janicki and Wolfe cleared

20         me for continuing on my master's while I

21         was in vet school like I was in a

22         dual-degreed program.

23   Q.    Okay.  Who is Dr. Janicki?

33

| | | |
|---|---|---|
| 1 | A. | He is associate dean of research at the |
| 2 | | college of veterinary medicine. |
| 3 | Q. | And who is Dr. Wolfe?  Is it Dr. Lauren |
| 4 | | Wolfe? |
| 5 | A. | Dr. Lauren Wolfe was the head of the |
| 6 | | department of pathobiology at the college |
| 7 | | of veterinary medicine. |
| 8 | Q. | Did you talk to them about making this |
| 9 | | exception for you? |
| 10 | A. | Yes. |
| 11 | Q. | Do you recall the specifics of that |
| 12 | | conversation? |
| 13 | A. | No.  Just if it was possible. |
| 14 | Q. | But they're not required to do this? |
| 15 | A. | I'm really not sure on those rules or |
| 16 | | regulations. |
| 17 | Q. | All right. |
| 18 | A. | I was told -- |
| 19 | Q. | You thought they were doing you a favor? |
| 20 | A. | I just knew that I had heard -- someone had |
| 21 | | told me that I might need to get clearance |
| 22 | | first, so I checked with them, the |
| 23 | | appropriate administrators for that, and |

35

1   Q.   What makes you think that?

2   A.   I had a good relationship with all of the

3        faculty members.  I was president of my

4        class all four years at the college of

5        veterinary medicine, and my job was to act

6        as the liaison sometimes between the

7        faculty and the students, and I kept good

8        relationships with the faculty.

9   Q.   Tell me about your relationship with

10       Dr. Blagburn during this time.  Just --

11  A.   What time?

12  Q.   Kind of explain -- your relationship that

13       you had with Dr. Blagburn during when you

14       were getting your DVM and MS.

15  A.   It was a great relationship.  He was always

16       helpful.  He was a very smart man.  He's a

17       world-renown parasitologist and he was

18       there to help me when I needed help.

19  Q.   Explain that a little bit.  Can you think

20       of specific instances where he helped you

21       out?

22  A.   Well, a lot of times questions are going to

23       come up when you're collecting research,

1    much as I could about parasitology.

2    There's two people there who know the most

3    about parasitology, and that would be

4    Dr. Blagburn and Dr. Hendrix.  They are the

5    experts in the field of parasitology.  I

6    don't think anybody at the college of

7    veterinary medicine would know more about

8    parasitology than those two.  And I wanted

9    to be a parasitologist.  I wanted to know

10   as much information as I could.  These are

11   two people to get that information from,

12   good people.

13   Q.   Okay.  Dr. Blagburn, was he always -- would

14        you characterize him as very helpful

15        throughout your entire DVM and MS program?

16   A.   He was helpful.

17   Q.   Okay.  Did he ever not help you with

18        anything that you wanted him to help you

19        with?

20   A.   Of course, they would like for you to do as

21        much on your own as possible and save going

22        to them when you just couldn't find answers

23        yourself.  The idea of graduate research is

39

```
 1          could do it myself, I tried to.  I tried to
 2          limit the times I went and asked him for
 3          help if I could do it myself.
 4     Q.   What about your relationship with
 5          Dr. Hendrix during this time?  Can you
 6          explain that a little bit?
 7     A.   He was the other parasitologist in the
 8          department of pathobiology.  He was one of
 9          my professors in veterinary school.  He was
10          a good teacher of parasitology, and any
11          time you needed help, he would help you in
12          parasitology.
13     Q.   And you would go to him with basically the
14          same things you would do with
15          Dr. Blagburn?  You would ask him to explain
16          things related to your course work?
17     A.   If I had a question I thought he could help
18          me with, I would go ask him.
19     Q.   Okay.  And would you get him to help you
20          with research?
21     A.   I don't think he ever helped me with
22          research.
23     Q.   Okay.  What about your relationship with
```

42

A.   If you need a key to the department of
     pathobiology, you're going to go through
     his office.  If you need some kind of
     clearance or if you need something in
     pathobiology, you're going to have to go to
     Dr. Wolfe.

Q.   And did you do that kind of stuff?  Did you
     ever go to his office for these type
     things?

A.   I think every graduate student who gets
     into the department of pathobiology is
     going to go through those same things.  But
     other than that, nothing unusual.

Q.   He always helped you out with whatever it
     was that you needed?

A.   His secretary and him helped, yes.

Q.   Any problems between you two?

A.   Never.

Q.   Any problems between you and Dr. Blagburn
     during this time up until 2003?

A.   Never.

Q.   Dr. Hendrix?

A.   Never.

47

1           are set out there?

2    A.    Yes.

3    Q.    You would try to tell them to follow these

4           policies?

5    A.    Right.  Each student was supposed to read

6           the guidelines, the policies and

7           procedures.  There's policies and

8           procedures for Auburn University as a

9           whole, there's policies and procedures for

10          a graduate program in biomedical sciences,

11          there's policies and procedures that are

12          set up for specific veterinary students in

13          the veterinary classes.  Each student is

14          supposed to know what they're supposed to

15          do, but at times they would come to me for

16          advice.

17   Q.    Okay.  In fall of 2003, am I correct that

18          you entered the doctor of philosophy

19          program in biomedical sciences?  Is that

20          correct?

21   A.    That's correct.

22   Q.    Do you know what date you started classes

23          there, when the fall semester began?

1          hypothesis?

2     A.   I collected a lot of information, so it's

3          multi layered.  One theory -- one

4          information that we collected, of course,

5          was prevalence information.  That was more

6          towards my master's.  You could detect how

7          many.  That's not too hard of a

8          hypothesis.  I think there's -- the

9          population, the prevalence of heart worm

10         disease in cats is five percent or ten

11         percent.  If I actually go do this

12         research, I found that it was at two

13         percent by necropsy, 15 percent by

14         serology.

15             As I went toward my Ph.D, we were going

16         to investigate the histopathology behind

17         it, the radiographs, the clinical signs,

18         how that compared to an experimental model

19         of experimentally infecting cats with heart

20         worms, compare that result with the

21         information in the natural setting that we

22         had collected at the humane society.

23         Hopefully, we would learn a connection

52

1    between feline heart worms disease and

2    radiographic signs of asthma, testing the

3    serology to find a better test to diagnose

4    these heart worm infections.

5  Q.  Tell me about the research that you

6    actually did do.  Some of your research --

7    or was it all of your research that was

8    associated with your master's program, is

9    that what you used for this or were going

10   to use?

11 A.  From June 2001 until June 2003, I collected

12   a lot of information over at the humane

13   society on these cats.  I would take that

14   back to the vet school and do some work

15   also.

16     I did not use all the information I

17   collected for my master's.  Some of that,

18   it was too much information just for a

19   master's project.  The amount of

20   information I collected was not normally

21   collected by a master's student.  It would

22   be more geared toward a Ph.D. student.

23   Some of the information was going to be

1          used towards my Ph.D. program.

2               That was discussed in my exit interview

3          with Dr. Blagburn and my committee of

4          Dr. Spencer, Dr. Newton, and Dr. Dillon.

5          When I was defending my thesis to them,

6          at the end of that meeting they said, Chris

7          is going to stay here at Auburn.  He's

8          going to continue in his Ph.D. -- continue

9          doing the work with feline heart worm

10         disease that he started.  He's going to use

11         the excess information from the two-year

12         study he did and use that toward his Ph.D,

13         which may consist of more research of

14         experimentally infecting cats with heart

15         worms and comparing the two.

16    Q.   Did you actually do any research when you

17         were in the Ph.D. program?

18    A.   Let's see.  Collecting new research, like

19         the experimentally infecting cats?  That

20         would be the thing that was -- that we had

21         talked about doing, and we hadn't started

22         that yet.

23    Q.   Is that answer no, you didn't do any

57

1          left at Auburn University.

2     Q.   Did you ever talk about -- prior to

3          December 3rd, 2003 talk about your research

4          with Dr. Blagburn or any other professor at

5          Auburn?

6     A.   Yes.

7     Q.   That's probably a bad question.  It's too

8          general.  Talk about what would happen to

9          it.

10    A.   In my defense, this meeting with my

11         committee, I was under the impression that

12         that information was going to be used by me

13         in finishing my Ph.D. program.

14    Q.   That was the agreement going in or --

15         not -- that is what y'all had discussed

16         going in, that you did all of this

17         research, it's good research, you've got a

18         lot of it, you can use it for your Ph.D?

19         Is that what you're referring to?

20    A.   That's correct.

21    Q.   Okay.  No other agreement or no other

22         discussion relating to what's going to

23         happen with this research once I ultimately

59

1   Q.   An MS?

2   A.   No.

3   Q.   Undergrad degree?

4   A.   Probably.

5   Q.   Okay.  I mean, just tell me what you did.

6        When you decided that I want to get my

7        Ph.D, just take me through those steps.

8   A.   I think at Auburn University it's set up

9        that if you've received your master's

10       already and you want to enroll in the Ph.D.

11       program, you want to apply and get accepted

12       into the Ph.D. program, if you finish your

13       master's and you're in good standing

14       gradewise with a 3.7 like I was, you're

15       automatically enrolled into a Ph.D. program

16       if you apply for it.  That's all it took.

17  Q.   So basically, you go -- who did you go to

18       and sign up for it with?

19  A.   It has to be cleared with the graduate

20       school and either Dr. Janicki, who was

21       associate dean of research, would help you

22       clear that with the graduate school, or

23       Dr. Blagburn could talk to Dr. Janicki.  I

| | | |
|---|---|---|
| 1 | | think the final authority goes through |
| 2 | | Dr. McFarland or the dean of the graduate |
| 3 | | school. |
| 4 | Q. | Okay. How do you choose what Ph.D. you |
| 5 | | want to get? I mean, explain that. |
| 6 | | There's Ph.D.'s in numerous things; is that |
| 7 | | correct? |
| 8 | A. | Definitely. It used to be set up that you |
| 9 | | would study a specific topic like |
| 10 | | parasitology or immunology or histology or |
| 11 | | anatomy or radiology, something like that, |
| 12 | | a specific discipline, and then I think you |
| 13 | | were awarded a degree in parasitology or |
| 14 | | immunology. Sometime in 2000 and something |
| 15 | | or around 2003, they changed it to everyone |
| 16 | | who graduates with a master's or Ph.D. |
| 17 | | receives a degree in biomedical sciences. |
| 18 | | You would still have a specific area which |
| 19 | | you were trained in because they are going |
| 20 | | to have to produce parasitologists or |
| 21 | | immunologists. If you were going to go |
| 22 | | into that field, you would still have a |
| 23 | | major which would be that. |

64

1    Q.   Was that because you were going to do your

2          work under Dr. Blagburn, who was located in

3          that department?

4    A.   I was interested in parasitology, and

5          Dr. Blagburn said that he would like for me

6          to -- he would like to be my major

7          professor and for me to study parasitology

8          under him.

9    Q.   Okay.  And Dr. Blagburn was located --

10   A.   In pathobiology.

11   Q.   -- in the department of pathobiology.

12         Who else was located in that

13      department?

14   A.   Parasitology-wise, topics of my interest

15      would be Dr. Hendrix and Dr. Blagburn.

16   Q.   Okay.  Who were professors in the, say,

17      anatomy, histology --

18         Is that correct?  And one other word I

19      didn't catch.

20   A.   Physiology.

21   Q.   -- and physiology.  Who were professors in

22      that?

23   A.   Who were professors in that department?

1    accused of going through another graduate

2    student's desk.  I was not made aware of

3    it.  No one talked to me about it.

4        I think Dr. Wolfe interviewed Peter

5    Christopherson about this, and they never

6    told me about it.  But Peter Christopherson

7    told me about it, and he said that the

8    women, Jamie Butler and some others in the

9    lab sit around in the morning and talk

10    about me and talk about ways to get rid of

11    me.  And I said, what am I going to do,

12    Peter?  And he said, it doesn't matter what

13    you do.  They're going to turn it into

14    making you look bad --

15  Q.    Did we talk --

16  A.    -- because they want to get rid of you.

17    They want you out of here.

18  Q.    We talked earlier.  I asked you what kind

19    of relationship you had with Tracey Land

20    and Jamie Butler, good or bad, if you knew

21    of any reason why they would be out to get

22    you, and you didn't tell me what you just

23    told me just then.  Why was that?

155

A.   I've heard that Jamie Butler has had
     problems with me, and I told you I didn't
     have a problem with her.  And I don't have
     a problem with Tracey Land.

Q.   Right.  But I believe I asked you if there
     were problems between you or if you knew of
     any reason why they would be -- why they
     would say certain things about you that
     weren't true, and you didn't --

A.   Their reasons --

Q.   You didn't at that time tell me that.  Why
     didn't you say that then?

A.   It's hard for me to speak for what their
     reasons were, and I'm trying to answer the
     question as best I can.  Their reasons --
     I'm not sure what their reasons are, but
     they --

     I was promised by Dr. Blagburn and
     Wolfe -- they said that Dr. Hendrix was
     going to retire in a couple of years, in a
     year or so he was eligible for retirement,
     and they wanted me to be the next
     parasitologist at Auburn and take his

156

place.  Dr. Blagburn told me that the other
parasitologists should always be a
veterinarian with a Ph.D.  And, you know,
if Jamie Butler and them or Tracey Land
didn't want me to be a boss of theirs, then
their reasons behind starting these rumors
or making things up about me may be so that
I wasn't their boss at any time.

Q. So you think that they have gone on a
campaign to smear your name so that that
would happen?

A. That's what Peter Christopherson said.
That's what it sounds like.

Q. Do you know when all these events
supposedly occurred?

A. I found out about them later.  Some of
these things you're mentioning to me, first
time I've ever heard of them.  So what
people say about you, if you're not given a
chance to defend yourself, is almost
impossible to counter or to head off or to
even get straightened out.  If you only
hear one side of the story, it's going to

160

Q.   Was it a failing grade?

A.   It probably was.  It wasn't what I'm used
     to.

          We talked after that second test, and
     we decided that I would not be graded for
     the third or fourth tests.  That what we
     would do was to audit this course and
     receive an incomplete and then take it the
     next semester or at a later time and
     receive a grade more representative to when
     I've actually had the statistical packages
     and things that I needed to do the work.

Q.   I understand you didn't have some software
     or something for this course?

A.   Correct.

Q.   You had to have that software to complete
     the course?

A.   Yes.

Q.   Why were you not able to get that software?

A.   It wasn't a requirement to have that for
     the course, but it turns out it should have
     been a requirement to have it.  Most of the
     students had it in their department.  My

1    A.   I didn't document that exactly as well as I

2         did other things.

3    Q.   Wouldn't that have been important?  Do you

4         think that would have been something

5         important?

6    A.   I figured I had been dropped from those

7         classes, because Dr. Janicki had told me

8         that if I didn't find a new major professor

9         and new funding and a new department by the

10        beginning of that semester that I would be

11        dropped from the graduate school.  That I

12        needed to find a new head of the

13        department, a new department to continue in

14        the graduate school, and I needed to find a

15        new major professor, which I tried to do.

16        The most reasonable person would be --

17        outside of pathobiology, which would be

18        Blagburn and Hendrix, would be Dr. Dillon.

19        And I couldn't convince him to do it.  Like

20        I told you, he said that if Dr. Blagburn

21        and pathobiology let me go, nobody else was

22        going to take me.

23   Q.   Did you ever attempt to sign up for any

1          course at Auburn and were told you weren't

2          allowed to do so?

3    A.    No.  The only thing that was said in that

4          fashion was that they told me if I left

5          and -- left quietly and left, they would

6          write me good letters of recommendations,

7          and that they would pay me for December and

8          January, even though I wasn't working

9          there, and I would have a clean record.

10              And I tried to argue and say I wanted a

11         hearing on this.  I didn't want the good or

12         clean record.  I didn't want the money.

13         And I was scared to really make too big of

14         a stink and check into this, because I

15         jeopardized my good letters of

16         recommendation.  And those are important to

17         me because that's my work history, and then

18         that's my employment history.  And if I'm

19         going to get a job, it's going to be a

20         reference from Blagburn -- Dr. Blagburn as

21         a reference.  And they held that over my

22         head; that if I didn't go and cooperate

23         with what they said that I might not get

1    A.    Dr. Blagburn said, I need to meet with you.

2    Q.    Was Dr. Hendrix with him at this time?

3    A.    I don't think so.

4    Q.    Okay.

5    A.    He said, why don't you come on up to the

6          pathobiology conference room?  I need to

7          talk to you.  I said, okay.  And I got up

8          there as fast as I could, about five

9          minutes.  Walked in, and he was in the

10         conference room.

11   Q.    Why did you go up there as fast as you

12         could?

13   A.    Well, I only live a couple minutes away,

14         and I was kind of excited, thinking that we

15         were going to discuss my course work and

16         what I was going to take.  I had been

17         waiting on him to do that.  He is busy, and

18         he needed some -- when he does have time, I

19         jump at the chance to have time with him.

20             He went out of the room when I got

21         there and said, I'm going to go get

22         Dr. Hendrix for a minute.  He went and got

23         Dr. Hendrix and came back in the room and

1    shut the door, and that's when he started

2    to say that, Chris, I hate to do this, you

3    know, this is not my decision, but

4    Dr. Wolfe told me that I needed to let you

5    go or he's going to, and I'm not going to

6    send you in there to that.  I feel like I'm

7    closer to you and I know you better, and I

8    don't want to send you in there with that.

9        He said -- he started getting a little

10   angry and said, you know, you're going

11   around now asking people to take tests for

12   you, propositioning a female graduate

13   student to take a statistics test for you,

14   you know, cheating.  That's unacceptable.

15       I told him that I didn't cheat, and I

16   was being treated as guilty without a

17   chance to be proven innocent.  He said that

18   this cheating incident is the straw -- the

19   final straw, the straw that broke the

20   camel's back, and that, you know, pretty

21   much -- I can't remember the exact words,

22   but this is done.  This is old.  This is

23   done, you know.  It's over with.

1        I told him I wanted a hearing on these

2    things; that I had never had a hearing on

3    this cheating.  I wanted to be able to

4    confront it.  And he said that when it came

5    from the top or it came from the chief or

6    the top, which is Janicki -- that's what he

7    said -- you don't question it.  And I said

8    I didn't think this was right.  I didn't

9    think it followed Auburn's policies and

10   procedures.  And he said that it was over

11   and done with.  That's the way it was.

12       He told me he would write me good

13   letters of recommendation to other

14   schools.  They said that I would be leaving

15   with a clean record and I was lucky to be

16   leaving with a clean record.  That

17   everybody doesn't leave with a clean

18   record.  And if I -- I just needed to leave

19   quietly, and it was going to stay in this

20   room.  Dr. Hendrix and Blagburn would be

21   the only two to know about it.  And they

22   said I would make a great parasitologist,

23   just not at Auburn.  That I could go to

1    Georgia or Florida or somewhere else, but

2    that it just wasn't going to work there at

3    Auburn.

4         And Dr. Blagburn said he -- he didn't

5    like me defending myself.  He kind of got

6    frustrated with me saying, I don't want any

7    money.  I don't want this good letter of

8    recommendation.  What I want is a chance

9    for a hearing to confront these

10   allegations.  I don't think I've done

11   anything wrong that I've had a hearing on.

12   I've not been aware -- made aware of these

13   allegations, and I think I deserve a chance

14   to be heard and defend myself.  I need to

15   be able to mount a defense to these

16   allegations.

17        And he said, I've got to go to another

18   meeting and got up, took off out of the

19   room, and left me there with Dr. Hendrix.

20   And I told Dr. Hendrix, I said, this is not

21   policy and procedure.  He said, you know,

22   that he had been in Washington for the last

23   year and didn't know what was really going

1          on in the lab, that he had been gone, but

2          he had heard a lot since he got back.  And

3          he said what he thought I ought to do is

4          take it to the next chain of command, take

5          it to Dr. Wolfe, which I did.

6     Q.   You said that Dr. Blagburn said he was

7          going to let you go.  That's what you just

8          told me.  Did he ever say that, Chris,

9          you're being dismissed from the Ph.D., the

10         philosophy program in biomedical sciences?

11    A.   Well, see, in my mind, that's related to --

12    Q.   Well, let me just ask you this first.  Did

13         he ever say, Chris, you're being dismissed

14         from the doctor of philosophy program in

15         biomedical sciences?  Did he ever tell you

16         that?

17    A.   I can't remember those exact words.

18    Q.   So the answer is no?

19    A.   It's very close to that.  He didn't say --

20    Q.   No.  I'm asking you, did he ever say --

21    A.   He didn't say, Chris, you're being

22         dismissed from this.  But he did mention I

23         was not going to be able to finish my Ph.D.

1        program, so, i.e., I am being dismissed

2        from it even though he --

3  Q.   He said you weren't going to be able to

4        finish your Ph.D. program?

5  A.   That's correct, at Auburn.

6  Q.   Okay.

7  A.   And I was to turn in my research and my

8        keys and my card to get into the building,

9        and that after that date I wouldn't be able

10       to use that research anymore.

11  Q.  You said that he said this is the straw

12       that broke the camel's back.  What were the

13       other parts that led up to the straw?

14  A.  You would have to ask Dr. Blagburn that.  I

15       didn't know straws were piling up on the

16       camel's back.  Nobody --

17  Q.  Did you ask him about that at the time?

18  A.  I didn't have very long.  It wasn't a very

19       convenient time to sit there.  Whatever

20       time was there was filled, and he left

21       before I was through defending myself.  I

22       would have loved to have touched on that,

23       but he left before I had a chance to talk

```
 1              about it.  Nobody wanted to talk about
 2              those things.  What they wanted to talk
 3              about was that it was over and done and I
 4              needed to move on with my life.
 5    Q.        Okay.  And what did Dr. Hendrix say at this
 6              time?
 7    A.        In the meeting?
 8    Q.        Yes.
 9    A.        Before Dr. Blagburn left or after?
10    Q.        Any time during the meeting, before or
11              after.
12    A.        He said he had been in Washington, D.C.,
13              and he hadn't -- he wasn't aware of what
14              was going on, but that he had heard some
15              things since he had been back.  He had been
16              informed.  And that I was -- he would write
17              me good letters of recommendation to other
18              schools, Georgia or something like that.
19              That's where he's from.  He said that some
20              people don't get good letters of
21              recommendation or two months pay when they
22              get dismissed from their program.
23    Q.        Why do you think they offered to write you
```

210

1        to defend myself, then whoever complains

2        the most gets the -- breaks the camel's

3        back.

4    Q.  You do agree that they could have -- if

5        they decided -- if they believed these,

6        whether they were wrong or right, they

7        could have gone through a process to have

8        you -- either for Dr. Blagburn to resign as

9        your major professor or dismissed from the

10       school; is that correct?

11   A.  There are procedures that would allow for a

12       student to be expelled after having a

13       hearing or some type of warning or -- you

14       know, there are rules.  They're in the

15       policies and procedures.  They weren't

16       followed.

17   Q.  Why would you think that they wouldn't --

18       if they were, in fact, dismissing you from

19       the program, why would they not want you to

20       have a hearing?

21   A.  I'm really not sure why they do what

22       they -- what they did.  On a tape

23       recording -- on a tape recording that I

213

```
 1            getting rid of you from the Ph.D. program?
 2            How do you know he wasn't referring to him
 3            resigning as your major professor?
 4     A.     He never said that.  He never said, I'm
 5            resigning from your major professor.  If
 6            you're going to resign as my major
 7            professor, he should have called my
 8            committee together.  What he told me was
 9            that the head of the department --
10     Q.     What procedure requires that?
11     A.     -- told me to get rid of you.
12     Q.     What procedure requires him to get the
13            committee together?
14     A.     I'm not saying procedure does, but that
15            would make common sense.
16     Q.     Well, then, how do you -- Auburn operates
17            under procedures.  So you're not aware of a
18            procedure that would require him to get the
19            entire committee together, are you?
20     A.     If you want them to benefit and find a new
21            major professor, you would call the
22            committee together.  You asked me to
23            speculate on --
```

249

1          Dr. Blagburn, did he say anything about

2          that in the December 3rd meeting?

3     A.   Yes.

4     Q.   What did he say?

5     A.   He said that he would continue to pay me

6          for December and January.

7     Q.   So into the next semester?

8     A.   December and January, and January -- and

9          the semester started January 13th, I think.

10    Q.   Okay.  Why would he continue?  If you were

11         being immediately dismissed from the

12         program, why would he continue your

13         stipend?

14    A.   I'm guessing to help me with a transition

15         to where I found employment or something or

16         as a severance package of some sort.  I'm

17         not really sure why they said they were

18         going to pay me for December and January.

19    Q.   Was there any sort of written manifestation

20         of your meeting with Dr. Wolfe or

21         Dr. Blagburn?  Anything ever written down

22         by them?

23    A.   Not that I'm aware of.

250

| | | |
|---|---|---|
| 1 | Q. | Okay.  Tell me each and every step that you |
| 2 | | took to identify another major professor. |
| 3 | A. | At the December 3rd meeting, I knew that |
| 4 | | Dr. Blagburn was not going to have me. |
| 5 | | Dr. Hendrix was not going to take me. |
| 6 | Q. | How did you know that? |
| 7 | A. | Because I asked him if I could not leave or |
| 8 | | if I could stay in here, and I wasn't -- |
| 9 | | the department of pathobiology was pretty |
| 10 | | much, I'm sure, off limits was the |
| 11 | | understanding. |
| 12 | Q. | You asked Dr. Hendrix this specifically? |
| 13 | A. | I did talk to him about that. |
| 14 | Q. | Okay.  And tell me what that conversation |
| 15 | | was. |
| 16 | A. | That it wasn't their decision.  It was |
| 17 | | really Dr. Wolfe's decision. |
| 18 | Q. | They were saying this?  Dr. Hendrix was |
| 19 | | saying this? |
| 20 | A. | Yes. |
| 21 | Q. | And Dr. Blagburn? |
| 22 | A. | Yes. |
| 23 | Q. | They both said this together? |

251

1    A.    To my knowledge, that -- they both were

2          saying that this -- I needed to take this

3          up with Dr. Wolfe.  But their understanding

4          was that I was not allowed in pathobiology

5          anymore.

6    Q.    Did you ever ask Dr. Hendrix specifically

7          whether he would serve as your major

8          professor?

9    A.    Yes.

10   Q.    You did?

11   A.    Yes.

12   Q.    And what did he say?

13   A.    No.

14   Q.    When did you ask him that?

15   A.    In that meeting.

16   Q.    In that meeting, you asked him that?

17   A.    Yes.  And then --

18   Q.    If you asked him that in the meeting,

19         sitting here telling me that you thought

20         you were dismissed from the Ph.D. program,

21         why would it be necessary to ask him if he

22         would serve as your major professor?

23   A.    I was grasping at straws.

306

1                    REPORTER'S CERTIFICATE

2    STATE OF ALABAMA:

3    MONTGOMERY COUNTY:

4            I, Patricia G. Starkie, Registered

5    Diplomate Reporter, CRR, and Commissioner for the

6    State of Alabama at Large, do hereby certify that I

7    reported the deposition of:

8                    CHRISTOPHER B. EILAND

9    who was first duly sworn by me to speak the truth,

10   the whole truth and nothing but the truth, in the

11   matter of:

12                    CHRISTOPHER B. EILAND,

13                    DVM, MS,

14                    Plaintiffs,

15                    Vs.

16                    DR. BYRON L. BLAGBURN,

17                    Individually and in his

18                    official capacity, etc.,

19                    Et al.,

20                    Defendants.

21                    In The U.S. District Court

22                    For the Middle District of Alabama

23                    Eastern Division

Case Number CV-459-VPM

on April 17, 2006.

 The foregoing 306 computer printed pages contain a true and correct transcript of the examination of said witness by counsel for the parties set out herein.  The reading and signing of same is hereby waived.

 I further certify that I am neither of kin nor of counsel to the parties to said cause nor in any manner interested in the results thereof.

 This 27th day of April 2006.

_____
Patricia G. Starkie, Registered
Diplomate Reporter, CRR, and
Commissioner for the State
of Alabama at Large