IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-459-WKW |
| | ) |
| BYRON L. BLAGBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

It is hereby ORDERED that the trial set in this case for the December 4, 2006 jury trial term is rescheduled for May 14, 2007. The pretrial conference set for October 30, 2006, is rescheduled for April 9, 2007. All other dates and deadlines set forth in the Uniform Scheduling Order (Doc. #13) remain the same.

Done this the 12th day of October, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE