IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Christopher B. Eiland, DVM, MS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2005-CV-459 |
| Dr. Byron Blagburn, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

**Witness List**

Defendants Dr. Byron Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen McFarland, Dr. Ed Richardson and Dr. Lauren Wolfe (collectively, the "Defendants") hereby designate the following persons and/or entities who may be called as witness at the trial of this matter:

1. Dr. Christopher Eiland

2. Dr. Byron Blagburn
   c/o – Auburn University
   Auburn, Alabama
   (334) 844-4000

3. Dr. Lauren Wolfe
   c/o – Auburn University
   Auburn, Alabama
   (334) 844-4000

4. Dr. Charles Hendrix
   c/o – Auburn University
   Auburn, Alabama
   (334) 844-4000

178256.1

5.  Dr. Joseph Janicki
    c/o – University of South Carolina
    Columbia, South Carolina
    (803) 777-7000

6.  Dr. Ray Dillon
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

7.  Dr. Ed Richardson
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

8.  Dr. Stephen McFarland
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

9.  Lauri Nelms
    Address and telephone number unavailable

10. Dr. Gregory Skipper
    19 S. Jackson Street
    Montgomery, AL 36104
    Telephone number unavailable

11. Jamie Butler
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

12. Tracey Land
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

13. Stuart Price
    c/o – Auburn University
    Auburn, Alabama
    (334) 844-4000

14. Jacqueline Nobles
    c/o – Auburn University
    Auburn, Alabama

(334) 844-4000

15. Courtney Rich
 Address and telephone number unavailable

16. Kelli Joiner
 Address and telephone number unavailable

17. Dr. Janderlich
 Central Valley Animal Hospital
 Highway 77 Gadsden, Alabama
 (256) 442-2542

18. Dr. Nedret Billor
 c/o – Auburn University
 Auburn, Alabama
 (334) 844-4000

19. Dr. Jennifer Spencer
 c/o – Auburn University
 Auburn, Alabama
 (334) 844-4000

20. Dr. Joseph Newton
 c/o – Auburn University
 Auburn, Alabama
 (334) 844-4000

21. Peter Christopherson
 Address and telephone number unavailable

22. Brandi Brunson
 Address and telephone number unavailable

23. Any person deposed in this action.

24. Any witness listed, subpoenaed, or otherwise available to be called by Plaintiff.

25. Any witness called as a witness at the trial of this matter by Plaintiff.

26. Any witness necessary for rebuttal or impeachment.

27. Any witness necessary to authenticate any document which may be offered into evidence at the trial of this matter, or to establish the chain of custody of any document or exhibit.

28. Any witness whose identity has been, or may be, disclosed during discovery in this matter.

Defendants may or may not offer testimony of the persons and/or entities identified in this document, and may object to the testimony of any person and/or entity identified in this document if that testimony is offered by the Plaintiff. Further, Defendants expressly reserve the right to supplement this document as the identity of additional witnesses becomes known.

### Exhibit List

Defendants hereby designate the following exhibits all or part of which may be offered into evidence at the trial of this matter:

1. Auburn University School Calendar for Fall 2003 and Spring 2004 semesters.

2. May 7, 2004 e-mail from Dr. Stephen McFarland to Plaintiff regarding deferred grade for STAT7000001.

3. College of Veterinary Medicine handbook for Graduate Studies in Biomedical Sciences, MS & PhD Program.

4. September 24, 2004 letter from Plaintiff to Dr. Ed Richardson.

5. August 17, 2004 letter from Dr. Stephen McFarland to Plaintiff in response to Plaintiff's letter of July 27, 2004, concerning his grievance against the College of Veterinary Medicine.

6. July 27, 2004 letter from Plaintiff to "Student Grievance."

7. Auburn University Student Academic Grievance Policy.

8. Taped notes from May 28, 2004 meeting between Dr. Byron Blagburn and Plaintiff.

9. Auburn University 2003-2004 Tiger Cub Handbook.

10. Alabama Veterinary Professionals Wellness Program Report.

11. Official Auburn University Transcript of Plaintiff.

12. December 8, 2003 Memorandum from Dr. Byron Blagburn to Dr. Joseph Janicki regarding Dr. Blagburn's resignation as Plaintiff's Major Professor.

13. Auburn University Graduate Diploma Application.

14. October 13, 2004 letter from Dr. Ed Richardson to Plaintiff in response to Plaintiff's letter of September 24, 2004.

15. Auburn University Graduate School Doctoral Studies Guidelines and Checklist.

16. "The Graduate School" student Handbook.

17. Notes of Tracey Land to Dr. Byron Blagburn regarding conduct of Plaintiff.

18. Notes of Jamie Butler to Dr. Byron Blagburn regarding conduct of Plaintiff.

19. Graduate Studies in Pathobiology handbook.

20. Plaintiff's Tentative Plan of Study for the Degree of Doctor of Philosophy.

21. Auburn University Graduate Assistant Handbook.

22. April 14, 2006 e-mail from Kathryn Dickey to Lane Knight regarding damages claimed by Plaintiff.

23. Auburn University's personnel and student file of Plaintiff.

24. All depositions taken in this case.

25. Plaintiff's responses to Defendants' discovery requests.

26. All pleadings in this matter.

27. Any document that Defendants have produced to Plaintiff.

28. Any exhibit listed by Plaintiff.

29. Any exhibit needed for rebuttal or impeachment.

Defendants reserve the right to (a) supplement this list, (b) not to offer and/or to object to the use of any of the foregoing by any other party; (c) to offer as a separate exhibit any portion of or any summary of any of the foregoing; (d) to offer an enlargement of any of the foregoing; (e) to use any document identified in subsequent discovery; (f) to use any exhibit listed by any other party if Defendants objection thereto is waived or overruled; and (g) to use other documents for rebuttal and/or impeachment.

Respectfully submitted this the 22nd day of March, 2007.

/s/ G. Lane Knight
One of the Attorneys for Defendants

**OF COUNSEL:**

David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Balch & Bingham LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

178256.1

6

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Kathryn Dickey, Esquire
322 Alabama Street
Montgomery, Alabama 36104


               /s/ G. Lane Knight
               Of Counsel