IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, DVM, MS § | |
| § | |
| Plaintiff, § | CASE NO. 3:05-cv-459-WKW-WC |
| § | |
| v. § | |
| § | |
| DR. BYRON L. BLAGBURN, § | |
| Individually and in his official § | |
| Capacity, DR. CHARLES HENDRIX, | |
| Individually and in his official § | |
| Capacity, DR. ED RICHARDSON, | |
| Individually and in his official § | |
| Capacity as President of Auburn | |
| University, and DR. LAUREN WOLFE, § | |
| Individually and in his official | |
| Capacity, § | |
| | |
| Defendants. § | |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff, Christopher Eiland, hereby designates the following persons who may be called as witness at the trial of this matter:

1. Christopher B. Eiland, DVM
   189 Island Drive
   Gadsden, AL 35901

2. Sarah Eiland
   189 Island Drive
   Gadsden, AL 35901

3. Dr. Byron L. Blagburn
   166 Greene Hall
   Auburn, AL 36849

4. Dr. Lauren Wolfe
   2231 Longwood Drive
   Auburn, AL 36830

5. Dr. Ed Richardson
   107 Samford Hall
   Auburn, AL 36849

6. Dr. Charles Hendrix
   166 Greene Hall
   Auburn, AL 36849

7. Dr. Joseph Janicki
   106 Greene Hall
   Auburn, AL 36849

8. Dr. Stephen McFarland
   208 Samford Hall
   Auburn, AL 36849

9. Dr. Nedret Billor
   Auburn University
   Auburn, AL 36849

10. Dr. Jennifer Spencer
    Auburn University
    Auburn, AL 36849

11. Dr. Ray Dillon
    Auburn University
    Auburn, AL 36849

12. Dr. Joseph Newton
    Auburn University
    Auburn, AL 36849

13. Laurie Nelms
    Address Unknown

14. Jamie Butler
    Auburn University
    Auburn, AL 36849

15. Elizabeth Landreth
    Auburn University
    Auburn, AL 36849

16. John E. Saidla
    Auburn University

        Auburn, AL 36849

17.    Linda Spencer
       Auburn University
       Auburn, AL

18.    Peter Christopherson
       Address Unknown

19.    Dr. Gregory Skipper
       19 S. Jackson Street
       Montgomery, AL 36104

20.    Any witness listed, subpoenaed, or otherwise available to be called by Defendants.

21.    Any witness called as a witness at the trial of the matter by Defendant.

22.    Any witness necessary for rebuttal or impeachment.

Plaintiff may or may not offer testimony of the persons identified in his witness list, and may object to the testimony of any person identified in this document if that testimony is offered by the Defendants. Plaintiff expressly reserves the right to supplement this document as the identity of additional witnesses become known.

## **EXHIBIT LIST**

Plaintiff hereby designates the following exhibits, all or part of which may be offered into evidence at the trial of this matter:

1.    Proposed Plan of Study for Master's Degree

2.    Document signed by Christopher Brooks Eiland, Joseph Newton, Jennifer Spencer, Byron Blagburn, Allen R. Dillon, and Stephen

        McFarland stating the work described in this thesis is that of Christopher Eiland or done in collaboration with his advisory committee.

3. Experimental Statistics I Syllabus

4. Note from Dr. Byron Blagburn to Dr. Christopher Eiland regarding enclosed January check for $1,639.07.

5. Doctoral Studies Guidelines and Checklist

6. Billing Statement dated 1/20/04 to Christopher Eiland from Auburn University

7. College of Veterinary Medicine Handbook for Graduate Studies in Biomedical Sciences, MS & PhD Program

8. Student Academic Grievance Policy

9. Plaintiff's response #18 to Defendants' Request for Production of Documents – page from the American Society of Parasitologists

10. Transcription of conversation between Dr. Blagburn and and Dr. Eiland on May 28, 2004

11. Graduate Assistant Handbook

12. Guidelines for Graduate Tuition Fellowships

13. Code of Student Discipline

14. Recommendation from Dr. Blagburn to The University of Alabama Manderson Graduate School of Business MBA Program on behalf of Dr. Eiland dated May 4, 2004

15. Letter of Recommendation to the Law School Admission Council

from Dr. Blagburn on behalf of Dr. Eiland

16. Recommendation from Dr. Wolfe to the University of Alabama Manderson Graduate School of Business MBA Program dated May 23, 2004, on behalf of Dr. Eiland

17. Recommendation from Dr. Janicki to the University of Alabama Manderson Graduate School of Business MBA Program dated May20, 2004, on behalf of Dr. Eiland

18. Letter of recommendation to the Law School Admission Council from Dr. Janicki dated May 20, 2004, on behalf of Dr. Eiland

19. Unofficial Transcript reflecting "IN" grade in statistics for the Fall 2003 term for Dr. Eiland

20. Auburn University 2003-2004 Tiger Cub Handbook

21. Auburn University School Calendar for Fall 2003 and Spring 2004 semesters

22. Articles from Feline Medicine titled "Expert recommendations on feline parasite control"; "New strategies for successful feline parasite control"

23. Alabama Veterinary Professional Wellness Program Annual Report 2003

24. Dr. Christopher Eiland's transcript from Auburn University

25. All depositions taken in this case

/s/ Kathryn Dickey
Kathryn Dickey (DIC025)
Attorney for Plaintiff Eiland

OF COUNSEL:

**KATHRYN DICKEY**
322 Alabama Street
Montgomery, AL 36104
(334) 262-0728
(334) 265-7696  fax
Email  kay@dickeyandmcclelland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable David R. Boyd
Honorable G. Lane Knight
Balch & Bingham, L.L.P.
Post Office Box 78
Montgomery, AL 36101

  /s/ Kathryn Dickey
OF COUNSEL