IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-459-WKW |
| | ) |
| BYRON L. BLAGBURN, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the trial date and all deadlines in this case are CONTINUED generally.

DONE this 11th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case 3:05-cv-00459-WKW-WC    Document 36    Filed 04/12/2007    Page 1 of 1