IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-459-WKW |
| | ) |
| BYRON L. BLAGBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The defendants' motion for summary judgment (Doc. # 24) is GRANTED. A memorandum opinion will follow within seven days.

DONE this 28th day of September, 2007.

                                                      /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE