# EXHIBIT A – PART 1

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

April 28, 2006

Mr. G. Lane Knight
BALCH & BINGHAM (Montgomery)
105 Tallapoosa Street
Montgomery, AL 36104

Rebilled Invoice

**Invoice Number**
**ps 67744**

**Description of services**   Re: Eiland vs. Blagburn, etc.

| Reference | | | | Extension |
|---|---|---|---|---|
| Appearance-Full day | April 17, 2006 | 1.00 | 100.00 | 100.00 |
| Original & 1 | Dr. Chris Eiland | 307.00 | 2.950 | 905.65 |
| Exhibits | | 75.00 | 0.250 | 18.75 |
| Notebooks | | 2.00 | 7.000 | 14.00 |
| ASCII and E-Mail | | 1.00 | 10.000 | 10.00 |
| | | **Invoice total:** | | **$1,048.40** |

Thank you - Tricia Starkie

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C. Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office: 334.264.6227
Fax: 334.285.0448
Toll Free: 1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

Mr. Lane Knight Esq.
Balch & Bingham
105 Tallapoosa Street
PO Box 78
Montgomery, AL 36104

# INVOICE

Job Number:

| DATE | NUMBER |
|---|---|
| 6/27/2006 | JB061187 |

| Case Name | Statement Description | Case No. |
|---|---|---|
| Eiland V Blagburn, et al | Deps of: Christopher Eiland & Byron Blagburn | 2005-CV-459-VPM |

| Service Date | Style: Christopher Eiland VS Byron Blagburn, et al | Amount |
|---|---|---|
| 6/12/2006 | DEPOSITION OF CHRISTOPHER EILAND, DVM, MS, in the above styled cause, one original & one copy: | $491.40 |
| | DEPOSITION OF BYRON BLAGBURN, MS, PhD, in the above styled cause, one copy: | $245.70 |
| | APPEARANCE FEE (split): | $75.00 |
| | EXHIBIT COPIES, 56 pgs @ $.30 pp: | $16.80 |
| | TRAVEL TRANSCRIPTS (2): | $60.00 |

| TOTAL DUE | $888.90 |
|---|---|
| Terms: | Due Upon Receipt |

Thank you for your business......
Tax ID No: provided upon request

**Questions?**
**call 1-800-397-5590**
Remit upper portion with check
Make Checks Payable to:
Boggs & Associates

If you wish to pay this invoice by Mastercard/Visa, log onto our website @ www.boggsreporters.com
and click on the PayPal logo -
It's free, It's fast and It's secure.

PayPal PAYMENTS

PayPal is used by over 1,000,000 customers on Ebay.

Boggs Reporting & Video Services Online System - View Invoice                Page 1 of 1



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office: 334.264.6227
Fax: 334.285.0448
Toll Free: 1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

Mr. Lane Knight Esq.
Balch & Bingham
105 Tallapoosa Street
PO Box 78
Montgomery, AL 36104

# INVOICE
Job Number:

| DATE | NUMBER |
|---|---|
| 8/6/2006 | KF061226 |

| Case Name | Statement Description | Case No. |
|---|---|---|
| EILAND V BLAGBURN | DEPS OF: JAMIE BUTLER & ALLEN DILLON | 2005-CV-459-VPM |

| Service Date | Style: EILAND V BLAGBURN | Amount |
|---|---|---|
| 7/24/2006 | DEPOSITIONS OF JAMIE BUTLER & ALLEN DILLON, in the above styled cause, one copy (Expedite): | $227.15 |
| | EXHIBIT COPIES: | $0.60 |
| | TRAVEL TRANSCRIPT (2): | $60.00 |
| | E-TRANSCRIPTS (2): | $30.00 |

| | *TOTAL DUE* | $317.75 |
|---|---|---|
| | Terms: | Due Upon Receipt |

Thank you for your business......
Tax ID No: provided upon request

**Questions?**
**call 1-800-397-5590**
Remit upper portion with check
Make Checks Payable to:
Boggs & Associates

If you wish to pay this invoice by Mastercard/Visa, log onto our website @ www.boggsreporters.com
and click on the PayPal logo -
It's free, It's fast and It's secure.

PayPal PAYMENTS

PayPal is used by over 1,000,000 customers on Ebay.

http://www.brvteamshare.tzo.com/invoicing/invoice/view.asp                                           8/7/2006