# EXHIBIT A – PART 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER B. EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE No. 3:05-cv-459-WKW |
| | ) |
| BYRON L. BLAGBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

72 pages @ $.15 per page                $10.80

186647.1