# IN THE UNITED STATES DISTRICT COURT

_____Middle_____ **DISTRICT OF** _____Alabama_____

**BILL OF COSTS**

**CHRISTOPHER B. EILAND, DVM, MS,**

v.

**DR. BYRON L. BLAGBURN, et al.**

RECEIVED

Case Number:    2005-CV-459-VPM

2007 OCT 17  A 10: 50

Judgment having been entered in the above entitled action on <u>October 5, 2007</u> against <u>Christopher B. Eiland,</u>
                                                                        _Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk........................................................................ $ | |
| Fees for service of summons and subpoena ..................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,255.05 |
| Fees and disbursements for printing ......................................................... | |
| Fees for witnesses (itemize on reverse side) .................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ................... | 10.80 |
| Docket fees under 28 U.S.C. 1923 .......................................................... | |
| Costs as shown on Mandate of Court of Appeals............................................... | |
| Compensation of court-appointed experts...................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828.......... | |
| Other costs (please itemize) Outside Courier Services........................................... | |
| TOTAL $ | 2,265.85 |

SPECIAL NOTE:  Attach to your bill as itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

<u>All counsel of record as indicated by the Certificate of Service filed contemporaneously herewith.</u>                                          .

Signature of Attorney:    _G. Lane Knight_

Name of Attorney:    G. Lane Knight, Balch & Bingham LLP, P.O. Box 78, Montgomery, AL 36101

For:    Dr. Byron L. Blagburn, Dr. Charles Hendrix, Dr. Joseph Janicki, Dr. Stephen        Date:    October 17, 2007
        McFarland, Dr. Ed Richardson and Dr. Lauren Wolfe
                        Name of Claiming Party

Costs are taxed in the amount of  _$ 2,265.85_                          and included in the judgment.

_Debra P. Hackett_        By:    _Von Austin_        _10/17/07_
Clerk of Court                        _Deputy Clerk_        _Date_

